AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON, & CINDY RUSSO

*Plaintiff(s)*

v.

CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE

*Defendant(s)*

Civil Action No. CV22-2383-JWH(DFM)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southwest Airlines
ATTN: Registered Agent
Suite 150N
2710 Gateway Oaks Drive
Sacramento, CA  95833-3505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Uri Marcus, lead plaintiff
P.O. Box 126
Ojai, CA  93024

E-Mail: uri@ntcf.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: April 8, 2022

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*