NAME, ADDRESS, AND TELEPHONE NUMBER OF PARTY APPEARING IN PRO PER

Uri Marcus, lead plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065

FILED
CLERK, U.S. DISTRICT COURT
4/8/22
CENTRAL DISTRICT OF CALIFORNIA
BY: CS   DEPUTY

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS et al.

Plaintiff(s),

v.

CENTERS FOR DISEASE CONTROL & PREVENTION et al.

Defendant(s).

CASE NUMBER: CV22-2383-JWH(DFM)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, _____ Uri & Yvonne Marcus, Avrohom & Devorah Gordon, & Cindy Russo _____ party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| All commercial airlines operating in the United States and many of their executives and managers | Potential liability for conspiring to deprive millions of disabled Americans of their civil rights by restricting them from flying during the COVID-19 pandemic |

April 8, 2022
Date

/s/ Uri Marcus, lead plaintff
Signature

_____ name of party appearing in pro per):

Uri & Yvonne Marcus, Avrohom & Devorah Gordon, & Cindy Russo