FILED
CLERK, U.S. DISTRICT COURT
4/8/22
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

**URI MARCUS** *et al.*,

    Plaintiffs**,**

v.

**CENTERS FOR DISEASE CONTROL
& PREVENTION** *et al.***,**

    Defendants.

CV22-2383-JWH(DFM)

Case No. _____

## NOTICE OF LEAD PLAINTIFF APPOINTMENT

    COME NOW all plaintiffs, *pro se*, and ask the Court and all defendants to please TAKE NOTICE that we appoint Uri Marcus as lead plaintiff.

    We understand Mr. Marcus is not an attorney and therefore may not represent us. Proceeding *pro se*, we are responsible for representing ourselves. However, for efficiency and judicial economy, we plan to work collectively as a group and file our papers together. (But as we are all representing ourselves, we reserve the right to make separate filings should our individual interests ever diverge from that of the group.)

    To avoid the need to file all of our joint papers five times in duplicate, for all filings made by the group, we authorize Mr. Marcus to submit documents on our behalf to the Court using the Case Management/Electronic Case Filing system once we have approved them (if our Applications for Permission for Electronic Filing are granted).

    For all consultations with the defendants' counsel, we authorize Mr. Marcus to communicate with the lawyers, then submit any conferrals regarding motions, etc. to the plaintiffs' group for a decision. Mr. Marcus will then relay our determination to the lawyers.

Respectfully submitted this 8th day of April 2022.

*__Uri Marcus__*
Uri Marcus, lead plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

*__Yvonne Marcus__*
Yvonne Marcus, plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*__Avrohom Gordon__*
Avrohom Gordon, plaintiff
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
Gordon.Avrohom@gmail.com

*__Devorah Gordon__*
Devorah Gordon, plaintiff
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

*__Cindy Russo__*
Cindy Russo, plaintiff
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
cjrz123@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, I e-mailed this notice to defense counsel:

Andrew Freidah
Counsel for the Federal Defendants
Andrew.F.Freidah@usdoj.gov

Stephen Pezzi
Counsel for the Federal Defendants
Stephen.Pezzi@usdoj.gov

Roy Goldberg
Counsel for the Airline Defendants
Roy.Goldberg@stinson.com

Kyle Levine
Counsel for Alaska Airlines
Kyle.Levine@alaskaair.com

Laura Overton
Counsel for Allegiant Air
Laura.Overton@allegiantair.com

Brian Maye
Counsel for Allegiant Air & Frontier Airlines
bmaye@amm-law.com

Priya Aiyar
Counsel for American Airlines
Priya.Aiyar@aa.com

Komal Patel
Counsel for Delta Air Lines
Komal.A.Patel@delta.com

Aaron Alter
Counsel for Hawaiian Airlines
Aaron.Alter@hawaiianair.com

Angela Mayeux
Counsel for Southwest Airlines
Angela.Mayeux@wnco.com

Robert Rivkin
Counsel for United Airlines
Robert.Rivkin@united.com

Douglas Grimsley
Counsel for STAT-MD
dgrimsley@dmclaw.com

*Uri Marcus*
Uri Marcus, lead plaintiff