Name: URI MARCUS

Address: P.O. BOX 126

OJAI, CA  93024

Phone Number: 909-833-0065

Email Address: uri@ntcf.org

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT

4/8/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cs___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS et al.

PLAINTIFF(S)

v.

CENTERS FOR DISEASE CONTROL & PREVENTION et al.

DEFENDANT(S)

CASE NUMBER: CV22-2383-JWH(DFM)

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: April 8, 2022

Signature: */s/ Uri Marcus*

Name: YVONNE MARCUS

Address: P.O. BOX 126

OJAI, CA  93024

Phone Number: 909-833-0065

Email Address: adi@ntcf.org

*Pro Se*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS et al.

　　　　　　　　　　　　　　PLAINTIFF(S)

v.

CENTERS FOR DISEASE CONTROL & PREVENTION et al.

　　　　　　　　　　　　　　DEFENDANT(S)

CASE NUMBER

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: April 8, 2022                                    Signature: */s/ Yvonne Marcus*

CV-005 (02/20)                    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

Name: AVROHOM GORDON

Address: 2251 State Route 222

New Richmond, OH  45157

Phone Number: 513-734-1770

Email Address: gordon.avrohom@gmail.com

*Pro Se*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION et al.<br><br>DEFENDANT(S) | CASE NUMBER<br><br><br>**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ✔ A Computer with internet access.

   ✔ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ✔ A scanner to convert documents that are only in paper format into electronic files.

   ✔ A printer or copier to create required paper copies such as chambers copies.

   ✔ A word-processing program to create documents; and

   ✔ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: April 8, 2022        Signature: */s/ Avrohom Gordon*

CV-005 (02/20)        APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

Name: DEVORAH GORDON
Address: 2251 State Route 222
New Richmond, OH 45157
Phone Number: 513-734-1770
Email Address: devorahlgordon@gmail.com
*Pro Se*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| URI MARCUS et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| CENTERS FOR DISEASE CONTROL & PREVENTION et al. | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ✔ A Computer with internet access.

   ✔ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ✔ A scanner to convert documents that are only in paper format into electronic files.

   ✔ A printer or copier to create required paper copies such as chambers copies.

   ✔ A word-processing program to create documents; and

   ✔ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: April 8, 2022                     Signature: */s/ Devorah Gordon*

CV-005 (02/20)                     APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

Name: CIINDY RUSSO

Address: 22485 Breakwater Way

Santa Clarita, CA  91350

Phone Number: 908-797-8066

Email Address: cjrz123@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS et al.<br><br>**PLAINTIFF(S)**<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION et al.<br><br>**DEFENDANT(S)** | CASE NUMBER<br><br><br>**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the  ☒ Plaintiff  ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case.  I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ✔ A Computer with internet access.

   ✔ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ✔ A scanner to convert documents that are only in paper format into electronic files.

   ✔ A printer or copier to create required paper copies such as chambers copies.

   ✔ A word-processing program to create documents; and

   ✔ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: April 8, 2022         Signature: */s/ Cindy Russo*

CV-005 (02/20)                    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING