UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Uri Marcus et al

PLAINTIFF(S)

v.

Centers for Disease Control and Prevention et al

DEFENDANT(S)

CASE NUMBER: CV22-2383-JWH(DFM)

NOTICE OF CLERICAL ERROR

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: _____
Filed date: _____ Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document
☐ Case number has been corrected. The correct case number is _____
☒ Incorrect judge's initials were indicated on this ☒ action ☒ document. The correct judge's initials are: SB
☒ Incorrect magistrate judge's initials were indicated on this ☒ action ☒ document. The correct magistrate judge's initials are: AS.
☒ Case has been reassigned from ☒ Judge ☒ Magistrate Judge JWH(DFM) to ☒ Judge ☒ Magistrate Judge SB(ASx). The initials of the new judge(s) are: SB(ASx)
☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.
☐ Case title is corrected from _____ to _____
☐ Document has been re-numbered as document number _____
☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.
☐ Document is missing page number(s): _____
☒ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: CV22-2383-SB(ASx)
☒ Other: This case was assigned as a 194 in error, the case has been reassigned as a discovery.

CLERK, U.S. DISTRICT COURT

Date: 4/19/22
By: Chris Sawyer
Deputy Clerk

G-11 (03/21)  NOTICE OF CLERICAL ERROR