# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Uri Marcus et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-cv-02383-SB-AS |
| v. | |
| Centers for Disease Control and Prevention et al | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by **Uri Marcus, Yvonne Marcus, Cindy Russo, Avrohom Gordon, Devorah Gordon** is hereby:

[✓] GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated: April 20, 2022

_____
United States District/Magistrate Judge

[ ] DENIED

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge