Civil Action No. 2:22-cv-2383

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA (Western District – Los Angeles)

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD & MEDAIRE,<br><br>　　　　　Defendants. | Civil Action No. 2:22-cv-2383-SB-AS<br><br>Assigned to:<br>Judge Stanley Blumenfeld, Jr.<br><br><br><br>*Filed Electronically*<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Dickie, McCamey & Chilcote, P.C. and John C. Conti, Esquire as counsel on behalf of defendant, STAT-MD, in the above-captioned action.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DICKIE, McCAMEY & CHILCOTE, P.C.

　　　　　　　　　　　　　　　　By: */s/ John C. Conti*
　　　　　　　　　　　　　　　　　　John C. Conti
　　　　　　　　　　　　　　　　　　CA I.D. #118824
　　　　　　　　　　　　　　　　　　jconti@dmclaw.com

　　　　　　　　　　　　　　　　Two PPG Place, Suite 400
　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　412-281-7272

　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　STAT-MD

Civil Action No. 2:22-cv-2383

## **CERTIFICATE OF SERVICE**

      I, John C. Conti, Esquire, hereby certify that on the 6th day of May, 2022, I electronically filed the within Entry of Appearance with the Clerk of the Court and served copies of the same using the CM/ECF electronic filing system.

                              DICKIE, McCAMEY & CHILCOTE, P.C.

                              By: */s/ John C. Conti*
                                    John C. Conti
                                    CA I.D. #118824
                                    jconti@dmclaw.com

                              Two PPG Place, Suite 400
                              Pittsburgh, PA 15222
                              412-281-7272

                              Attorney for Defendant,
                              STAT-MD