1  Richard A. Lazenby (State Bar No. 202105)
   Email: rlazenby@victorrane.com
2  Michael Cutler (State Bar No. 298875)
   Email: mcutler@victorrane.com
3  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
4  Beverly Hills, California 90212
   Telephone: (310) 388-4849
5  Facsimile: (310) 388-4869

6  Attorneys for Defendants
7  Alaska Airlines, Inc.,
   American Airlines, Inc.,
8  Delta Airlines, Inc.,
   Hawaiian Airlines, Inc.,
9  Southwest Airlines Co., and
   United Airlines, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | Case No.: 2:22-cv-02383-SB-AS |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF RICHARD A. LAZENBY AND MICHAEL CUTLER** |
| vs. | |
| CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | |
| Defendants. | |

Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Airlines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc., (hereinafter "Defendants"), by and through their attorneys of record, Victor Rane,

1  hereby notifies the Court and all parties of the first appearance in this case by
2  Richard A. Lazenby, Esq. and Michael Cutler, Esq.. Defendants request that the
3  Clerk update the docket as indicated above.

5  Dated: May 9, 2022                              Respectfully submitted,

   By: _____
   Richard A. Lazenby
   Michael Cutler
   *Attorneys for Defendants*
   Alaska Airlines, Inc.,
   American Airlines, Inc.,
   Delta Airlines, Inc.,
   Hawaiian Airlines, Inc.,
   Southwest Airlines Co., and
   United Airlines, Inc.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

NOTICE OF APPEARANCE
CASE NO.: 2:22-CV-02383-SB-AS                    - 2 -