| | |
|---|---|
| 1 | Richard A. Lazenby (State Bar No. 202105) |
|   | Email: rlazenby@victorrane.com |
| 2 | Michael Cutler (State Bar No. 298875) |
|   | Email: mcutler@victorrane.com |
| 3 | VICTOR RANE |
|   | 9350 Wilshire Blvd., Suite 308 |
| 4 | Beverly Hills, California 90212 |
|   | Telephone: (310) 388-4849 |
| 5 | Facsimile: (310) 388-4869 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | MEDAIRE, INC. |

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | Case No.: 2:22-cv-02383-SB-AS |
| 12 | | **NOTICE OF APPEARANCE OF RICHARD A. LAZENBY AND MICHAEL CUTLER** |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | |
| 22 | Defendants. | |

23

24    Defendant MedAire, Inc., (hereinafter "MedAire"), by and through its

25 attorneys of record, Victor Rane, hereby notifies the Court and all parties of the

26 first appearance in this case by Richard A. Lazenby, Esq. and Michael Cutler, Esq..

27 MedAire requests that the Clerk update the docket as indicated above.

28 / /

| | |
|---|---|
| Dated: May 9, 2022 | Respectfully submitted,<br><br>By: _____<br>Richard A. Lazenby<br>Michael Cutler<br>*Attorneys for Defendant*<br>MEDAIRE, INC. |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

NOTICE OF APPEARANCE
CASE NO.: 2:22-CV-02383-SB-AS

- 2 -