AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-2383

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CENTERS FOR DISEASE CONTROL & PREVENTION

was received by me on *(date)*   04/08/2022   .

❏  I personally served the summons on the individual at *(place)*

on *(date)*   ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*   ; or

❏  I returned the summons unexecuted because   ; or

☑  Other *(specify):*  I had the summons served by Certified Mail in accordance with Fed.R.Civ.P. 4(i)(1)(A)(ii).
Summons delivered April 18, 2022.

My fees are $   for travel and $   12.70   for services, for a total of $   12.7   .

I declare under penalty of perjury that this information is true.

Date:   May 9, 2022

s/ Uri Marcus
*Server's signature*

Uri Marcus, lead plaintiff
*Printed name and title*

P.O. Box 126
Ojai, CA 93024
*Server's address*

Additional information regarding attempted service, etc:



7020 1290 0002 1390 7784

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Atlanta, GA 30329

Certified Mail Fee $3.75

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $8.95

**Total Postage and Fees**
$ $12.70

Sent To CDC Gerald Cougel

Street and Apt. No., or PO Box No. 1600 Clifton Rd.

City, State, ZIP+4® Atlanta GA 30329

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

# USPS Tracking®

**FAQs** ›

## Track Another Package  +

**Tracking Number:** 70201290000213907784

Remove ✕

Your item was picked up at a postal facility at 11:20 am on April 18, 2022 in ATLANTA, GA 30329.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

April 18, 2022 at 11:20 am
ATLANTA, GA 30329

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                          ⌄

---

**Tracking History**                                                               ⌄

---

**USPS Tracking Plus®**                                                            ⌄

---

**Product Information**                                                            ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included. Restrictions Apply ⓘ

---

**See Less ⌃**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback