AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:22-cv-2383

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    DEPARTMENT OF HEALTH & HUMAN SERVICES

was received by me on *(date)*    04/08/2022    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I had the summons served by Certified Mail in accordance with Fed.R.Civ.P. 4(i)(1)(A)(ii).
Summons delivered April 18, 2022.


My fees are $ _____ for travel and $    12.70    for services, for a total of $    12.7    .


I declare under penalty of perjury that this information is true.


Date:    May 9, 2022

s/ Uri Marcus
*Server's signature*

Uri Marcus, lead plaintiff
*Printed name and title*

P.O. Box 126
Ojai, CA 93024
*Server's address*


Additional information regarding attempted service, etc:



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20201

OFFICIAL USE

Certified Mail Fee   $3.75

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $8.95

Total Postage and Fees   $12.70

Sent To   HHS General Counsel
Street and Apt. No., or PO Box No.   200 Independence Ave SW
City, State, ZIP+4®   Washington DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7020 1290 0002 1136 7221

Postmark Here

0594
04
APR 14 2022

WILDWOOD FLORIDA 34785 USPS

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70201290000211367221

Remove ✕

Your item was delivered to an individual at the address at 7:51 am on April 18, 2022 in WASHINGTON, DC 20201.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

April 18, 2022 at 7:51 am
WASHINGTON, DC 20201

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌃ |