AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-2383

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRANSPORTATION SECURITY ADMINISTRATION
was received by me on *(date)* 04/08/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I had the summons served by Certified Mail in accordance with Fed.R.Civ.P. 4(i)(1)(A)(ii). Summons delivered April 18, 2022.

My fees are $ _____ for travel and $ 12.70 for services, for a total of $ 12.7 .

I declare under penalty of perjury that this information is true.

Date: May 9, 2022

s/ Uri Marcus
*Server's signature*

Uri Marcus, lead plaintiff
*Printed name and title*

P.O. Box 126
Ojai, CA 93024
*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 70201290000211367269

Remove ✕

Your item was delivered to an individual at the address at 7:00 am on April 18, 2022 in DHS, VA 20598.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Left with Individual

April 18, 2022 at 7:00 am
DHS, VA 20598

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌃ |