Name and address:

Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308; Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Uri Marcus, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-02383-SB-AS |
| v. | |
| Centers for Disease Control and Prevention, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Alexander, Barry S.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-973-8099

*Telephone Number*     *Fax Number*

BAlexander@Schnader.com

*E-Mail Address*

Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

MedAire, Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Lazenby, Richard A.

*Designee's Name (Last Name, First Name & Middle Initial)*

202105    (310) 388-4849    (310) 388-4869

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rlazenby@victorrane.com

*E-Mail Address*

of

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**