# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| URI MARCUS, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:22–cv–02383–SB–AS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

 5/13/2022    58      Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed    Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Local Rule 5–4.3.4 Application not hand–signed.

Other:

**Note:    In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: May 16, 2022                    By:  /s/ *Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112C(07/18)      Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application