# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22−cv−02383−SB−AS<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

  5/13/2022        58       PHV Application  

 Date Filed       Doc. No.    Title of Doc.

**IT IS HEREBY ORDERED:**

The document (ECF No. [58]) is stricken without prejudice to refiling for failure to comply with Local Rule 5−4.3.4

Clerk, U.S. District Court

Dated: May 16, 2022         By:  /s/ *Jennifer Graciano*  
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112B (01/07)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**