Name and address:
Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308; Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uri Marcus, et al.<br><br>                           v.<br><br>Centers for Disease Control and Prevention, et al.<br><br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-02383-SB-AS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Alexander, Barry S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-973-8099
*Telephone Number*   *Fax Number*

BAlexander@Schnader.com
*E-Mail Address*

of

Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

MedAire, Inc.

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Lazenby, Richard A.
*Designee's Name (Last Name, First Name & Middle Initial)*

202105         (310) 388-4849         (310) 388-4869
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rlazenby@victorrane.com
*E-Mail Address*

of

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**