# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–02383–SB–AS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  5/16/2022     61     Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed    Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED from neither the Non–resident, nor local counsel.

Other:

**Note:** In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  May 16, 2022         By:   /s/ *Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov*
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

   Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112C(07/18)     Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application