# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| URI MARCUS, et al. | 2:22–cv–02383–SB–AS |
| Plaintiff(s), | |
| v. | |
| CENTERS FOR DISEASE CONTROL AND PREVENTION, et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/16/2022 | 61 | Application of Non–Resident Atty.. |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is stricken in accordance with the Notice to Filer of Deficiencies (Dkt. No. [62]). The filer is permitted to refile their application in full accordance of the Local and Federal Rules. Please see the Notice to Filer of Deficiencies for further details.

Clerk, U.S. District Court

Dated: May 17, 2022          By: */s/ Jennifer Graciano*
                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*