Name and address:
Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308; Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uri Marcus, et al.<br><br>v.<br><br>Centers for Disease Control and Prevention, et al.<br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br>2:22-cv-02383-SB-AS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goldberg, M. Roy                                             of    STINSON, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         1775 Pennsylvania Avenue, N.W. Suite 800
(202) 728-3005                                                      Washington, D.C. 20006
*Telephone Number*    *Fax Number*
roy.goldberg@stinson.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Alaska Airlines, Inc.; American Airlines, Inc.; Delta Airlines, Inc.; Hawaiian Airlines, Inc.; Southwest Airlines Co.; and United Airlines, Inc.
*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Lazenby, Richard A.                                           of    VICTOR RANE
*Designee's Name (Last Name, First Name & Middle Initial)*         9350 Wilshire Blvd., Suite 308
  202105        (310) 388-4849        (310) 388-4869                Beverly Hills, CA 90212
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rlazenby@victorrane.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                              _____
                                                              **U.S. District Judge/U.S. Magistrate Judge**