# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| URI MARCUS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–02383–SB–AS<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

  __5/19/2022__       __65__       __PHV Application__

 Date Filed        Doc. No.     Title of Doc.

**IT IS HEREBY ORDERED:**

The application is incomplete as noted in the Notice to Filer of Deficiencies. (Dkt. No. [66]). The document (Dkt. No. [65]) is stricken without prejudice to refiling.

Clerk, U.S. District Court

Dated: May 20, 2022       By: /s/ *Jennifer Graciano*
                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112B (01/07)   **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**