Name and address:
Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308; Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uri Marcus, et al.<br><br>　　　　　　　　　　　　v.　　　　Plaintiff(s)<br><br>Centers for Disease Control and Prevention, et al.<br><br>　　　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br>2:22-cv-02383-SB-AS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goldberg, M. Roy                                   of   STINSON, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1775 Pennsylvania Avenue, N.W. Suite 800
(202) 728-3005                                              Washington, D.C. 20006
*Telephone Number*   *Fax Number*
roy.goldberg@stinson.com
*E-Mail Address*                                            *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Alaska Airlines, Inc.; American Airlines, Inc.; Delta Airlines, Inc.; Hawaiian Airlines, Inc.; Southwest Airlines Co.; and United Airlines, Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Lazenby, Richard A.                                 of   VICTOR RANE
*Designee's Name (Last Name, First Name & Middle Initial)*   9350 Wilshire Blvd., Suite 308
202105   (310) 388-4849   (310) 388-4869                    Beverly Hills, CA 90212
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rlazenby@victorrane.com
*E-Mail Address*                                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge