Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

M. Roy Goldberg (*pro hac vice application pending*)
Email: roy.goldberg@stinson.com
STINSON LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005

Attorneys for Defendants
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**AIRLINE DEFENDANTS' NOTICE OF INTERESTED PARTIES** |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

1    Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for

2  Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc.,

3  Hawaiian Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc. ("Airline

4  Defendants"), certify that the following listed parties have a pecuniary interest in

5  the outcome of this case.  These representations are made to enable the Court to

6  evaluate possible disqualification or recusal.

7    1.    Alaska Airlines, Inc. (defendant)

8         a.  Alaska Air Group, Inc. (parent company)

9    2.    American Airlines, Inc. (defendant)

10         a.  American Airlines Group Inc. (parent company)

11    3.    Delta Airlines, Inc. (defendant)

12    4.    Hawaiian Airlines, Inc. (defendant)

13         a.  Hawaiian Holdings, Inc. (parent company)

14    5.    Southwest Airlines Co.

15    6.    United Airlines, Inc. (defendant)

16         a.  United Airlines Holdings, Inc. (parent company)

17    7.    Various underwriters in the international aviation insurance market.

18  / /

19  / /

20  / /

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

Dated: May 24, 2022

Respectfully submitted,

By:_____

Richard A. Lazenby
Michael Cutler
VICTOR RANE
-and-
M. Roy Goldberg
(*Pro Hac Vice* Application Pending)
STINSON LLP

*Attorneys for Defendants*
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849