Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

M. Roy Goldberg (*pro hac vice application pending*)
Email: roy.goldberg@stinson.com
STINSON LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005

Attorneys for Defendants
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,

Plaintiffs,

vs.

CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,

Defendants.

Case No.: 2:22-cv-02383-SB-AS

**AIRLINE DEFENDANTS' CORPORATE DISCLOSURES**

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Alaska Airlines, Inc. states that it is wholly owned by Alaska Air Group, Inc. Alaska Airlines, Inc. is not publicly traded, but Alaska Air Group, Inc. is. The Vanguard Group, Inc. owns 10.98% of the outstanding shares of Alaska Air Group, Inc.

2. American Airlines, Inc. states that it is a wholly owned subsidiary of American Airlines Group Inc., a publicly-traded company. Because American Airlines, Inc. is a wholly-owned subsidiary of American Airlines Group Inc., there is no other publicly-traded company that owns any portion of American Airlines, Inc.

3. Delta Airlines, Inc. states that The Vanguard Group owns slightly more than 10% of the outstanding stock of Delta, and that no other person or entity owns 10% or more.

4. Hawaiian Airlines, Inc. states that its parent company is Hawaiian Holdings, Inc., and that Hawaiian Holdings, Inc. owns 10% or more of its stock.

5. Southwest Airlines Co. is a publicly traded entity and is traded on the NYSE (LUV). The Vanguard Group has filed a Form 13G with the Securities and Exchange Commission stating that it beneficially owns more than 10% of the shares of Southwest Airlines Co. Southwest Airlines Co. has no parent corporation, no other entity has reported holdings of over 10%, and there is not any other entity related to, or affiliated with Southwest Airlines Co. that has a financial interest in the outcome of the claims asserted against it in this case.

6. United Airlines, Inc. is a wholly-owned subsidiary of United Airlines Holdings, Inc., which is a publicly held corporation. No publicly held corporation owns 10% or more of its shares.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

Dated: May 24, 2022

Respectfully submitted,

By:______________________________

Richard A. Lazenby
Michael Cutler
VICTOR RANE
-and-
M. Roy Goldberg
(*Pro Hac Vice* Application Pending)
STINSON LLP

*Attorneys for Defendants*
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.