**URI MARCUS**
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
email: uri@ntcf.org

*Pro-Se*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SB-AS<br><br>**AMENDED**<br><br>**CERTIFICATION AND NOTICE**<br><br>**OF INTERESTED PARTIES**<br><br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 7.1-1, the undersigned Plaintiffs appearing *Pro-Se*, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or

*Case # 2:22-cv-02383-SB-AS*     -1-     AMENDED CERTIFICATION AND NOTICE
                                             OF INTERESTED PARTIES

recusal.

1. Plaintiff URI MARCUS;

2. Plaintiff YVONNE MARCUS;

3. Plaintiff AVROHOM GORDON;

4. Plaintiff DEVORAH GORDON;

5. Plaintiff CINDY RUSSO;

6. Federal Defendant CENTERS FOR DISEASE CONTROL & PREVENTION;

7. Federal Defendant DEPARTMENT OF HEALTH & HUMAN SERVICES;

8. Federal Defendant TRANSPORTATION SECURITY ADMINISTRATION;

9. Federal and Individual Defendant JULIE CARRIGAN;

10. Airline Defendant ALASKA AIRLINES and ALASKA AIR GROUP, INC. (parent company);

11. Airline Defendant ALLEGIANT AIR;

12. Airline Defendant AMERICAN AIRLINES and AMERICAN AIRLINES GROUP INC. (parent company);

13. Airline Defendant DELTA AIR LINES;

14. Airline Defendant FRONTIER AIRLINES;

15. Airline Defendant HAWAIIAN AIRLINES and HAWAIIAN HOLDINGS, INC. (parent company);

16. Airline Defendant SOUTHWEST AIRLINES;

17. Airline Defendant UNITED AIRLINES and UNITED AIRLINES HOLDINGS, INC. (parent company);

18. Individual Defendants of YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES being sued;

19. Various underwriters in the international aviation insurance market.

20. Medical Defendant STAT-MD;

21. Medical Defendant MEDAIRE.

Respectfully submitted this 25th day of May 2022.

*Uri Marcus*

Uri Marcus, lead plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

*Yvonne Marcus*

Yvonne Marcus, plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*Avrohom Gordon*

Avrohom Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
gordon.avrohom@gmail.com

*Devorah Gordon*

Devorah Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

*Cindy Russo*

Cindy Russo, plaintiff, *Pro-Se*
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
cjrz123@gmail.com