

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Jeffrey James Wetzel, Esq.*

DATE OF ADMISSION

*October 5, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 25, 2022

Nicole Traini
Chief Clerk