Name and address:

Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Uri Marcus, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-02383-SB-AS |
| v. | |
| Centers For Disease Control & Prevention, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wetzel, Jeffrey J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

412-392-5617
*Telephone Number*

888-811-7144
*Fax Number*

jwetzel@dmclaw.com
*E-Mail Address*

of

Dickie, McCamey & Chilcote, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

STAT-MD

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

and designating as Local Counsel

Lazenby, Richard A.
*Designee's Name (Last Name, First Name & Middle Initial)*

202105
*Designee's Cal. Bar No.*

310-388-4849
*Telephone Number*

310-388-4869
*Fax Number*

rlazenby@victorrane.com
*E-Mail Address*

of

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge