

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Steven Lawrence Ettinger, Esq.**

DATE OF ADMISSION

*October 29, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 25, 2022**

*Nicole Traini*

Nicole Traini
Chief Clerk