# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–02383–SB–AS<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| __6/1/2022__ | __74__ | __PHV Application__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

    The document is stricken in accordance with the Notice to Filer of Deficiencies (Dkt. No. [75]). The filer may refile their application correcting the errors as indicated in the Notice.

                             Clerk, U.S. District Court

Dated: _June 2, 2022_         By: _/s/ Jennifer Graciano_
                                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*