Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uri Marcus, et al. | **CASE NUMBER** |
| | 2:22-cv-02383-SB-AS |
| v. **Plaintiff(s)** | |
| Centers For Disease Control & Prevention, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| **Defendant(s).** | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wetzel, Jeffrey J.                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

412-392-5617            888-811-7144

*Telephone Number*        *Fax Number*

jwetzel@dmclaw.com

*E-Mail Address*

Dickie, McCamey & Chilcote, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

STAT-MD

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Lazenby, Richard A.                            of

*Designee's Name (Last Name, First Name & Middle Initial)*

202105          310-388-4849          310-388-4869

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rlazenby@victorrane.com

*E-Mail Address*

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated** June 2, 2022 _____

_____
**U.S. District Judge/U.S. Magistrate Judge**