Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308; Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uri Marcus, et al. <br><br> v. <br><br> Centers for Disease Control and Prevention, et al. <br><br> Plaintiff(s) / Defendant(s). | **CASE NUMBER** <br> 2:22-cv-02383-SB-AS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Goldberg, M. Roy — *Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 728-3005 — *Telephone Number*

roy.goldberg@stinson.com — *E-Mail Address*

of STINSON, LLP
1775 Pennsylvania Avenue, N.W. Suite 800
Washington, D.C. 20006
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Alaska Airlines, Inc.; American Airlines, Inc.; Delta Airlines, Inc.; Hawaiian Airlines, Inc.; Southwest Airlines Co.; and United Airlines, Inc.
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Lazenby, Richard A. — *Designee's Name (Last Name, First Name & Middle Initial)*

202105 — *Designee's Cal. Bar No.*
(310) 388-4849 — *Telephone Number*
(310) 388-4869 — *Fax Number*

rlazenby@victorrane.com — *E-Mail Address*

of VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☒ not be refunded.

Dated June 1, 2022

*/s/ JBS*
**U.S. District Judge**