Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

Brian T. Maye (*pro hac vice application pending*)
Email: bmaye@amm-law.com
ADLER MURPHY & MCQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, IL 60603
Telephone: 312-422-5713

Attorneys for Defendants
*Frontier Airlines, Inc.*
*Allegiant Air, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**FRONTIER AIRLINES, INC. AND ALLEGIANT AIR, LLC'S NOTICE OF INTERESTED PARTIES** |

/ /

Pursuant to Rule Local Rule 7.1-1, the undersigned, counsel for Frontier Airlines, Inc. and Allegiant Air, LLC, certify that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Frontier Airlines, Inc. (defendant)
    a. Frontier Airlines Holdings, Inc. (parent of Frontier Airlines, Inc.)
    b. Frontier Group Holdings, Inc. (parent of Frontier Airlines Holdings, Inc.)
2. Allegiant Air, LLC (defendant)
    a. Allegiant Travel Company (parent company)

Dated: June 10, 2022

Respectfully submitted,

By: _____
Richard A. Lazenby
Michael Cutler
VICTOR RANE
-and-

Brian T. Maye
(*Pro Hac Vice* Application Pending)
ADLER MURPHY & MCQUILLEN LLP

Attorneys for Defendants
*Frontier Airlines, Inc.*
*Allegiant Air, LLC*

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849