| | |
|---|---|
| 1 | Richard A. Lazenby (State Bar No. 202105) |
| | Email: rlazenby@victorrane.com |
| 2 | Michael Cutler (State Bar No. 298875) |
| | Email: mcutler@victorrane.com |
| 3 | VICTOR RANE |
| | 9350 Wilshire Blvd., Suite 308 |
| 4 | Beverly Hills, California 90212 |
| | Telephone: (310) 388-4849 |
| 5 | Facsimile: (310) 388-4869 |
| 6 | -and- |
| 7 | |
| 8 | Brian T. Maye (*pro hac vice application pending*) |
| | Email: bmaye@amm-law.com |
| 9 | ADLER MURPHY & MCQUILLEN LLP |
| | 20 S. Clark Street, Suite 2500 |
| 10 | Chicago, IL 60603 |
| | Telephone: 312-422-5713 |
| 11 | Attorneys for Defendants |
| | *Frontier Airlines, Inc.* |
| 12 | *Allegiant Air, LLC* |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | Case No.: 2:22-cv-02383-SB-AS |
| Plaintiffs, | **ALLEGIANT AIR, LLC'S CORPORATE DISCLOSURE** |
| vs. | |
| CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | |
| Defendants. | |

/ /

---

ALLEGIANT AIR, LLC'S CORPORATE DISCLOSURE
CASE NO.: 2:22-CV-02383-SB-AS

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Allegiant
2  Air, LLC discloses that it is wholly owned by Allegiant Travel Company, which is
3  a publicly traded corporation.

5  Dated: June 10, 2022  Respectfully submitted,

By: _____
   Richard A. Lazenby
   Michael Cutler
   VICTOR RANE
   -and-
   Brian T. Maye
   (*Pro Hac Vice* Application Pending)
   ADLER MURPHY & MCQUILLEN LLP

   Attorneys for Defendants
   *Frontier Airlines, Inc.*
   *Allegiant Air, LLC*

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

ALLEGIANT AIR, LLC'S CORPORATE DISCLOSURE
CASE NO.: 2:22-CV-02383-SB-AS
- 2 -