**URI MARCUS**
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SB-AS<br><br>**PRO SE PLAINTIFFS'**<br><br>**MOTION FOR CLARIFICATION**<br><br>**OF THE COURT'S STANDING**<br><br>**ORDER** |

THE UNDERSIGNED Pro Se Plaintiffs in the above referenced action hereby respectfully move this honorable Court to CLARIFY a prior order of this Court, as follows:

1. The Court entered an order on April 19, 2022. On page 10 of that order, in Section 6 (GENERAL MOTION REQUIREMENTS), Subsection 'e' (Citations to

Authority); Paragraph iii (Legal Databases), the Court stated that *"When citing to legal databases (which is not encouraged), cite to Westlaw whenever possible."*

2. We have the following questions or concerns regarding this statement:

3. Given that Pro Se Plaintiffs in the above mentioned action have no paid subscription to WestLaw Edge or any other paid legal database service owing to our collective financial limitations, and being that the Defendants have seemingly unlimited financial resources for such access, it would seem to be imbalanced, where the Defendants would have the upper hand on the issues.

4. We humbly ask the Court to clarify this matter, or include options to databases that are not expensive.

5. Another reading of the Court's statement noted above conversely seems to imply that relying on paid legal database subscription plans such as Weslaw Edge **is not preferred or encouraged** by the Court.

6. WHEREFORE, Pro Se Plaintiffs respectfully request that this honorable Court clarify its order.

7. Defendants take no position on this motion.


Respectfully submitted this 13th day of June 2022.

*Uri Marcus*

Uri Marcus, lead plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

*Yvonne Marcus*

Yvonne Marcus, plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*Avrohom Gordon*

Avrohom Gordon, plaintiff, Pro-Se
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
gordon.avrohom@gmail.com

*Devorah Gordon*

Devorah Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

*Cindy Russo*

Cindy Russo, plaintiff, *Pro-Se*
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
cjrz123@gmail.com