| | |
|---|---|
| 1 | Richard A. Lazenby (State Bar No. 202105) |
|   | Email: rlazenby@victorrane.com |
| 2 | Michael Cutler (State Bar No. 298875) |
|   | Email: mcutler@victorrane.com |
| 3 | VICTOR RANE |
|   | 9350 Wilshire Blvd., Suite 308 |
| 4 | Beverly Hills, California 90212 |
|   | Telephone: (310) 388-4849 |
| 5 | Facsimile: (310) 388-4869 |
| 6 | Attorneys for All Moving Defendants |
| 7 | M. Roy Goldberg (*Admitted pro hac vice*) |
|   | Email: roy.goldberg@stinson.com |
|   | STINSON LLP |
| 8 | 1775 Pennsylvania Avenue, N.W., Suite 800 |
|   | Washington, D.C. 20006 |
| 9 | Telephone: (202) 728-3005 |
| 10 | Attorneys for Defendants |
|    | *Alaska Airlines, Inc.,* |
| 11 | *American Airlines, Inc.,* |
|    | *Delta Airlines, Inc.,* |
| 12 | *Hawaiian Airlines, Inc.,* |
|    | *Southwest Airlines Co., and* |
| 13 | *United Airlines, Inc.* |
| 14 | Brian T. Maye (*pro hac vice application pending*) |
|    | Email: bmaye@amm-law.com |
| 15 | ADLER MURPHY & MCQUILLEN LLP |
|    | 20 S. Clark Street, Suite 2500 |
| 16 | Chicago, IL 60603 |
|    | Telephone: (312) 422-5713 |
| 17 | |
|    | Attorneys for Defendants |
| 18 | *Frontier Airlines, Inc.; and* |
|    | *Allegiant Air, LLC* |
| 19 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | ) ) ) ) | Case No.: 2:22-cv-02383-SB-AS |
| Plaintiffs, | ) ) | **AIRLINE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO F.R.C.P RULE 12(b)(6)** |
| vs. | ) ) ) | |
| CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, | ) ) ) ) ) ) ) | Hearing Date: July 29, 2022 Judge: Hon. Stanley Blumenfeld Jr. Ct. Room: 6C |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALLEGIANT AIR, AMERICAN )<br>AIRLINES, DELTA AIR LINES, )<br>FRONTIER AIRLINES, HAWAIIAN )<br>AIRLINES, SOUTHWEST AIRLINES, )<br>UNITED AIRLINES, YET-TO-BE- )<br>NAMED EMPLOYEES OF THE 8 )<br>AIRLINES, STAT-MD, & MEDAIRE, )<br>)<br>            Defendants.    )<br>                                                              ) |

# AIRLINE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants") will and hereby move on July 29, 2022 at 8:30 am in Courtroom 6C of the above court, located at 350 West 1st Street, Los Angeles, CA to dismiss Plaintiffs' Complaint against Airline Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6). Airline Defendants' Motion is based on the following grounds:

1. The Complaint is an improper "shotgun pleading."

2. There is no legal or factual basis for Plaintiffs to pursue their claims for civil conspiracy under 42 U.S.C. § 1985(3) or 1986.

3. Plaintiffs lack a private right of action to pursue violations of the Air Carrier Access Act, 49 U.S.C. § 41705.

4. The Airline Defendants are not subject to Plaintiffs' claims under the federal Rehabilitation Act. 29 U.S.C. § 794.

5. The claims for violation of the California Unruh Civil Rights Act are preempted by federal law, and Plaintiffs other than Cindy Russo lack standing to pursue these claims.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

AIRLINE DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT PURSUANT TO
F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SB-AS

6. Plaintiffs' claims for breach of contract should be dismissed for failure to identify a self-imposed contractual obligation undertaken by the Airline Defendants.

7. Plaintiffs' allegation of reckless endangerment fails to state a claim.

8. There is no viable claim against the Airline Defendants for practicing medicine without a license.

9. Plaintiffs fail to state a claim for invasion of privacy.

10. The claims for deceptive and misleading trade practices, and fraudulent misrepresentation, by the Airline Defendants are preempted by the Airline Deregulation Act or are barred by the lack of a private right of action to enforce 49 U.S.C. § 41712.

11. There is no constitutional right to travel domestically by aircraft.

Airline Defendants' Motion is based upon this Notice, and the attached Memorandum of Points and Authorities filed concurrently herewith, the records, pleadings, and documents on file in this matter, and any such oral and/or documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

This motion is made following the conference of counsel and Plaintiffs (who are *pro se*) pursuant to L.R. 7-3, which took place on Thursday June 2, 2022 via Zoom.

For the reasons detailed above and herein, Airline Defendants' Motion to Dismiss should be granted in its entirety.

/ /
/ /
/ /
/ /
/ /
/ /

AIRLINE DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT PURSUANT TO
F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SB-AS

| | |
|---|---|
| 1   Dated: June 13, 2022 | Respectfully submitted, |
| 2 | |
| 3 | By: _/s/ Richard A. Lazenby_ |
| 4 |    Richard A. Lazenby |
| 5 |    Michael Cutler |
|   |    VICTOR RANE |
| 6 |    Attorneys for Moving Defendants |

By: *M. Roy Goldberg*
   M. Roy Goldberg
   (Admitted Pro Hac Vice)
   STINSON LLP

Attorneys for Defendants
*Alaska Airlines, Inc.,*
*American Airlines, Inc.,*
*Delta Airlines, Inc.,*
*Hawaiian Airlines, Inc.,*
*Southwest Airlines Co., and*
*United Airlines, Inc.*

By: *Brian T. Maye*
   Brian T. Maye
   (Pro Hac Vice Application Pending)
   ADLER MURPHY & MCQUILLEN LLP

Attorneys for Defendants
*Frontier Airlines, Inc.; and*
*Allegiant Air, LLC*

---

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

AIRLINE DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT PURSUANT TO
F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SB-AS

# CERTIFICATE OF COMPLIANCE

The undersigned counsel for Airline Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc., hereby states as follows with regard to the meet and confer requirements applicable to the filing of the above motion to dismiss.

On June 2, 2022, the following parties and attorneys convened a video conference of approximately two hours in length to discuss the defendants' planned motions to dismiss:

**For pro se Plaintiffs:**

Uri Marcus

Yvonne (ADI) Marcus

Avrohom Gordon

Devorah Gordon

Cindy Russo

**For Defendants:**

M. Roy Goldberg (Stinson, LLP) - Counsel for Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc.

Brian T. Maye (Adler Murphy & McQuillen LLP) - Counsel for Allegiant Air, LLC and Frontier Airlines, Inc.

Michael Cutler (Victor Rane) - Counsel for Alaska Airlines, Inc., Allegiant Air, LLC, American Airlines, Inc., Delta Air Lines, Inc., Frontier Airlines, Inc. Hawaiian Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc.

Andrew F. Friedah (U.S. Department of Justice) – Counsel for federal defendants.

AIRLINE DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT PURSUANT TO
F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SB-AS

1   Johnny H. Walker (U.S. Department of Justice) – Counsel for federal
2   defendants.
3   Brittany Wakim (Schnader Harrison) – Counsel for defendant Medaire.
4   Steve Ettinger (Dickie McCamey) – Counsel for defendant STAT-MD.
5   Jeremy Brumbelow - Counsel for defendant Julie Carrigan.
6   This video conference was preceded by email exchanges between
7 undersigned counsel and the pro se plaintiffs.  During the video conference,
8 counsel for the defendants raised the legal issues that are the subject of their
9 motions to dismiss and discussed the issues with the pro se plaintiffs.  In an email
10 following the video conference and dated June 6, 2022, plaintiff Uri Marcus stated:

> All of us want to thank you for the time, effort and candor each of you put into our Meet and Confer videoconference last Thursday, June 2nd to discuss the substance of your contemplated motions and any potential resolutions.
>
> After consulting at length with each other, our conclusion is that we unable to fully resolve any of our disputes, narrow the scope of the contested issues, voluntarily dismiss any of our causes of action, or amend our complaint at this time. We feel that our complaint and causes of action are valid and well-supported by sound legal arguments.
>
> All the best,
>
> Uri Marcus
> Lead Plaintiff
> Jerusalem

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

---

AIRLINE DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT PURSUANT TO
F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SB-AS

| | | |
|---|---|---|
| 1 | Dated: June 13, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ |
| 4 | |    Richard A. Lazenby |
| 5 | |    Michael Cutler |
| 6 | |    VICTOR RANE |
| | |    Attorneys for Moving Defendants |

By: *M. Roy Goldberg*
   M. Roy Goldberg
   (Admitted Pro Hac Vice)
   STINSON LLP

Attorneys for Defendants
*Alaska Airlines, Inc.,*
*American Airlines, Inc.,*
*Delta Airlines, Inc.,*
*Hawaiian Airlines, Inc.,*
*Southwest Airlines Co., and*
*United Airlines, Inc.*

By: *Brian T. Maye*
   Brian T. Maye
   (Pro Hac Vice Application Pending)
   ADLER MURPHY & MCQUILLEN LLP

Attorneys for Defendants
*Frontier Airlines, Inc.; and*
*Allegiant Air, LLC*

Victor Rane
9350 Wilshire Blvd, Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

AIRLINE DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS THE COMPLAINT PURSUANT TO
F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SB-AS