AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Uri Marcus, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-02383-JWH-DFM |
| Centers for Disease Control & Prevention, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Julie Carrigan in her individual capacity

Date: 06/14/2022

*[signature: Jeremy Scott Brumbelow]*
*Attorney's signature*

Jeremy Scott Brumbelow (Arkansas Bar No. 96145)
*Printed name and bar number*

United States Department of Justice
Civil Division, Torts Branch, Constitutional Torts Staff
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
*Address*

jeremy.brumbelow@usdoj.gov
*E-mail address*

(202) 616-4330
*Telephone number*

(202) 616-4314
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Appearance of Counsel on the *pro se* Plaintiffs and counsel for all other parties by electronic means through the Court's Case Management/Electronic Case File system on June 14, 2022.

        s/ Jeremy Scott Brumbelow
        JEREMY SCOTT BRUMBELOW
        *Counsel for Defendant Carrigan in her individual capacity*