1  Richard A. Lazenby (State Bar No. 202105)
   Email: rlazenby@victorrane.com
2  Michael Cutler (State Bar No. 298875)
   Email: mcutler@victorrane.com
3  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
4  Beverly Hills, California 90212
   Telephone: (310) 388-4849
5  Facsimile: (310) 388-4869

6  -and-

7  Barry S. Alexander (*pro hac vice*)
   Email: balexander@schnader.com
8  SCHNADER HARRISON SEGAL & LEWIS LLP
   140 Broadway, Suite 3100
9  New York, NY 10005
   Telephone: (212) 973-8099

10 Attorneys for Defendant
11 MEDAIRE, INC.

12                     UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14 URI MARCUS, YVONNE MARCUS,        )  Case No.: 2:22-cv-02383-SB-AS
   AVROHOM GORDON, DEVORAH           )
15 GORDON & CINDY RUSSO,             )  **MEDAIRE, INC.'S CORPORATE**
                                     )  **DISCLOSURES**
16            Plaintiffs,            )
                                     )
17      vs.                          )
                                     )
18 CENTERS FOR DISEASE CONTROL       )
   & PREVENTION, DEPARTMENT OF       )
19 HEALTH & HUMAN SERVICES,          )
   TRANSPORTATION SECURITY           )
20 ADMINISTRATION, JULIE             )
   CARRIGAN, ALASKA AIRLINES,        )
21 ALLEGIANT AIR, AMERICAN           )
   AIRLINES, DELTA AIR LINES,        )
22 FRONTIER AIRLINES, HAWAIIAN       )
   AIRLINES, SOUTHWEST AIRLINES,     )
23 UNITED AIRLINES, YETTO-BE-        )
   NAMED EMPLOYEES OF THE 8          )
24 AIRLINES, STAT-MD, & MEDAIRE,     )
                                     )
25            Defendants.            )
                                     )
26 _____  )

27 / /

28 / /

_____
MEDAIRE, INC.'S CORPORATE DISCLOSURES
CASE NO.: 2:22-CV-02383-SB-AS

Victor Rane
9350 Wilshire Blvd, Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, MedAire, Inc. states that it is wholly-owned subsidiary of International SOS (The Americas), L.P. No publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2022                    Respectfully submitted,

By: *Barry S. Alexander*

Barry S. Alexander, *pro hac vice*
SCHNADER HARRISON SEGAL &
LEWIS LLP

-and-

Richard A. Lazenby
Michael Cutler
VICTOR RANE

*Attorneys for Defendant*
MEDAIRE, INC.