Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

Barry S. Alexander (*pro hac vice*)
Email: balexander@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005
Telephone: (212) 973-8099

Attorneys for Defendant
MEDAIRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**MEDAIRE, INC.'S NOTICE OF INTERESTED PARTIES** |

/ /

/ /

1  Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for
2  Defendant MedAire, Inc. ("MedAire"), certifies that the following listed parties
3  have a pecuniary interest in the outcome of this case.  These representations are
4  made to enable the Court to evaluate possible disqualification or recusal.
5      1.    MedAire, Inc.; and
6      2.    International SOS (The Americas) LP.
7  No publicly held corporation has any interest in MedAire.

9  Dated: June 14, 2022                        Respectfully submitted,

By: *Barry S. Alexander*
Barry S. Alexander, *pro hac vice*
SCHNADER HARRISON SEGAL &
LEWIS LLP

-and-

Richard A. Lazenby
Michael Cutler
VICTOR RANE
*Attorneys for Defendant*

MEDAIRE, INC.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

MEDAIRE, INC.'S NOTICE OF INTERESTED PARTIES
CASE NO.: 2:22-CV-02383-SB-AS    - 2 -