Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

Barry S. Alexander (*pro hac vice*)
Email: balexander@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005
Telephone: (212) 973-8099

Attorneys for Defendant
MEDAIRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**DEFENDANT MEDAIRE, INC.'S NOTICE OF AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO F.R.C.P. RULES 12(B)(6) AND 12(B)(2)**<br><br>Hearing Date: July 29, 2022<br>Time: 8:30 a.m.<br>Courtroom: 6C<br>Judge: The Hon. Stanley Blumfeld, Jr.<br><br>Complaint Filed: April 8, 2022<br>Trial Date: Not Scheduled |

# MEDAIRE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant MedAire, Inc. ("MedAire") will and hereby does move on July 29, 2022 at 8:30 a.m. in Courtroom 6C of the above court, located at 350 West 1st Street, Los Angeles, CA to dismiss Plaintiffs' Complaint as against MedAire pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(2). MedAire's Motion is based on the following grounds:

Count XX for conspiracy to violate civil rights under 42 U.S.C. §1985(3) fails to state a claim upon which relief can be granted because the allegations of conspiracy are entirely conclusory, Plaintiffs are not part of a protected class, and MedAire did not have any involvement with Plaintiffs.

Count XXXIX for medical malpractice fails to state a claim upon which relief can be granted because MedAire never interacted with Plaintiffs and this claim in any event is preempted by the Airline Deregulation Act.

Finally, this Court does not have personal jurisdiction over MedAire for the claims asserted in the Complaint.

MedAire's Motion is based upon this Notice, and the attached Memorandum of Points and Authorities filed concurrently herewith, the records, pleadings, and documents on file in this matter, and any such oral and/or documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

This motion is made following the conference of counsel and Plaintiffs (who are *pro se*) pursuant to L.R. 7-3, which took place on Thursday June 2, 2022 via Zoom.

For the reasons detailed above and herein, MedAire's Motion to Dismiss should be granted in its entirety.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

DEFENDANT MEDAIRE, INC.'S NOTICE OF AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO F.R.C.P. RULES 12(B)(6) AND 12(B)(2)
CASE NO.: 2:22-CV-02383-SB-AS

- 2 -

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

| | |
|---|---|
| Dated: June 14, 2022 | Respectfully submitted, |
| | By: *Barry S. Alexander* |
| | Barry S. Alexander, *pro hac vice* |
| | SCHNADER HARRISON SEGAL & LEWIS LLP |
| | -and- |
| | [signature] |
| | Richard A. Lazenby |
| | Michael Cutler |
| | VICTOR RANE |
| | *Attorneys for Defendant* MEDAIRE, INC. |

DEFENDANT MEDAIRE, INC.'S NOTICE OF AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO F.R.C.P. RULES 12(B)(6) AND 12(B)(2)
CASE NO.: 2:22-CV-02383-SB-AS

- 3 -