Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

John C. Conti (State Bar No. 118824)
Email: jconti@dmclaw.com
Jeffrey J. Wetzel (*admitted pro hac vice*)
Email: jwetzel@dmclaw.com
Steven L. Ettinger (*admitted pro hac vice*)
Email: settinger@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617

Attorneys for Defendant
STAT-MD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**DEFENDANT STAT-MD'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant STAT-MD, certify that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Center for Emergency Medicine of Western Pennsylvania, Inc., d/b/a STAT-MD (defendant); and

2. UPMC (defendant's parent company).

Dated: June 14, 2022          Respectfully submitted,

By: *John C. Conti*
John C. Conti
Jeffrey J. Wetzel *(admitted pro hac vice)*
Steven L. Ettinger *(admitted pro hac vice)*
DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
Richard A. Lazenby
Michael Cutler
VICTOR RANE

*Attorneys for Defendant*
STAT-MD

DEFENDANT STAT-MD'S
NOTICE OF INTERESTED PARTIES
CASE NO.: 2:22-CV-02383-SB-AS