Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

John C. Conti (State Bar No. 118824)
Email: jconti@dmclaw.com
Jeffrey J. Wetzel (*admitted pro hac vice*)
Email: jwetzel@dmclaw.com
Steven L. Ettinger (*admitted pro hac vice*)
Email: settinger@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617

Attorneys for Defendant
STAT-MD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**DEFENDANT STAT-MD'S CORPORATE DISCLOSURES** |

Center for Emergency Medicine of Western Pennsylvania, Inc., d/b/a STAT-MD, is a non-profit corporation organized and existing under the laws of Pennsylvania. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Center for Emergency Medicine of Western Pennsylvania, Inc., states that its parent corporation is UPMC. No publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2022                    Respectfully submitted,

By: *John C. Conti*
John C. Conti
Jeffrey J. Wetzel *(admitted pro hac vice)*
Steven L. Ettinger *(admitted pro hac vice)*
DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
Richard A. Lazenby
Michael Cutler
VICTOR RANE

*Attorneys for Defendant*
STAT-MD