Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

John C. Conti (State Bar No. 118824)
Email: jconti@dmclaw.com
Jeffrey J. Wetzel (admitted *pro hac vice*)
Email: jwetzel@dmclaw.com
Steven L. Ettinger (admitted *pro hac vice*)
Email: settinger@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617

Attorneys for Defendant
STAT-MD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**STAT-MD'S NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULES 12(B)(2) AND 12(B)(6)**<br><br>Hearing Date: July 29, 2022<br>Hearing Time: 8:30 a.m.<br>Ct. Room: 6C<br>Judge: Hon. Stanley Blumenfeld Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant STAT-MD will and hereby move on July 29, 2022 at 8:30 am in Courtroom 6C of the above court, located at 350 West 1st Street, Los Angeles, CA to dismiss Plaintiffs' Complaint against STAT-MD pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).  STAT-MD's Motion is based on the following grounds:

1. This Honorable Court lacks personal jurisdiction over STAT-MD pursuant to Fed. R. Civ. P. 12(b)(2).

2. Plaintiffs fail to state a claim for medical malpractice in the absence of any medical treatment or a patient-provider relationship.

3. Plaintiffs fail to provide a legal or factual basis for their claims for civil conspiracy under 42 U.S.C. § 1985(3).

STAT-MD's Motion is based on this Notice of Motion and Motion to Dismiss, the concurrently filed Brief in Support of Motion to Dismiss and Proposed Order, all pleadings and papers filed in this action, any oral argument of counsel, and any other matters that may come before the Court.

This Motion is made following the conference of counsel and pro se Plaintiffs pursuant to L.R. 7-3, which took place on Thursday June 2, 2022 via Zoom.  The Parties thoroughly discussed the substance and potential resolution of the filed motion.  Despite their good faith efforts, the Parties were unable to resolve the issues raised in this Motion, and Plaintiffs intend to oppose the Motion.

For the reasons detailed above and herein, STAT-MD's Motion to Dismiss should be granted in its entirety.

/ /
/ /
/ /
/ /
/ /

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone:  (310) 388-4849

| | |
|---|---|
| Dated: June 14, 2022 | Respectfully submitted, |

By: *John C. Conti*
   John C. Conti
   Jeffrey J. Wetzel
   *(*admitted *pro hac vice)*
   Steven L. Ettinger
   *(*admitted *pro hac vice)*
   DICKIE, McCAMEY & CHILCOTE, P.C.

By: [signature]
   Richard A. Lazenby
   Michael Cutler
   VICTOR RANE

   *Attorneys for Defendant*
   STAT-MD

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

STAT-MD'S NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULES 12(B)(2) AND 12(B)(6)
Case No.: 2:22-cv-02383-SB-AS

- 3 -