URI MARCUS
*Pro Se* Plaintiff
P.O. Box 126
Ojai, CA  93024
Tel. (909) 833-0065
Email:  uri@ntcf.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan in her individual capacity*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br>  Defendants | Case No. 2:22-cv-02383-SB-AS<br><br>**JOINT STIPULATION REGARDING SERVICE OF PROCESS ON DEFENDANT JULIE CARRIGAN IN HER INDIVIDUAL CAPACITY AND HER TIME TO RESPOND TO THE COMPLAINT**<br><br>The Honorable Stanley Blumenfeld, Jr.<br>United States District Judge |

Pursuant to L.R. 7-1, Plaintiff Uri Marcus, *pro se*, and Defendant Julie Carrigan in her individual capacity (through her undersigned Justice Department counsel), respectfully submit this joint stipulation regarding service of process and Defendant Carrigan's time to respond to the complaint in her individual capacity.

In her individual capacity, Defendant Carrigan is sued on one count in the complaint by one plaintiff, *i.e.*, Plaintiff Uri Marcus. *See* Compl. (Doc. 1) at p. 120, ¶¶ 889-90, Part S (asserting, as Nineteenth Cause of Action, an individual-capacity claim for damages against Defendant Carrigan under the First Amendment pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)). Accordingly, with respect to that claim, Plaintiff Uri Marcus was required to effect personal service on Defendant Carrigan in accordance with Federal Rule of Civil Procedure 4(e) and 4(i)(3). *See generally Daly-Murphy v. Winston*, 837 F.2d 348, 355 (9th Cir. 1987).

Pursuant to the parties' stipulation and Defendant Carrigan's authorization of her undersigned counsel to accept service for her in this case pursuant to Rule 4(e)(2)(C), Plaintiff Uri Marcus effected personal service of process on Defendant Carrigan (by serving undersigned counsel) on **June 3, 2022**. The parties further stipulate that, pursuant to Federal Rule of Civil Procedure 12(a)(3) (requiring individual-capacity federal defendant to respond to complaint "within 60 days after service on the officer or employee or service on the United States attorney, whichever is later"), Defendant Carrigan, in her individual capacity, must respond to the complaint on or before **August 2, 2022**.

Pursuant to L.R. 7-1, L.R. 52-4.1, and L.R. 5-4.4.1, the parties have included a separate proposed order as an attachment to this stipulation.

//
//
//

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| URI MARCUS | BRIAN M. BOYNTON |
| /s/ Uri Marcus | Principal Deputy Assistant Attorney General |
| *Pro Se* Plaintiff | C. SALVATORE D'ALESSIO, JR. |
| P.O. Box 126 | Acting Director, Torts Branch |
| Ojai, CA  93024 | MARY HAMPTON MASON |
| Tel. (909) 833-0065 | Senior Trial Counsel, Torts Branch |
| Email:  uri@ntcf.org | JEREMY SCOTT BRUMBELOW |
|  | /s/ Jeremy Scott Brumbelow |
|  | Senior Trial Attorney, Torts Branch |
|  | U.S. Department of Justice, Civil Division |
|  | P.O. Box 7146, Ben Franklin Station |
|  | Washington, D.C.  20044-7146 |
|  | Tel. (202) 616-4330; Fax. (202) 616-4314 |
|  | Email:  jeremy.brumbelow@usdoj.gov |
|  | *Counsel for Defendant Julie Carrigan in her individual capacity* |

DATED:  June 17, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

JEREMY SCOTT BRUMBELOW
/s/ Jeremy Scott Brumbelow
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division