# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS, *et al.*,

 Plaintiffs,

 v.

CENTERS FOR DISEASE
CONTROL & PREVENTION, *et al.*,

 Defendants

Case No. 2:22-cv-02383-SB-AS

**[PROPOSED] ORDER REGARDING SERVICE OF PROCESS ON DEFENDANT JULIE CARRIGAN IN HER INDIVIDUAL CAPACITY AND HER TIME TO RESPOND TO THE COMPLAINT**

1  Based on the parties' stipulation, the Court hereby orders that Defendant
2  Julie Carrigan, in her individual capacity, must respond to the complaint on or
3  before August 2, 2022.
4      IT IS SO ORDERED.
5
6      Dated:

                                       _____
                                       Stanley Blumenfeld, Jr.
                                       United States District Judge