BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH
JOHNNY M. WALKER (D.C. Bar No. 991325)
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 514-3183
Email:  johnny.walker@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>　　　　　*Defendants*. | CASE NO. 2:22-CV-2383-SB-AS<br><br>**FEDERAL DEFENDANTS' NOTICE AND MOTION TO DISMISS COMPLAINT**<br><br>**Hearing:**<br>Date: July 29, 2022<br>Time: 8:30 a.m.<br>Courtroom 6C<br><br>Honorable Stanley Blumenfeld, Jr.<br>**United States District Judge** |

PLEASE TAKE NOTICE that Federal Defendants (the Centers for Disease Control and Prevention; the United States Department of Health and Human Services; the Transportation Security Administration; and Julie Carrigan, Acting Division Director of TSA's National Transportation Vetting Center, in her official capacity), will, and hereby do, move this Court to dismiss Causes of Action 4, 6, 7, 8, 9, 10, 15, 16, 17, and 18 of the Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and to dismiss the remainder of the Complaint without prejudice pursuant to Federal Rules of Civil Procedure 8(a) and 12(e), for the reasons explained in the accompanying memorandum.

This motion is based on this Notice and Motion and the attached Memorandum of Points and Authorities.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 2, 2022, in which the parties thoroughly discussed the substance and potential resolution of the filed motion by videoconference.

| | |
|---|---|
| Dated: June 17, 2022 | Respectfully submitted,<br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>TRACY WILKISON<br>United States Attorney<br><br>ERIC B. BECKENHAUER<br>Assistant Branch Director |
| By: | */s/ Johnny H. Walker*<br>STEPHEN M. PEZZI<br>ANDREW F. FREIDAH<br>JOHNNY H. WALKER<br>MICHAEL J. GERARDI<br>  Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel.: (202) 514-3183<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for the Federal Defendants* |

2