UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-2383-SB-AS<br><br>**[PROPOSED] ORDER** |

Upon consideration of Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED.

It is FURTHER ORDERED that Causes of Action 4, 6, 7, 8, 9, 10, 15, 16, 17, and 18 are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

It is FURTHER ORDERED that the remainder of the Complaint is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 8(a) and 12(e).

IT IS SO ORDERED.

Dated: June 17, 2022

                                      Stanley Blumenfeld, Jr.
                                      United States District Judge