**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, <br><br> Defendants | Case No. 2:22-cv-02383-SB-AS <br><br> **ORDER REGARDING SERVICE OF PROCESS ON DEFENDANT JULIE CARRIGAN IN HER INDIVIDUAL CAPACITY AND HER TIME TO RESPOND TO THE COMPLAINT** |

1 | Based on the parties' stipulation, the Court hereby orders that Defendant Julie Carrigan, in her individual capacity, must respond to the complaint on or before August 2, 2022.

IT IS SO ORDERED.

Dated:  June 17, 2022

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge

1