FILED
CLERK, U.S. DISTRICT COURT
June 21, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SUNSHINE SUZANNE SYKES | ORDER OF THE CHIEF JUDGE<br><br>**22-104** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sunshine Suzanne Sykes,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stanley Blumenfeld, Jr, to the calendar of Judge Sunshine Suzanne Sykes:

| | |
|---|---|
| 2:18-cv-00553-SB-AFM | Arthur Andrew Andrade v. Debbie Asuncion, et al. |
| 2:21-cv-07232-SB-AFMx | Robert Rozier, et al. v. Department of Homeland Security Federal Protectice Service |
| 2:22-cv-00496-SB-ASx | Nancy Copfer v. Molson Coors Beverage Company USA LLC, et al. |
| 2:22-cv-00708-SB-SKx | Daniel Kershaw v. Antony J. Blinken, et al. |
| 2:22-cv-02114-SB-RAOx | Ricardo Pimienta v. Midland Credit Management, Inc. |
| 2:22-cv-02383-SB-ASx | Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al. |
| 2:22-cv-02662-SB-Ex | Stagecoach Partners, L.P. v. Massachusetts Bay Insurance Company |
| 2:22-cv-03043-SB-MARx | Steve Groves v. Early Warning Services, LLC |
| 2:22-cv-03129-SB-JPRx | Maurise Phillips v. American Airlines, Inc. et al. |
| 2:22-cv-03567-SB-RAO | Melvin Goodwin Bentley, II v. Patrick Covello |
| 2:22-cv-03673-SB-MARx | Mark Yousef v. Caregard Warranty Services, Inc., et al. |

In the Matter of the
Creation of Calendar for
District Judge Sunshine Suzanne Sykes 2

_____

| | |
|---|---|
| 2:22-cv-03740-SB-MRWx | Medici Textile, Inc. v. Zoetop Business Co., Ltd., et al. |
| 5:22-cv-00477-SB-SHKx | Jyelohn Simpson v. Walmart Associates, Inc. |
| 5:22-cv-00654-SB-SHKx | Elsa Ramirez v. National Distribution Centers, LLC, et al. |

On all documents subsequently filed in the case, please substitute the Judge initials SSS after the case number in place of the initials of the prior Judge.

DATED: June 21, 2022

_____
Chief Judge Philip S. Gutierrez