

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Brittany Clair Wakim, Esq.*

DATE OF ADMISSION

*November 3, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  June 1, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk