**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.:  2:22-cv-02383-SSS<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUMS IN OPPOSITION TO STAT-MD's, MEDAIRE's AND FEDERAL DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing Date:         **July 29, 2022**<br>Time:                              **8:30 a.m.**<br>Courtroom:                           **6C**<br>Judge: **The Hon. Sunshine Suzanne Sykes** |

1. I, URI MARCUS, am Lead Plaintiff in this case.

2. I respectfully move for an extension of time to file our Memorandums in Opposition to STAT-MD's, MEDAIRE's and FEDERAL DEFENDANTS' MOTIONS TO DISMISS.

3. The above-referenced Memorandums in Opposition to STAT-MD's and MEDAIRE's motions to dismiss are currently due on Tuesday, June 28, 2022 at 11:59 pm.

4. The above-referenced Memorandum in Opposition to FEDERAL DEFENDANTS' motions to dismiss is currently due on Friday, July 1, 2022 at 11:59 pm.

5. We have neither moved for nor received any prior extensions in this case, to date.

6. This extension is necessary because I am a pro se litigant and because my wife — YVONNE MARCUS — who is also one of the co-plaintiffs in this case, has chronic digestive issues and acute IBS which has flared up recently. She is loosing 2 kilo/week and is now down now to 50 kg and cannot eat. I need time devoted to finding any and all medical treatments and/or solutions for her here in Jerusalem, or possibly in the United States, with the hope that we will shortly see an improvement in her health. I am her sole and primary caretaker.

7. Accordingly, we motion the Court grant us an additional **16 days** to, until **Thursday, July 14, 2022 at 11:59 pm**, to file our Memorandums of Opposition as noted above.

8. All Defendants on the opposing side have consented to the filing of this motion and the [proposed] order granting our request for the extensions.

9. We declare under penalty of perjury that the above statements are true and correct.

/ /

Respectfully submitted this 23rd day of June 2022.

*Uri Marcus*

Uri Marcus, lead plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

*Yvonne Marcus*

Yvonne Marcus, plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*Avrohom Gordon*

Avrohom Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
gordon.avrohom@gmail.com

*Devorah Gordon*

Devorah Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

*Cindy Russo*

Cindy Russo, plaintiff, *Pro-Se*
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
cjrz123@gmail.com

**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.:  2:22-cv-02383-SSS<br><br>**(PROPOSED) ORDER GRANTING MOTION FOR EXTENSION**<br><br><br><br>Hearing Date:           **July 29, 2022**<br>Time:                              **8:30 a.m.**<br>Courtroom:                           **6C**<br>Judge: **The Hon. Sunshine Suzanne Sykes** |

*Case # 2:22-cv-02383-SSS*           -1-           (PROPOSED) ORDER GRANTING
                                                                   MOTION FOR EXTENSION

Having considered Lead Plaintiff URI MARCUS' motion, IT IS HEREBY ORDERED that the motion for an extension of time be GRANTED.

Plaintiffs in this case shall have until Thursday, July 14, 2022 at 11:59 pm, to file their Memorandums of Opposition to DEFENDANTS STAT-MD, MEDAIRE and FEDERAL DEFENDANTS' motions to dismiss.

Dated: _____

                                      The Hon. Judge Sunshine Suzanne Sykes
                                      United States District Judge