1  **URI MARCUS**
2  P.O. Box 126
3  Ojai, CA  93024
   Telephone:  909-833-0065
4  email: uri@ntcf.org

5  *Pro-Se*

6  UNITED STATES DISTRICT COURT

7  FOR THE CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>                                  Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>                                  Defendants, | Case No.:  2:22-cv-02383-SSS<br><br>**PLAINTIFFS' ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO RESCHEDULE SCHEDULING CONFERENCE**<br><br><br><br>Hearing Date:            **July 29, 2022**<br>Time:                             **8:30 a.m.**<br>Courtroom:                           **6C**<br>Judge: **The Hon. Sunshine Suzanne Sykes** |

1. Our SCHEDULING CONFERENCE is currently scheduled for July 29, 2022 at 8:30 a.m.

2. Plaintiffs respectfully request that the Court move the Scheduling Conference, at the Court's convenience, to any data on or after August 8, 2022.

3. Plaintiffs also respectfully request that the Court not schedule the Scheduling Conference on any Friday.

4. These requested rescheduling changes are necessary because four of the five plaintiffs are observant Jews (i.e., Orthodox Jews who observe Torah-Law and Oral Jewish traditions). Each year, on the 9th day of the Hebrew month of "Av," we have a fast day called "Tisha be'Av." The 9th of Av was memorialized by the Hebrew Prophet Zechariyahu [Zechariya] in the Hebrew Bible at Zech. 8:19, as *"the fast of the fifth month."* This year, that day falls out on August 7, 2022. Oral traditions handed down by our sages for 2,500 years have taught that one should avoid court appearances during the 8-day period leading up the 9th of Av (from July 29 through August 7, 2022), owing to specific events in Jewish history associated with that day on the Hebrew calendar.

5. In addition, the 29th of July presents a particular problem for Plaintiffs Uri Marcus and Yvonne Marcus. The hearing currently set for 8:30 am is at 6:30 pm in Jerusalem on "erev [the evening of] Shabbat," which begins at 6:58 pm on that day. The Marcus' would be unable to attend the Conference on any Friday owing to Shabbat laws and restrictions.

6. All Defendants on the opposing side have either consented to or take no position on the filing this request and its [proposed] order to reschedule the Scheduling Conference for a date on or after August 8, 2022 at the Court's bidding, but not on any Friday.

7. Plaintiffs have not yet asked the case manager of our case to change the date of the Scheduling Conference.

1    8.    We declare under penalty of perjury that the above statements are
2  true and correct.
3  / /
4  / /
5  / /
6  / /
7  / /
8  / /
9  / /
10 / /
11 / /
12 / /
13 / /
14 / /
15 / /
16 / /
17 / /
18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

Respectfully submitted this 23rd day of June 2022.

### *Uri Marcus*

Uri Marcus, lead plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

### *Yvonne Marcus*

Yvonne Marcus, plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

### *Avrohom Gordon*

Avrohom Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
gordon.avrohom@gmail.com

### *Devorah Gordon*

Devorah Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

### *Cindy Russo*

Cindy Russo, plaintiff, *Pro-Se*
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
cjrz123@gmail.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER TO RESCHEDULE SCHEDULING CONFERENCE

Good cause appearing, the motion is GRANTED. The Case's SCHEDULING CONFERENCE is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Judge Sunshine Suzanne Sykes
United States District Judge