```
 1  Richard A. Lazenby (State Bar No. 202105)
    Email: rlazenby@victorrane.com
 2  Michael Cutler (State Bar No. 298875)
    Email: mcutler@victorrane.com
 3  VICTOR RANE
    9350 Wilshire Blvd., Suite 308
 4  Beverly Hills, California 90212
    Telephone: (310) 388-4849
 5  Facsimile: (310) 388-4869

 6  -and-

    Barry S. Alexander (pro hac vice)
 7  Email: balexander@schnader.com
    SCHNADER HARRISON SEGAL & LEWIS LLP
 8  140 Broadway, Suite 3100
    New York, NY 10005
 9  Telephone: (212) 973-8099

10  Brittany C. Wakim (pro hac vice pending)
    Email: bwakim@schnader.com
11  SCHNADER HARRISON SEGAL & LEWIS LLP
    1600 Market Street, Suite 3600
12  Philadelphia, PA 19103
    Telephone: (215) 751-2092

13
    Attorneys for Defendant
14  MEDAIRE, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**NOTICE OF NEW HEARING DATE RE: MEDAIRE, INC.'S MOTION TO DISMISS [DKT. 92]**<br><br>**Prior Hearing Date**: July 29, 2022<br>**New Hearing Date**: September 30, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Dist. Judge: Hon. Sunshine S. Sykes |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to the Court's Reassignment Order
3  (Dkt. 104), the hearing on the Motion to Dismiss filed by MedAire, Inc. (Dkt. 92)
4  previously set for July 29, 2022 at 8:30 a.m. is hereby re-scheduled for September
5  30, 2022 at 2:00 p.m. before the Honorable Sunshine S. Sykes, United States
6  District Judge in Courtroom 2 of the George E. Brown, Jr. Federal Building and
7  United States Courthouse located at 3470 Twelfth Street, Riverside, California
8  92501.

10  Dated: June 29, 2022            Respectfully submitted,

12                                  By: *Barry S. Alexander*
13                                  Barry S. Alexander, *admitted pro hac vice*
                                    Brittany C. Wakim, *pro hac vice pending*
14                                  SCHNADER HARRISON SEGAL &
15                                  LEWIS LLP
16                                  -and-

18                                  By:  /s/ Richard A. Lazenby
19                                  Richard A. Lazenby
                                    Michael Cutler
20                                  VICTOR RANE

                                    *Attorneys for Defendant*
22                                  MEDAIRE, INC.

NOTICE OF NEW HEARING DATE                - 2 -
RE: MEDAIRE, INC.'S MOTION TO DISMISS
CASE NO.: 2:22-CV-02383-SSS-AS