1
2
3
4
5

**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,

                                    Plaintiffs,

v.

CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,

                                    Defendants,

Case No.:  2:22-cv-02383-SSS-AS

**PLAINTIFFS' REQUEST TO EXTEND PAGE LIMITATION FOR MEMORANDUM IN OPPOSITION TO AIRLINE DEFENDANTS' MOTIONS TO DISMISS**

Hearing Date: **September 30, 2022**

Time: **2:00 p.m.**

Courtroom: **2**

**The Hon. Sunshine Suzanne Sykes**

1.   I, URI MARCUS, am Lead Plaintiff in this case.

2.   L.R. 11-6 authorizes this Court to grant leave to Plaintiffs to file a MEMORANDUM IN OPPOSITION TO AIRLINE DEFENDANTS' MOTION TO DISMISS in excess of the 25 page limit set forth in the Rule, if permitted by order of the Judge.

3.   Plaintiffs therefore seek to file a brief that is 36 pages, which is warranted given the complexity of numerous legal issues of 1st impression involved in this action and the significance of the concerns that are addressed.

4.   We are pro se litigants and not trained as professional attorneys, especially with regard to our editing skills as applied to presenting legal arguments. Notwithstanding, neither our complaint nor our memorandum in opposition to the motion to dismiss at hand, should be considered long-winded, but instead just long, because of the numerous individual laws violated by Defendant Airlines.

5.   Defendant Airlines chose to include in their Motion to Dismiss, two of the most complex and most challenging arguments to oppose which compel us to present the full weight of existing case law that would support our opposition to their arguments.

6.   Plaintiffs' made their best efforts to streamline our memorandum as much as possible, but due to the complexities of the issues involved, we cannot identify any further portions of our arguments to slash and as a result have exceeded our page limit by 11 pages. Even so, we do not believe that any party will be prejudiced by a granting of our request.

7.   For these reasons, Plaintiffs respectfully request this honorable Court to grant our request for leave to exceed our page limitation of 25 pages to a total of 36 pages.

8.   We have neither requested nor received any prior extensions to page limitations in this case, to date.

1       9.    Counselors for Airline Defendants do not oppose the filing of this

2 request.

3       10.    We declare under penalty of perjury that the above statements are

4 true and correct.

5 / /

6 / /

7 / /

8 / /

9 / /

10 / /

11 / /

12 / /

13 / /

14 / /

15 / /

16 / /

17 / /

18 / /

19 / /

20 / /

21 / /

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

Respectfully submitted this 27th day of June 2022.

*Uri Marcus*

Uri Marcus, lead plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

*Yvonne Marcus*

Yvonne Marcus, plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*Avrohom Gordon*

Avrohom Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
gordon.avrohom@gmail.com

*Devorah Gordon*

Devorah Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

*Cindy Russo*

Cindy Russo, plaintiff, *Pro-Se*
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
cjrz123@gmail.com