
**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.:  2:22-cv-02383-SSS-AS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND PAGE LIMITATION PURSUANT TO LOCAR RULE 11-6**<br><br><br>Hearing Date: **September 30, 2022**<br>Time: **2:00 p.m.**<br>Courtroom: **2**<br>**The Hon. Sunshine Suzanne Sykes** |

1.    Good cause appearing, the request to extend page limitation from 25 pages to 36 pages for Plaintiffs' Memorandum in Opposition to Airline Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Judge Sunshine Suzanne Sykes
United States District Judge