# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV22-02383-SSS (ASx) | Date | June 29, 2022 |
| Title | *Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:    ORDER (IN CHAMBERS) RE: MOTION [ECF No. 101] & REQUESTS [ECF Nos. 102 &105]**

On June 23, 2022, Plaintiffs filed a Motion for Extension of Time to File Memorandum in Opposition (the "Motion") [ECF No. 101] and an Administrative Request to Reschedule Scheduling Conference (the "Request") [ECF No. 102]. On June 27, 2022, Plaintiffs filed a Request to Extend Page Limitation for Memorandum in Opposition (the "Request") [ECF No. 105]. In view of the Court's Reassignment Order [ECF No. 104], issued on June 24, 2022, the Motion and Requests [ECF Nos. 101, 102, and 105] are hereby **DENIED as moot**.

**IT IS SO ORDERED.**