BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH (D.C. Bar No. 1048857)
JOHNNY M. WALKER
   Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-0879
Email:  andrew.f.freidah@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>        *Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**NOTICE OF NEW HEARING DATE RE: FEDERAL DEFENDANTS' MOTION TO DISMISS [DKT. 97]**<br><br>**Prior Hearing Date**: July 29, 2022<br>**New Hearing Date**: September 30, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Dist. Judge: Hon. Sunshine S. Sykes |

PLEASE TAKE NOTICE that pursuant to the Court's Reassignment Order (Dkt. 104), the hearing on the Motion to Dismiss filed by Federal Defendants (Dkt. 97) previously set for July 29, 2022, at 8:30 a.m. is hereby re-scheduled for September 30, 2022, at 2:00 p.m. before the Honorable Sunshine S. Sykes, United States District Judge, in Courtroom 2 of the United States Courthouse located at 3470 Twelfth Street, Riverside, California 92501.

Dated: June 30, 2022          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By:   */s/ Andrew F. Freidah*
STEPHEN M. PEZZI
ANDREW F. FREIDAH
JOHNNY H. WALKER
MICHAEL J. GERARDI
  Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

*Counsel for the Federal Defendants*