Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308; Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Uri Marcus, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-02383-SSS-ASx |
| v. | |
| Centers for Disease Control and Prevention, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wakim, Brittany C.    of    Schnader Harrison Segal & Lewis LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1600 Market Street, Suite 3600
215-751-2092    215-751-2205    Philadelphia, PA 19103
*Telephone Number*    *Fax Number*
Bwakim@Schnader.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
MedAire, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel
Lazenby, Richard A.    of    VICTOR RANE
*Designee's Name (Last Name, First Name & Middle Initial)*    9350 Wilshire Blvd., Suite 308
202105    (310) 388-4849    (310) 388-4869    Beverly Hills, CA 90212
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
rlazenby@victorrane.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded  ☐ not be refunded.

Dated   June 29, 2022

Sunshine S. Sykes, U.S. District Judge

G–64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1