Name and address:
Richard A. Lazenby (State Bar No. 202105)
VICTOR RANE
9350 Wilshire Blvd., Suite 308; Beverly Hills, CA 90212
Telephone: (310) 388-4849
Email: rlazenby@victorrane.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uri Marcus, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Centers for Disease Control and Prevention, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-02383-SSS-ASx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Maye, Brian T.  of  ADLER MURPHY & McQUILLEN LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   20 S. Clark Street, Suite 2500
(312) 345-0700    (312) 345-9860     Chicago, Illinois 60603
*Telephone Number*  *Fax Number*
bmaye@amm-law.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Frontier Airlines, Inc. and Allegiant Air

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel
Lazenby, Richard A.  of  VICTOR RANE
*Designee's Name (Last Name, First Name & Middle Initial)*   9350 Wilshire Blvd., Suite 308
  202105     (310) 388-4849    (310) 388-4869     Beverly Hills, CA 90212
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
rlazenby@victorrane.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated   June 30, 2022

*Sunshine S. Sykes, U.S. District Judge*