Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Moving Defendants

M. Roy Goldberg (*Admitted pro hac vice*)
Email: roy.goldberg@stinson.com
STINSON LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005

Attorneys for Defendants
*Alaska Airlines, Inc.,*
*American Airlines, Inc.,*
*Delta Airlines, Inc.,*
*Hawaiian Airlines, Inc.,*
*Southwest Airlines Co., and*
*United Airlines, Inc.*

Brian T. Maye (*Admitted pro hac vice*)
Email: bmaye@amm-law.com
ADLER MURPHY & MCQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, IL 60603
Telephone: (312) 422-5713

Attorneys for Defendants
*Frontier Airlines, Inc.; and*
*Allegiant Air, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,

Plaintiffs,

vs.

CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES,

Case No.: 2:22-cv-02383-SSS-AS

**NOTICE OF NEW HEARING DATE RE AIRLINE DEFENDANTS' MOTION TO DISMISS**

| | | |
|---|---|---|
| 1 | TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | **Prior Hearing Date**: July 29, 2022<br>**New Hearing Date**: September 30, 2022<br><br>Time: 2:00 p.m.<br>Courtroom: 2<br>Dist. Judge: Hon. Sunshine S. Sykes |

Defendants.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Reassignment Order (Dkt. 130), the hearing on the Motion to Dismiss filed by Airline Defendants (Dkt. 86) previously set for July 29, 2022 at 8:30 a.m. is hereby re-scheduled for September 30, 2022 at 2:00 p.m. before the Honorable Sunshine S. Sykes, United States District Judge in Courtroom 2 of the George E. Brown, Jr. Federal Building and United States Courthouse located at 3470 Twelfth Street, Riverside, California 92501.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

*Victor Rane*
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

NOTICE OF NEW HEARING DATE RE AIRLINE
DEFENDANTS' MOTION TO DISMISS
CASE NO.: 2:22-CV-02383-SSS-AS

Dated: June 30, 2022

Respectfully submitted,

By:_____

Richard A. Lazenby
Michael Cutler
VICTOR RANE
Attorneys for Moving Defendants

By: *M. Roy Goldberg*

M. Roy Goldberg
(Admitted Pro Hac Vice)
STINSON LLP

Attorneys for Defendants
*Alaska Airlines, Inc.,*
*American Airlines, Inc.,*
*Delta Airlines, Inc.,*
*Hawaiian Airlines, Inc.,*
*Southwest Airlines Co., and*
*United Airlines, Inc.*

By: *Brian T. Maye*

Brian T. Maye
(Admitted Pro Hac Vice)
ADLER MURPHY & MCQUILLEN LLP
Attorneys for Defendants
*Frontier Airlines, Inc.; and*
*Allegiant Air, LLC*

Victor Rane
9350 Wilshire Blvd, Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

NOTICE OF NEW HEARING DATE RE AIRLINE
DEFENDANTS' MOTION TO DISMISS
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -