Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

John C. Conti (State Bar No. 118824)
Email: jconti@dmclaw.com
Jeffrey J. Wetzel (admitted *pro hac vice*)
Email: jwetzel@dmclaw.com
Steven L. Ettinger (admitted *pro hac vice*)
Email: settinger@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617

Attorneys for Defendant
STAT-MD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**NOTICE OF NEW HEARING DATE RE STAT-MD'S MOTION TO DISMISS [DKT 95]**<br><br><br><br><u>**Prior Hearing Date**</u>:  July 29, 2022<br><u>**New Hearing Date**</u>:  September 30, 2022<br>Time:  2:00 p.m.<br>Courtroom:  2<br>Dist. Judge:  Hon. Sunshine S. Sykes |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Reassignment Order (Dkt. 130), the hearing on the Motion to Dismiss filed by STAT-MD (Dkt. 95) previously set for July 29, 2022 at 8:30 a.m. is hereby re-scheduled for September 30, 2022 at 2:00 p.m. before the Honorable Sunshine S. Sykes, United States District Judge in Courtroom 2 of the George E. Brown, Jr. Federal Building and United States Courthouse located at 3470 Twelfth Street, Riverside, California 92501.

Dated: June 30, 2022                    Respectfully submitted,


By: *John C. Conti*
    John C. Conti
    Jeffrey J. Wetzel
    (admitted *pro hac vice*)
    Steven L. Ettinger
    (admitted *pro hac vice*)
    DICKIE, McCAMEY & CHILCOTE, P.C.


By:
    Richard A. Lazenby
    Michael Cutler
    VICTOR RANE

    *Attorneys for Defendant*
    STAT-MD

Victor Rane
9350 Wilshire Blvd, Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849