1  **URI MARCUS**
2  P.O. Box 126
3  Ojai, CA  93024
   Telephone:  909-833-0065
4  email: uri@ntcf.org
5  *Pro Se*

6  **UNITED STATES DISTRICT COURT**
7  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9  URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SSS-ASx<br><br>**PLAINTIFFS' ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATE; RE: DEFENDANTS' MOTIONS TO DISMISS [DKTs. 107, 110, 113, 114]**<br><br>Prior Hearing Date: *Sept 30, 2022*<br>New Hearing Date: **Sept 28, 2022**<br>Alt Hearing Date: **Sept 29, 2022**<br>[Proposed] Time: **8:30 a.m.**<br>Courtroom: **2**<br>**The Hon. Sunshine Suzanne Sykes** |

*Case # 2:22-cv-02383-SSS-ASx*                -1-        PLAINTIFFS' ADMIN REQUEST
                                                      & [PROPOSED] ORDER TO RESCHEDULE
                                                      HEARING DATE; RE: MOTIONS TO DISMISS

1. Defendants in this case filed Notices [Dkts 107, 110, 113, 114] for a new hearing date; re: Motions to Dismiss on Friday, September 30, 2022 at 2:00 pm.

2. Owing to RELIGIOUS REASONS — namely, the weekly Jewish Shabbat and our preparation for the same, Plaintiffs are unavailable on any Friday including the 30th of September.

3. We ask this honorable Court for its understanding in this regard and respectfully request alternate dates to be set on either Wednesday, September 28, or Thursday, September 29 at any hour from 8:30 am PDT to 4:00 pm PDT, at the Court's discretion.

4. Plaintiffs have conferred with opposing counsel on this matter and Airline Defendants responded saying "if the Court was willing to hold arguments on a day other than a Friday … our clients will not join with plaintiffs in collectively filing a new notice of hearing for another date (since we are prepared to move ahead on September 30), [but] if the plaintiffs decide to file a motion with the Court to specially set a hearing on a different date – specifically the 28th or 29th of September -- based on your understandable desire not to schedule a hearing on a Friday, you can report to the Court in your motion that our airline clients do not oppose plaintiffs' request to set the hearing on the 28th or 29th of September instead of September 30."

5. Federal Defendants wrote, "Federal Defendants would not oppose rescheduling the hearing for a non-Friday, if the Court is willing to do so."

6. Medical Defendants MedAire and STAT-MD did not respond.

/ /
/ /
/ /
/ /
/ /

Respectfully submitted this 4th day of July 2022.

***Uri Marcus***

Uri Marcus, lead plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

***Yvonne Marcus***

Yvonne Marcus, plaintiff, *Pro-Se*
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

***Avrohom Gordon***

Avrohom Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
gordon.avrohom@gmail.com

***Devorah Gordon***

Devorah Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

***Cindy Russo***

Cindy Russo, plaintiff, *Pro-Se*
22485 Breakwater Way
Santa Clarita, CA 91350
Telephone: 908-797-8066
cjrz123@gmail.com

# [PROPOSED] ORDER TO RESCHEDULE HEARING DATE;
# RE: DEFENDANTS' MOTIONS TO DISMISS
# [DKTs. 107, 110, 113, 114]

Good cause appearing, the motion is GRANTED. The Case's HEARING DATE; Re: Defendants' Motion To Dismiss [Dkts. 107, 110, 113, 114] is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Judge Sunshine Suzanne Sykes
United States District Judge