# [PROPOSED] ORDER TO RESCHEDULE HEARING DATE;
# RE: DEFENDANTS' MOTIONS TO DISMISS
# [DKTs. 107, 110, 113, 114]

Good cause appearing, the motion is GRANTED. The Case's HEARING DATE; Re: Defendants' Motion To Dismiss [Dkts. 107, 110, 113, 114] is rescheduled to *[date]* _____ at *[time]* _____ .

IT IS SO ORDERED.

Dated: _____

                                                The Hon. Judge Sunshine Suzanne Sykes
                                                        United States District Judge