**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro Se*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SSS-ASx<br><br>**ORDER TO RESCHEDULE HEARING DATE; RE: DEFENDANTS' MOTIONS TO DISMISS**<br><br>**[DKTs.  86, 92, 95, & 97]**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Prior Hearing Date: *Sept 30, 2022*<br><br>New Hearing Date: **Sept 28, 2022**<br><br>Time: **9:00 a.m.**<br><br>Via Zoom Video Conference<br><br>**The Hon. Sunshine Suzanne Sykes** |

# ORDER TO
# RESCHEDULE HEARING DATE
# RE: DEFENDANTS' MOTIONS TO DISMISS
# [DKTs. 86, 92, 95, & 97]

Good cause appearing, the motion is GRANTED. Defendants' Motions To Dismiss [Dkts. 86, 92, 95, & 97] are rescheduled for Wednesday, September 28, 2022, at 9:00 a.m.

To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Sykes' Procedures and Schedules page on the Court's website: http://www.cacd.uscourts.gov/honorable-sunshine-s-sykes. Please follow the instructions listed under "Zoom Webinar Information."

IT IS SO ORDERED.

Dated: July 12, 2022

The Hon. Judge Sunshine Suzanne Sykes
United States District Judge