1  Richard A. Lazenby (State Bar No. 202105)
   Email: rlazenby@victorrane.com
2  Michael Cutler (State Bar No. 298875)
   Email: mcutler@victorrane.com
3  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
4  Beverly Hills, California 90212
   Telephone: (310) 388-4849
5  Facsimile: (310) 388-4869

6  -and-

7  Barry S. Alexander (*pro hac vice*)
   Email: balexander@schnader.com
   SCHNADER HARRISON SEGAL & LEWIS LLP
8  140 Broadway, Suite 3100
   New York, NY 10005
9  Telephone: (212) 973-8099

10 Brittany C. Wakim (*pro hac vice*)
   Email: bwakim@schnader.com
11 SCHNADER HARRISON SEGAL & LEWIS LLP
   1600 Market Street, Suite 3600
12 Philadelphia, PA 19103
   Telephone: (215) 751-2092

13 Attorneys for Defendant
14 MEDAIRE, INC.

15                UNITED STATES DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**DEFENDANT MEDAIRE, INC.'s SUBMISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT [DKT. 92]**<br><br>**Hearing Date via video conference:**<br>Time: Sept. 28, 2022<br>Courtroom: 9:00 a.m.<br>Dist. Judge: 2<br>Hon. Sunshine S. Sykes |

Defendant MedAire, Inc. ("MedAire"), hereby provides the following supplemental authority, which was issued on July 11, 2022, and was not available at the time of the filing of MedAire's Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rules of Civil Procedures 12(b)(6) at 12(b)(2) as follows[1]:

- *Kleanthis Andreadakis v. Ctr. For Disease Control & Prevention*, Case No. 3:22cv52 (DJN), 2022 U.S. Dist. LEXIS 122236 at *46 (E.D. Ca. July 11, 2022).

- A copy of the above ruling is attached hereto as Exhibit "A" ("Memorandum Decision," ECF. No. 99) and a copy of the Complaint is attached hereto as Exhibit "B" ("*Andreadakis* Complaint," ECF No. 1).

Below is a summary of the relevant holding in *Andreadakis*, as it relates to Plaintiffs' claims against MedAire, provided for the convenience of the Court and the parties:

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Judge Novak granted a motion to dismiss filed by four airline defendants (three of which appear in this matter) and dismissed with prejudice all of the claims against the airline defendants. The court held that all of the claims against the airlines failed to state a claim for which relief may be granted. In the same lawsuit, Judge Novak also granted a motion to dismiss filed by STAT-MD (also a party to this matter) and dismissed without prejudice the claims against STAT-MD for lack of personal jurisdiction. Since the court found that there was no personal jurisdiction over STAT-MD, it did not address STAT-MD's substantive arguments. However, the court noted that the substantive arguments by STAT-MD "have merit" and "that it would also dismiss Plaintiff's claims against STAT-MD for failure to state a claim for the reasons that is dismisses them against the Airline Defendants and for the

/ /

---

[1] Plaintiffs' deadline to file opposition to MedAire's Motion to Dismiss has not yet expired.

MEDAIRE, INC.'S SUBMISSION OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

1  reasons set forth in STAT-MD's Memorandum." Memorandum Decision, ECF No.
2  99, at p. 13, fn. 2.

3      Plaintiff in *Andreadakis* asserted a claim for civil conspiracy under 42
4  U.S.C. §1985(3) against all defendants that is virtually identical to the claim
5  asserted by Plaintiffs in this matter against MedAire. *Compare Andreadakis*
6  Complaint, ECF No. 1, at Count XIX and Plaintiffs' Complaint, ECF No. 1, Count
7  XX. Similar to the Plaintiffs in this matter, Plaintiff in *Andreadakis* claimed the
8  defendants were liable under 42 U.S.C. §1985(3) because the airline defendants
9  "conspired to deprive disabled Americans" of their "civil rights by adopting
10 policies in Summer 2020 that banned anyone medically unable to wear a face mask
11 from using the nation's air transportation system" and STAT-MD "participated in
12 the conspiracy by denying mask-exemption demands for its airline clients
13 submitted by disabled passengers without speaking to the passenger of his/her
14 doctor." *Andreadakis* Complaint, ECF No. 1, at ¶¶671-72. These allegations are
15 identical to the ones asserted by Plaintiffs in this matter against MedAire. *See*
16 Plaintiffs' Complaint, ECF No. 1, at ¶¶893-94. Indeed, **all** of the allegations in
17 support of the conspiracy claim in *Andreadakis* appear in Plaintiffs' Complaint in
18 this matter. *See Andreadakis* Complaint, ECF No. 1, at Count XIX and Plaintiffs'
19 Complaint, ECF No. 1, Count XX. The only differences in this matter are
20 additional conclusory allegations against various airline defendants, MedAire, and
21 STAT-MD, none of which factually allege the existence of a conspiracy. *See*
22 Plaintiffs' Complaint, ECF No. 1, at ¶¶891, 894, 896, 899.

23     In *Andreadakis* the airline defendants and STAT-MD all moved to dismiss
24 Plaintiff's claim pursuant to Rule 12(b)(6) for the failure to state a claim, as
25 MedAire has done in this matter. Judge Novak ruled that the claims for civil
26 conspiracy under 42 U.S.C. §1985(3) failed to state a claim because "Plaintiff has
27 not alleged a conspiracy with the required concrete facts. Instead, he merely makes
28 conclusory allegations regarding a conspiracy." Memorandum Decision, ECF No.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

1  99, at p. 17. The court stated that "Claims under §1985(3) rarely prevail," and that
2  "conclusory allegations" regarding a purported conspiracy "simply will not suffice
3  to state a claim under §1985(3)." *Id.* at pp. 17-18.

4      The Memorandum Decision from the Eastern District of Virginia dismissed
5  claims for civil conspiracy under 42 U.S.C. §1985(3) based on allegations that are
6  virtually identical to those supporting Plaintiffs' civil conspiracy claims against
7  MedAire in this matter. MedAire respectfully submits that Judge Novak's granting
8  of the airline defendants' motion to dismiss on nearly identical allegations in the
9  *Andreadakis* case supports MedAire's pending Motion to Dismiss in this matter.

11  Dated: July 15, 2022             Respectfully submitted,

13  By: *Barry S. Alexander*
14  Barry S. Alexander, *pro hac vice*
15  Brittany C. Wakim, *pro hac vice*
   SCHNADER HARRISON SEGAL &
16  LEWIS LLP

17  -and-

18  Richard A. Lazenby
   Michael Cutler
19  VICTOR RANE

21  *Attorneys for Defendant*
   MEDAIRE, INC.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

MEDAIRE, INC.'S SUBMISSION OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS
CASE NO.: 2:22-CV-02383-SSS-AS

- 4 -