| | |
|---|---|
| 1 | **URI MARCUS** |
| 2 | P.O. Box 126 |
|   | Ojai, CA  93024 |
| 3 | Telephone:  909-833-0065 |
|   | email: uri@ntcf.org |
| 4 | |
| 5 | *Pro-Se* |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | Case No.: 2:22-cv-02383-SSS-ASx |
| 12 | Plaintiffs, | **PLAINTIFFS' REQUEST TO EXTEND PAGE LIMITATION FOR MEMORANDUM IN OPPOSITION TO AIRLINE DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO LOCAR RULE 11-6** |
| 13 | v. | |
| 15 | CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | |
|   | | Hearing Date: **September 28, 2022** |
|   | | Time: **9:00 a.m.** |
|   | | Via Zoom Video Conference |
|   | Defendants, | **The Hon. Sunshine Suzanne Sykes** |

*Case # 2:22-cv-02383-SSS-ASx*          -1-    PLAINTIFFS' REQUEST TO EXTEND PAGE
                                                LIMITATION FOR MEMORANDUM IN
                                                OPPOSITION TO MOTION TO DISMISS

1. Pursuant to L.R. 11-6 this Court is authorized to grant leave to Plaintiffs to file a MEMORANDUM IN OPPOSITION TO AIRLINE DEFENDANTS' MOTION TO DISMISS in excess of the 25 page limit set forth in the Rule, if permitted by order of the Judge.

2. Plaintiffs previously requested an Extension to Page Limitations in this case [DKTs 105 and 108]. It was **DENIED as moot**, but we believe this is because our request may have been confused with our Motion for Extension of Time to file our Opposition [DKT 101] and our Request to Reschedule the July 29, 2022 Scheduling Conference [DKT 102], which motions did in fact become moot when the Court reset the Hearing and Scheduling Conference to September 28, 2022, for which we thank the Court.

3. Plaintiffs therefore seek a second time to file an Opposition Brief that is 36 pages instead of 25, which is warranted given the complexity of numerous legal issues of 1st impression involved in this action and the significance of the concerns being addressed, which compel us to present the full weight of existing case law to support our opposition to their arguments.

4. We are pro se litigants lacking experience and training in responding to legal arguments. We have made our best efforts to streamline our memorandum, but cannot further identify any portions of our arguments to slash. We do not wish to leave any issue unaddressed.

5. We do not believe any party is prejudiced by granting our request.

6. For these reasons, Plaintiffs respectfully request this honorable Court to grant our request for leave to exceed our page limitation by 11 pages, from 25 pages to a total of 36 pages.

7. Pursuant to L.R. 7-3, we have conferred with opposing counsel via email on July 3, 2022, and they do not oppose the filing of this request.

8. We declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted this 20th day of July 2022.

By: /s/ *Uri Marcus*

    Uri Marcus, lead plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: uri@ntcf.org

By: /s/ *Yvonne Marcus*

    Yvonne Marcus, plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: adi@ntcf.org

By: /s/ *Avrohom Gordon*

    Avrohom Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH 45157
    Telephone: 513-734-1770
    gordon.avrohom@gmail.com

By: /s/ *Devorah Gordon*

    Devorah Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH 45157
    Telephone: 513-734-1770
    devorahlgordon@gmail.com

By: /s/ *Cindy Russo*

    Cindy Russo, plaintiff, *Pro-Se*
    22485 Breakwater Way
    Santa Clarita, CA 91350
    Telephone: 908-797-8066
    cjrz123@gmail.com

1  Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.