**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: <u>2:22-cv-02383-SSS-ASx</u><br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND PAGE LIMITATION PURSUANT TO LOCAL RULES 5-4.4.1 & 5-4.4.2**<br><br><br>Hearing Date: **September 28, 2022**<br>Time: **9:00 a.m.**<br>Via Zoom Video Conference<br>**The Hon. Sunshine Suzanne Sykes** |

1  Good cause appearing, the request to extend page limitation from 25
2  pages to 36 pages for Plaintiffs' Memorandum in Opposition to Airline
3  Defendants' Motion to Dismiss is GRANTED.

5  IT IS SO ORDERED.

7  Dated: July 15, 2022

_____
The Hon. Judge Sunshine Suzanne Sykes
United States District Judge