**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>                              Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>                              Defendants, | Case No.: 2:22-cv-02383-SSS-ASx<br><br>**CORRECTED** ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND PAGE LIMITATION PURSUANT TO LOCAL RULES 5-4.4.1 & 5-4.4.2<br><br><br>Hearing Date: **September 28, 2022**<br>Time: **9:00 a.m.**<br>Via Zoom Video Conference<br>**The Hon. Sunshine Suzanne Sykes** |

1      Good cause appearing, the request to extend page limitation from 25 pages to 36 pages for Plaintiffs' Memorandum in Opposition to Airline Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

Dated: July 20, 2022

_____
The Hon. Judge Sunshine Suzanne Sykes
United States District Judge