URI MARCUS
*Pro Se* Plaintiff
P.O. Box 126
Ojai, CA  93024
Tel. (909) 833-0065
Email:  uri@ntcf.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan in her individual capacity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*, <br><br> Defendants | Case No. 2:22-cv-02383-SSS-AS <br><br> **JOINT STIPULATION REGARDING EXTENSION OF DEFENDANT JULIE CARRIGAN'S RESPONSE TIME** <br><br> The Honorable Sunshine Suzanne Sykes <br> United States District Judge |

Pursuant to L.R. 7-1, Plaintiff Uri Marcus, *pro se*, and Defendant Julie Carrigan in her individual capacity (through her undersigned Justice Department counsel), respectfully submit this joint stipulation regarding an extension of Defendant Carrigan's time to respond to the complaint in her individual capacity.

In her individual capacity, Defendant Carrigan is sued on one count in the complaint by one plaintiff, *i.e.*, Plaintiff Uri Marcus.  *See* Compl. (Doc. 1) at p. 120, ¶¶ 889-90 (asserting, as Nineteenth Cause of Action, an individual-capacity claim for damages against Carrigan under the First Amendment pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)). Following service of process in June 2022, Carrigan's response deadline is presently **August 2, 2022**.  *See* Docs. 96, 98.

However, due to her undersigned Justice Department counsel's recent and symptomatic COVID infection (which has limited counsel's work capacity and hindered his progress on the Defendant's forthcoming motion to dismiss), Defendant Carrigan respectfully requests a three-week extension of her response deadline, *i.e.*, to **August 23, 2022**.  This is Carrigan's first extension request.  And it will not prejudice Plaintiff Uri Marcus, who has consented to it in email conferrals with undersigned Justice Department counsel on July 24-25, 2022.

Pursuant to L.R. 7-1, L.R. 52-4.1, and L.R. 5-4.4.1, the parties have included a separate proposed order as an attachment to this stipulation.

                          Respectfully submitted,

| | |
|---|---|
| URI MARCUS | BRIAN M. BOYNTON |
| /s/ Uri Marcus | Principal Deputy Assistant Attorney General |
| *Pro Se* Plaintiff | C. SALVATORE D'ALESSIO, JR. |
| P.O. Box 126 | Acting Director, Torts Branch |
| Ojai, CA  93024 | MARY HAMPTON MASON |
| Tel. (909) 833-0065 | Senior Trial Counsel, Torts Branch |
| Email: uri@ntcf.org | JEREMY SCOTT BRUMBELOW |
| | /s/ Jeremy Scott Brumbelow |
| | Senior Trial Attorney, Torts Branch |

U.S. Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan in her individual capacity*

DATED:  July 25, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this day, July 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

JEREMY SCOTT BRUMBELOW
/s/ Jeremy Scott Brumbelow
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division