|     |     |
| --- | --- |
| 1   | **IN THE UNITED STATES DISTRICT COURT** |
| 2   | **FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

Case No. 2:22-cv-02383-SSS-AS

URI MARCUS, *et al.*,

  Plaintiffs,

    v.

CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,

  Defendants

**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING EXTENSION FOR DEFENDANT JULIE CARRIGAN**

1  Based on the parties' joint stipulation, the Court hereby extends the deadline
2  by which Defendant Julie Carrigan must respond to the complaint in her individual
3  capacity.  Defendant Carrigan's response is now due on or before August 23, 2022.
4  IT IS SO ORDERED.

6  Dated:

_____

Sunshine Suzanne Sykes
United States District Judge