**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

URI MARCUS, *et al.*,

  Plaintiffs,

     v.

CENTERS FOR DISEASE
CONTROL & PREVENTION, *et al.*,

  Defendants

Case No. 2:22-cv-02383-SSS-ASx

**ORDER ON JOINT STIPULATION
REGARDING EXTENSION FOR
DEFENDANT JULIE CARRIGAN**

1    Based on the parties' joint stipulation, the Court hereby extends the deadline

2  by which Defendant Julie Carrigan must respond to the complaint in her individual

3  capacity.  Defendant Carrigan's response is now due on or before August 23, 2022.

4    IT IS SO ORDERED.

5

6  Dated: July 26, 2022

7

8    _____

9    Sunshine Suzanne Sykes
      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1