

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:22cv2383 Doc: 119

Stephen M Pezzi
US Department of Justice
1100 L Street NW
Washington, DC 20530

FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

2:22cv 2383 - SSS-ASx
RETURNED MAIL
DKT. 119

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 2 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

NIXIE   220   4C 1   7207/20/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299   2027N200205-00699

Case: 2:22cv2383  Doc: 119

Stephen M Pezzi
US Department of Justice
1100 L Street NW
Washington, DC 20530