# Table of Exhibits

| No. | Name of Exhibit | Page #'s |
|---|---|---|
| 1 | Airline Ticket Purchases January to March 2022 (6 pages) | 3-8 |

# EXHIBIT 01

## Airline Ticket Purchases
## January to March 2022

CITI® / AADVANTAGE® GOLD CARD




URI MARCUS
Member Since 2006 Account number ending in: 3538
Billing Period: **01/14/22-02/11/22**

**www.citicards.com**
**Customer Service 1-888-766-CITI(2484)**
**Speech/hearing impaired: 711**
BOX 6500 SIOUX FALLS, SD 57117

## FEBRUARY STATEMENT

**Payment due date: 03/09/22**

## Account Summary



**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased up to the Penalty APR of 27.24%.

For information about credit counseling services, call 1-877-337-8187.

## Credit Limit

Revolving Credit limit
Includes $600 cash advance limit
Available Revolving credit
Includes $415 available for cash advances

AMERICAN AIRLINES AADVANTAGE® MILES

**AAdvantage® Miles Earned this period:**

**4,286**

**» See page 2 for more information about your rewards**

**For Payments, send check to: CITI CARDS, PO BOX 78045, Phoenix, AZ, 85062-8045**



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Monthly Statement is Enclosed

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

**Minimum payment due**
**New balance**
**Payment due date 03/09/22**
**Amount enclosed: $**

Account number ending in 3538
**Please make check payable to CITI CARDS.**

URI MARCUS
PO BOX 126
OJAI CA 93024-0126

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

URI MARCUS

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| 01/27 | 01/27 | UNITED 01623909344444 800-932-2732 TX | -$91.00 |
| | | NAME: MARCUS/URI | |
| | | DEPART: 03/06/22 | |
| | | TLV TO SFO : UA: CLASS: KL: STOP:X | |
| | | SFO TO TLV : UA: CLASS: KL: STOP:O | |
| 01/27 | 01/27 | UNITED 01623909344466 800-932-2732 TX | -$91.00 |
| | | NAME: MARCUS/YVONNEMARIE | |
| | | DEPART: 03/06/22 | |
| | | TLV TO SFO : UA: CLASS: KL: STOP:X | |
| | | SFO TO TLV : UA: CLASS: KL: STOP:O | |
| 02/03 | 02/03 | UNITED 01623909344444 800-932-2732 TX | -$820.93 |
| | | NAME: MARCUS//URI | |
| | | DEPART: 03/06/22 | |
| | | TLV TO SFO : UA: CLASS: KL: STOP:X | |
| | | SFO TO TLV : UA: CLASS: KL: STOP:X | |
| 02/03 | 02/03 | UNITED 01623909344466 800-932-2732 TX | -$820.93 |
| | | NAME: MARCUS/YVONNEMARIE | |
| | | DEPART: 03/06/22 | |
| | | TLV TO SFO : UA: CLASS: KL: STOP:X | |
| | | SFO TO TLV : UA: CLASS: KL: STOP:X | |
| **Standard Purchases** | | | |
| 01/27 | 01/27 | UNITED 01623908924842 800-932-2732 TX | $911.93 |
| | | NAME: MARCUS/URI | |
| | | DEPART: 03/01/22 | |
| | | TLV TO SFO : UA: CLASS: KL: STOP:X | |
| | | SFO TO TLV : UA: CLASS: KL: STOP:O | |
| 01/27 | 01/27 | UNITED 01623908924853 800-932-2732 TX | $911.93 |
| | | NAME: MARCUS/YVONNEMARIE | |
| | | DEPART: 03/01/22 | |
| | | TLV TO SFO : UA: CLASS: KL: STOP:X | |
| | | SFO TO TLV : UA: CLASS: KL: STOP:O | |
| 02/02 | 02/02 | AMERICAN0012329383570 8004337300 TX | $790.53 |
| | | NAME: URI MARCUS | |
| | | DEPART: 03/07/22 | |
| | | TLV TO JFK : AA: CLASS: C : STOP:O | |
| | | JFK TO LAX : AA: CLASS: C : STOP:O | |
| | | LAX TO JFK : AA: CLASS: C : STOP:O | |
| 02/02 | 02/02 | AMERICAN0012329383571 8004337300 TX | $790.53 |
| | | NAME: URI MARCUS | |
| | | DEPART: 03/07/22 | |
| | | TLV TO JFK : AA: CLASS: C : STOP:O | |
| | | JFK TO LAX : AA: CLASS: C : STOP:O | |
| | | LAX TO JFK : AA: CLASS: C : STOP:O | |
| 02/10 | 02/10 | DELTA 00624988551843 TEL AVIV IL | $1,351.53 |
| | | NAME: MARCUS/URI | |
| | | DEPART: 03/17/22 | |
| | | TLV TO JFK : DL: CLASS: X : STOP:O | |
| | | JFK TO LAX : DL: CLASS: X : STOP: | |
| | | LAX TO JFK : DL: CLASS: H : STOP:X | |
| | | JFK TO TLV : DL: CLASS: H : STOP:O | |

**AADVANTAGE® MILES EARNED THIS PERIOD:**




**4,286**

| | |
|---|---|
| Purchase | 4,286 |
| **Accumulated This Period** | **4,286** |

**» Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months' notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage.
American Airlines, American Eagle, AAdvantage, AAdvantage Million Miler, MileSAAver, Business Extra, Flagship, Admirals Club, Platinum Pro, AAdvantage MileUp, AA Cargo, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.



Exhibits: MEM. IN OPP. TO DEF. MEDAIRE's MTD

**Standard Purchases, cont'd**

| Trans. date | Post date | Description | | Amount |
|---|---|---|---|---|
| 02/10 | 02/10 | DELTA 00624988551854 TEL AVIV | IL | $1,351.53 |
| | | NAME: MARCUS/YVONNE M | | |
| | | DEPART: 03/17/22 | | |
| | | TLV TO JFK : DL: CLASS: X : STOP:O | | |
| | | JFK TO LAX : DL: CLASS: X : STOP: | | |
| | | LAX TO JFK : DL: CLASS: H : STOP:X | | |
| | | JFK TO TLV : DL: CLASS: H : STOP:O | | |

**Total Airline Ticket Purchases from 01/14/22 to 02/11/22:**

**$6,107.98**

## Fees charged

**Total fees charged in this billing period**



## Interest charged

**Total interest charged in this billing period**

## 2022 totals year-to-date

Total fees charged in 2022

Total interest charged in 2022



## Interest charge calculation

Days in billing cycle: **29**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 15.99% (V) | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 18.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment was credited as of the date of receipt, but will not be reflected until your next statement.

©2021 Citibank, N.A.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. American Airlines, American Eagle, AAdvantage, AAdvantage Million Miler, MileSAAver, Business Extra, Flagship, Admirals Club, Platinum Pro, AAdvantage MileUp, AA Cargo, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.

Disclaimer: In the coming weeks, we'll be initiating implementation of automatic linking functionality to link all your eligible Citi retail and credit card accounts to your existing User ID. Once this update takes place, you will be notified with a confirmation email. Linking your accounts to a single User ID will allow you to view your accounts in one convenient location while maintaining the ability to manage certain preferences for each account. As a reminder, for the security of your account(s), please do not share your login credentials with others, including authorized user(s).

CITI® / AADVANTAGE® GOLD CARD  

**URI MARCUS**
Member Since 2006 Account number ending in: 3538
Billing Period: **02/12/22-03/11/22**

**www.citicards.com**
**Customer Service 1-888-766-CITI(2484)**
**TTY:711**
BOX 6500 SIOUX FALLS, SD 57117

## MARCH STATEMENT

**Payment due date: 04/09/22**

## Account Summary



**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased up to the Penalty APR of 27.24%.

For information about credit counseling services, call 1-877-337-8187.

## Credit Limit

Revolving Credit limit
Includes $600 cash advance limit
Available Revolving credit
Includes $600 available for cash advances

AMERICAN AIRLINES AADVANTAGE® MILES



**AAdvantage® Miles Earned this period:**

**-4,286**

**» See page 2 for more information about your rewards**

**For Payments, send check to: CITI CARDS, PO BOX 78045, Phoenix, AZ, 85062-8045**



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Monthly Statement is Enclosed

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

**Minimum payment due**
**New balance**
**Payment due date 04/09/22**
**Amount enclosed: $**

Account number ending in 3538
**Please make check payable to CITI CARDS.**

URI MARCUS
PO BOX 126
OJAI CA 93024-0126

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

URI MARCUS

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 03/03 | ONLINE PAYMENT, THANK YOU | |
| 02/10 | 02/12 | AMERICAN00123293835708 8004337300 TX | -$790.53 |
| | | NAME: MARCUS/URI | |
| | | DEPART: 03/07/22 | |
| | | TLV TO JFK : AA: CLASS: O : STOP:O | |
| | | JFK TO LAX : AA: CLASS: O : STOP:X | |
| | | LAX TO JFK : AA: CLASS: O : STOP:X | |
| | | JFK TO TLV : AA: CLASS: O : STOP:X | |
| 02/10 | 02/12 | AMERICAN00123293835716 8004337300 TX | -$790.53 |
| | | NAME: MARCUS/YVONNE | |
| | | DEPART: 03/07/22 | |
| | | TLV TO JFK : AA: CLASS: O : STOP:O | |
| | | JFK TO LAX : AA: CLASS: O : STOP:X | |
| | | LAX TO JFK : AA: CLASS: O : STOP:X | |
| | | JFK TO TLV : AA: CLASS: O : STOP:X | |
| 03/03 | 03/03 | ALASKA A0272129723137 8006545669 WA | -$208.61 |
| | | NAME: MARCUS/URI | |
| | | DEPART: 00/00/00 | |
| 03/03 | 03/03 | ALASKA A0272129723138 8006545669 WA | -$208.61 |
| | | NAME: MARCUS/YVONNE | |
| | | DEPART: 00/00/00 | |
| 03/06 | 03/06 | SOUTHWES5261488139916 800-435-9792 TX | -$231.96 |
| | | NAME: MARCUS/YVONNE M | |
| | | DEPART: 03/06/22 | |
| | | DAL TO DAL : WN: CLASS: Y : STOP: | |
| 03/06 | 03/06 | SOUTHWES5261488142379 800-435-9792 TX | -$387.98 |
| | | NAME: MARCUS/YVONNE M | |
| | | DEPART: 03/06/22 | |
| | | DAL TO DAL : WN: CLASS: Y : STOP: | |
| 03/06 | 03/06 | SOUTHWES5261488144970 800-435-9792 TX | -$405.92 |
| | | NAME: MARCUS/YVONNE M | |
| | | DEPART: 03/06/22 | |
| | | DAL TO DAL : WN: CLASS: Y : STOP: | |
| 02/28 | 02/28 | DELTA 0062498855184 DELTA.COM CA | -$1,351.53 |
| | | NAME: MARCUS/URI | |
| | | DEPART: 00/00/00 | |
| 02/28 | 02/28 | DELTA 0062498855185 DELTA.COM CA | -$1,351.53 |
| | | NAME: MARCUS/YVONNE M | |
| | | DEPART: 00/00/00 | |
| **Standard Purchases** | | | |
| 02/24 | 02/24 | SOUTHWES5261488139916 800-435-9792 TX | $231.96 |
| | | NAME: MARCUS/YVONNE M | |
| | | DEPART: 06/16/22 | |
| | | BOI TO DEN : WN: CLASS: E : STOP: | |
| 02/24 | 02/24 | SOUTHWES5261488142379 800-435-9792 TX | $387.98 |
| | | NAME: MARCUS/YVONNE M | |
| | | DEPART: 06/24/22 | |
| | | HOU TO PHX : WN: CLASS: P : STOP: | |
| 02/24 | 02/24 | SOUTHWES5261488144970 800-435-9792 TX | $405.92 |
| | | NAME: MARCUS/YVONNE M | |

**AADVANTAGE® MILES EARNED THIS PERIOD:**




**-4,286**

| | |
|---|---|
| Purchase | -4,286 |
| **Accumulated This Period** | **-4,286** |

**» Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months' notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage.
American Airlines, American Eagle, AAdvantage, AAdvantage Million Miler, MileSAAver, Business Extra, Flagship, Admirals Club, Platinum Pro, AAdvantage MileUp, AA Cargo, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.

**URI MARCUS**

**Standard Purchases, cont'd**

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | DEPART: 06/28/22 | |
| | | LAX TO LAS : WN: CLASS: A : STOP: | |
| | | LAS TO LAX : WN: CLASS: D : STOP: | |
| 02/24 | 02/24 | ALASKA A0272129723137 8006545669 WA | $208.61 |
| | | NAME: MARCUS/URI | |
| | | DEPART: 06/06/22 | |
| | | LAX TO BOI : AS: CLASS: S : STOP: | |
| 02/24 | 02/24 | ALASKA A0272129723138 8006545669 WA | $208.61 |
| | | NAME: MARCUS/YVONNE | |
| | | DEPART: 06/06/22 | |
| | | LAX TO BOI : AS: CLASS: S : STOP: | |

## Fees charged

**Total fees charged in this billing period**

## Interest charged

**Total interest charged in this billing period**

### 2022 totals year-to-date

Total fees charged in 2022

Total interest charged in 2022

### Interest charge calculation

Days in billing cycle: **28**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 15.99% (V) | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 18.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Your account has a credit balance. We will send you a refund of any remaining balance of $1.00 or more after the credit balance has been on your account for 3 billing statements. You may also request a refund by contacting our customer service address or phone number listed above. If your credit balance is the result of conditional credits applied in connection with a dispute, please wait until after the dispute investigation is complete before requesting any remaining credit balance be returned to you.

©2021 Citibank, N.A.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world. American Airlines, American Eagle, AAdvantage, AAdvantage Million Miler, MileSAAver, Business Extra, Flagship, Admirals Club, Platinum Pro, AAdvantage MileUp, AA Cargo, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.

**Total Airline Ticket Purchases from 01/14/22 to 02/11/22:**

**$6,107.98**

**Total Airline Ticket Purchases from 02/12/22 to 03/11/22**

**$1,443.08**

**Total Airline Ticket Purchases from 01/14/22 to 03/11/22:**

**$7,551.06**