BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan
in her individual capacity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br>  Defendants | Case No. 2:22-cv-02383-SSS-AS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OF DEFENDANT JULIE CARRIGAN IN HER INDIVIDUAL CAPACITY**<br><br>The Honorable Sunshine Suzanne Sykes<br>United States District Judge<br><br>Hearing Date:  November 18, 2022<br>Hearing Time:  2:00 p.m.<br><br>Courtroom:  Courtroom 2 (2d Fl.), 3470 Twelfth St., Riverside, CA  92501-3801 |

PLEASE TAKE NOTICE that, on Friday, November 18, 2022, at 2:00 p.m., in the United States District Court, 3470 Twelfth Street, Riverside, California 92501-3801, Courtroom 2 (2nd Floor), and before the Honorable Sunshine Suzanne Sykes, United States District Judge, Defendant Julie Carrigan, will, and hereby does, move the Court to dismiss the sole count of the complaint asserted against her in her individual capacity, *i.e.*, the Nineteenth Cause of Action, *see* Compl. ¶¶ 889-90 (wherein Plaintiff Uri Marcus seeks damages from Carrigan for alleged First Amendment retaliation under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971)), on the following five grounds under Federal Rule of Civil Procedure 12(b):

**(1)** this Court lacks personal jurisdiction over Carrigan in her individual capacity and, thus, should dismiss her under Rule 12(b)(2);

**(2)** the Central District of California is an improper venue for the *Bivens* claim against Carrigan, 28 U.S.C. § 1391(b)(2), and so the Court should dismiss Carrigan under Rule 12(b)(3);

**(3)** this Court lacks subject-matter jurisdiction over the *Bivens* claim in light of 49 U.S.C. § 46110, and so it should dismiss Carrigan under Rule 12(b)(1);

**(4)** in light of such Supreme Court precedent as *Egbert v. Boule*, 142 S. Ct. 1793 (2022), and *Ziglar v. Abbasi*, 137 S. Ct. 1843 (2017), Plaintiff Marcus has no *Bivens* remedy for his First Amendment retaliation claim against Carrigan, and so the Court should dismiss Carrigan with prejudice under Rule 12(b)(6); and

**(5)** the *Bivens* claim is barred by the doctrine of qualified immunity, and so the Court should dismiss Carrigan with prejudice under Rule 12(b)(6).

\* \* \*

In support of her motion, Defendant Carrigan has attached a Memorandum of Points and Authorities. And as required by Local Rule 7-3, Defendant Carrigan submits this motion following an August 16-17, 2022 conference in which her

1

| | |
|---|---|
| 1 | undersigned counsel and Plaintiff Uri Marcus, *pro se*, thoroughly discussed the |
| 2 | substance of the motion and any potential resolution but were unable to resolve it. |

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        C. SALVATORE D'ALESSIO, JR.
                                        Acting Director, Torts Branch
                                        MARY HAMPTON MASON
                                        Senior Trial Counsel, Torts Branch
                                        JEREMY SCOTT BRUMBELOW
                                        <u>/s/ Jeremy Scott Brumbelow</u>
                                        Senior Trial Attorney, Torts Branch
                                        U.S. Department of Justice, Civil Division
                                        P.O. Box 7146, Ben Franklin Station
                                        Washington, D.C.  20044-7146
                                        Tel. (202) 616-4330; Fax. (202) 616-4314

DATED:  August 23, 2022           Email:  jeremy.brumbelow@usdoj.gov

                                        *Counsel for Defendant Julie Carrigan in*
                                        *her individual capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                        JEREMY SCOTT BRUMBELOW
                                      /s/ Jeremy Scott Brumbelow
                                      Senior Trial Attorney, Torts Branch
                                      U.S. Department of Justice, Civil Division