URI MARCUS
*Pro Se* Plaintiff
P.O. Box 126
Ojai, CA  93024
Tel. (909) 833-0065
Email:  uri@ntcf.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan in her individual capacity*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br>  Defendants | Case No. 2:22-cv-02383-SSS-AS<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT CARRIGAN'S MOTION TO DISMISS**<br><br>The Honorable Sunshine Suzanne Sykes<br>United States District Judge |

Pursuant to L.R. 7-1, Plaintiff Uri Marcus, *pro se*, and Defendant Julie Carrigan in her individual capacity (through her undersigned Justice Department counsel), respectfully submit this joint stipulation regarding the motion to dismiss filed by Defendant Carrigan on August 23, 2022 (Doc. 133) and, more specifically, the dates for that motion's opposition and reply and any hearing before the Court.

Prior to the motion's filing, Plaintiff Marcus requested Carrigan's undersigned counsel to set a hearing date for the motion to dismiss beyond the 28-day period contemplated by L.R. 6-1, and he proposed **October 10, 2022**, as the deadline for his opposition.  Seeking to accommodate Plaintiff's concerns (which were based upon the upcoming Jewish holidays and Plaintiff's need to focus on his oppositions to other, already filed defense motions and their September 28 hearing), undersigned counsel reviewed the Court's on-line calendar for civil motions and saw availability for **Friday, November 18, 2022**.  With a caveat addressed below, Plaintiff was agreeable to that hearing date and to undersigned counsel's proposed reply deadline of **November 2, 2022** (which was based on counsel having several other professional and personal commitments in October and which, if granted, still could allow for a two-week period between the close of briefing and any hearing as contemplated by L.R. 7-10).

Consequently, the parties agreed that the motion to dismiss would initially set a November 18 hearing date and that they would file this stipulation, today, asking the Court to (1) approve the proposed opposition and reply deadlines (respectively, October 10 and November 2); and (2) given Plaintiff's observance of Shabbat, reset the current hearing date of Friday, November 18, to any non-Friday date earlier in the week of November 14, or, if the Court preferred, later in November or December of 2022.  *See* L.R. 7-11 (providing for stipulations to continue hearing dates and set opposition and reply deadlines).

Pursuant to L.R. 7-1, L.R. 52-4.1, and L.R. 5-4.4.1, the parties have included a separate proposed order as an attachment to this stipulation.

Respectfully submitted,

URI MARCUS
/s/ Uri Marcus
*Pro Se* Plaintiff
P.O. Box 126
Ojai, CA  93024
Tel. (909) 833-0065
Email:  uri@ntcf.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch
JEREMY SCOTT BRUMBELOW
/s/ Jeremy Scott Brumbelow
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan in her individual capacity*

DATED:  August 25, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

JEREMY SCOTT BRUMBELOW
/s/ Jeremy Scott Brumbelow
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division