# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS, *et al.*,

  Plaintiffs,

  v.

CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,

  Defendants

Case No. 2:22-cv-02383-SSS-AS

**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT CARRIGAN'S MOTION TO DISMISS**

Based on the parties' joint stipulation, the Court hereby approves **October 10, 2022,** as the deadline for Plaintiff Uri Marcus's opposition to Defendant Carrigan's motion to dismiss filed on August 23, 2022 (Doc. 133), and **November 2, 2022**, as the deadline for Defendant Carrigan's reply.

Although the motion to dismiss was noticed for a hearing on Friday, November 18, 2022, the Court hereby reschedules the hearing date to _____, 2022.

IT IS SO ORDERED.

Dated:

_____
Sunshine Suzanne Sykes
United States District Judge