UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY** |

/ /

/ /

/ /

/ /

/ /

1     Having reviewed and considered the motion for protective order for stay of
2 discovery filed by Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta
3 Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines,
4 Inc. and Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline
5 Defendants"), and all other pleadings and documents properly before the Court in
6 this matter, it is hereby ORDERED, pursuant to Rule 26(c), Fed. R. Civ. P., that
7 the Airline Defendants' motion to for protective order for stay of discovery is
8 GRANTED.

10 Dated:

11
12                                       Hon. Sunshine S. Sykes
                                      United States District Judge

[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS'
NOTICE OF MOTION AND MOTION FOR PROTECTIVE
ORDER FOR STAY OF DISCOVERY
CASE NO.: 2:22-CV-02383-SB-AS

- 2 -