**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, <br><br> *Plaintiffs,* <br><br> v. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, <br><br> *Defendants,* | Case No.: 2:22-cv-02383-SSS-ASx <br><br> **PLAINTIFFS' REQUEST TO EXTEND PAGE LIMITATION FOR MEMORANDUM IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS PURSUANT TO LOCAL RULE 11-6** <br><br> Hearing Date: **September 28, 2022** <br><br> Time: **9:00 a.m.** <br><br> Via Zoom Video Conference <br><br> **The Hon. Sunshine Suzanne Sykes** |

1. Pursuant to L.R. 11-6 this Court is authorized to grant leave to Plaintiffs to file a MEMORANDUM IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS in excess of the 25 page limit set forth in the Rule, if permitted by order of the Judge.

2. Plaintiffs previously requested an Extension to Page Limitations in this case [DKT. 123] for Plaintiffs' Memorandum in Opposition to **AIRLINE DEFENDANTS'** Motion to Dismiss. Request was **GRANTED** [DKT. 125].

3. On this occasion, Plaintiffs seek permission from the Court to file a Memorandum in Opposition to **FEDERAL DEFENDANTS'** Motion to Dismiss of **39** pages instead of 25. This is warranted owing to the complexity of numerous legal issues of 1st impression involved in this action, and the significance of the concerns being addressed, which compel us to present the full weight of existing case law to support our opposition.

4. As *Pro Se* litigants, we have made our best efforts to streamline our memorandum, but have reached a point where we are unable to further identify portions of our arguments to slash.

5. We believe that granting our request will prejudice neither of the parties.

6. Pursuant to L.R. 7-3, we have conferred with opposing counsel via email on August 25, 2022, and Federal Defendants do not oppose the filing of this request. All other Defendants take no position on our request.

7. For these reasons, Plaintiffs respectfully request leave to exceed the page limitation by 14 additional pages, for a total of **39 pages**.

8. We declare under penalty of perjury that the above statements are true and correct.

/ /

/ /

/ /

Respectfully submitted this 26th day of August 2022.

By: /s/ *Uri Marcus*
    Uri Marcus, lead plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: uri@ntcf.org

By: /s/ *Yvonne Marcus*
    Yvonne Marcus, plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: adi@ntcf.org

By: /s/ *Avrohom Gordon*
    Avrohom Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH  45157
    Telephone: 513-734-1770
    gordon.avrohom@gmail.com

By: /s/ *Devorah Gordon*
    Devorah Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH  45157
    Telephone: 513-734-1770
    devorahlgordon@gmail.com

By: /s/ *Cindy Russo*
    Cindy Russo, plaintiff, *Pro-Se*
    22485 Breakwater Way
    Santa Clarita, CA  91350
    Telephone: 908-797-8066
    cjrz123@gmail.com

1 | Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.