**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>*Plaintiffs,*<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>*Defendants,* | Case No.: 2:22-cv-02383-SSS-ASx<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND PAGE LIMITATION FOR MEMORANDUM IN OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS PURSUANT TO LOCAL RULES 5-4.4.1 & 5-4.4.2**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Hearing Date: **September 28, 2022**<br>Time: **9:00 a.m.**<br>Via Zoom Video Conference<br>**The Hon. Sunshine Suzanne Sykes** |

1  On AUGUST 26, 2022, Plaintiffs filed their request to extend the page limitation for their Memorandum in Opposition to Federal Defendants' Motion to Dismiss, pursuant to local rule 11-6.

The Court, having considered Plaintiffs' request and finding good cause, hereby GRANTS the request and ORDERS as follows:

1. Plaintiffs' page limit for their Memorandum in Opposition to Federal Defendants' Motion to Dismiss is extended to **39** pages. Plaintiffs' are advised that no further requests will be granted.

IT IS SO ORDERED.

Dated: August 26, 2022

_____
The Hon. Judge SUNSHINE S. SYKES
United States District Judge