UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02383-SSS-ASx | Date | August 29, 2022 |
| Title | Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al. | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:   ORDER (IN CHAMBERS) RE: MOTION FOR CLARIFICATION OF THE COURT'S STANDING ORDER [Dkt. 85]**

On June 13, 2022, Plaintiffs filed a Motion for Clarification of the Court's Standing Order [Dkt. 85] regarding Judge Blumenfeld's Standing Order [Dkt. 29]. On June 21, 2022, the Order of the Chief Judge [Dkt. 99] was issued, informing the parties that this action was transferred from the calendar of Judge Stanley Blumenfeld, Jr., to the calendar of Judge Sunshine S. Sykes. In view of this action being transferred to Judge Sykes, the Court hereby denies Plaintiffs' Motion for Clarification of the Court's Standing Order [Dkt. 85] as moot.

**IT IS SO ORDERED.**