Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Non-Government Defendants

AND ALL THE PARTIES LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SB-AS<br><br>**NOTICE OF ERRATA RE: DOCKET NO. 136**<br><br>**[AIRLINE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY]** |

Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), by and through their respective attorneys of record, respectfully file

this Notice of Errata to correct a typographic error in Airline Defendants' Memorandum of Points and Authorities in Support of Motion for Protective Order for Stay of Discovery [Docket No. 136].

Docket No. 136, p. 7 of 15, ll. 20-21 identifies the following incorrect citation: "*Mlejnecky v. Olympus Imaging Am., Inc.*, 2011 WL 489793 *6 (E.D. Cal. Feb. 7, 2011)." The correct citation is "*Mlejnecky v. Olympus Imaging Am., Inc.*, 2011 WL 489743 *6 (E.D. Cal. Feb. 7, 2011)."

Dated: August 31, 2022

Respectfully submitted,

By: /s/ Richard A. Lazenby
Richard A. Lazenby
Michael Cutler
VICTOR RANE
Attorneys for All Non-Government Defendants

By: /s/ M. Roy Goldberg
M. Roy Goldberg
(Admitted Pro Hac Vice)
STINSON LLP
Attorneys for Defendants
*Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.*

By: /s/ Brian T. Maye
Brian T. Maye
(Admitted Pro Hac Vice)
ADLER MURPHY & MCQUILLEN LLP

Attorneys for Defendants
*Frontier Airlines, Inc.; and
Allegiant Air, LLC*