Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

-and-

Barry S. Alexander (*pro hac vice*)
Email: balexander@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005
Telephone: (212) 973-8099

Brittany C. Wakim (*pro hac vice*)
Email: bwakim@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2092

Attorneys for Defendant
MEDAIRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**DEFENDANT MEDAIRE, INC.'S NOTICE OF AND MOTION TO JOIN AIRLINE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY (ECF No. 136)**<br><br>Hearing Date: September 28, 2022<br>Time: 9:00 am<br>Courtroom: 2 (Via Zoom)<br>Dist. Judge: Hon. Sunshine S. Sykes |

# MEDAIRE, INC.'S NOTICE OF MOTION AND MOTION TO JOIN AIRLINE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY

**TO ALL PARTIES AND THEIR COUNSEL (WHERE APPLICABLE):**

**PLEASE TAKE NOTICE** that on September 28, 2022, at 9:00 a.m., or as soon as thereafter this matter may be heard, pursuant to Rule 26(c), Fed. R. Civ. P., defendant MedAire, Inc. ("MedAire") will and hereby does move to join defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), Motion for a Protective Order which temporarily stays discovery in this case pending a ruling on the Airline Defendants' Motion to Dismiss the Complaint and action, ECF Nos. 86, 86-1. MedAire moves to join the Airline Defendants' Motion for a Protective Order (ECF No. 136) and similarly seeks a protective order, which temporarily stays discovery in this case pending a ruling on MedAire's Motion to Dismiss the Complaint and action, ECF Nos. 92, 92-1.

MedAire notices this Joinder Motion for the same time as the Airline Defendants, who have noticed their Motion for a Protective Order to be heard during the same specially-set time for the Case Management Conference and the hearing on the Motions to Dismiss that have been filed in this case. MedAire has not set this Joinder Motion for hearing on a Friday for the same reasons as the Airline Defendants, which is Plaintiffs' prior objection to having any hearing be set on a Friday. Similar to the Airline Defendants, good cause exists for a temporary stay of discovery given that (1) MedAire's pending motion to dismiss is potentially – indeed likely – dispositive of the entire case against it, and (2) the Court can decide the Motion to Dismiss without the need for any discovery to be conducted.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

DEFENDANT MEDAIRE, INC.'S NOTICE OF AND MOTION
TO JOIN AIRLINE DEFENDANTS' MOTION FOR
PROTECTIVE ORDER FOR STAY OF DISCOVERY
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

*See, e.g., Cellwitch Inc. v. Tile, Inc.,* 2019 WL 5394848, *1 (N.D. Cal. Oct. 22, 2019).

MedAire's Joinder Motion is based upon this Joinder Notice, and the attached Memorandum of Points and Authorities filed concurrently herewith, the records, pleadings, and documents on file in this matter, and any such oral and/or documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

This Joinder Motion is made following the conference of counsel and Plaintiffs (who are *pro se*) pursuant to L.R. 7-3, which took place on Thursday August 18, 2022 via Zoom. At the conference, which was on the Airline Defendants' Motion for Protective Order, counsel informed Plaintiffs of MedAire's intention to file a Joinder to the Motion for Protective Order, with additional arguments specific to MedAire, seeking relief for the same reasons.

Dated: August 31, 2022   Respectfully submitted,

By: *Barry S. Alexander*
Barry S. Alexander, *pro hac vice*
Brittany C. Wakim, *pro hac vice*
SCHNADER HARRISON SEGAL & LEWIS LLP

-and-

Richard A. Lazenby
Michael Cutler
VICTOR RANE

*Attorneys for Defendant*
MEDAIRE, INC.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849