1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11
12
13

URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,

                              Plaintiff/s,

14

v.

15
16
17
18
19
20
21
22
23
24

CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,

                              Defendants.

Case No. 2:22-cv-02383-SSS-AS

**[PROPOSED] ORDER GRANTING DEFENDANT MEDAIRE, INC.'S MOTION TO JOIN AIRLINE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY (ECF No. 136)**

25
26
27

/ /

28

/ /

On August 31, 2022, Defendant MedAire, Inc. ("MedAire") filed a Joinder to the Motion for Protective Order under Fed. R. Civ. P. 26(a), to temporarily stay discovery in this case filed by Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), on August 25, 2022 (ECF No. 136) and requested that this Court stay discovery in this case until after the Court also rules on MedAire's Motion to Dismiss, filed on June 14, 2022 (ECF Nos. 92, 92-1).

The Court, having considered MedAire's Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1. Discovery is stayed pending MedAire's Motion to Dismiss Plaintiffs' Complaint (ECF Nos. 92, 92-1).

**IT IS SO ORDERED.**

Dated:

_____
Sunshine S. Sykes
United States District Judge