# Table of Exhibits

| No. | Name of Exhibit | Page #'s |
|---|---|---|
| 1 | MDMA's Medical Director Interviewed in "The Points Guy," an American travel website and blog: "I would not go into a place where people weren't wearing masks if I don't know them … because I want to minimize my odds of getting it." (3 pages) | 3-5 |
| 2 | Paulo M. Alves, MD, MSc, FAsMA: MDMA's Global Medical Director of Aviation Health benefits everyone except the mask-disabled. (6 pages) | 7-12 |

# EXHIBIT 01

**MDMA's Medical Director Interviewed in "The Points Guy," an American travel website and blog:**

**"I would not go into a place where people weren't wearing masks if I don't know them … because I want to minimize my odds of getting it."**



NEWS

# Facemasks on flights could be here for years to come, according to experts

Matt Blake
Feb 1, 2022

This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. Terms apply to the offers listed on this page. For an explanation of our Advertising Policy, visit this page.

Facemasks are likely to become a normal part of the travel experience on flights for quite some time.

Even as COVID-19 infection rates begin to plateau, borders reopen and travel restrictions lift, air experts say facemasks are here for the long haul.

For more TPG news delivered each morning to your inbox, sign up for our daily newsletter.

"Get used to them" is the message from Ryanair's finance chief Neil Sorahan, who compared facemasks on flights to the liquid restrictions imposed on planes after the 9/11 attacks 20 years ago.

"Masks will be something that will be with us for a while longer to come," said Sorahan. "If that is the price we have to pay for the next few months, into summer – it's a small price to pay.

"It's a bit like after 9/11, we ended up with our toiletries in plastic bags, maybe we'll have to live with masks for a while longer."

A hot stew of international rules will make it "nigh-on impossible" for individual airlines to allow passengers to fly without masks, making them one of the last travel restrictions to go.

Related: How to navigate long-haul like a pro, according to a pilot who does it all the time

"Until there is a harmonised lifting of mask mandates on flights by governments worldwide it is simpler for airlines to keep the rules in place," a senior aviation source told The Times newspaper.

According to sources, airlines are waiting for a cross-industry consensus on mask-wearing, and will not break ranks, resolving instead to "act as one".

A number of medical experts have told The Points Guy that – while their sophisticated air filtration systems make passenger planes one of the most COVID-safe public spaces a person can be – facemasks remain the final line of defence against infection.

"The primary aim for the mask is to protect the people around you from you, but it is also giving you a layer of protection," said Dr Paolo Alves, global medical director for MedAire, which provides medical and safety advice to the airline industry. "Nothing is 100%, in medicine or in life, but I would not go into a place where people weren't wearing masks if I don't know them. Not because masks offer 100% protection, but because I want to minimise my odds of getting it."

Related: If you need to wear a face mask on your next flight, these are your choices

Dr Julian Tang, a virologist at the University of Leicester, said he would wear a surgical mask as a personal rule throughout plane journeys, whether he was told to or not. "I'd wear it through customs at both ends, and in the taxi or train or bus," he told us. "The only time I'd take it off is when I'm eating. Aside from being vaccinated, masks are the best thing we can do to stay safe."

British Airways has already confirmed it will continue to make passengers wear face masks on all their flights when the U.K. drops its masking laws next week.

In a statement, the carrier said: "We have no immediate plans to change our mask policy, but keep our policies under review and continue to take advice and guidance from all the appropriate authorities."

Virgin Atlantic also said that it would continue to review its pandemic health protocols and would "work together across the industry to see when changes can be made".

The news comes two months after America's Federal Aviation Authority said it had seen a record rise in unruly behaviour aboard flights, the majority of which were over facemasks. Earlier this month a flight bound for London had to return to the U.S. following disruption caused by a passenger who refused to abide by the current rules for facemasks onboard the flight.

**Dr Paolo Alves, global medical director for MedAire. — Feb. 2022**

New Unruly Passenger Numbers since 1/1/22:
– 151 reports of unruly passengers
– 92 related to facemasks
– 32 investigations initiated
– 4 enforcement action cases initiated
Unruly Passenger Rate as of 1/9/22: 4.4 incidents per 10K flights https://t.co/ISiblzAzGi #FlySmart pic.twitter.com/UbF5Ulqdcp

— The FAA ✈ (@FAANews) January 19, 2022

Its latest figures for 2022, released last week, showed that of 151 reports of unruly passengers, 92 were related to mask-wearing.

Related: London-bound flight returns to Miami after First Class passenger refuses to wear mask

Editorial Disclaimer: Opinions expressed here are the author's alone, not those of any bank, credit card issuer, airlines or hotel chain, and have not been reviewed, approved or otherwise endorsed by any of these entities.

Disclaimer: The responses below are not provided or commissioned by the bank advertiser. Responses have not been reviewed, approved or otherwise endorsed by the bank advertiser. It is not the bank advertiser's responsibility to ensure all posts and/or questions are answered.



TPG UK

MAXIMISE YOUR TRAVEL.

@thepointsguyuk

FACEBOOK

INSTAGRAM

YOUTUBE

TWITTER

TIKTOK

ABOUT TEAM JOBS AT TPG CONTACT US CHARITY SITE MAP

Sign up for our daily newsletter

Enter your email address

Sign up

I would like to subscribe to The Points Guy UK newsletter and special email promotions. The Points Guy UK will not sell your email. See PRIVACY POLICY.

The Points Guy UK is a trading name of Red Ventures Services Ltd, registered in England and Wales No. 11645522 Registered Office: Red Ventures Services Ltd, The Cooperage, 5 Copper Row, London, United Kingdom, SE1 2LH

Red Ventures Services Ltd is an appointed representative of Red Ventures Financial Ltd which is authorised and regulated by the Financial Conduct Authority (FRN: 803495). Red Ventures Financial Ltd is acting as a credit broker, not a lender.

Product links are provided on a non-advised basis. This means that no advice is given or implied and you are solely responsible for deciding whether the product is suitable for your needs. If you are not sure which is the right product for you, you should seek advice.

By clicking a product link, you are departing from The Points Guy UK, and we cannot be held responsible for the accuracy of the information contained within the linked site.

© 2022 THE POINTS GUY, LLC. ALL RIGHTS RESERVED. A RED VENTURES COMPANY.

DO NOT SELL MY INFO | PRIVACY POLICY | TERMS OF USE | COOKIE POLICY | COOKIE SETTINGS

# EXHIBIT 02

## Paulo M. Alves, MD, MSc, FAsMA: MDMA's Global Medical Director of Aviation Health benefits everyone except the mask-disabled.





# MEET DR PAULO ALVES







==Paulo M. Alves, MD, MSc, FAsMA, is MedAire's Global Medical Director of Aviation Health after joining the organisation in 2007. MedAire clients, their passengers and the aviation industry have greatly benefited from his medical expertise for over 30 years.==

A trained cardiologist, Dr Alves started in the industry in 1983 at Varig Brazilian Airlines – the first airline founded in Brazil - for 23 years. He was the airline's General Medical Manager for ten years until the company underwent judicial restructuring in 2006.

Case # 2:22-cv-02383-SSS-ASx        Page 0007 of 0012        PLAINTIFFS' MEMO IN OPPN TO MDMA's JOINDER MTN FOR STAY OF DISCOVERY

Varig's medical services provided a comprehensive catalogue of services – today considered unusual – however, still offered by a few airlines in Europe, the Middle East and Asia. Varig delivered more than occupational health-related services in-house to all employees and their relatives.



During his career at Varig, Dr Alves introduced several programs - now considered best-practice in Latin America - including AEDs onboard, crew fatigue management, drug and alcohol rehabilitation, and many others. He became increasingly interested in caring for all aspects of crewmember health and improving passenger well-being by developing new onboard resources. It not only drew his curiosity but sparked an irreversible commitment to the health and safety of the millions of people who work and travel on aircraft every day.

## AWARDS & APPOINTMENTS

- 2018 - John A. Tamisea Award for outstanding contribution to the art and science of aviation medicine in its application to the general aviation field - Civil Aviation Medical Association
- 2016 - Harry G. Moseley Award for Most Outstanding Contribution for

In addition to making a career of this passion, he offers his time to many organisations within the industry. He served as an IATA Medical Advisory Group member from 2002 to 2006. This

- Flight Safety - Aerospace Medical Association
- ▶ 2014 - Annual Scientific Award for outstanding research contributions - Society of Critical Care Medicine



special committee was established by the IATA Director General, who appoints up to ten members specialising in aviation medicine or occupational health. The Group also reviews and updates guidelines and recommended practices relating to onboard medical care and health-related issues and the IATA Medical Manual. Dr Alves has been continuously supporting IATA by providing his depth of knowledge and experience in forums, webinars and panel discussions, in addition to his close contact with the previous and current IATA's medical advisor.

Dr Alves is also a member of the International Airlines Medical Association, where he served as President in 2014. The International Airline Medical Association (formerly known as the Airline Medical Directors Association - AMDA) provides a forum for any stakeholder in Aviation Medicine. As a former President of the Brazilian Society of Aerospace Medicine, Dr Alves played an essential role in maintaining a scientific development forum in Brazilian aerospace medicine.

Dr Alves has also supported the Aerospace Medical Association (AsMA) as the Air Transport Medicine Committee Chairman. AsMA is organised exclusively for charitable, educational, and scientific purposes. It is the largest, most-representative professional membership organisation in aerospace medicine and human performance.

## INFLUENCE AT MEDAIRE

Dr Alves provides technical guidance and analysis for MedAire's MedLink medical advisory service and is a member of the International SOS Medical Advisory Board. His research impacts every aspect of MedAire's Aviation Medical Service delivery from the training of crewmembers, the process for mitigating in-flight medical emergencies and the life-saving tools and medications carried onboard.

Dr Alves recently worked to develop an AI guided In-Flight Emergency Patient Assessment. The guided scenarios cover the most critical and common in-flight medical events: chest pain, altered mental status, seizure, shortness of breath, suspected infectious diseases, fainting, severe vomiting, abdominal pain, and anaphylaxis.



The app connects the aircraft cabin with MedLink doctors, who use the data collected to direct the crewmember to treat the event using the onboard

equipment or to divert the flight to a nearby airport for additional medical care.

"Effective communication from air to ground is the major factor limiting the universal adoption of ground-based medical support globally. Other contributing factors include limited communication tools in aircraft, language or translation barriers, and the complexity of medical problems, which span from trivial to very serious. Therefore, we needed to develop a standardised tool to capture medical information in-flight and seamlessly transmit data to doctors on the ground," explains Dr Alves.

Think of the In-Flight App as an automated intake form providing scenario-based workflows that adjusts to the situation as more data is collected. The intuitive, user-friendly interface allows for minimal training by the end-user while streamlining getting information from the air to the ground.

## INFLUENCE ON THE AVIATION INDUSTRY



True to his commitment, Dr Alves continues to serve the Aviation industry as an active member of the International Academy of Aerospace Medicine, the National Business Aviation Association (NBAA) Safety Committee, and the Collaborative Arrangement for the Prevention and Management of Public Health Events in Civil Aviation (CAPSCA) which is managed by the International Civil Aviation Organization (ICAO) with support from the World Health Organization (WHO). He is also a Fellow of the Aerospace Medical Association (AsMA), a Fellow

of the Civil Aviation Medical Association, and the President of the Ibero-American Aerospace Medical Association.

The next time you are on an aeroplane, you will notice the influence Dr Alves has had on every flight.

## PUBLISHED RESEARCH & ARTICLES

- 2021 - Data-Driven Estimation of the Impact of Diversions Due to In-Flight Medical Emergencies on Flight Delay and Aircraft Operating Costs
- 2020 - Characterization of In-Flight Medical Events Involving Children on Commercial Airline Flights
- 2020 - Urological In-Flight Medical Events on Commercial Airlines
- 2019 - Quality of Electrocardiograms Obtained in Flight by Airline Flight Attendants
- 2019 - In-Flight Injuries Involving Children on Commercial Airline Flights
- 2018 - Medical Guidelines for Airline Travel: Management of In-Flight Cardiac Arrest
- 2018 - In-Flight Management of a Supraventricular Tachycardia Using Telemedicine
- 2017 - Cross-Sectional Survey of Physicians on Providing Volunteer Care for In-Flight Medical Events
- 2016 - Safe Sleeping, Best Seat and More Tips for Air Travel With Children
- 2016 - Prognostic Factors for Outcomes of In-Flight Sudden Cardiac Arrest on Commercial Airlines
- 2015 - AsMA Medical Guidelines for Air Travel: In-Flight Medical Care
- 2014 - Fatalities above 30,000 feet: characterizing pediatric deaths on commercial airline flights worldwide
- 2011 - Onboard Medical Events in Commercial Air Transportation
- 2011 - The Challenges of Medical Events in Flight