**URI MARCUS**
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
email: uri@ntcf.org

*Pro Se*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>*Plaintiffs,*<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>*Defendants,* | Case No.: <u>2:22-cv-02383-SSS-ASx</u><br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br><br><br><br><br><br><br><br><br>Hearing Date: **September 28, 2022**<br><br>Time: **9:00 a.m.**<br><br>Via Zoom Video Conference<br><br>**The Hon. Sunshine Suzanne Sykes** |

## TO THE COURT, ALL PARTIES, AND
## THEIR ATTORNEYS OF RECORD:

Plaintiffs respectfully submit an AMICUS BRIEF of Attorneys General for 23 States as a supplemental authority, which was filed on August 8, 2022, but was not known or available to Plaintiffs at the time of the filing of their MEMORANDUMS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS.

Pro Se Plaintiffs understand that a "supplemental authority" is routinely used to advise or inform courts of judicial opinions or orders, or other authorities such as statutes or regulations, believed to be relevant to a proceeding in litigation.

The AMICUS BRIEF, a copy of which is hereto attached, contains statutes and regulations that we believe are relevant to our litigation. A summary of this Supplementary Authority, is provided below for the convenience of the Court and the parties:

SUMMARY: In *Health Freedom Defense Fund Inc. vs. Joseph R. Biden* (No. 8:21-cv-1693, 2022 WL 1134138 (M.D. Fla. Apr. 18, 2022), appeal pending No. 22-11287 (11th Cir.)), the U.S. District Court for the Middle District of Florida ruled that the Biden Administration and the CDC are not authorized to force travelers to wear masks on flights or on buses. However, the Biden Administration has appealed the decision.

Missouri Attorney General Eric Schmitt joined some 22 other Attorney Generals in signing this Amicus Brief opposing the appeal of a ruling that blocked the Centers for Disease Control and Prevention (CDC) from enforcing a mask mandate on interstate travel.

What the State Attorneys General argued was very consistent with what Plaintiffs in the instant case, as well as both Plaintiffs-Appellees in *Health*

*Freedom Defense Fund v. Biden* have also argued initially and with what the Judge ruled. The Amicus Brief now comes to reinforce those arguments to a much great extent.

The Attorneys General Brief, filed in the U.S. Court of Appeals for the 11th Circuit, argues that the CDC's mandate exceeded the agency's authority in many ways. Attached Amicus Brief at 3-4 and 5-15.

Not only did 22 States' Attorneys General, Solicitor Generals, and other representatives of those States submit this Amicus Brief, but 17 members of Congress also submitted an Amicus Brief, along with several other notable AMICI CURIAE (https://healthfreedomdefense.org/hfdf-lawsuits/federal-travel-mask-mandate/).[1]

/ /

/ /

/ /

---

[1] (a) Amicus Brief of the Honorable Thomas Massie, et al.: https://healthfreedomdefense.org/wp-content/uploads/2022/08/AMICUS-BR-OF-MASSIE-ET-AL.pdf

(b) Amicus Brief of 338 airline workers in support of Appellees urging affirmance: https://healthfreedomdefense.org/wp-content/uploads/2022/08/Brief-of-Amici-Curiae-338-Airline-Workers-in-Support-of-Appellees-Urging-Affirmance.pdf

(c) Amicus Brief of the Washington Legal Foundation: https://healthfreedomdefense.org/wp-content/uploads/2022/08/AMICUS-BRIEF-OF-WASHINGTON-LEGAL-FOUNDATION.pdf

(d) Amicus Brief of 3 Industrial Hygiene Experts in support of Appellees urging affirmance: https://healthfreedomdefense.org/wp-content/uploads/2022/08/AMICUS-BRIEF-OF-3-INDUSTRIAL-HYGIENE-EXPERTS.pdf

Respectfully submitted this 14th day of September 2022.

By: /s/ *Uri Marcus*
    Uri Marcus, lead plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: uri@ntcf.org

By: /s/ *Yvonne Marcus*
    Yvonne Marcus, plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: adi@ntcf.org

By: /s/ *Avrohom Gordon*
    Avrohom Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH 45157
    Telephone: 513-734-1770
    gordon.avrohom@gmail.com

By: /s/ *Devorah Gordon*
    Devorah Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH 45157
    Telephone: 513-734-1770
    devorahlgordon@gmail.com

By: /s/ *Cindy Russo*
    Cindy Russo, plaintiff, *Pro-Se*
    22485 Breakwater Way
    Santa Clarita, CA 91350
    Telephone: 908-797-8066
    cjrz123@gmail.com

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.