Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Non-Government Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,

Plaintiffs,

vs.

CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,

Defendants.

Case No.: 2:22-cv-02383-SSS-AS

**STAT-MD'S NOTICE OF MOTION TO JOIN AIRLINE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY (ECF No. 136)**

| | |
|---|---|
| Date: | 9/28/2022 |
| Time: | 9:00 a.m. |
| Courtroom: | 2 |
| Dist. Judge: | Hon. Sunshine S. Sykes |

**TO ALL PARTIES AND THEIR COUNSEL (WHERE APPLICABLE):**

**PLEASE TAKE NOTICE** that on September 28, 2022, at 9:00 a.m., or as soon as thereafter this matter may be heard, pursuant to Rule 26(c), Fed. R. Civ. P., defendant Center for Emergency Medicine of Western Pennsylvania, Inc., d/b/a STAT-MD ("STAT-MD") will and hereby does move to join defendants Alaska

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), Motion for a Protective Order which temporarily stays discovery in this case pending a ruling on the Airline Defendants' Motion to Dismiss the Complaint and action, ECF Nos. 86, 86-1. STAT-MD moves to join the Airline Defendants' Motion for a Protective Order (ECF No. 136) and similarly seeks a protective order, which temporarily stays discovery in this case pending a ruling on STAT-MD's Motion to Dismiss the Complaint and action, ECF Nos. 95, 95-1.

STAT-MD notices this Joinder Motion for the same time as the Airline Defendants, who have noticed their Motion for a Protective Order to be heard during the same specially-set time for the Case Management Conference and the hearing on the Motions to Dismiss that have been filed in this case. STAT-MD has not set this Joinder Motion for hearing on a Friday for the same reasons as the Airline Defendants, which is Plaintiffs' prior objection to having any hearing be set on a Friday. Similar to the Airline Defendants, good cause exists for a temporary stay of discovery given that (1) STAT-MD's pending motion to dismiss is potentially — indeed likely — dispositive of the entire case against it, and (2) the Court can decide the Motion to Dismiss without the need for any discovery to be conducted *See, e.g.*, *Cellwitch Inc. v. Tile, Inc.,* 2019 WL 5394848, *1 (N.D. Cal. Oct. 22, 2019).

STAT-MD's Joinder Motion is based upon this Joinder Notice and the records, pleadings, and documents on file in this matter, and any such oral and/or documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

This Motion is made following a conference of the parties pursuant to C.D. Local Rule 7-3, which occurred on August 18, 2022.

/ /

/ /

/ /

DEFENDANT STAT-MD'S NOTICE OF AND MOTION TO JOIN AIRLINE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

Dated: September 14, 2022

Respectfully submitted,

By: /s/ M Cutler

Richard A. Lazenby
Michael Cutler
VICTOR RANE
*Attorneys for Defendants*
STAT-MD

By: /s/ John C. Conti

John C. Conti (State Bar No. 118824)
Email: jconti@dmclaw.com
(*Admitted Pro Hac Vice*)
Jeffrey J. Wetzel
(*Admitted Pro Hac Vice*)
Email: jwetzel@dmclaw.com
Steven L. Ettinger
(*Admitted Pro Hac Vice*)
Email: settinger@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617
*Attorneys for Defendant*
STAT-MD

DEFENDANT STAT-MD'S NOTICE OF AND MOTION TO JOIN AIRLINE DEFENDANTS' MOTION FOR PROTECTIVE ORDER FOR STAY OF DISCOVERY
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -