**DISTRICT JUDGE SUNSHINE B. SYKES**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly[1] and file it with your Joint Rule 26(f) Report. The parties must make every effort to agree on dates or the Court will set them.

| Case No. 2:22-cv-02383-SSS-AS | Case Name: Uri Marcus et al. v. Centers for Disease Control and Prev. et al. | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
| Check one: ☐ Jury Trial or ☒ Court Trial (<u>Monday</u> at 9:00 a.m., within 12-15 months of Scheduling Conference based on complexity) Estimated Duration: __4___ Days | | 01/29/2024 | 01/29/2024 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine (Friday at 1:00 p.m., at least 17 days before trial) *Plaintiffs request no Friday hearings* | | 01/11/2024* | 01/11/2024* |
| **Event \*** <br> *Note:* All deadlines shall be on Fridays <br> Hearings shall be on Fridays at 2:00 p.m. | **Time Computation[2]** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy |
| Last Date to <u>Hear</u> Motion to Amend Pleadings /Add Parties  *Plaintiffs request no Friday hearings* | 6 weeks after Scheduling Conference | 12/08/2022* | 12/08/2022* |
| Non-Expert Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 27 weeks before FPTC | 07/06/2023 | 07/06/2023 |
| Expert Disclosure (Initial) | 26 weeks before FPTC | 07/13/2023 | 07/13/2023 |
| Expert Disclosure (Rebuttal) | 24 weeks before FPTC | 07/27/2023 | 07/27/2023 |
| Expert Discovery Cut-Off** [This date follows the form schedule however Defendants respectfully request that the time for expert discovery be 75 days rather than 5 weeks following close of fact discovery] | 22 weeks before FPTC | 08/10/2023 | 08/10/2023 |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motion due at least 49 days before hearing; Rule 56 Opposition due at least 35 days before the hearing; Rule 56 Reply due at least 28 days before hearing. <br> • Deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | 11 weeks before FPTC | 10/26/2023 | 10/26/2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15] <br> <u>Select</u> one:  ☒ 1. Magistrate Judge (with Court approval) <br> ☐ 2. Court Mediation Panel <br> ☐ 3. Private Mediation | 8 weeks before FPTC | 11/16/2023 | 11/16/2023 |

---

- As set forth in the Joint Rule 26(f) Report, ECF No. 152, at 6–8, 12–13, 16 n.1, it is the position of the Federal Defendants that the claims against them are reviewed at the summary judgment stage on an administrative record with no factfinding by the Court. As such, neither discovery against the Federal Defendants nor a trial of any kind on the claims against them would be appropriate.  And as Defendant Carrigan previously indicated, she should not be subjected to discovery during the pendency of her qualified-immunity motion, and, in the event of an interlocutory appeal, the pretrial deadlines proposed herein would be unlikely to hold.  ECF No. 152, at 8-9,13.  In addition, the Airline Defendants and MedAire have filed motions for a protective order to put in place a temporary stay of discovery until after a ruling on the pending motions to dismiss.  See ECF No. 152, at 4, ECF Nos. 136, 145, 145.1.

- \* As set forth in the Joint Rule 26(f) Report, ECF No. 152, at 9-12, 13–15, 16 (n.2), it is the position of the Plaintiffs that their claims against Defendants require fact finding by the Court. Consequently, discovery against the Federal Defendants is entirely appropriate and necessary, as is a bench-trial. Moreover, Defendant Carrigan should particularly be subject to discovery because her arguments of qualified-immunity fail. PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS DEFENDANT JULIE CARRIGAN IN HER INDIVIDUAL CAPACITY is due on or before October 10 will offer case law to challenge to Ms. Carrigan's alleged "qualified-immunity." Furthermore, Plaintiffs have filed thorough Memorandums in opposition to Airline and Medical Defendants' motions for a Stay of Discovery and protective orders and awaits the Court's decision on those motions. See DKTs. 139 and 147. Plaintiffs have no objection, pending the Court's approval, that the time for expert discovery be at least 75 days rather than 35 days following the close of fact discovery, provided that Plaintiffs also have ample opportunity to conduct expert discovery and rebuttals.

| | | | |
|---|---|---|---|
| Deadline to File Motions in Limine | 6 weeks before FPTC | 11/30/2023 | 11/30/2023 |
| Deadline for Oppositions to Motions in Limine | 4 weeks before FPTC | 12/14/2023 | 12/14/2023 |
| Trial Filings (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | 12/14/2023 | 12/14/2023 |
| Trial Filings (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Decls. of Direct Testimony (jury trial only) | 2 weeks before FPTC | 12/28/2023 | 12/28/2023 |
| Hearing on Motions in Limine | 2 weeks before FPTC | 12/28/2023 | 12/28/2023 |

1   The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.
2   The numbers below represent the Court's recommended timeline.  The parties may propose alternate dates based on the needs of each individual case.  Class Actions, patent, and ERISA cases may need to vary from the above.