# Table of Exhibits

| No. | Name of Exhibit | Page #'s |
|:---:|---|:---:|
| 1 | UM TSA Pre-Check Revocation 23 NOV 2021 (1 page) | 3 |
| 2 | YM TSA Pre-Check Renewal APPROVED 18 Dec 2021 (2 pages) | 5-6 |
| 3 | UM TSA Pre-Check Approved 21 JUN 2017 (1 page) | 8 |
| 4 | TSA Customer Service Responses 14-23 March 2022 (8 pages) | 10-17 |
| 5 | UM TSA Pre-Check Renewal Allegedly APPROVED 16 March 2022 (2 pages) | 19-20 |
| 6 | Tony Eades Pre-Check Revocation 10 November 2021 (2 pages) | 22-23 |

# EXHIBIT 01

## UM TSA Pre-Check Revocation
## 23 NOV 2021

U.S. Department of Homeland Security
Springfield, Virginia 20598-6110



Transportation
Security
Administration

Mr. Uri Marcus
██ S Padre Juan Ave
Ojai, CA 93023
United States

Mr. Uri Marcus
P.O. Box 126
Ojai, CA 93024-0126
United States

NOV 2 3 2021

Re: Determination of Ineligibility,  TSA Pre✓® Application  Program, KTN TT11N2H7T

*Dear Mr. Marcus:*

On 18 Jun 2017, TSA found you eligible  to participate in the TSA Pre✓® Application  Program.
As a participant previously found eligible  for the TSA Pre✓® Application  Program, you are
subject to recurrent checks against various databases, including  law enforcement, immigration,
regulatory violation,  and intelligence  databases.

As a result of recurrent checks and based on a comprehensive  background check, TSA was
unable to determine that you pose a sufficiently  low risk to transportation and national  security to
continue to be eligible  for expedited airport security screening through the TSA Pre✓®
Application  Program.  As a result, TSA has determined that you are no longer  eligible  to
participate in the TSA Pre✓® Application  Program. This eligibility  determination  for the TSA
Pre✓® Application  Program is within the sole discretion  of TSA.

Although you have been found ineligible  to continue your participation  in the TSA Pre✓®
Application  Program, you will continue to be screened at airport security checkpoints according
to TSA standard screening protocols.

This letter constitutes TSA's final decision.

Sincerely,

JULIE A CARRIGAN     Digitally signed by JULIE
                     A CARRIGAN
                     Date: 2021.11.18
                     14:55:17 -05'00'

Julie Carrigan
Acting Division Director
National Transportation Vetting Center

# EXHIBIT 02
## YM TSA Pre-Check Renewal
## APPROVED 18 Dec 2021

**From:** no-reply@universalenroll.identogo.com 📎
**Subject:** Your TSA PreCheck Eligibility Notice
**Date:** 18 December 2021 at 11:57
**To:** uri@ntcf.org



Dear YVONNE MARCUS:

The Transportation Security Administration (TSA) reviewed your submission to the TSA PreCheck Application program and determined you are eligible for the Program. As a result, TSA will issue you a Known Traveler Number (KTN) for you to use when making flight reservations. If you renewed your enrollment, you will keep the KTN that TSA initially issued you. To look up your KTN, please visit the TSA website at universalenroll.dhs.gov and select the "Check Status" link. Once you retrieve your KTN, provide it in the KTN field when making flight reservations, either online in your travel profile or by phone with a ticketing agent.

When booking travel, please make sure you use the exact name and date of birth you provided to the TSA PreCheck Application Program. When you travel, participating airlines may include an indicator such as "TSA PreCheck," "TSA Precheck," or "TSA PRE" on your printed or mobile boarding pass. When you arrive at the airport, look for signs to direct you to the TSA PreCheck security checkpoint lanes.

Please note that this determination of eligibility for the TSA PreCheckApplication Program is within TSA's sole discretion and does not guarantee that you will always receive expedited airport security screening. As an individual deemed eligible for the Program, you are subject to recurrent checks against law enforcement, immigration, and intelligence databases and TSA may disqualify you from the Program at any time. TSA may also suspend your eligibility for the TSA PreCheck Application Program if you are found to have committed certain violations of TSA security regulations. These violations include, but are not limited to, interfering with security operations, access control violations, providing false or fraudulent documents, making a bomb threat, or bringing a firearm, explosive, or other prohibited item to unauthorized areas of an airport or on board an aircraft. The duration of any suspension from participation in the Program would be related to the seriousness of the violation and/or a repeated history of regulatory violations.

If you have any questions about this notification or obtaining your KTN, please call the Universal Enrollment Services Call Center at 1-855-DHS-UES1 (1-855-347-8371), Monday through Friday, 8:00 am to 10:00 pm Eastern Standard Time. For additional information regarding TSA PreCheck and instructions for using your KTN, please visit www.tsa.gov/tsa-precheck. Note that TSA PreCheck expedited screening is not yet available for all airports, all airlines, or all flights.

Welcome to the TSA PreCheck Application Program!

From: no-reply@universalenroll.identogo.com  📎
Subject: Keep your TSA PreCheck® benefits. You're now eligible to Renew!
Date: 16 December 2021 at 14:11
To: uri@ntcf.org



Hi YVONNE,

Your TSA PreCheck membership is due to expire on **06/16/2022.** You can renew it any time between now and that date - your new membership only starts after the old one expires. Renewing is quick and easy, and most members can renew **entirely online**.

**Act now and renew early to ensure your benefits roll into your next trip!**



**Renew Early**

**Keep enjoying hassle-free travel with TSA PreCheck membership benefits, like:**.

- **Convenient:** your shoes, belt and light jacket stay on, and laptop and 3-1-1 liquids stay in your bags
- **Family-friendly:** kids 12 and under can tag along for free
- **Affordable:** many credit cards and loyalty programs cover the cost of the 5-year membership, for current pricing check [here](#)
- **Fast, easy to renew:** 98%+ of members can renew online in 3-5 minutes

**We hope you stay a part of the TSA PreCheck community!**

**Questions about renewing your membership? Call 855-347-8371, 8 a.m. - 10 p.m. Eastern, Monday - Friday, or check out our FAQs.**

**We hope to see you soon!**

**The TSA PreCheck® Team**

**Renew Now**



# EXHIBIT 03

## UM TSA Pre-Check Approved
## 21 JUN 2017

PLA's MEMO IN OPP'N TO MTD:
DEF JULIE CARRIGAN IN HER INDIV CAP



U.S. Department of Homeland Security
Arlington, VA 20598-6110

**Transportation
Security
Administration**

June 21, 2017

URI MARCUS
PO BOX 126
OJAI CA 93024-0126

Re: Determination of Eligibility, URI MARCUS, Case Number 8471652

Dear URI MARCUS:

The Transportation Security Administration (TSA) has reviewed your application for eligibility to participate in TSA Pre✓® through the TSA Pre✓® Application Program, pursuant to Section 109(a)(3) of the Aviation and Transportation Security Act (ATSA), Pub. L. 107–71, (115 Stat. 597, 613, Nov. 19, 2001).

This letter serves as a determination that you have successfully completed TSA's eligibility assessment for TSA Pre✓®. **Congratulations, you are now eligible to participate in TSA Pre✓® through the TSA Pre✓® Application Program. Your Known Traveler Number (KTN) is: TT11N2H7T. The expiration date is June 16, 2022.** Please provide the KTN listed above in any frequent flyer profiles and for each individual reservation you book on a participating airline and enter your name and date of birth exactly as you did during enrollment. When you travel, look for "TSA Pre✓®" or "TSA Precheck" on your printed or mobile boarding pass for notification of eligibility.

Please note that TSA can suspend your ability to receive TSA Pre✓® expedited screening in the future if you are found to have committed certain violations of TSA security regulations. Violations include, but are not limited to, interfering with security operations, access control violations, providing false or fraudulent documents, making a bomb threat, or bringing a firearm, explosive, or other prohibited item to an airport or on board an aircraft. The duration of suspension from participation in TSA Pre✓® is related to the seriousness of the violation and/or a repeated history of regulatory violations.

If you have any questions, please call the TSA Contact Center at (866) 289-9673. For additional information regarding TSA Pre✓® and instructions for using your KTN, please visit www.tsa.gov/tsa-precheck.

S
*W. M. Hunt*

Bud Hunt, General Manager
Security Threat Assessment Operations
Office of Law Enforcement/Federal Air Marshal Service

# EXHIBIT 04

## TSA Customer Service Responses
## 14-23 March 2022

**From:** **Uriel ben-Mordechai** uri@ntcf.org  📎
**Subject:** Re: TSA Customer Service Response: SR: 05270868 - Webform submission from: TSA PreCheck
**Date:** 14 March 2022 at 18:29
**To:** tsa-contactcenter@tsa.dhs.gov
**Cc:** tsa-contactcenter@j-c5kmh4vyerb38cgipsp5fowfa0cp3bw3vltx4qg993bsxpcrd.t-4x9leau.na21.case.salesforce.com



Hi.

I don't understand how to proceed. You said that I *"will receive a letter that provides the **reasons** for the disqualification and **directions** to submit a **correction of record**."*

A copy of the letter is TSA's is attached. **There are no reasons stated for my disqualification** other than that *"TSA was unable to determine that you pose a sufficiently low risk to transportation and national security to continue to be eligible…"* and **no directions to submit a correction of record were given**. The letter simply stated that *"This letter constitutes TSA's final decision."*

How do I submit a **correction of record**, when I am NOT under **want, warrant, complaint or indictment for a Disqualifying Criminal Offense?**

Uri Marcus
KTN: TT11N2H7T



U.S. Department of Homeland Security
Springfield, Virginia 20598-6110

Transportation
Security
Administration

Mr. Uri Marcus
█████ S Padre Juan Ave
Ojai, CA 93023
United States

Mr. Uri Marcus
P.O. Box 126
Ojai, CA 93024-0126
United States

NOV 2 3 2021

Re: Determination of Ineligibility, TSA Pre✓® Application Program, KTN TT11N2H7T

Dear Mr. Marcus:

On 18 Jun 2017, TSA found you eligible to participate in the TSA Pre✓® Application Program. As a participant previously found eligible for the TSA Pre✓® Application Program, you are subject to recurrent checks against various databases, including law enforcement, immigration, regulatory violation, and intelligence databases.

As a result of recurrent checks and based on a comprehensive background check, TSA was unable to determine that you pose a sufficiently low risk to transportation and national security to continue to be eligible for expedited airport security screening through the TSA Pre✓® Application Program. As a result, TSA has determined that you are no longer eligible to participate in the TSA Pre✓® Application Program. This eligibility determination for the TSA Pre✓® Application Program is within the sole discretion of TSA.

Although you have been found ineligible to continue your participation in the TSA Pre✓® Application Program, you will continue to be screened at airport security checkpoints according to TSA standard screening protocols.

This letter constitutes TSA's final decision.

On 14 Mar 2022, at 17:57, TSA Contact Center <tsa-contactcenter@tsa.dhs.gov> wrote:



Hello,

Thank you for contacting the Transportation Security Administration (TSA) Contact Center. The response to your inquiry is listed below. If you have additional questions, please respond to this email. Please include the Service Request Number of 05270868 in your inquiry. Thank You
TSA Contact Center

## Enrollment, Renewal, and Updates

## Denials or Requests for Appeals - TPAP

If you have been found ineligible for TSA PreCheck® via the TSA PreCheck® Application Program, you will receive a letter that provides the reasons for the disqualification and directions to submit a correction of record. To submit a correction of record, you must attach the last page of the letter as a cover sheet and provide documentation that addresses either the lawful presence (ex. a copy of the document indicating U.S. citizenship or lawful permanent residence) or criminal disqualifier (ex. court documentation or a corrected copy of a criminal history record). You must mail your documents to the following address:

Transportation Security Administration
TSA PreCheck® Application Program Processing Center
P.O. Box 8117
Fredericksburg, VA  22404-8117

Please be advised that if you are under want, warrant, complaint or indictment for a Disqualifying Criminal Offense, you will be disqualified until the want or warrant is released or the complaint or indictment is dismissed.

From: **Uriel ben-Mordechai** uri@ntcf.org 🖉 
Subject: Re: TSA Customer Service Response: SR: 05270868 - Webform submission from: TSA PreCheck
Date: 17 March 2022 at 15:34
To: tsa-contactcenter@tsa.dhs.gov
Cc: tsa-contactcenter@j-c5kmh4vyerb38cgipsp5fowfa0cp3bw3vltx4qg993bsxpcrd.t-4x9leau.na21.case.salesforce.com

Hello,

I still don't understand how TSA wants me to proceed. You wrote on March 14th that I *"will receive a letter that provides the* **reasons** *for the disqualification and* **directions** *to submit a* **correction of record."**

A copy of the letter is TSA's is attached. **There are no reasons stated for my ineligibility** other than that *"TSA was unable to determine that you pose a sufficiently low risk to transportation and national security to continue to be eligible…"* and **no directions to submit a correction of record were given**. The letter simply stated that *"This letter constitutes TSA's final decision."*

How do I submit a **correction of record**, when I am NOT under **want, warrant, complaint or indictment for a Disqualifying Criminal Offense?**

On 16 Mar 2022, I finally received an email from **Universal Enroll**, which reminded me that my **KTN** expires on **06/16/2022**. It also invited me to renew. When I did, I received this error message:

**Not Eligible to Renew at this Time - You currently have an enrollment in progress with TSA. Please call the UES Help Desk (855-347-8371) for further assistance**

There has been a change in your status. Please contact the UES Call Center for assistance.

How do I resolve this? What caused my change of Status? What does it mean that **"You currently have an enrollment in progress with TSA"?**

I called the UES Help Desk and they did not have any answers.

If I am not eligible to renew, why not? What have I done wrong, and how do I correct it?

Uri Marcus
KTN: TT11N2H7T



U.S. Department of Homeland Security
Springfield, Virginia 20598-6110

Transportation
Security
Administration

Mr. Uri Marcus
⬛ S Padre Juan Ave
Ojai, CA 93023
United States

Mr. Uri Marcus
P.O. Box 126
Ojai, CA 93024-0126
United States

NOV 2 3 2021

Re: Determination of Ineligibility, TSA Pre✓® Application Program, KTN TT11N2H7T

Dear Mr. Marcus:



**From:** **TSA-ContactCenter** TSA-ContactCenter@tsa.dhs.gov
**Subject:** Automatic reply: TSA Customer Service Response: SR: 05270868 - Webform submission from: TSA PreCheck
**Date:** 17 March 2022 at 15:36
**To:** Uriel ben-Mordechai uri@ntcf.org

Thank you for contacting the Transportation Security Administration.

Our goal is to respond in less than 48 hours, more complex questions may take longer.

We understand the Coronavirus is a concern for all travelers, for the latest information, please visit www.tsa.gov/coronavirus or www.cdc.gov.

To check if certain items may be packed in carry-on or checked bags, please use our search feature, What Can I Bring?

Check your driver's license or your state-issued ID and look for a star or the word "enhanced." Starting May 3, 2023, if your driver's license does not have one of these markings, you will not be able to use it to fly. For more information, visit tsa.gov/real-id.

From: **Uriel ben-Mordechai** uri@ntcf.org 🖉 
Subject: Re: TSA Customer Service Response: SR: 05270868 - Webform submission from: TSA PreCheck
Date: 24 March 2022 at 8:36
To: tsa-contactcenter@j-c5kmh4vyerb38cgipsp5fowfa0cp3bw3vltx4qg993bsxpcrd.t-4x9leau.na21.case.salesforce.com

Shalom,

I still don't understand how TSA wants me to proceed. You wrote on March 23rd that I *"will receive a letter that provides the* **reasons** *for the disqualification and* **directions** *to submit a* **correction of record."**

A copy of the letter that TSA sent to me is attached. **There are no reasons stated for my ineligibility** other than that *"TSA was unable to determine that you pose a sufficiently low risk to transportation and national security to continue to be eligible…"* and there were **no directions to submit a correction of record were given.** The letter simply stated that *"This letter constitutes TSA's final decision."*

How do I submit a **correction of record**, when I am NOT under **want, warrant, complaint or indictment for a Disqualifying Criminal Offense?**

On 16 Mar 2022, I received an email from **Universal Enroll**, which reminded me that my **KTN** expires on **06/16/2022**. It also invited me to renew. When I did, I received this error message:

**Not Eligible to Renew at this Time - You currently have an enrollment in progress with TSA. Please call the UES Help Desk (855-347-8371) for further assistance**

There has been a change in your status. Please contact the UES Call Center for assistance.

How do I resolve this? What caused my change of Status? What does it mean that **"You currently have an enrollment in progress with TSA"?**

I called the UES Help Desk and they did not have any answers.

If I am not eligible to renew, why not? What have I done wrong, and how do I correct it?

Uri Marcus
KTN: TT11N2H7T



U.S. Department of Homeland Security
Springfield, Virginia 20598-6110

Transportation
Security
Administration

Mr. Uri Marcus
█ S Padre Juan Ave
Ojai, CA 93023
United States

Mr. Uri Marcus
P.O. Box 126
Ojai, CA 93024-0126
United States

NOV 2 3 2021

Re: Determination of Ineligibility, TSA Pre✓® Application Program, KTN TT11N2H7T

On 23 Mar 2022, at 21:17, TSA Contact Center <tsa-contactcenter@tsa.dhs.gov> wrote:



Hello,

Thank you for contacting the Transportation Security Administration (TSA) Contact Center. The response to your inquiry is listed below. If you have additional questions, please respond to this email. Please include the Service Request Number of 05270868 in your inquiry.
Thank You
TSA Contact Center

## Enrollment, Renewal, and Updates

### Denials or Requests for Appeals - TPAP

If you have been found ineligible for TSA PreCheck® via the TSA PreCheck® Application Program, you will receive a letter that provides the reasons for the disqualification and directions to submit a correction of record. To submit a correction of record, you must attach the last page of the letter as a cover sheet and provide documentation that addresses either the lawful presence (ex. a copy of the document indicating U.S. citizenship or lawful permanent residence) or criminal disqualifier (ex. court documentation or a corrected copy of a criminal history record). You must mail your documents to the following address:

Transportation Security Administration
TSA PreCheck® Application Program Processing Center
P.O. Box 8117
Fredericksburg, VA  22404-8117

Please be advised that if you are under want, warrant, complaint or indictment for a Disqualifying Criminal Offense, you will be disqualified until the want or warrant is released or the complaint or indictment is dismissed.

# EXHIBIT 05

## UM TSA Pre-Check Renewal
## Allegedly APPROVED
## 16 March 2022

From: no-reply@universalenroll.identogo.com 📎
Subject: <mark>Your TSA PreCheck Eligibility Notice</mark>
Date: <mark>16 March 2022 at 14:03</mark>
To: uri@ntcf.org



Dear <mark>URI MARCUS:</mark>

<mark>The Transportation Security Administration (TSA) reviewed your submission to the TSA PreCheck Application program and determined you are eligible for the Program.</mark> As a result, TSA will issue you a Known Traveler Number (KTN) for you to use when making flight reservations. If you renewed your enrollment, you will keep the KTN that TSA initially issued you. To look up your KTN, please visit the TSA website at <u>universalenroll.dhs.gov</u> and select the "Check Status" link. Once you retrieve your KTN, provide it in the KTN field when making flight reservations, either online in your travel profile or by phone with a ticketing agent.

When booking travel, please make sure you use the exact name and date of birth you provided to the TSA PreCheck Application Program. When you travel, participating airlines may include an indicator such as "TSA PreCheck," "TSA Precheck," or "TSA PRE" on your printed or mobile boarding pass. When you arrive at the airport, look for signs to direct you to the TSA PreCheck security checkpoint lanes.

Please note that this determination of eligibility for the TSA PreCheckApplication Program is within TSA's sole discretion and does not guarantee that you will always receive expedited airport security screening. As an individual deemed eligible for the Program, you are subject to recurrent checks against law enforcement, immigration, and intelligence databases and TSA may disqualify you from the Program at any time. TSA may also suspend your eligibility for the TSA PreCheck Application Program if you are found to have committed certain violations of TSA security regulations. These violations include, but are not limited to, interfering with security operations, access control violations, providing false or fraudulent documents, making a bomb threat, or bringing a firearm, explosive, or other prohibited item to unauthorized areas of an airport or on board an aircraft. The duration of any suspension from participation in the Program would be related to the seriousness of the violation and/or a repeated history of regulatory violations.

If you have any questions about this notification or obtaining your KTN, please call the Universal Enrollment Services Call Center at 1-855-DHS-UES1 (1-855-347-8371), Monday through Friday, 8:00 am to 10:00 pm Eastern Standard Time. For additional information regarding TSA PreCheck and instructions for using your KTN, please visit <u>www.tsa.gov/tsa-precheck</u>. Note that TSA PreCheck expedited screening is not yet available for all airports, all airlines, or all flights.

Welcome to the TSA PreCheck Application Program!



**From:** no-reply@universalenroll.identogo.com  📎
**Subject:** Don't lose your TSA PreCheck® benefits. Renew today!
**Date:** 16 March 2022 at 15:45
**To:** URI@ntcf.org  URI@NTCF.ORG



Hi URI,

As a friendly reminder, your TSA PreCheck membership is due to expire on **06/16/2022.** Renewing is quick and easy, and most members can renew **entirely online**. Renew today and keep your benefits for future travel!

> **Renew today in 5 minutes or less**

**If you're still deciding, or just haven't gotten around to it yet, remember your TSA PreCheck membership includes benefits, like:**

- **Convenient:** your shoes, belt and light jacket stay on, and laptop and 3-1-1 liquids stay in your bags
- **Family-friendly:** kids 12 and under can tag along for free
- **Affordable:** many credit cards and loyalty programs cover the cost of the 5-year membership, for current pricing check here
- **Fast, easy to renew:** 98%+ of members can renew online in 3-5 minutes

**Renew today!**

**Questions about renewing your membership? Call 855-347-8371**, 8 a.m. - 10 p.m. Eastern, Monday - Friday, or check out our FAQs.

**We hope to see you soon!**

**The TSA PreCheck® Team**

> **Renew Now**

If you'd like to opt out of non-mandatory email notifications, please click help.



# EXHIBIT 06

**Tony Eades Pre-Check Revocation**
**10 November 2021**

PLA's MEMO IN OPP'N TO MTD:
DEF JULIE CARRIGAN IN HER INDIV CAP



U.S. Department of Homeland Security
Springfield, Virginia 10598-6110

**Transportation**
**Security**
**Administration**

Mr. Tony N. Eades
19499 Cedar Gate Drive
Warsaw, MO 65355
United States

NOV 1 0 2021

Re: Determination of Ineligibility, TSA Pre✓® Application Program, KTN TT█████6X

Dear Mr. Eades:

On 27 May 2021, TSA found you eligible to participate in the TSA Pre✓® Application Program. As a participant previously found eligible for the TSA Pre✓® Application Program, you are subject to recurrent checks against various databases, including law enforcement, immigration, regulatory violation, and intelligence databases.

As a result of recurrent checks and based on a comprehensive background check, TSA was unable to determine that you pose a sufficiently low risk to transportation and national security to continue to be eligible for expedited airport security screening through the TSA Pre✓® Application Program. As a result, TSA has determined that you are no longer eligible to participate in the TSA Pre✓® Application Program. This eligibility determination for the TSA Pre✓® Application Program is within the sole discretion of TSA.

Although you have been found ineligible to continue your participation in the TSA Pre✓® Application Program, you will continue to be screened at airport security checkpoints according to TSA standard screening protocols.

This letter constitutes TSA's final decision.

Sincerely,

JULIE A CARRIGAN   Digitally signed by JULIE A CARRIGAN
Date: 2021.11.09 16:23:03 -05'00'

Julie Carrigan
Acting Division Director
National Transportation Vetting Center

NOV 10 2021

From:

Transportation Security Administration

To:

Mr. Tony N. Eades
19499 Cedar Gate Drive
Warsaw, MO 65355
United States

Re: Determination of ineligibility • TSA Pre-Check® Application Program. KTN #XXXXXXX

Dear Mr. Eades:

On 27 May 2021, TSA found you eligible to participate in the TSA Pre-Check ® Application Program. As a participant previously found eligible for the TSA Pre-Check® Application Program, you are subject to recurrent checks against various databases, including law enforcement, immigration, regulatory violation, and intelligence databases.

A s a result of recurrent checks and based on a comprehensive background check, TSA was **unable to determine that you pose a sufficiently low risk to transportation and national security** to continue to be eligible for expedited airport security screening through the TSA Pre-Check® Application Program. As a result, TSA has determined that **you are no longer eligible to participate in the TSA Pre-Check®** Application Program. This eligibility determination for the TSA Pre-Check Application Program is within the sole discretion of TSA.

Although you have been found ineligible to continue your participation in the TSA Pre-Check® Application Program, you will continue to be screened at airport security checkpoints according to TSA standard screening protocols.

This letter constitutes TSA's final decision.

Sincerely,

Julie A Carrigan
Acting Division Director
National Transportation Vetting Center