**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro Se*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SSS-ASx<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT AIRLINES' AND DEFENDANT MEDAIRE, INC.'S NOTICES OF SUPPLEMENTAL AUTHORITY**<br>**[DKT.'s 162 AND 163]**<br><br><br><br><br><br>Hearing Date: **Oct. 27, 2022**<br>Time: **9:00 a.m.**<br>Courtroom: 2 (Via Zoom)<br>**The Hon. Sunshine Suzanne Sykes** |

Plaintiffs believe Medaire Inc.'s Notice of Supplemental Authority [DKT. 163] should be stricken owing to L.R. 37-2.3, which stipulates that "After the Joint Stipulation is filed, each party may file a supplemental memorandum of law not later than fourteen days before the hearing date," and L.R. 7-10, which stipulates that "A moving party may, not later than fourteen (14) days before the date designated for the hearing of the motion, serve and file […] other rebuttal evidence." Medaire Inc. filed their "Notice" on Friday, October 14, 2022. The last day for filing such notices was Thursday, October 13, 2022.

Similarly, the rules for filing Supplemental Authorities appear to dictate that the body of such notices must not exceed 350 words. Defendant Airlines "Notice" of Supplemental Authority [DKT. 162] contained 858 words. Plaintiffs thus believe that Airline Defendants have filed an impermissible sur-reply and it should therefore be stricken.

Moreover, Defendants suggested that their Supplemental Authority refers to a case that is identical to ours. This is not factually accurate. We object to opposing counsel haphazardly creating narratives that cast aspersions about us that are incorrect.

Defendants by and through their sur-reply, also **perpetuate and justify the creation of a segregated class of people** and **reinforce a systemic policy of discrimination** that was **monumental** and served only to increase harms against the disabled, and delegitimize Plaintiffs' suffering after being described as "a mere inconvenience caused by a reasonable government regulation." *Id. at 21*.

We maintain that Defendants engaged in "actionable interference" when they "prohibited [us] from getting on a plane without a mask or [even WITH a VALID] mask exemption." We could not don a mask any more than we could alter our skin color or our racial ancestry.

As American citizens, we should be entitled to a full legal process on the merits, including Discovery, and be given a chance to prove our claims.

## CONCLUSION

For the reasons set forth above, Defendants' Supplemental Authority should be deemed as an improper attempt to supplement their motions to dismiss.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Respectfully submitted this 18th day of October 2022.

By: /s/ *Uri Marcus*

      Uri Marcus, lead plaintiff, *Pro-Se*
      P.O. Box 126
      Ojai, CA 93024
      Telephone: 909-833-0065
      E-Mail: uri@ntcf.org

By: /s/ *Yvonne Marcus*

      Yvonne Marcus, plaintiff, *Pro-Se*
      P.O. Box 126
      Ojai, CA 93024
      Telephone: 909-833-0065
      E-Mail: adi@ntcf.org

By: /s/ *Avrohom Gordon*

      Avrohom Gordon, plaintiff, *Pro-Se*
      2251 State Route 222
      New Richmond, OH  45157
      Telephone: 513-734-1770
      gordon.avrohom@gmail.com

By: /s/ *Devorah Gordon*

      Devorah Gordon, plaintiff, *Pro-Se*
      2251 State Route 222
      New Richmond, OH  45157
      Telephone: 513-734-1770
      devorahlgordon@gmail.com

By: /s/ *Cindy Russo*

      Cindy Russo, plaintiff, *Pro-Se*
      22485 Breakwater Way
      Santa Clarita, CA  91350
      Telephone: 908-797-8066
      cjrz123@gmail.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.