1
2
3
4
5

**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro Se*

6     **UNITED STATES DISTRICT COURT**

7     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8

9
10
11

URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,

12                              Plaintiffs,

13   v.

14

15
16
17
18
19
20
21
22
23
24
25

CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,

26                              Defendants,

27

28

Case No.: 2:22-cv-02383-SSS-ASx

**PLAINTIFFS' MOTION FOR LEAVE TO SERVE A SUR-REPLY MEMORANDUM OF LAW IN FURTHER OPPOSITION OF MEDICAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS [DKT. NOS. 144, 155]**

Hearing Date: **VACATED** [DKT. 165]
**The Hon. Sunshine Suzanne Sykes**

COME NOW Plaintiffs URI MARCUS and YVONNE MARCUS, *Pro Se*, to respectfully request leave by this honorable Court to serve a SUR-REPLY MEMORANDUM OF LAW in further opposition of Medical Defendants MEDAIRE, INC. and STAT-MDs' replies in support of their Motions to Dismiss [DKT. NOS. 144, 155].

For quite some time, Plaintiffs searched and searched, looking for case law in further support of their Causes of Action vis-à-vis Medical Defendants MEDAIRE, INC. and STAT-MD. Yesterday we found such a case, and wish to present it before Your Honor, hopefully before you will decide the pending Motions to Dismiss our Complaint. To *Pro Se* Plaintiffs, this is new information, and therefore we seek leave to serve that which we could not find earlier and were not earlier aware of its existence. **This case law brings enormous clarity to Section C of Defendant MEDAIRE, INC.'s reply in support of its Motion to Dismiss, and to Section A of STAT-MD's reply brief in support of its Motion to Dismiss.** However, Plaintiffs understand that such information at this stage can only be presented by leave of the Court.

Moreover, Plaintiffs had considered filing this newly-found case law as supplemental authority, but were not sure if this was proper. A sur-reply seemed more appropriate because the case hosts an Order from former United States District Court Judge Samuel B. Kent for the Southern District of Texas — which Plaintiffs understand is not binding upon this honorable Court — but nevertheless desire that Your Honor's attention be drawn to Judge Kent's Order DENYING MEDAIRE, INC.'s Motion to Dismiss for reasons that are strikingly similar, if not identical, to our case and the arguments presented by the Medical Defendants in favor of dismissing our causes of action on the basis of flawed legal conclusions and assertions that "Plaintiffs have not, and cannot, demonstrate that MedAire is subject to personal jurisdiction (DKT. 144 at 7)," and "Plaintiffs' Brief miscomprehends the standard for specific personal

jurisdiction (DKT 155 at 2)." Judge Kent ruled, "**[t]his argument is, simply and bluntly, ludicrous.**" *McCaskey v. Cont'l Airlines, Inc.*, 133 F. Supp. 2d 514, 521 (S.D. Tex. 2001).

## CONCLUSION

For the reasons set forth above, Plaintiffs beg leave of this honorable Court to serve this sur-reply memorandum of law, together with its points of application for the Court's consideration before making its decision on Medical Defendants' Motions to Dismiss.

Medical Defendants MedAire, INC. and STAT-MD have reviewed this Motion for Leave to file a Sur-reply and the attached Sur-reply itself, and have no objection provided that in return, Plaintiffs also have no objection to MedAire, INC. and STAT-MD filing a response that is similar in length, should the Court grant this Motion. The parties are in agreement with this stipulation.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Respectfully submitted this 27th day of December 2022.

By: /s/ *Uri Marcus*

   Uri Marcus, lead plaintiff, *Pro-Se*
   P.O. Box 126
   Ojai, CA 93024
   Telephone: 909-833-0065
   E-Mail: uri@ntcf.org

By: /s/ *Yvonne Marcus*

   Yvonne Marcus, plaintiff, *Pro-Se*
   P.O. Box 126
   Ojai, CA 93024
   Telephone: 909-833-0065
   E-Mail: adi@ntcf.org

By: /s/ *Avrohom Gordon*

   Avrohom Gordon, plaintiff, *Pro-Se*
   2251 State Route 222
   New Richmond, OH  45157
   Telephone: 513-734-1770
   gordon.avrohom@gmail.com

By: /s/ *Devorah Gordon*

   Devorah Gordon, plaintiff, *Pro-Se*
   2251 State Route 222
   New Richmond, OH  45157
   Telephone: 513-734-1770
   devorahlgordon@gmail.com

By: /s/ *Cindy Russo*

   Cindy Russo, plaintiff, *Pro-Se*
   22485 Breakwater Way
   Santa Clarita, CA  91350
   Telephone: 908-797-8066
   cjrz123@gmail.com

1    Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests
2  that all other signatories listed above, and on whose behalf the filing is
3  submitted, concur in the filing's content and have authorized this filing.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28