UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-02383-SSS-ASx | Date | February 3, 2023 |
|---|---|---|---|
| Title | *Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:   Order re Supplemental Briefing Regarding Mootness (IN CHAMBERS)**

Before the Court are motions to dismiss by Defendants Centers for Disease Control and Prevention ("CDC"), the United States Department of Health & Human Services ("HHS"), the Transportation Security Administration, Julie Carrigan, Acting Division Director of TSA's National Transportation Vetting Center, in her official capacity (collectively, the "Federal Defendants"), [Dkt. 97], Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC's (collectively, the "Airline Defendants") [Dkt. 86], MedAire, Inc. ("MedAire") [Dkt. 92], STAT-MD [Dkt. 95], and Julie Carrigan, in her individual capacity [Dkt. 133].

Plaintiffs bring this lawsuit, in part, to vacate and permanently enjoin enforcement of the Federal Transportation Mask Mandate ("FTMM") and the International Traveler Testing Requirement ("ITTR"). [*See generally* Dkt. 1]. However, the CDC stopped enforcing the FTMM effective April 18, 2022 in light of a court order in *Health Freedom Def. Fund, Inc. v. Biden*, 599 F. Supp. 3d 1144, 1178 (M.D. Fla. 2022), which declared the FTMM unlawful. *See* Federal Transit

Administration, *Federal Mask Requirement for Transit*, https://www.transit.dot.gov/TransitMaskUp.  Similarly, the CDC rescinded the ITTR on June 15, 2022.  *See* Rescinding Requirement for Negative Pre-Departure COVID-19 Test Result or Documentation of Recovery From COVID-19 for All Airline or Other Aircraft Passengers Arriving Into the United States From Any Foreign Country, 87 FR 36129-01.

In light of the fact that neither the FTMM nor ITTR are currently in effect, the Court **ORDERS** the Parties to submit supplemental briefing regarding whether any claims are now moot, any potential exceptions to the mootness doctrine, and any relevant authority.  *See, e.g.*, *Andreadakis v. Ctr. for Disease Control & Prevention*, No. 3:22CV52, 2022 WL 2674194, at *13 (E.D. Va. July 11, 2022) (finding claims against CDC and HHS regarding the FTMM and ITTR were moot); *see also Brach v. Newsom*, 38 F.4th 6, 9 (9th Cir. 2022) ("Joining the reasoning of the many other circuits that have recently considered challenges to early COVID-19 related restrictions, we conclude that the mere possibility that California might again suspend in-person instruction is too remote to save this case.").  The Parties need not elaborate on the factual background of this case, as the Court is already familiar.  Instead, the Parties are advised to focus on legal authority regarding mootness as applied to this case.

The Court will permit one supplement brief from each group of Defendants related to each motion to dismiss:

- the Federal Defendants may submit one supplemental brief of no more than 10 pages;
- the Airline Defendants may submit one supplemental brief of no more than 10 pages;
- STAT-MD may submit one supplemental brief of no more than 10 pages;
- MedAire may submit one supplemental brief of no more than 10 pages;
- Julie Carrigan, in her individual capacity, may submit one supplemental brief of no more than 10 pages; and
- Plaintiffs may submit one supplemental brief of no more than 25 pages.

All supplemental briefs are due no later than **5:00 PM PST on Thursday, February 16, 2023**.  The Parties are **DIRECTED** to review the Local Rules and Civil Standing Order [*see* Dkt. 132] regarding brief format.

**IT IS SO ORDERED.**