VICTOR RANE
Barry S. Alexander (*Admitted Pro Hac Vice*)
Email: balexander@victorrane.com
14 Wall Street, 20th Floor
New York, NY, 10005
Telephone: (646) 585-4320
Facsimile: (646) 585-4324

-and-

Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Non-Government Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**DEFENDANTS MEDAIRE, INC. AND STAT-MD'S SUPPLEMENTAL BRIEFING REGARDING MOOTNESS [ECF NO. 170]** |

## MEDAIRE, INC. AND STAT-MD'S
## SUPPLEMENTAL BRIEFING REGARDING MOOTNESS

MedAire, Inc. and STAT-MD (collectively, the "Medical Defendants"), provide the following response to the Court's Order dated February 3, 2023 (ECF No. 170), requesting supplemental briefing as to whether any of Plaintiff's claims are moot.

As noted in Medical Defendants' motions to dismiss, only two of Plaintiffs' thirty-nine causes of action are directed toward Medical Defendants: (1) Conspiracy to Interfere with Civil Rights (Twentieth Cause of Action); and (2) Medical Malpractice (Thirty-Ninth Cause of Action). These causes of action, by their very nature, seek damages for alleged conduct of Medical Defendants prior to the date of filing the Complaint that allegedly caused damages to Plaintiffs. As such, while the claims are entirely baseless, as set forth in Medical Defendants' motions to dismiss, they would now be moot.

To the extent Plaintiffs' complaint can somehow be read to assert some ongoing conspiracy or medical malpractice by Medical Defendants against Plaintiffs, however, not only would such claims be entirely unsupportable under the law, they also now would be moot.

"'A case becomes moot – and therefore no longer a "Case" or "Controversy" for purposes of Article III – "when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome."'" *Kindred Studio Illustration & Design, LLC v. Elec. Commun. Tech., Inc.*, 2018 U.S. Dist. LEXIS 223304, *6, 2018 WL 6985317 (C.D. Cal. Dec. 3, 2018) (quoting *ArcelorMittal v. AK Steel Corp.*, 856 F.3d 1365, 1370 (Fed. Cir. 2017)). If a court determines that a case is moot, the court no longer has jurisdiction over the controversy. U.S. Const. art. III, §2 (limiting jurisdiction of federal courts to actions where there exists an actual case or controversy); *Sample v. Johnson*, 771 F.2d 1335, 1338 (9th Cir.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

1985) ("Federal courts lack jurisdiction to decide moot cases because their constitutional authority extends only to actual cases or controversies.").

As the Court noted in its Order, neither the Federal Transportation Mask Mandate ("FTMM") nor the International Traveler Testing Requirement ("ITRR") remains in effect. Because there no longer is any mask mandate, Medical Defendants are no longer evaluating exemptions, and any claims for ongoing conspiracy or medical malpractice arising out of such services would be moot.

Dated: February 13, 2023           Respectfully submitted,

By: *Barry S. Alexander*
Barry S. Alexander, *pro hac vice*
VICTOR RANE
*Attorneys for Defendant*
MEDAIRE, INC.

Dated: February 13, 2023           By: *John C. Conti*
John C. Conti
Email: jconti@dmclaw.com
Jeffrey J. Wetzel
Email: jwetzel@dmclaw.com
Steven L. Ettinger
Email: settinger@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617

*Attorneys for Defendant*
STAT-MD

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

- 3 -

MEDAIRE, INC. AND STAT-MD'S SUPPLEMENTAL
BRIEFING REGARDING MOOTNESS
CASE NO.: 2:22-cv-02383-SSS-AS