Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com)
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Barry S. Alexander (*Admitted Pro Hac Vice*)
Email: balexander@victorrane.com
VICTOR RANE
14 Wall Street, 20th Floor
New York, NY, 10005
Telephone: (646) 585-4320
Facsimile: (646) 585-4324

Attorneys for All Non-Government Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, <br><br> Defendants. | Case No.: 2:22-cv-02383-SSS-AS <br><br> **PROOF OF SERVICE** |

/ /

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 9350 Wilshire Blvd., Suite 308, Beverly Hills, CA 90212.  On February 13, 2023, I served the within document as follows:

**DEFENDANTS MEDAIRE, INC. AND STAT-MD'S SUPPLEMENTAL BRIEFING REGARDING MOOTNESS [ECF NO. 170]**

☒ **(Notice of Electronic Filing)**: I caused the above-referenced document(s) to be emailed to the person(s) at the address(es) set forth below via the Court's Electronic Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 13, 2023, at Beverly Hills, California.

*Tiffany Wolfe Gren*
Tiffany Wolfe Gren

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

John C. Conti
Email: jconti@dmclaw.com
Jeffrey J. Wetzel
Email: jwetzel@dmclaw.com
Steven L. Ettinger
Email: settinger@dmclaw.com
DICKIE, McCAMEY &
CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617

*Attorneys for Defendant*
STAT-MD

Brian M. Boyton
Principal Deputy Assistant Attorney
General
C. Salvatore D'Alessio, Jr.
Acting Director, Torts Branch
Mary Hampton Mason
Senior Trial Counsel, Torts Branch
Jeremy Scott Brumbelow
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil
Division P.O. Box 7146,
Ben Franklin Station
Washington, D.C. 20044-7146
Tel. (202) 616-4330;
Fax. (202) 616-4314
jeremy.brumbelow@usdoj.gov

*Attorneys for Defendant*
Julie Carrigan

Avrohom Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
gordon.avrohom@gmail.com

Devorah Gordon, plaintiff, *Pro Se*
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
devorahlgordon@gmail.com

Uri Marcus, lead plaintiff, Pro-Se
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

M. Roy Goldberg
STINSON LLP
1775 Pennsylvania Avenue, N.W.,
Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005
Email: roy.goldberg@stinson.com

*Attorneys for Defendants*
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

Brian T. Maye
ADLER MURPHY & MCQUILLEN
LLP
20 S. Clark Street, Suite 2500
Chicago, IL 60603
Telephone: 312-422-5713
bmaye@amm-law.com

*Attorneys for Defendants*
Frontier Airlines, Inc.; and
Allegiant Air, LLC

PROOF OF SERVICE
CASE NO.: 2:22-CV-02383-SSS-AS

Yvonne Marcus, plaintiff, Pro-Se
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

Cindy Russo, plaintiff, Pro-Se
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
cjrz123@gmail.com

Andrew Freidah
U.S. Department of Justice Civil
Division
1101 L Street, N.W.
Washington, D.C. 20005
202 305-0879
Email: Andrew.f.freidah@usdoj.gov

Johnny Hillary Walker
U.S. Department of Justice
Civil Division
1101 L Street, N.W.
Washington, D.C. 20005
202 514-3183
Fax: 202 616-8400
Email: johnny.h.walker@usdoj.gov

Michael J. Gerardi
U.S. Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street, N.W.
Washington, D.C. 20530
202 616-0680Email:
michael.j.gerardi@usdoj.gov

*Attorneys for Federal Defendants*

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28