BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

E. MARTIN ESTRADA
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH (D.C. Bar No. 1048857)
JOHNNY H. WALKER
   Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>　　　　　*Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**FEDERAL DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING MOOTNESS**<br><br>Dist. Judge: Hon. Sunshine S. Sykes |

The Federal Defendants—the U.S. Centers for Disease Control & Prevention ("CDC"), U.S. Department of Health & Human Services ("HHS"), the Transportation Security Administration ("TSA"), and Julie Carrigan in her official capacity—respectfully submit this supplemental brief in response to the Court's order of February 3, 2023.  ECF No. 170.  The order states, in part:

> In light of the fact that neither the FTMM nor ITTR are currently in effect, the Court **ORDERS** the Parties to submit supplemental briefing regarding whether any claims are now moot, any potential exceptions to the mootness doctrine, and any relevant authority.

The claims against the Federal Defendants in this case primarily concern the CDC's transportation masking order and the CDC's international traveler testing order.  *See* ECF Nos. 97-2, 97-3.  A district court in Florida vacated the CDC's transportation mask order on April 18, 2022.  *Health Freedom Def. Fund, Inc. v. Biden*, 599 F. Supp. 3d 1144 (M.D. Fla. 2022), *appeal docketed*, No. 22-11287 (11th Cir. Apr. 21, 2022).  Defendants are appealing that decision to the Eleventh Circuit, and oral argument on that appeal was held on January 17, 2023.  As this Court noted in its Order, in light of the *Health Freedom* decision, the CDC is not currently enforcing the transportation masking order.  On June 10, 2022, the CDC rescinded the international traveler testing order effective June 12, 2022.  *Rescinding Requirement for Negative Pre-Departure COVID-19 Test Result or Documentation of Recovery From COVID-19 for All Airline or Other Aircraft Passengers Arriving Into the United States From Any Foreign Country* (June 10, 2022), https://perma.cc/9X2M-KJJM.

Federal Defendants do not contend that Plaintiffs' challenges to the CDC's

1

masking or testing orders are moot at this time.[1] *But see Andreadakis v. CDC*, No. 3:22-cv-52 (DJN), 2022 WL 2674194, at *13-15 (E.D. Va. July 11, 2022) (dismissing case against government defendants without prejudice on mootness grounds). However, the anticipated expiration of the COVID-19 public health emergency declaration on May 11, 2023, *see* Executive Office of the President, *Statement of Administration Policy* (Jan. 30, 2023), https://www.whitehouse.gov/wp-content/uploads/2023/01/SAP-H.R.-382-H.J.-Res.-7.pdf, would moot the challenges to both orders. Both orders stated that they would terminate upon the expiration of the public health emergency. *See* ECF No. 97-2 at 6 ("This Order . . . will remain in effect unless modified or rescinded based on specific public health or other considerations, or until the Secretary of Health and Human Services rescinds the determination under section 319 of the Public Health Service Act [42 U.S.C. 247d] that a public health emergency exists."); ECF No. 97-3 at 7 ("This Amended Order . . . will remain in effect unless modified or rescinded based on specific public health or other considerations, or until the Secretary of Health and Human Services rescinds the determination under section 319 of the Public Health Service Act (42 U.S.C. 247d) that a public health emergency exists with respect to COVID-19."). Where the masking and testing orders would have "expired by [their] own terms," the claims seeking to prevent their enforcement would "no longer present[] a live case or controversy." *Trump v. Int'l Refugee Assistance*, 138 S. Ct. 353, 353 (2017) (quotation marks omitted); *see also Brach v. Newsom*, 38 F.4th 6, 12 (9th Cir. 2022) (en banc) (holding that the voluntary cessation exception to mootness did not apply

---

[1] Plaintiff Uri Marcus also brings a claim against the TSA and TSA employee Julie Carrigan (in her official capacity), in connection with the alleged revocation of his TSA PreCheck eligibility. *See* Compl. ¶¶ 877-88. The Court's February 3, 2023 Order does not concern this claim, and Federal Defendants do not contend at this time that it is moot. However, as explained in Federal Defendants' motion to dismiss, this claim against TSA and Ms. Carrigan should be dismissed for lack of subject matter jurisdiction. *See* ECF No. 97 at 15-18.

where the challenged COVID-19-related orders "expired by their own terms").

Although this case is not moot at this time, the Court may wish to await further developments that could inform the decision as to whether the case has become moot. Federal Defendants will advise the Court promptly of such developments.

Dated: February 16, 2023　　　　　　Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

E. MARTIN ESTRADA
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By:　*/s/ Andrew F. Freidah*
STEPHEN M. PEZZI
ANDREW F. FREIDAH
JOHNNY H. WALKER
MICHAEL J. GERARDI
　Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

*Counsel for the Federal Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          */s/ Andrew F. Freidah*
          ANDREW F. FREIDAH
          Trial Attorney
          United States Department of Justice