**URI MARCUS**
P.O. Box 126
Ojai, CA  93024
Telephone:  909-833-0065
email: uri@ntcf.org

*Pro-Se*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SSS-ASx<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A 29-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br><br>Deadline: **March 16, 2023**<br><br>Time: **N/A**<br><br>Via Zoom Video Conference<br><br>**The Hon. Sunshine Suzanne Sykes** |

1. Pursuant to (1) Federal Rule of Civil Procedure 15, 15(a)(2), "[t]he court should freely give leave when justice so requires;" and (2) the Court GRANTING Plaintiffs leave to file an amended complaint [DKT. #177]; and (3) owing to Plaintiffs desire to do so, Plaintiffs respectfully come now to request a 29-day extension to prepare our Amended Complaint and file it with the Court no later than Friday, April 14, 2023.

2. As your honor is aware, our Complaint is quite long and complex and we desire to put forth our best efforts to redress and repair all deficiencies. Also, as Pro Se litigants, we are not as skilled as trained attorneys and all of us have day-jobs as well. For these reasons, we ask the Court to consider granting our Motion.

3. Pursuant to L.R. 7-3, we have conferred with opposing counsel via email from February 24-28, 2023.

4. Airline Defendants and Medical Defendants have indicated they OPPOSE our Motion.

5. The Federal Defendants DO NOT OPPOSE Plaintiffs' requested extension. The Federal Defendants note, however, that, by March 8, 2023, they intend to file a motion to stay all proceedings in this case pending the outcome of *Health Freedom v. Biden* in the Eleventh Circuit. In light of that, Federal Defendants believe it would be more efficient to extend Plaintiffs' deadline to file an amended complaint until that motion is decided.

6. Should Federal Defendants' move accordingly, Plaintiffs are amenable to this approach as an alternative, and would not oppose. Plaintiffs would likewise NOT OPPOSE an extension of Federal Defendants' current answer deadline pending the outcome of their stay motion.

7. Plaintiffs declare under penalty of perjury that the above statements are true and correct.

/ /

1  Respectfully submitted this 28th day of February 2023.

3  By: /s/ *Uri Marcus*
4      Uri Marcus, lead plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: uri@ntcf.org

8  By: /s/ *Yvonne Marcus*
    Yvonne Marcus, plaintiff, *Pro-Se*
    P.O. Box 126
    Ojai, CA 93024
    Telephone: 909-833-0065
    E-Mail: adi@ntcf.org

13 By: /s/ *Avrohom Gordon*
    Avrohom Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH  45157
    Telephone: 513-734-1770
    gordon.avrohom@gmail.com

19 By: /s/ *Devorah Gordon*
    Devorah Gordon, plaintiff, *Pro-Se*
    2251 State Route 222
    New Richmond, OH  45157
    Telephone: 513-734-1770
    devorahlgordon@gmail.com

24 By: /s/ *Cindy Russo*
    Cindy Russo, plaintiff, *Pro-Se*
    22485 Breakwater Way
    Santa Clarita, CA  91350
    Telephone: 908-797-8066
    cjrz123@gmail.com

1  Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests
2  that all other signatories listed above, and on whose behalf the filing is
3  submitted, concur in the filing's content and have authorized this filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28