1  **URI MARCUS**
2  P.O. Box 126
3  Ojai, CA 93024
   Telephone: 909-833-0065
4  email: uri@ntcf.org
5  *Pro-Se*

6  **UNITED STATES DISTRICT COURT**
7  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9  URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | Case No.: <u>2:22-cv-02383-SSS-ASx</u> |
| 12           Plaintiffs, | |
| 13  v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A 29-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| 15  CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | |
| | Deadline: **March 16, 2023** |
| | Time: **N/A** |
| | Via Zoom Video Conference |
|           Defendants, | **The Hon. Sunshine Suzanne Sykes** |

*Case # 2:22-cv-02383-SSS-ASx*     -1-     [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

1  Good cause appearing, PLAINTIFFS' MOTION for a 29-day extension of
2  time to file their amended complaint, no later than FRIDAY, APRIL 14, 2023 is
3  GRANTED, or in the alternative for Plaintiffs' deadline to file an amended
4  complaint be extended until Federal Defendants' motion is decided, if the same
5  is filed.

7  IT IS SO ORDERED.

9  Dated: _____

                                        _____
12                                      The Hon. Judge Sunshine Suzanne Sykes
13                                      United States District Judge