**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>      *Defendants*. | No. 2:22-cv-2383-SSS-AS<br><br>[PROPOSED]<br>**ORDER RE: STIPULATION TO STAY PROCEEDINGS AS TO THE FEDERAL DEFENDANTS**<br><br>Hon. Sunshine S. Sykes<br>United States District Judge |

Having read and considered the Stipulation to Stay Proceedings as to the Federal Defendants submitted by the Federal Defendants and the Plaintiffs, and finding good cause therefor,

IT IS HEREBY ORDERED that proceedings as to the Federal Defendants shall be STAYED until a mandate is issued in *Health Freedom Defense Fund, Inc. v. Biden*, No. 22-11287 (11th Cir. argued Jan. 17, 2023).

IT IS SO ORDERED.

Dated: _____                    _____
                                          HONORABLE SUNSHINE S. SYKES
                                          UNITED STATES DISTRICT JUDGE