VICTOR RANE
Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Barry S. Alexander (*pro hac vice*)
Email: balexander@victorrane.com
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (646) 585-4322

Brittany C. Wakim (*pro hac vice*)
Email: bwakim@victorrane.com
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 297-3356

Attorneys for Defendant
MEDAIRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**NOTICE OF APPEARANCE OF BRITTANY C. WAKIM ON BEHALF OF DEFENDANT MEDAIRE, INC.** |

/ /

---

NOTICE OF APPEARANCE
CASE NO.: 2:22-CV-02383-SSS-AS

1  Defendant MedAire, Inc. ("MedAire") by and through its attorneys of
2  record, Victor Rane, hereby notifies this Court and all parties of the notice of
3  appearance in this case by attorney Brittany C. Wakim. MedAire requests that the
4  Clerk update the docket as indicated above. This Court previously entered an Order
5  granting Brittany C. Wakim's application to appear in this case *pro hac vice* (Dkt.
6  No. 111).

8  Dated: March 7, 2023              Respectfully submitted,

10                                   By: /s/ Brittany C. Wakim
11                                   Richard A. Lazenby
                                     Michael Cutler
12                                   Barry S. Alexander, *pro hac vice*
                                     Brittany C. Wakim, *pro hac vice*
13
                                     VICTOR RANE
14
                                     *Attorneys for Defendant*
15                                   MEDAIRE, INC.

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

NOTICE OF APPEARANCE
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -