**(STAYED / JS-6 ADMIN)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>        *Defendants*. | No. 2:22-cv-2383-SSS-ASx<br><br>**ORDER RE: STIPULATION TO STAY PROCEEDINGS AS TO THE FEDERAL DEFENDANTS [DKT. 179]; ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR EXTENSION OF TIME [DKT. 178]**<br><br>Hon. Sunshine S. Sykes<br>United States District Judge<br><br>**NOTE CHANGES MADE BY COURT** |

    Having read and considered the Stipulation to Stay Proceedings as to the Federal Defendants submitted by the Parties [Dkt. 179], and finding good cause therefor,

    IT IS HEREBY ORDERED that the case shall be STAYED as to all Defendants until a mandate is issued in *Health Freedom Defense Fund, Inc. v. Biden*, No. 22-11287 (11th Cir. argued Jan. 17, 2023). The Parties are DIRECTED to file a Joint Status Report within 7 days after a mandate is issued in *Health Freedom Defense Fund* and to request a status conference within 14 days after such a status report is filed.

1       The Court acknowledges the Parties requested a stay of the case as to the Federal Defendants only, not all Defendants.  However, in the interest of economy of time and effort for all Parties and this Court, the Court on its own motion and in its discretion, *see Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936), finds a stay of the entire case is appropriate.

      All deadlines in this case are hereby stayed.  Pending before this Court is Plaintiff's motion for extension of time to file an amended complaint.  [Dkt. 178].  Given the instant order, Plaintiff's motion for extension of time is **DENIED AS MOOT**.  The Court will set a new deadline for Plaintiff to file an amended complaint after the stay is lifted.  The Clerk of Court is **DIRECTED** to administratively close the case.

      IT IS SO ORDERED.

Dated: March 7, 2023

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE