BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

E. MARTIN ESTRADA
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH (D.C. Bar No. 1048857)
JOHNNY H. WALKER
   Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-0879
Email:  andrew.f.freidah@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al*.,<br><br>    *Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**NOTICE REGARDING EXPIRATION OF PUBLIC HEALTH EMERGENCY**<br><br>Dist. Judge: Hon. Sunshine S. Sykes |

Consistent with Federal Defendants' commitment to the Court in their February 16, 2023 Supplemental Brief Regarding Mootness, ECF No. 174, Federal Defendants hereby notify the Court that, pursuant to 42 U.S.C. § 247d, the Secretary of Health and Human Services' declaration of COVID-19 as a public health emergency expired on May 11, 2023. As per the Court's March 7, 2023 Order, this case remains stayed until a mandate is issued in *Health Freedom Defense Fund, Inc. v. Biden*, No. 22-11287 (11th Cir. argued Jan. 17, 2023)—where the court has recently directed the parties to brief the issue of mootness, with briefing due May 23, 2023.

Dated: May 16, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

E. MARTIN ESTRADA
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By: */s/ Andrew F. Freidah*
STEPHEN M. PEZZI
ANDREW F. FREIDAH
JOHNNY H. WALKER
MICHAEL J. GERARDI
  Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0879
Email: andrew.f.freidah@usdoj.gov

*Counsel for the Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    */s/ Andrew F. Freidah*
    ANDREW F. FREIDAH
    Trial Attorney
    United States Department of Justice