```
Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869
```

Attorneys for All Non-Government Defendants

AND ALL THE PARTIES LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

Pursuant to the Court's order dated March 7, 2023, ECF No. 181, the Parties to this case hereby collectively and respectfully request an extension of time to file a Joint Status Report as follows:

On March 7, 2023, the court issued an Order [ECF No. 181] stating that the

1  case shall be stayed as to all Defendants until a mandate is issued in *Health
2  Freedom Defense Fund, Inc. v. Biden*, No. 22-11287 (11th Cir. argued Jan. 17,
3  2023). The Parties were directed to file a Joint Status Report within 7 days after a
4  mandate was issued in *Health Freedom Defense Fund* and to request a status
5  conference within 14 days after such a status report was filed.

6       Following the Eleventh Circuit decision in *Health Freedom* in June 2023, 71
7  F.4th at 892, the mandate was issued on August 14, 2023, and accordingly, the
8  current deadline for the Parties to file a Joint Status Report is August 21, 2023.

9       The day after the mandate was issued, on August 15, 2023, counsel for a
10 portion of the Airline Defendants contacted plaintiffs with regard to the preparation
11 of the Joint Status Report. That same day (August 15, 2023) counsel for the
12 Federal Defendants were informed by email from Plaintiff Yvonne Marcus that
13 Plaintiff Uri Marcus unfortunately passed away on August 6, 2023.

14      In light of the untimely passing of Plaintiff Uri Marcus, good cause exists
15 for this Court to grant the Parties' joint request for a 30-day extension of time for
16 the Parties to file their Joint Status Report.

17 / /
18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT
CASE NO.: 2:22-CV-02383-SSS-AS    - 2 -

Dated: August 18, 2023

By: /s/ John C. Conti
   John C. Conti
   Email: jconti@dmclaw.com
   Jeffrey J. Wetzel
   (admitted *pro hac vice*)
   Email: jwetzel@dmclaw.com
   Steven L. Ettinger
   (admitted *pro hac vice*)
   Email: settinger@dmclaw.com
   DICKIE, McCAMEY &
   CHILCOTE, P.C.
   2 PPG Place, Suite 400
   Pittsburgh, PA 15222
   Tel. (414) 392-5617

*Attorneys for Defendant*
STAT-MD

By: /s/ Jeremy S. Brumbelow
   Brian M. Boynton
   Principal Deputy Assistant Attorney General
   C. Salvatore D'Alessio, Jr.
   Acting Director, Torts Branch
   Mary Hampton Mason
   Senior Trial Counsel, Torts Branch
   Jeremy Scott Brumbelow
   Senior Trial Attorney, Torts Branch
   U.S. Department of Justice, Civil Division P.O. Box 7146,
   Ben Franklin Station
   Washington, D.C. 20044-7146
   Tel. (202) 616-4330;
   Fax. (202) 616-4314
   jeremy.brumbelow@usdoj.gov

*Attorneys for Defendant*
Julie Carrigan

/s/ Avrohom Gordon
   Avrohom Gordon, plaintiff, *Pro-Se*
   2251 State Route 222
   New Richmond, OH 45157
   Tel. (513) 734-1770
   gordon.avrohom@gmail.com

/s/ Devorah Gordon
   Devorah Gordon, plaintiff, *Pro Se*
   2251 State Route 222
   New Richmond, OH 45157
   Tel. (513) 734-1770
   devorahlgordon@gmail.com

Respectfully submitted,

By: /s/ Richard A. Lazenby
   Richard A. Lazenby
   Michael Cutler
   VICTOR RANE
   *Attorneys for All Non-Government Defendants*

By: /s/ M. Roy Goldberg
   M. Roy Goldberg
   (Admitted Pro Hac Vice)
   STINSON LLP
   1775 Pennsylvania Avenue, N.W., Suite 800
   Washington, D.C. 20006
   Tel. (202) 728-3005
   Email: roy.goldberg@stinson.com

*Attorneys for Defendants*
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

By: /s/ Brian T. Maye
   Brian T. Maye
   (Admitted Pro Hac Vice)
   Hinshaw & Culbertson LLP
   151 North Franklin Street
   Suite 2500
   Chicago, IL 60606
   Tel. (312) 422-5713
   Email: bmaye@hinshawlaw.com

*Attorneys for Defendants*
Frontier Airlines, Inc.; and
Allegiant Air, LLC

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

| | |
|---|---|
| /s/ Yvonne Marcus<br>Yvonne Marcus, plaintiff, Pro-Se<br>P.O. Box 126<br>Ojai, CA 93024<br>Tel. (909) 833-0065<br>E-Mail: adi@ntcf.org<br><br>/s/ Cindy Russo<br>Cindy Russo, plaintiff, Pro-Se<br>22485 Breakwater Way<br>Santa Clarita, CA 91350<br>Tel. (908) 797-8066<br>cjrz123@gmail.com | By: /s/ Barry S. Alexander<br>Barry S. Alexander<br>(Admitted Pro Hac Vice)<br>Victor Rane<br>1650 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel. (267) 297-3332<br>Email: balexander@victorrane.com<br><br>Brittany C. Wakim<br>(Admitted Pro Hac Vice)<br>Victor Rane<br>1650 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel. (267) 297-3332<br>Email: bwakim@victorrane.com<br><br>Attorneys for Defendant<br>*MEDAIRE, INC.*<br><br>By: /s/ Andrew Freidah<br>Andrew Freidah<br>U.S. Department of Justice<br>Civil Division<br>1101 L Street, N.W.<br>Washington, D.C. 20005<br>Tel. (202) 305-0879<br>Email: Andrew.f.freidah@usdoj.gov<br><br>Michael J. Gerardi<br>U.S. Department of Justice<br>Civil Division,<br>Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Tel. (202) 616-0680<br>Email: michael.j.gerardi@usdoj.gov<br><br>Stephen M. Pezzi<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1101 L Street, N.W.<br>Washington, D.C. 20530<br>Tel. (202) 305-8576<br>*Attorneys for Federal Defendants* |

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.