UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**[PROPOSED] ORDER RE JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

/ /

/ /

/ /

/ /

[PROPOSED] ORDER RE JOINT REQUEST FOR EXTENSION
OF TIME TO FILE JOINT STATUS REPORT
CASE NO.: 2:22-CV-02383-SSS-AS

1  The Court has reviewed the Parties' Joint Request for Extension of Time to
2  File Joint Status by 30 days. With good cause appearing, the request is granted.
3  The new Joint Status Report filing deadline is September 20, 2023.
4
5  IT IS SO ORDERED.
6
7  Dated:
8
9
   _____
10 Sunshine Suzanne Sykes
   United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28