# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA PEREZ CORTES, individually and as successor-in-interest to Daniel Alfonso Perez-Commmunidad,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; DOES 1-10, identities unknown; and FIDEL COMMUNIDAD HERNANDEZ, a nominal defendant and possible successor-in-interest to Daniel Alfonso Perez-Commmunidad,<br><br>Defendants. | Case No. 5:23-cv-00057-SSS(KKx)<br><br>[*Hon. Sunshine S. Sykes, Dist. Judge; Hon. Kenly Kiya Kato, M. Judge*]<br><br>**ORDER TO MODIFY THE CASE MANAGEMENT SCHEDULE, INCLUDING RESETTING THE TRIAL DATE**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>FSC Date:         None Set<br>Trial Date:      None Set |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under all applicable statutes and rules – including Fed. R. Civ. P. 16, 26(c), 37(a)(5), and 40, as well as U.S. Dist. Ct., C.D. Cal., L.R. 7-1, 7-3, 16-9, 16-14, 40-1, 40-1.1, 40-1.2, and 52-4.1; and all applicable Federal Rules of Civil Procedure and/or Federal Rules of Evidence and U.S. Dist. Ct., C.D. Cal. Local Rules – after due consideration of all of the relevant pleadings, papers, and records in this action;

1  and upon such other evidence or argument as was presented to the Court; Good Cause
2  appearing therefor, and in furtherance of the interests of justice,
3      IT IS HEREBY ORDERED that:
4      1.    The Court hereby Orders that the Court's scheduling orders – including
5  but not limited to Dkt. 29 (to the extent applicable) – are **hereby modified, continued,**
6  **and reset** to the following case management schedule:

| *Case Management Event:* | *Prior-Operative Date-Deadline (Old):* | *NEW Date-Deadline:* |
|---|---|---|
| Last Day to Hear Motion to Amend Pleadings/Add Parties | *October 13, 2023* | **February 9, 2024** |
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | *February 9, 2024* | **August 16, 2024** |
| Expert Disclosures – Initial Service Due | *February 16, 2024* | **August 23, 2024** |
| Rebuttal-Supplemental Expert Disclosures – Service Due | *March 1, 2024* | **September 6, 2024** |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | *March 15, 2024* | **September 20, 2024** |
| Dispositive Motion (MSJ) – Filing Deadline | *April 12, 2024* | **October 25, 2024** |
| Last Hearing Date for Dispositive Motions (MCOH) | *May 31, 2024* | **December 13, 2024** |
| Last Day to Complete Settlement Conference | *June 21, 2024* | **December 27, 2024** |
| Motions in Limine – Filing Due | *July 5, 2024* | **January 10, 2025** |
| Pre-Trial Documents **(Round 1)** – Filing Due: Witness Lists, Joint Exhibit List, Memorandums of Contentions of Fact & Law | *July 19, 2024* | **January 24, 2025** |
| Pre-Trial Documents **(Round 2)** – Filing Due: Proposed Final Pre-Trial Conference Order, Proposed Jury Instructions, Joint Statement of the Case, Proposed Voir Dire Questions | *August 2, 2024* | **February 7, 2025** |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| Case Management Event: | Prior-Operative Date-Deadline (Old): | NEW Date-Deadline: |
|---|---|---|
| Motions in Limine Hearing | August 9, 2024 | **February 14, 2025, at 2:00 PM** |
| Final Pre-Trial Conference ("PTC") ~~and Motions in Limine Hearing~~ | August 16, 2024, 1:00 PM | **February 21, 2025, 1:00 PM** |
| TRIAL (Est. 4-5 days) | September 9, 2024, 9:00 AM | **March 17, 2025, 9:00 AM** |

2.  Except as specified herein above, all other dates and deadlines operative as of the Court's scheduling Orders [*e.g.*, Dkt. 29] shall remain unchanged and unaffected by the parties' Stipulation or this Order: only the deadlines and dates specified herein above shall be modified by the parties' Stipulation or this Order.

**IT IS SO ORDERED.**

DATED: September 13, 2023

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

By: _____
Hon. Sunshine S. Sykes,
UNITED STATES DISTRICT JUDGE