**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Uri Marcus et al<br><br>PLAINTIFF(S)<br>v.<br>Centers for Disease Control and Prevention et al<br><br>DEFENDANT(S) | CASE NUMBER<br>2:22CV02383 MWF (RAOx)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: IN CHAMBERS ORDER LIFTING STAY AND REOPENING ACTION

Filed date: _____ Document Number(s): 187

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: The order was docketed in this case erroneously and will be docketed in the correct case number 5:23-cv-00057-SSS(KKx), Josefina Perez Cortes v County of Riverside, et al. The order will be docketed in the correct case.

CLERK, U.S. DISTRICT COURT

Date: 9/18/2023   By: Sharon_Hall-Brown@cacd.uscourts.gov
                      Deputy Clerk