JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02383-SSS-ASx | Date | September 12, 2023 |
| Title | Uri Marcus, et al. v. Centers for Disease Control & Prevention, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER LIFTING STAY AND REOPENING ACTION**

On March 7, 2023, the Court stayed this case pending resolution and the issuance of a mandate in *Health Freedom Defense Fund, Inc. v. Biden*, No. 22-11287 (11th Cir. 2023). [Dkt. 181]. On September 8, 2023, the parties filed a Joint Status Report notifying the Court the mandate in *Health Freedom Defense Fund* was issued on August 14, 2023. [Dkt. 186].

Accordingly, the Court **LIFTS** the stay and **ORDERS** Plaintiffs to file an amended complaint correcting any deficiencies identified in the Court's prior order, [*see* Dkt. 177], by **October 13, 2023**. Plaintiffs must email a red-lined version of the amended complaint to sss_chambers@cacd.uscourts.gov on the same date the amended pleading is filed. Defendants must either file any motions to dismiss or responsive pleadings within 21 days after the amended pleading is filed.

The Clerk is further **DIRECTED** to **REOPEN** this action.

**IT IS SO ORDERED.**