B. Definitions - For the purpose of this Rule, the following terms have the meanings below:

1. Schedule Change – an advance change in UA's schedule (including a change in operating carrier or itinerary) that is not a unique event such as Irregular Operations or Force Majeure Event as defined below.

2. Connecting Point – a point to which a Passenger holds or held confirmed space on a flight of one carrier and out of which the Passenger holds or held confirmed space on a flight of the same or another carrier. All airports through which a city is served by any carrier will be deemed to be a single Connecting Point when the receiving carrier has confirmed reservations to the Delivering Carrier.

3. Delivering Carrier – a carrier on whose flight a Passenger holds or held confirmed space to a Connecting Point.

4. Force Majeure Event – any of the following situations:
   a. Any condition beyond UA's control including, but not limited to, meteorological or geological conditions, acts of God, riots, terrorist activities, civil commotions, embargoes, wars, hostilities, disturbances, or unsettled international conditions, either actual, anticipated, threatened or reported, or any delay, demand, circumstances, or requirement due directly or indirectly to such condition;

   b. Any strike, work stoppage, slowdown, lockout, or any other labor-related dispute involving or affecting UA's services;

   c. Any governmental regulation, demand or requirement;

   d. Any shortage of labor, fuel, or facilities of UA or others;

   e. Damage to UA's Aircraft or equipment caused by another party;

   f. Any emergency situation requiring immediate care or protection for a person or property; or

   g. Any event not reasonably foreseen, anticipated or predicted by UA.

5. Misconnection – occurs at a Connecting Point when a Passenger holding confirmed space on an Original Receiving Carrier is unable to use such confirmed space because the Delivering Carrier was unable to deliver him/her to the Connecting Point in time to connect with the Original Receiving Carrier's flight.
   NOTE: The same rules regarding Delivering and Original Receiving Carrier responsibilities apply at the subsequent point(s) of Misconnection as would apply at the point of original Misconnection.

6. Original Receiving Carrier(s) – a carrier or combination of connecting carriers on whose flight(s) a Passenger originally held or holds confirmed space from a Connecting Point to a destination, next Stopover or Connecting Point.

7. Irregular Operations – any of the following irregularities:
   a. Delay in scheduled departure or arrival of a carrier's flight resulting in a Misconnection;

   b. Flight or service cancellation, omission of a scheduled stop, or any other delay or interruption in the scheduled operation of a carrier's flight;

   c. Substitution of aircraft type that provides different classes of service or different seat configurations;

   d. Schedule changes which require Rerouting of Passengers at departure time of the original flight; or

   e. Cancellation of a reservation by UA pursuant to Rule 5.

   EXCEPTION: UA shall have no obligation to honor another carrier's ticket that does not reflect a confirmed reservation on UA, unless the issuing carrier reissues the ticket for any changes in routing. In the event such carrier is not available to do so, UA reserves the right to reroute passengers only over its own lines between the points named on the original ticket.

C. Schedule Change - When a Passenger's Ticketed flight is affected because of a Schedule Change that modifies the original departure and/or arrival time by 30 minutes or more, UA will, at its election, arrange one of the following:

1. Transport the Passenger on its closest available flight to the Destination, next Stopover point, or transfer point shown on its portion of the Ticket, without Stopover in the same class of service (subject to availability), at no additional cost to the Passenger; provided that if such alternate transportation results in a significant change to the originally scheduled departure or arrival times and the Passenger chooses not to accept such alternate transportation, United will (at the Passenger's request) provide a refund;

2. When a Schedule Change results in the cancellation of all UA service between two cities, at UA's sole discretion, UA may reroute Passengers over the lines of one or more carriers in an equivalent class of service; provided that if such alternate transportation results in a significant change to the originally scheduled departure or arrival times and the Passenger chooses not to accept such alternate transportation, United will (at the Passenger's request) provide a refund;

3. Advise the Passenger that the value of his or her Ticket may be applied toward future travel on United within one year from the date of issue without a change or reissue fee; or

4. If the Passenger is not offered transportation as provided in C) 1) or 2) above and does not choose to apply the value of his or her Ticket toward future travel as provided in C) 3) above, the Passenger will be eligible for a refund upon request. See Rule 27 A).

D. Force Majeure Event - In the event of a Force Majeure Event, UA without notice, may cancel, terminate, divert, postpone, or delay any flight, right of carriage or reservations (whether or not confirmed) and determine if any departure or landing should be made, without any liability on the part of UA. UA may re-accommodate Passengers on another available UA flight or on another carrier or combination of carriers, or via ground transportation, or may refund, in its sole discretion, any unused portions of the Ticket in the form of a travel certificate or travel credit.

E. Irregular Operations
1. Liability - Except to the extent provided in this Rule and the Warsaw and/or Montreal Conventions, UA shall not be liable for any Irregular Operations.

2. Delay, Misconnection or Cancellation
   a. When a Passenger's ticket is affected because of Irregular Operations caused by UA, UA will take the following measures:
      i. Transport the Passenger on its own flights, subject to availability, to the Destination, next Stopover point, or transfer point shown on its portion of the Ticket, without Stopover in the same class of service, at no additional cost to the Passenger; or

      ii. At its sole discretion, UA may arrange for the passenger to travel on another carrier. United may also, at its sole discretion, and if acceptable to the passenger, arrange for the passenger to travel via ground transportation.

b. In the event a Passenger misses an onward connecting flight on which space is reserved because the Delivering Carrier did not operate its flight due to Irregular Operations or a Schedule Change, the Delivering Carrier is responsible to arrange for carriage of the Passenger or to make a refund.

3. If a Passenger is not transported as provided in E) 2) above, the Passenger will be eligible for a refund upon request. See Rule 27 A).

4. If space is only available and used on a UA flight(s) of a lower class of service than originally purchased by the passenger, UA will provide a refund of the difference in fare pursuant to Rule 27 C) 5).

F. Amenities for Delayed Passengers

1. Lodging - UA will provide at its option either one night's lodging, or, if no lodging is provided and upon the passenger's request only, reimbursement for one night's lodging in the form of an electronic travel certificate that may be applied to future travel on UA up to a maximum amount determined by UA when a UA flight on which a Passenger is being transported incurs Irregular Operations and the Passenger incurs a delay that is expected to exceed four hours between the hours of 10:00 p.m. to 6:00 a.m. local time. Where lodging has been offered but not accepted by a Passenger for whatever reason, UA is not liable to reimburse the Passenger for expenses relating to alternative lodging secured independently by the Passenger.
EXCEPTION: Lodging will not be furnished:

a. To a Passenger whose trip is interrupted at a city which is his/her permanent domicile, origin point, or stopover point, or

b. When the destination city airport that is designated on the Passenger's Ticket and the city airport that the Passenger is diverted to are both within the following city groups:

i. Baltimore, MD (BWI)/Washington D.C. Dulles IAD)/Washington D.C. National (DCA)

ii. Brownsville, TX (BRO/Harlingen, TX (HRL)/McAllen, TX (MFE)

iii. Burbank, CA (BUR)/Los Angeles, CA (LAX)/Ontario, CA (ONT)/Orange County, CA (SNA)/Long Beach, CA (LGB)

iv. Chicago, IL O'Hare (ORD)/Chicago, IL Midway (MDW)/Milwaukee, WI (MKE)

v. Colorado Springs, CO (COS)/Denver, CO (DEN)

vi. Dallas, TX Dallas-Ft. Worth International (DFW)/Dallas, TX Love Field (DAL)

vii. Lauderdale, FL (FLL)/Miami, FL (MIA)/West Palm Beach, FL (PBI)

viii. Houston, TX Bush Intercontinental (IAH)/Houston, TX Ellington AFB (EFD)/Houston, TX Hobby(HOU)

ix. Oakland, CA (OAK)/San Francisco, CA (SFO)/San Jose, CA (SJC)

x. Newark, NJ Newark International (EWR)/New York, NY La Guardia (LGA)/New York, NY Kennedy (JFK)/White Plains, NY (HPN)

xi. London, UK Gatwick (LGW)/London, UK Heathrow (LHR)

c. When such interruption is due to circumstances outside UA's control.

2. Snacks and Meals - UA will provide snacks and/or food and beverage vouchers in the event of an extensive delay caused by UA. Where food and beverage vouchers have been offered but not accepted by a Passenger for whatever reason, UA is not liable to reimburse the Passenger for expenses relating to food and beverage secured independently by the Passenger.

3. Ground Transportation - When lodging is furnished in accordance with 1) above and ground transportation is not furnished by the hotel, UA will provide ground transportation to the place of lodging via public conveyance. Rule 17 also governs any provision of ground transportation to a place of lodging. Where ground transportation has been offered but not accepted by a Passenger for whatever reason, UA is not liable to reimburse the Passenger for expenses relating to alternative ground transportation secured by the Passenger.

4. The sole and exclusive remedy for a passenger who has a claim under this Rule shall be the express amenities provided in this Rule. The passenger shall have no other claims or law or equity for actual, compensatory, or punitive damages. The provision of services in addition to those specifically set forth in this Rule to all or some passengers shall not be construed as a waiver of UA's rights or an expansion of its obligations. Neither shall any delay on the part of UA in exercising or enforcing its rights under this Rule be construed as a waiver of such rights.

G. Carrier in Default - Notwithstanding the provisions of this Rule, UA will not accept for any purposes passenger tickets or related transportation documents issued by any carrier that is in substantial default of its Interline obligations or that voluntarily or involuntarily has become the subject of bankruptcy proceedings (the "Defaulting Carrier"). EXCEPTION: Notwithstanding the provisions of this paragraph, tickets issued by the Defaulting Carrier or its sales agent prior to the default will be accepted solely for transportation over the lines of UA provided such tickets were issued by such Defaulting Carrier in its capacity as agent for UA and specified transportation via UA. When tickets are accepted, no adjustments in fare will be made that would require UA to refund money to the passenger.

H. In the event of a strike or work stoppage which causes any cancellation or suspension of operations of any other carrier, the provisions of this Rule will not apply with respect to passengers holding tickets for transportation on that carrier.

I. "Class of service" in this Contract of Carriage refers to classes of service as determined by UA without regard to the specific level of ancillary services or amenities provided in that class of service (as compared to any originally scheduled flight). Any ancillary service or amenity, including but not limited to live television, wi-fi services, priority boarding, advance seat assignments, and meal service, are not guaranteed. Regardless of whether there is a Schedule Change, Irregular Operations, Force Majeure Event, or other change or circumstance that results in an ancillary service or amenity not being available on any flight, UA shall have no liability for, and shall owe no refund with respect to any failure to provide that amenity or ancillary service. EXCEPTION: If a Passenger has paid for a specific ancillary service or amenity in advance of the flight as a separate fee specifically designated for such ancillary service or amenity and that ancillary service or amenity is not provided, the Passenger is eligible for a refund of the amount paid if a refund request is made within 90 days of the date the fee was originally paid or the flight date, whichever is later. UA is not liable to refund this fee otherwise eligible for refund if the request is received after that time.

Back to Top

# Rule 25 Denied Boarding Compensation

A. Denied Boarding (U.S.A./Canadian Flight Origin) - When there is an Oversold UA flight that originates in the U.S.A. or Canada, the following provisions apply:

  1. Request for Volunteers

    a. UA will request Passengers who are willing to relinquish their confirmed reserved space in exchange for compensation in an amount determined by UA (including but not limited to check or an electronic travel certificate). The travel certificate will be valid only for travel on UA or designated Codeshare partners for one year from the date of issue and will have no refund value. If a Passenger is asked to volunteer, UA will not later deny boarding to that Passenger involuntarily unless that Passenger was informed at the time he was asked to volunteer that there was a possibility of being denied boarding involuntarily and of the amount of compensation to which he/she would have been entitled in that event. The request for volunteers and the selection of such person to be denied space will be in a manner determined solely by UA.

  2. Boarding Priorities - If a flight is Oversold, no one may be denied boarding against his/her will until UA or other carrier personnel first ask for volunteers who will give up their reservations willingly in exchange for compensation as determined by UA. If there are not enough volunteers, other Passengers may be denied boarding involuntarily in accordance with UA's boarding priority:

    a. Passengers who are Qualified Individuals with Disabilities and their Service Animal or travel assistant, unaccompanied minors under the age of 18 years, or minors between the ages of 5 to 14 years who use the unaccompanied minor service, and for Canada departures only, families traveling together, will be the last to be involuntarily denied boarding if it is determined by UA that such denial would constitute a hardship.

    b. The priority of all other confirmed passengers may be determined based on a passenger's fare class, itinerary, status of frequent flyer program membership, whether the passenger purchased the ticket under select UA corporate travel agreements, and the time in which the passenger presents him/herself for check-in without advanced seat assignment.

  3. Transportation for Passengers Denied Boarding - When UA is unable to provide previously confirmed space due to an Oversold flight, UA will provide transportation to such Passengers who have been denied boarding whether voluntarily or involuntarily in accordance with the provisions below.

    a. UA will transport the Passenger on its own flight to the Destination without Stopover on its next flight on which space is available at no additional cost to the Passenger, regardless of class of service.

    b. If space is available on another Carrier's flight regardless of class of service, such flights may be used upon United's sole discretion and the Passenger's request at no additional cost to the Passenger only if such flight provides an earlier arrival than the UA flight offered in 3) a) above.

  4. Compensation for Passengers Denied Boarding Involuntarily

    a. For passengers traveling in interstate transportation between points within the United States, subject to the exceptions in section d) below, UA shall pay compensation to Passengers denied boarding involuntarily from an Oversold Flight at the rate of 200% of the fare to the Passenger's first Stopover or, if none, Destination, with a maximum of 775 USD if UA offers Alternate Transportation that, at the time the arrangement is made, is planned to arrive at the Passenger's Destination or first Stopover more than one hour but less than two hours after the planned arrival time of the Passenger's original flight. If UA offers Alternate Transportation that, at the time the arrangement is made, is planned to arrive at the Passenger's Destination or first Stopover more than two hours after the planned arrival time of the Passenger's original flight, UA shall pay compensation to Passengers denied boarding involuntarily from an Oversold Flight at the rate of 400% of the fare to the Passenger's first Stopover or, if none, Destination with a maximum of 1550 USD.

    b. For passengers traveling from the United States to a foreign point, subject to the exceptions in section d) below, UA shall pay compensation to Passengers denied boarding involuntarily from an Oversold Flight originating at a U.S. airport at the rate of 200% of the fare to the Passenger's first Stopover or, if none, Destination, with a maximum of 775 USD if UA offers Alternate Transportation that, at the time the arrangement is made, is planned to arrive at the Passenger's Destination or first Stopover more than one hour but less than four hours after the planned arrival time of the Passenger's original flight. If UA offers Alternate Transportation that, at the time the arrangement is made, is planned to arrive at the Passenger's Destination or first Stopover more than four hours after the planned arrival time of the Passenger's original flight, UA shall pay compensation to Passengers denied boarding involuntarily from an Oversold Flight at the rate of 400% of the fare to the Passenger's first Stopover or, if none, Destination with a maximum of 1550 USD.

    c. For passengers traveling from Canada to a foreign point, subject to the exceptions in section d) below, UA shall pay compensation to Passengers denied boarding involuntarily from an Oversold Flight originating at a Canadian airport as follows: 900 CAD if the passenger reaches his final destination within six hours of the time stated on the original ticket; 1800 CAD if the passenger reaches his final destination between six and nine hours of the time stated on the original ticket; and 2400 CAD if the passenger reaches his final destination more than nine hours after the time stated on the original ticket.

    d. EXCEPTIONS: A Passenger denied boarding involuntarily from an Oversold Flight shall not be eligible for denied boarding compensation if:

      i. The flight is cancelled;

      ii. The Passenger holding a Ticket for confirmed reserved space does not comply fully with the requirements in this Contract of Carriage Requirements regarding ticketing, check-in, reconfirmation procedures, and acceptance for transportation;

      iii. The flight for which the Passenger holds confirmed reserved space is unable to accommodate the Passenger because of substitution of equipment of lesser capacity when required by operational or safety reasons or, on an aircraft with a designed passenger capacity of 60 or fewer seats, the flight for which the passenger holds confirmed reserved space is unable to accommodate that passenger due to weight/balance restrictions when required by operational or safety reasons;

      iv. The Passenger is offered accommodations or is seated in a section of the aircraft other than that specified on his/her ticket at no extra charge. Provided, if a Passenger is seated in a section for which a lower fare applies, the Passenger will be entitled to a refund applicable to the difference in fares;

      v. The Passenger is accommodated on Alternate Transportation at no extra cost, which at the time such arrangements are made, is planned to arrive at the airport of the Passenger's next Stopover, (if any), or at the Destination, not later than 60 minutes after the

planned arrival time of the flight on which the Passenger held confirmed reserved space;

    vi. The Passenger is an employee of UA or of another Carrier or other person traveling without a confirmed reserved space; or

    vii. The Passenger does not present him/herself at the loading gate for boarding at least 15 minutes prior to scheduled domestic departures, and 30 minutes prior to scheduled international departures. See Rule 5 D) for additional information regarding boarding cut-off times.

5. Payment Time and Form for Passengers Traveling Between Points within the United States or from the United States to a Foreign Point

    a. Compensation in the form of check will be made by UA on the day and at the place where the failure to provide confirmed reserved space occurs, and if accepted by the Passenger, the Passenger will provide a signed receipt to UA. However, when UA has arranged, for the Passenger's convenience, Alternate Transportation that departs before the compensation to the Passenger under this provision can be prepared and given to the Passenger, the compensation shall be sent by mail or other means to the Passenger within 24 hours thereafter.

    b. UA may offer free or reduced rate air transportation in lieu of a check payment due under this Rule, if the value of the transportation credit offered is equal to or greater than the monetary compensation otherwise due and UA informs the Passenger of the amount and that the Passenger may decline the transportation benefit and receive the monetary compensation.

6. Payment Time and Form for Passengers departing Canada

    a. Compensation will be issued no later than either before the next scheduled departure time for the Passenger or within 48 hours after the Passenger has been denied boarding.

    b. Compensation may be paid in form of cash, prepaid card, EFT, bank check or, with the Passenger's written agreement, a travel voucher.

7. Limitation of Liability - If UA's offer of compensation pursuant to the above provisions is accepted by the Passenger, such payment will constitute full compensation for all actual or anticipatory damages incurred or to be incurred by the Passenger as a result of UA's failure to provide the Passenger with confirmed reserved space. If UA's offer of compensation pursuant to the above provisions is not accepted, UA's liability is limited to actual damages proved not to exceed 1350 USD per Ticketed Passenger as a result of UA's failure to provide the Passenger with confirmed reserved space. Passenger will be responsible for providing documentation of all actual damages claimed. UA shall not be liable for any punitive, consequential or special damages arising out of or in connection with UA's failure to provide the Passenger with confirmed reserved space.

B. Denied Boarding Non-U.S.A./Canada Flight Origin - Where there is an Oversold UA flight that originates outside the U.S.A. or Canada, no compensation will be provided except where required by local or international laws regulating Oversold flights.

Back to Top

# Rule 26 Rerouting

A. Rerouting Eligibility - Unless the fare purchased otherwise indicates, UA will reroute a Passenger at the Passenger's request and upon presentation of the Ticket or portion thereof then held by the Passenger plus payment of any applicable fees, charges, and fare differentials.

B. Fare Applicable to Rerouting or Change in Destination

1. Passengers may change the routing and/or the ultimate destination designated on his/her Ticket in accordance with paragraph 2 below provided that, after transportation has commenced, a one-way Ticket will not be converted into a Round-Trip, Circle-Trip, or Open-Jaw Trip Ticket.

2. Except as otherwise provided in Rule 25, the fare and charges applicable to any changes in itinerary, class of service, or change in ultimate destination made at the Passenger's request at an office of UA prior to arrival at the ultimate destination named on the original Ticket, shall be the fare and charges in effect on the date when the revised routing and/or ultimate destination is entered on the Passenger's new Ticket. Any difference between the fare and charges so applicable to the original Ticket issued to the Passenger will be either collected from or refunded to the Passenger, as the case may be. Basic Economy tickets, even if unused, have no residual value and cannot be applied towards the purchase of future travel.

C. Fare Applicable to Upgrading Class of Service While in Flight

1. When a Passenger moves from one compartment to another compartment of a combination compartment aircraft while in flight, an additional collection will be made in an amount equal to the difference between:

    a. The one-way fare from Passenger's point of origin on such flight to the last scheduled stop prior to the Passenger's change in compartment, applicable to the class of service used, plus the one-way fare from such stop to the Passenger's destination on such flight, applicable to transportation in the compartment to which the Passenger is moving, and

    b. The fare paid for transportation from the Passenger's origin to destination on such flight. When the amount described in a) above is less than the amount in b) above, no additional payment will be required.
    EXCEPTION: Passengers traveling at a Round-Trip fare or any fare not having a one-way value, may upgrade all or any portion of their itinerary only upon payment of the full normal fare for the total itinerary.

    c. The passenger expressly authorizes UA to collect any additional applicable charges from the passenger arising out of a passenger occupying a class of service which is different than the class reflected on the passenger's boarding pass.

2. The acceptance of such Passenger in the compartment to which he/she is moving for travel beyond the next scheduled stopping point in the flight will be subject to the availability of space. Discounts, other than for children, will not apply.

Back to Top

# Rule 27 Refunds

**A. Ticket Refunds - Involuntary**

1. The amount UA will refund upon surrender of the unused portion of the Passenger's Ticket for reasons pursuant to Rule 21 or Rule 24 will be as follows:

   a. If no portion of the Ticket has been used: An amount equal to the fare and charges paid.
   EXCEPTION: UA shall not be obligated to refund any portion(s) of a fully unused Ticket which does not reflect a confirmed reservation on a UA flight involved in Irregular Operations, unless such Ticket was issued by UA.

   b. If a portion of the Ticket has been used:

   i. One-way fares – An amount equal to the prorated value of the unused segment based on the fare component. UA will make no refund when alternate transportation is provided by UA and accepted by the passenger.

   ii. Round-Trip, Circle-Trip, or Open-Jaw fare – An amount equal to the fare paid for the unused transportation from the point of termination to the destination or next Stopover point named on the ticket, or to a point at which transportation is to be resumed.  If both outbound and inbound fares on a domestic roundtrip ticket are the same, then 50% of the round-trip fare for the class of service paid, and for the unflown segment only.

   iii. Area fare/flat rate fare – the refund amount will be computed by applying the same rate of discount, if any, applied in computing the original fare from the point of termination to the destination named on the Ticket, next Stopover, or the point where air transportation will be resumed via:

   a. The Routing specified on the Ticket, if the point of termination was on the Routing of the Ticket, or

   b. If the point of termination was not on the Routing specified on the Ticket, the direct Routing of any carrier operating service between such points.

   iv. If no fare of the type (fare basis) paid by the Passenger is published between the point of termination and the Passenger's destination or next Stopover point, the amount of the refund will be the same proportion of the normal coach (Y) fare published between the point of termination and the Passenger's destination or next Stopover point, as the fare paid is of the normal coach (Y) fare between the Passenger's point of origin or previous Stopover point and destination or next Stopover point.
   Exception: UA shall not be obligated to refund any portion(s) of a Ticket which does not reflect a confirmed reservation on a UA flight involved in Irregular Operations, unless such ticket was issued by UA.

   v. The amount of refund will not exceed the fare component for the portion of the ticket from the last point of stopover to the next point of stopover or final destination.

   c. Refund will be made in accordance with this Rule, provided request for such refund has been made prior to the expiration of Ticket, where required.

2. UA will make no refund but may, at its discretion, provide ground transportation to the destination airport without charge when the destination city airport designated on the Passenger's Ticket and the city airport where the flight terminates are both within any of the following city groups:

   a. Baltimore, MD (BWI)/Washington D.C. Dulles (IAD)/Washington D.C. National (DCA)

   b. Brownsville, TX (BRO)/Harlingen, TX (HRL)/McAllen, TX (MFE)

   c. Burbank, CA (BUR)/Los Angeles, CA (LAX)/Ontario, CA (ONT)/Orange County, CA (SNA)/Long Beach, CA (LGB)

   d. Chicago, IL O'Hare (ORD)/Chicago, IL Midway (MDW)/Milwaukee, WI (MKE)

   e. Colorado Springs, CO (COS)/Denver, CO (DEN)

   f. Dallas, TX Dallas-Ft. Worth International (DFW)/Dallas, TX Love Field (DAL)

   g. Lauderdale, FL (FLL)/Miami, FL (MIA)/West Palm Beach, FL (PBI)

   h. Houston, TX Bush Intercontinental (IAH)/Houston, TX Ellington AFB (EFD)/Houston, TX Hobby (HOU)

   i. Oakland, CA (OAK)/San Francisco, CA (SFO)/San Jose, CA (SJC)

   j. Newark, NJ Newark International (EWR)/New York, NY La Guardia (LGA)/New York, NY/Kennedy (JFK)/White Plains, NY (HPN)

   k. London, UK Gatwick (LGW)/London, UK Heathrow (LHR)

3. When a Passenger holding a Ticket for a higher class of service between a point of Origin and a Destination is required by the carrier to use a lower class of service for any portion of such carriage the amount of refund will be as follows:

   a. FOR UNRESTRICTED PREMIUM FARES: 50% of the prorated fare for that segment plus applicable variable taxes and fees.

   b. FOR SPECIAL AND RESTRICTED FARES: the lowest applicable fare at the time the ticket was purchased or the difference between the upgradeable and non-upgradeable fare type.

   c. This section does not apply to Passengers who purchase upgrades through miles and/or cash. If a Passenger pays for an upgrade that he does not receive, any recovery is limited to the amount paid for the upgrade in miles and/or cash.

**B. Ticket Refunds - Voluntary**

For Tickets eligible for refunds, unless it is a refund as stated in Paragraph (A) above, UA will, upon the Passenger's surrender of the unused portion of a UA issued ticket or voided Ticket, refund to the Passenger as follows:

1. If no portion of the Ticket has been used, in accordance with these rules, the refund will be an amount equal to the total fare and charges paid.

2. If a portion of the Ticket has been used, in accordance with these rules, the refund will be an amount equal to the positive difference if any, between the fare and charges applicable to the Ticket issued to the Passenger, and the fare and charges applicable to the transportation of the Passenger covered by the used portion of the Ticket.

3. Refund will be made, provided request for such refund has been made not later than the expiration date of the Ticket.

4. UA assumes no obligation to issue a voluntary refund unless such Ticket was issued by UA on UA Ticket Stock.

5. Any applicable administrative service charge or cancellation fee included as part of the published fare rule for the Ticket in question will be deducted from the amount to be refunded under 1) and 2) above.

6. UA will issue refunds for eligible tickets within seven (7) business days of determining that a refund is due for credit card purchases and twenty (20) business days after receiving a complete refund request for purchases made with cash, check, or other forms of payment.

C. Other Refunds

1. Baggage service charges are non-refundable, but a Passenger who does not travel as a result of a flight cancellation, Schedule Change, or Irregular Operations will be eligible for a refund upon request. United will also reimburse Passengers for any fee charged to transport bag(s) that are lost.

2. Booking service charges are non-refundable, but a Passenger maybe eligible for a full refund upon request if the reservation is canceled within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure and purchased directly through UA.

3. Day-of-departure upgrade fees are non-refundable, but if a flight for which an upgrade fee has been paid is affected by a flight cancellation, Schedule Change, or Irregular Operations, and the Passenger cannot be accommodated in First Class on a later flight, Passenger will be eligible for a refund upon request.

4. Passengers who are eligible for a refund of service or other fee(s), must request refund within 90 days of the date the fee(s) was originally paid or flight date, whichever is later. UA is not liable to refund service or other fees otherwise eligible for refund if the request is received after that time.

5. If a Passenger is removed from a United® Premium Plus seat, Economy Plus seat, or from Preferred Seating for which a fee has been paid, and the Passenger is not re-accommodated in a seat of equal or greater value, or if a Passenger is downgraded from a class of service and is not re-accommodated in a seat in an equal or greater class of service for which a fee has been paid, the Passenger is eligible for a refund of this fee upon request.

D. Persons to Whom Refund is Made - Except as provided below, UA will refund in accordance with this Rule only to the person named as the Passenger on the Ticket.

EXCEPTION 1:

1. Tickets issued under a Universal Air Travel Plan (UATP) will be refundable only to the subscriber against whose account the Ticket was charged.

2. Tickets issued against a Transportation Request issued by a government agency, other than the U.S.A Government, will be refunded only to the government agency that issued the Transportation Request.

3. Tickets issued against a U.S.A Government Transportation Request (GTR) will be refunded only to the U.S.A. Government agency which issued the GTR by check made payable to the "Treasurer of the United States".

4. Tickets issued against a credit card honored by UA will be refunded only to the account of the person to whom such credit card was issued.

5. Tickets issued in the name of a minor will be refunded to the parent, guardian, or a third party as designated in accordance with EXCEPTION 2 below.

EXCEPTION 2: If at the time of purchase, the purchaser designates on the Ticket another person or entity to whom refund shall be made, the refund will be made to the person so designated. A refund made in accordance with this procedure to a person representing his/herself as the person so designated on the Ticket exchange order shall be deemed a valid refund, and UA will not be liable to the purchaser, or any other person for another refund.

EXCEPTION 3: If at the time of application for refund, evidence is submitted that a company purchased the Ticket on behalf of its employees, or the travel agent has made a refund to its client, such refund will be made directly to the employee's company or the travel agent.

E. Non-refundable Tickets:

1. General Rule – Except as provided in Rules 4 and 27 C), UA will not refund any portion of a Ticket that is purchased with a non-refundable fare, including the fare and any taxes, fees, or other charges included within the total price paid for the Ticket.

2. Application of Unused Ticket toward Future Ticket Purchase - UA may allow a portion of the non-refundable fare paid for an unused and unexpired non-refundable UA Ticket to be applied towards the purchase of future travel on UA, provided it is done in accordance with the applicable fare rule in place at the time of such request. Change fees and other administrative charges may apply. Basic Economy tickets, even if unused, have no residual value after date of departure and cannot be applied towards the purchase of future travel. Any portion not so applied will not be refunded in any form.

F. Lost Tickets

1. Amount of Refund - When a Passenger loses a UA issued Ticket eligible for a refund, or the unused portion thereof, UA will, subject to the conditions set forth below, make a refund to the Passenger in the following amounts, as applicable.

   a. If no portion of the Ticket has been used, the refund will be an amount equal to the fare and charges paid, less service charges as indicated below.

   b. If a portion of the Ticket has been used, and

      i. The Passenger has purchased a new Ticket covering the same transportation as that covered by the unused portion of the lost Ticket, the refund will be an amount equal to the fare and charges paid for such new Ticket, or

      ii. The Passenger has not purchased a new Ticket covering the same transportation as that covered by the unused portion of the lost Ticket, and free transportation is not provided by UA, the refund will be an amount equal to the positive difference, if any, between the fare and charges paid, and the full normal fare and charges applicable to the transportation of the Passenger covered by the used portion of the Ticket, or

      iii. Where, in UA's judgment, a hardship exists and UA provides a free Ticket covering the lost portion(s) upon payment of service charges shown below, no further refund shall be due.

2. Application for Refund of Lost Tickets

   a. A refund will be made for eligible tickets in accordance with 1) above, provided application has been made no later than one month after the expiration date of the lost Ticket.

   b. The application must be made on forms provided by UA for such refunds.

   c. A refund will be made by UA upon application for such refund, provided that the lost Ticket or lost portion thereof has not previously been honored for transportation or refunded to any person during a period of three months from the date the loss is reported, and provided that the person to whom the refund is made agrees, in such form as may be provided by UA, to indemnify UA, including agreeing to return to UA such refund, for any loss or damage which it may sustain by reason of the use of the lost Ticket or portion thereof.

3. Service Charge - UA will impose a service charge of 150.00 USD/150.00 CAD per ticket for handling request for refund of a lost Ticket or portion thereof.
EXCEPTION: No service charge will be imposed for Military Passengers when transportation is paid for with a U.S. Government Transportation Request (Form No. 1169).

4. Non-refundable Tickets - UA will not refund any portion of a lost non-refundable Ticket, including the fare and any taxes, fees, or other charges. For applicable service charge, the Ticket will be reissued, if application is submitted _prior_ to scheduled travel. Non-refundable Tickets will not be reissued after the date of travel reflected on each Flight Coupon.

G. Foreign Currency Refunds
1. All refunds will be subject to government laws, rules, regulations, or orders of the country in which the Ticket was originally purchased and of the country in which the refund is being made.

2. Refunds will be made in the currency in which the fare was paid, or, at UA's election, in lawful currency of the country of the carrier making the refund in the amount equivalent to the amount due in the currency in which the fare or fares for the flight covered by the Ticket as originally issued was collected.

H. Overcharge Refunds - Refund claims for overcharges must be submitted to UA in writing within 45 days after the operation of the flight Segment to which such overcharge claim relates, after which time no claim or legal action based on such overcharge can be maintained.

I. Optional Services – Ticket refund will include fees charged to a Passenger for optional services that the Passenger was unable to use due to an oversale situation or flight cancellation.

Back to Top

# Rule 28 Additional Liability Limitations

For the purposes of international carriage governed by the Montreal Convention, the liability rules set out in the Montreal Convention are fully incorporated by reference herein and shall supersede and prevail over any provisions of this tariff which may be inconsistent with those rules.

A. The Carrier shall be liable under Article 17 of the Warsaw Convention or Montreal Convention, whichever may apply, for recoverable compensatory damages sustained in the case of death or bodily injury of a passenger, as provided in the following paragraphs:
1. The Carrier shall not be able to exclude or limit its liability for damages not exceeding 128,821 Special Drawing Rights for each passenger.

2. The Carrier shall not be liable for damages to the extent that they exceed 128,821 Special Drawing Rights for each passenger if the Carrier proves that:
a. such damage was not due to the negligence or other wrongful act or omission of the Carrier or its servants or agents; or

b. such damage was solely due to the negligence or other wrongful act or omission of a third party.

3. The Carrier reserves all other defenses and limitations available under the Warsaw Convention or the Montreal Convention, whichever may apply, to such claims including, but not limited to, the exoneration defense of Article 21 of the Warsaw Convention and Article 20 of the Montreal Convention, except that the Carrier shall not invoke Articles 20 and 22(1) of the Warsaw Convention in a manner inconsistent with paragraphs (1) and (2) hereof.

4. With respect to third parties, the Carrier reserves all rights of recourse against any other person, including, without limitation, rights of contribution and indemnity.

5. The Carrier agrees that, subject to applicable law, recoverable compensatory damages for such claims may be determined by reference to the laws of the country of the domicile or country of permanent residence of the passenger.

B. In cases of bodily injury or death, the Carrier shall make an advance payment where the Carrier determines it is necessary to meet the immediate economic needs of, and hardship suffered by, a passenger as provided in the following paragraphs:
1. Unless a dispute arises over the identity of the person to whom an advance payment shall be made, the Carrier shall, without delay, make the advance payment to the passenger in an amount or amounts determined by the Carrier in its sole discretion. In the event of death of a passenger, the amount of the advance payment shall not be less than 16,000 Special Drawing Rights, which shall be paid to a representative of the passenger's next of kin eligible to receive such advance payment as determined by the Carrier in its sole discretion.

2. The Carrier shall make the advance payment as an advance against the Carrier's liability under the Warsaw Convention, or the Montreal Convention, whichever may apply. An advance payment shall not constitute recognition of liability. An advance payment shall be offset against, or deducted from the payment of, any settlement or judgment with respect to any claim for compensation on behalf of the passenger.

3. The Carrier, in making an advance payment, does not waive any rights, defenses, or limitations available under the Warsaw Convention, or the Montreal Convention, whichever may apply, to any claim, nor shall acceptance of an advance payment constitute a release of any claim, whatsoever, by any person.

4. The Carrier, in making an advance payment, preserves its right to seek contribution or indemnity from any other person for such payment, which shall not be deemed to be a voluntary contribution or contractual payment on the part of the Carrier.

5. The Carrier may recover an advance payment from any person where it is proven that the Carrier is not liable for any damage sustained by the passenger, or where it is proven that the person was not entitled to receive the payment, or where and to the extent that it is proven that the person who received the advance payment caused, or contributed to, the damage.

C. The Carrier shall be liable for damage occasioned by delay in the carriage of passengers by air, as provided in the following paragraphs:
1. The Carrier shall not be liable if it proves that it and its servants and agents took all measures that could reasonably be required to avoid the damage, or that it was impossible for it or them to take such measures.

2. Damages occasioned by delay are subject to the terms, limitations and defenses set forth in the Warsaw Convention and the Montreal Convention, whichever may apply, in addition to any limitation or defense recognized by a Court with proper jurisdiction over a claim.

3. The Carrier reserves all defenses and limitations available under the Warsaw Convention or the Montreal Convention, whichever may apply to claims for damage occasioned by delay, including, but not limited to, the exoneration defense of Article 21 of the Warsaw Convention and Article 20 of the Montreal Convention. Under the Montreal Convention, the liability of the Carrier for damage caused by delay is limited to 5,346 SDR per passenger. The limits of liability shall not apply in cases described in Article 25 of the Warsaw Convention or Article 22 (5) of the Montreal Convention, whichever may apply.

D. The Carrier is liable for damages sustained in the case of destruction or loss of, damage to, or delay of checked and unchecked baggage, as provided in the following paragraphs:
1. Except as provided below, the liability of the Carrier is limited to 1,288 Special Drawing Rights for each passenger in the case of destruction, loss, damage, or delay of baggage, whether checked or unchecked, under the Warsaw Convention or the Montreal Convention, whichever may apply. Unless the passenger proves otherwise:
   a. all baggage checked by a passenger shall be considered to be the property of that passenger;

   b. a particular piece of baggage, checked or unchecked, shall not be considered to be the property of more than one passenger; and

   c. unchecked baggage, including personal items, shall be considered to be the property of the passenger in possession of the baggage at the time of embarkation.

2. If a passenger makes, at the time checked baggage is handed to the Carrier, a special declaration of interest and has paid a supplementary sum, if applicable, the Carrier will be liable for destruction, loss, damage, or delay of such checked baggage in an amount not exceeding the declared amount, unless the Carrier proves that the declared amount is greater than the passenger's actual interest in delivery at destination. The declared amount, and the Carrier's liability, shall not exceed the total amount of declaration permissible under the Carrier's regulations, inclusive of the limitation of paragraph D (1) hereof. In the case of transportation under the Warsaw Convention, no supplementary sum shall apply unless the declared amount exceeds 19 Special Drawing Rights per kilogram of the total recorded weight of the checked baggage at the time the baggage is handed to the Carrier. Nevertheless, the Carrier may impose charges for pieces of baggage in excess of any free allowance the Carrier may provide.

3. For purposes of determining liability with respect to lost, damaged or destroyed baggage under the Warsaw Convention, the weight of each piece of such baggage shall be deemed to be the maximum allowable weight for each piece of such baggage under the applicable restrictions, unless the actual weight is stated on the Baggage Check.

4. In the event of delivery to the Passenger of part but not all of the Passenger's Checked Baggage, or in the event of damage to part but not all of such Baggage, the liability of UA with respect to the undelivered or damaged portion under the Warsaw Convention shall be reduced proportionately on the basis of weight, regardless of the value of any part of the Baggage or contents thereof.

5. In the case of unchecked baggage, the Carrier is liable only to the extent the damage resulted from its fault, or that of its servants or agents. The Carrier is not liable for baggage carried in the passenger compartment of the aircraft and remaining in the personal possession of the passenger.
NOTE: Assistance provided by crewmembers to properly store such items does not transfer liability to the Carrier.

6. The Carrier is liable for damage sustained in case of destruction or loss of checked baggage upon condition only that the event which caused the destruction or loss took place on board the aircraft or during any period within which the checked baggage was in the charge of the Carrier. However, the Carrier is not liable if and to the extent that the damage resulted from the inherent defect, quality or vice of the baggage. Further, the Carrier's liability for the destruction, loss, damage or delay of baggage is subject to the terms, limitations and defenses set forth in the Warsaw Convention and the Montreal Convention, whichever may apply, in addition to any limitation or defense recognized by a Court with proper jurisdiction over a claim.

7. The Carrier reserves all defenses and limitations available under the Warsaw Convention and the Montreal Convention, whichever may apply to such claims including, but not limited to, the defense of Article 20 of the Warsaw Convention and Article 19 of the Montreal Convention, and the exoneration defense of Article 21 of the Warsaw Convention and Article 20 of the Montreal Convention, except that the Carrier shall not invoke Article 22(2) and (3) of the Warsaw Convention in a manner inconsistent with paragraph (1) hereof. The limits of liability shall not apply in cases described in Article 25 of the Warsaw Convention or Article 22 (5) of the Montreal Convention, whichever may apply.

E. Under the Warsaw Convention and the Montreal Convention, whichever may apply, an action for damages must be brought within two years, and a complaint must be made to the carrier within seven calendar days in the case of damage to baggage, and 21 calendar days in the case of delay thereof. For baggage claims, reimbursement for any expenses will be based upon proof of claim acceptable to UA.
For purposes of all other carriage (including Domestic Carriage) not governed by the Montreal Convention or other applicable international law, the following liability limitations and other exclusions apply:

F. UA shall not be liable for any death, injury, delay, loss or other damage of whatsoever nature (hereafter referred to collectively as "damage") arising out of or in connection with carriage or other services performed by UA, unless such damage is proven to have been caused by the sole negligence or willful misconduct of UA and there has been no contributory negligence on the part of the Passenger.

G. UA shall not be liable for any damage arising out of UA's compliance with any laws, government regulations, orders, rules, requirements or security directives or as a result of a Passenger's failure to comply with such laws, government regulations, orders, rules, requirements or security directives or as a result of Passenger's reliance on advice provided by UA regarding such laws, regulations, orders, rules, requirements or security directives. See also Rule 19.

H. UA shall not be liable for any punitive, consequential or special damages arising out of or in connection with carriage or other services performed by UA, whether or not UA had knowledge that such damage might be incurred.

I. Any limitations or exclusions of liability of UA shall apply to and be for the benefit of UA's agents, employees, vendors and representatives acting within the scope of their employment and also to any person whose aircraft is used by UA and its agents, employees or representatives acting within the scope of their employment.

J. Nothing herein shall be deemed to affect the rights and liability of UA with regard to any claims brought by, on behalf of, or in respect to any person who has willfully caused damage which resulted in death, wounding, or other bodily injury of a Passenger.

K. Additional Baggage Liability Limitations and Exclusions:

   1. If all of the Passenger's Ticketed segments are for carriage within the U.S.A., the following apply:

      a. Liability for the loss of, damage to or delay in delivery of a Passenger's personal property, including Baggage, when such personal property or Baggage has been checked (unless a higher value is declared in advance and additional charges are paid and personal property is not otherwise excludable), is limited to USD 3,800 per Ticketed Passenger. Passenger will be responsible for documenting and proving the actual value of the loss. For baggage claims, reimbursement for any expenses will be based upon proof of claim acceptable to UA.

      b. When transportation is over the lines of UA and one or more carriers with a liability limitation exceeding USD 3,800 for each fare-paying Passenger and responsibility for loss, damage, or delay in the delivery of baggage cannot be determined, the liability limitation of USD 3,800 for each fare-paying Passenger will be applied to all carriers. When transportation is via UA and one or more carriers, which exclude certain items in checked baggage from liability, UA will not be liable for the excluded items.

      c. UA assumes no responsibility or liability for Baggage or other items carried in the Passenger compartment of the aircraft.

      d. In the case of loss of, damage to or delay in delivery of a Passenger's personal property, including Baggage, a preliminary notice of claim must be submitted to UA by the Passenger within twenty-four hours after arrival of the flight on which the Baggage was or was to be transported. In the event of failure to give such preliminary notice of claim (absent extraordinary circumstances to be determined at UA's discretion), no action shall lie against UA.

      e. After preliminary notice of claim to UA by the Passenger, the Passenger must obtain a written claim form from UA.

      f. The completed written claim form pertaining to the claimed loss of, damage to or delay in delivery of a Passenger's personal property, including Baggage must be received by UA's System Tracing Center from the Passenger within 45 days after the flight date. If the Passenger fails to return the completed written claim form within the specified time period (absent extraordinary circumstances to be determined at UA's discretion), no action shall lie against UA. No employee, agent or representative of UA can bind UA legally by reason of any statements relating to the baggage claims process or any other information, it is the Passenger's responsibility to follow the claims process in this Rule.

   2. Wheelchairs and Other Assistive Devices

      a. With respect to Domestic Carriage and carriage to/from Canada only, the baggage liability limits authorized by 14 CFR 254 do not apply to claims for loss, damage or delay concerning wheelchairs or other assistive devices. The notice and claim requirements, however, do apply.

      b. In the case of a lost, damaged, or destroyed wheelchair or other assistive device, documentary proof of loss is required from the Passenger to process a claim for damages. If a wheelchair or other assistive device can be returned to the Passenger in the condition in which it was received by making reasonable repairs, UA may, at the Passenger's request, make the repairs.

      c. UA has the right to inspect and document any pre-existing damage prior to acceptance of wheelchairs or other assistive devices as Checked Baggage. UA reserves the right to refuse to transport large wheelchairs or other assistive devices that, due to the physical size of an aircraft compartment, cannot be carried upright safely without risk of serious damage to the wheelchair, or that would cause a load imbalance in a small baggage compartment and violate weight and balance safety requirements. In such case, UA will use reasonable efforts to assist the Passenger in identifying a flight using an aircraft that can accommodate the wheelchair.

   3. EXCLUSIONS: UA shall not be liable for the loss of, damage to or delay in delivery of any of the following:

      a. Antiques, artifacts, collectibles, religious items;

      b. Antlers;

      c. Backpacks not designed for travel, sleeping bags and knapsacks made of plastic, vinyl or other easily torn material with aluminum frames, outside pockets or with protruding straps and buckles;

      d. Business equipment and business samples;

      e. Portable multimedia players including, but not limited to, CD, DVD or MP3 players;

      f. Chinaware, glass, ceramics, pottery;

      g. Computer hardware/software and electronic components/equipment;

      h. Items checked in sacks or paper/plastic bags that do not have sufficient durability, do not have secure closures or do not provide sufficient protection to the contents;

      i. Items checked in corrugated/cardboard boxes, including cardboard boxes provided by UA, except for items that otherwise would be suitable for transportation without the cardboard box (e.g., bicycle, garment bag);

      j. Electronic and mechanical items, including cell phones, electronic games, and other related items;

      k. Eyeglasses, Binoculars, Prescription Sunglasses and Non-Prescription Sunglasses and all other eyewear and eye/vision devices;

      l. Flowers and plants;

      m. Garment bags not designed for travel;

      n. Irreplaceable items;

      o. Items made of paper (e.g., advertising displays, blueprints, maps, manuscripts, business/personal documents, historical documents, photos, books, negotiable papers, securities, etc.);

      p. Jewelry;

q. Keys;

r. Liquids, perfumes, alcohol/liquor, jerkins, ZAM ZAM water;

s. Medicines and medical equipment (not used as assistive devices pursuant to 14 CFR 382.3);

t. Money, gift cards and gift certificates;

u. Musical instruments-Guitars, violins, violas, cellos, organs, harps, drums;

v. Natural fur products;

w. Perishable items such as medicine, flowers, and food (e.g., fruits and vegetables, cheese, fresh or frozen meat or poultry, seafood, baked goods, dry ice, and tobacco);

x. Photographic/cinematographic/audio/video equipment, cameras and related items;

y. Precious metals/stones;

z. Tools, battery powered hand tools, tool boxes/containers, automotive towbars;

aa. Totally unprotected items such as tennis racquets and umbrellas, either individually checked or tied/strapped to the outside of luggage;

ab. Recreational and sporting goods, including but not limited to, archery equipment, baseball equipment, boogie/kite/skim/speed/skate boards, bicycles, bowling equipment, camping equipment, fencing equipment, golfing equipment, gymnastic equipment, hockey/lacrosse sticks, javelins, oars, paintball equipment, parachutes and parasails, pool cues, skating equipment, tennis equipment, water skiing/snow skiing/snowboards/wakeboards, hang gliding equipment, kayaks/canoes, personal human transporters, fishing rods, sculls, surfboards, windsurfing sailboards, vaulting poles, scuba diving masks and pressure gauges, copes, and sporting trophies.

ac. Silverware, knives, swords;

ad. Strollers, folding wagons, bassinets, and infant carrying seats;

ae. Watches (Timepieces);

af. Works of art such as paintings or sculptures; or

ag. Any other similar valuable property or irreplaceable property included in the Passenger's Checked or Carry-on Baggage with or without the knowledge of UA.

4. Assistance rendered to the Passenger by UA's employees and/or agents in loading, unloading, or storing unchecked, Carry-On Baggage or Cabin Baggage shall be considered as gratuitous service to the Passenger for which UA shall not be liable.

5. UA's liability for Baggage is also limited in all of the following respects:

a. UA shall not be liable for Baggage not claimed by Passenger immediately upon arrival.

b. UA shall not be liable for damage caused by a Passenger's property, whether such damage is to the Passenger's own property or to other's property.

c. UA shall not be liable for the loss of, damage to or delay in delivery of any Baggage accepted by another carrier for Interline Transfer to UA, if the Baggage is not acceptable for transportation as Checked Baggage by UA.

d. A Passenger traveling with an animal shall be responsible for compliance with all governmental regulations and restrictions, including furnishing valid health and rabies vaccination certificates when required. UA will not be liable for loss or expense due to the Passenger's failure to comply with this provision, and UA will not be responsible if any animal is refused passage into or through any country, state or territory. (See Rule 23.)

e. UA shall not be liable for any Baggage that has pre-existing damage, or for which UA has received a signed release form from the Passenger.

f. UA shall not be liable for damage to Checked Baggage which does not impair the ability of such Baggage to function and specifically shall not be liable for damage arising from the normal wear and tear of handling, including minor cuts, scratches, scuffs, dents, punctures, marks or soil.

g. UA shall not be liable for loss of or damage to protruding parts such as wheels, feet, external pockets, pull and extending handles, hanger hooks, external locks, pull straps and security straps if this loss or damage occurred as a result of normal wear and tear.

h. UA shall not be liable for loss of or damage to articles due to a manufacturer's defect or due to overpacked Baggage, or for the destruction, loss or damage that results from an inherent defect, quality or vice of the Baggage.

i. UA shall not be liable for loss of or damage to articles which are strapped, fastened or otherwise secured to other Checked Baggage and which are not independently tagged and/or packaged. Such items include, but are not limited to, sleeping bags, luggage racks, luggage carriers and umbrellas.

j. UA shall not be liable for damage caused by improperly packed Checked Baggage or Carry-on Baggage.

k. UA shall not be liable for the loss of, damage to or delay in delivery of any Checked Baggage of a person traveling on a Ticket who is other than the Passenger to whom the Ticket was issued.

l. UA shall not be liable for the loss of, damage to or delay in delivery of any Checked Baggage of an employee of an airline other than UA or such employee's family or friends traveling on a non-revenue Ticket. EXCEPTION: If the other airline has a ZED agreement with UA, UA will comply with its terms regarding loss of, damage to or delay in delivery of any Checked Baggage of an employee of another airline or such employee's family or friends traveling on a non-revenue Ticket.

m. UA will not be liable for delivery or interim expenses incurred by the Passenger with delayed baggage if Passenger fails to meet the check-in time requirements set out in Rule 5 D.

n. UA is not liable for loss, damage, or delay of a Passenger's Checked Baggage, Carry-on Baggage, wheelchair or other assistive device, or any personal item that may result from a security search of such items conducted by an agent of any local, state, or federal agency, or from

confiscation by an agent of any local, state, or federal agency.

6. Services of Other Carriers

    a. UA's liability for damage, if any, shall be limited to occurrences on its own flights.

    b. A carrier issuing a ticket or checking baggage for carriage over the lines of others (e.g., a carrier providing Interline Transportation) does so only as agent and is not liable for actions on the part of the operating carrier.

    c. UA shall not be liable for the death or injury of a Passenger not occurring on its own operated flights.

Back to Top

# Rule 29 Customer Service Complaints

Customer compliments and complaints may be made by email or mail to the following:

- Website address:
  www.united.com/en/us/customercare

- Mailing address:
  Customer Care – NHCCR
  United Airlines, Inc.
  900 Grand Plaza Dr.
  Houston, TX 77067-4323

If a third-party submits a complaint on behalf of a customer, the third party must provide evidence along with the complaint that it has the authority to act on the customer's behalf. Evidence of authorization shall include a signed letter from the customer or an executed power of attorney authorizing the third party to act on behalf of the customer. Third-parties must submit this evidence of authorization along with the complaint. United will not reply if evidence of third-party authorization is not provided or if United determines in its sole discretion that the evidence is incomplete or insufficient.

Back to Top

# Rule 30 Consent to use of Personal Data

Upon booking a ticket for transportation, purchasing other services, or participating in any UA program or service such as MileagePlus or the United Club, you hereby authorize UA and its affiliates and authorized agents to (i) collect, process, retain and use, and (ii) transfer to third parties, including, but not limited to, subcontractors, agents, affiliates, marketing partners, other carriers, and government agencies, for their use, processing and retention, any and all personal data you provide when UA believes in good faith that it is in the interests of aviation security or that disclosure is otherwise necessary or advisable or as UA deems necessary to carry out any and all business purposes related to the program or services being requested and/or in the promotion of other information, goods, and services that may be of interest to you, including, but not limited to, the following purposes: making a reservation; purchasing a ticket; purchasing cargo services; participating in MileagePlus services; obtaining ancillary services, including accommodating special service requests; accounting, billing and auditing; checking credit or other payment mechanisms; operating frequent flyer programs; systems testing, maintenance and development; customer relations; sales and marketing; promotions for UA and/ or its affiliates goods and services and third party goods and services; statistical analysis; developing and tailoring current and future services; facilitating travel, including obtaining immigration, security, and customs clearance; complying with applicable laws, regulations, government requests, law enforcement requests, and/or valid court orders; providing data to third parties or governmental or law enforcement agencies to comply with, or assist in the development of, security, safety, or health measures for passengers, baggage or cargo, or to provide for the prevention or detection of imminent criminal acts or the apprehension or prosecution of offenders; protecting the legal rights of UA and/or its affiliates.

If a passenger wants to learn more about UA's Privacy Policy, it may be viewed at www.united.com. This policy is merely a statement of administrative protocol; it is not a contract, nor is it made, or intended to be made, a part of this Contract of Carriage, nor does it create any contractual or legal rights.

Back to Top

Plaintiffs' Exhibit 32

   

**Mr. Jeffrey Zients**
Mr. Jeffrey Zients
Coronavirus Response Coordinator
The White House
Washington, DC  20500

February 25, 2022

Dear Mr. Zients:

We, the undersigned organizations representing the American travel and tourism business community, are grateful for the Biden Administration's continued leadership in the fight against COVID-19. With declining hospitalization rates, increased immunity, widely available vaccines and cutting-edge treatments on the horizon, America is reaching an inflection point where endemic-focused policies can replace pandemic-driven restrictions. As leading U.S. travel and business organizations, we respectfully urge the Administration to chart a clear course for replacing pandemic-era travel advisories, requirements and restrictions with endemic-focused policies of a "new normal" that enable travel to resume fully, freely and safely.

Throughout the pandemic, many of us have strongly supported federal policies to combat COVID-19 and keep travel moving, including a vaccine requirement to restart international travel and the federal mask mandate. Travel businesses also implemented a layered approach to public health and safety that aligned with or exceeded guidance from the Centers for Disease Control and Prevention (CDC).

Unfortunately, many of these same policies also came with the devastating—although, at the time, necessary—consequences of severely limiting and discouraging travel. In 2021, as many other sectors of the economy reached a full recovery:

- Business travel spending was approximately 50% below 2019 levels; and
- International travel spending was down a staggering 78% compared to 2019.

Given travel's slow economic recovery, and in light of the improved public health metrics in the U.S. and medical advancements to prevent the worst outcomes of COVID-19, we encourage the Administration to immediately remove travel requirements that no longer fit with the current environment and to set clear timelines and metrics for when others will be lifted.

For example, we strongly encourage the Biden Administration to immediately repeal the pre-departure testing requirement for vaccinated inbound international air travelers. This would accelerate the return of international travel to and from the U.S. without increasing the spread of COVID-19. For other travel protocols, such as the federal mask mandate for public transportation and the vaccination requirement for inbound international travel, it is time to set clear timetables and metrics for when these pandemic-focused travel requirements can be lifted.

Please find attached a list of federal travel advisories, requirements and restrictions that we believe should be reevaluated, updated or removed. Of course, reasonable and effective risk-based policies can be reinstated at any time if new variants of concern emerge or if the public health situation deteriorates. However, we believe it is time for the Administration to begin leading the country toward a new normal for travel and on a faster road to a full economic recovery.

Sincerely,

Airlines for America
American Hotel & Lodging Association
U.S. Chamber of Commerce
U.S. Travel Association

1

## RECOMMENDATIONS FOR A PATHWAY TO THE NEW NORMAL:

- **Remove the pre-departure testing requirement for all fully vaccinated inbound international arrivals.** Because of the pervasiveness of the omicron variant, increased immunity and higher vaccination in the U.S., the pre-departure testing requirement can be eliminated for fully vaccinated individuals without increasing the spread of COVID-19. Removing the pre-departure testing requirement will incentivize vaccination, increase demand for international travel to and from the U.S., and better align passenger aviation entry requirements with those at U.S. land border points of entry and other major travel-trade partners abroad (e.g., the United Kingdom and European Union).

- **By March 18, repeal the Federal mask mandate for public transportation or provide a clear roadmap to remove the mask mandate within 90 days.** The federal mask mandate for transportation networks is set to expire on March 18. The Administration should use this date as a decision point for either repealing this mandate or announcing a plan and timeline to repeal the federal mask mandate within the subsequent 90 days. Airplanes are already equipped with advanced air filtration systems, and airports have made large investments in air filtration, sanitation and layouts. COVID-19 hospitalization rates have decreased significantly and the mask mandate should be lifted to reflect the improved public health environment.

- **End "avoid travel" advisories and the use of travel bans.** The CDC should ensure that Americans are not dissuaded from traveling to any place with COVID-19 case rates that are equal to, or less than, the case rates prevailing in the U.S. As conditions continue to improve, the CDC should end all "avoid travel" advisories for vaccinated individuals. In the future, the Biden Administration should avoid the use of travel bans from specific countries, which are not recommended by the World Health Organization (WHO) and have proven to be an ineffective means of preventing the spread of COVID-19.

- **Work with other countries to normalize travel conditions and entry requirements.** As the pandemic abates and the Administration works to ease domestic and international travel requirements, it should encourage other nations to do the same and ensure that Americans are afforded the same travel privileges to other nations that their citizens have in the U.S. This should include an effort to align entry protocols with countries representing the top 20 inbound travel markets for the U.S., which include the United Kingdom and several nations in the European Union, as well as a coordinated effort within the State Department to resume routine visa processing in those aforementioned inbound travel markets. This will not only help avoid a confusing patchwork of different vaccination, testing and entry requirements across the globe, but it will also help the U.S. economy achieve the full recovery that it has been searching for since the pandemic's beginning.

- **By June 1, develop benchmarks and timelines for a pathway to the new normal that repeals pandemic-focused travel restrictions.** As COVID-19 and its variants become no more deadly than many other illnesses which are not closely monitored—or for which there are no travel implications—all remaining restrictions, including international vaccine and testing mandates, as well as any remaining mask mandates, should be removed. We strongly encourage the Administration to chart a path to the new normal and announce a plan to replace pandemic-focused travel restrictions with more permanent travel policies.

- **Send a clear message to the American public and the world that it is safe to travel again, particularly for vaccinated individuals.** Nations around the world are delivering public messages from high-level government officials and investing in travel promotion campaigns to encourage the resumption of domestic and international travel. Since the start of the pandemic, the federal government's advisories, policies and public messaging have focused on discouraging or actively restricting domestic and international travel. It is time for high-level officials within the Administration to publicly encourage travel to and within the U.S. Doing so would send a clear message to U.S. businesses, trading partners and travelers alike that America is once again open for business.

Plaintiffs' Exhibit 33



# Airline Passenger Rights: The Federal Role in Aviation Consumer Protection

**Rachel Y. Tang**
Analyst in Transportation and Industry

August 17, 2016

**Congressional Research Service**

7-5700
www.crs.gov
R43078

# Summary

The 1978 deregulation of the airline industry in the United States eliminated federal control over many airline business practices, including pricing and domestic route selection. However, the federal government continues to legislate and enforce certain consumer protections for airline passengers. Congress largely determines the degree to which the rights of airline passengers are codified in law or developed through regulatory rulemaking.

The House Committee on Transportation and Infrastructure and the Senate Committee on Commerce, Science, and Transportation are the primary congressional committees of jurisdiction over airline passenger rights. Congress can authorize or require the U.S. Department of Transportation (DOT) to enact rules on certain issues, and it can enact requirements for airlines through direct legislation. In specific cases, DOT may take enforcement actions against air carriers that violate consumer protection rules.

Most of DOT's consumer rules are based on 49 U.S.C. §41712, which directs it to "protect consumers from unfair or deceptive practices." Some are based on DOT's authority to require air carriers in interstate transportation to provide "safe and adequate service" (49 U.S.C. §41702). The interpretation of the phrase "unfair or deceptive" can significantly affect the scope of DOT's enforcement authority.

In December 2009, DOT issued a comprehensive final rule, "Enhancing Airline Passenger Protections," that expanded regulatory protections for aviation consumers. The rule established procedures related to extended ground delays involving aircraft with passengers aboard, required air carriers to address chronically delayed flights, and mandated more information disclosure to consumers. In April 2011, DOT completed a further rulemaking that strengthened the rights of air travelers in the event of oversales, flight cancellations, and delays. The rule also required consumer access to accurate and adequate information when selecting flights, and improvements in agency responsiveness to customer complaints. A key provision of the 2011 rules, requiring airlines to prominently disclose to the consumer the total cost of a flight, including all government and airline taxes and fees, was upheld in the federal courts.

The FAA Extension, Safety, and Security Act of 2016 (P.L. 114-190), signed into law by the President on July 15, 2016, included a few provisions regarding the rights of airline passengers and created a firmer statutory basis for certain rules already adopted by DOT. However, the legislation did not address a number of consumer-related subjects, including disclosure of code-share arrangements on domestic flights, compensation of passengers "bumped" from oversold flights, and disclosure of ancillary fees. Proposals to overturn a DOT policy requiring that airline and travel websites give most prominent display to the total cost of a flight, including taxes and fees, were not included in the act. Such action would have allowed airlines to advertise base airfares, even though consumers would not be able to purchase transportation at those prices.

# Contents

Introduction .................................................................................................................................... 1

Three Levels of Airline Passenger Protection ................................................................................ 1

    The Role of Congress................................................................................................................. 1

    The Role of the U.S. Department of Transportation (DOT) ...................................................... 2

        DOT Regulatory Authority ................................................................................................. 2

        DOT Enforcement Authority ............................................................................................... 3

    Airline Deregulation and Contracts of Carriage........................................................................ 4

Major Passenger Air Service Provisions in 2016 FAA Reauthorization ........................................ 5

    Training Policies Regarding Assistance for Persons with Disabilities....................................... 5

    Air Travel Accessibility.............................................................................................................. 5

    Refunds for Delayed Baggage .................................................................................................. 6

    Tarmac Delays............................................................................................................................ 6

    Family Seating ........................................................................................................................... 6

    Advisory Committee for Aviation Consumer Protection ........................................................... 6

Consumer Complaints to DOT ...................................................................................................... 7

DOT Regulatory Actions ............................................................................................................... 8

Ongoing Airline Passenger Consumer Issues .............................................................................. 10

    Code-Share Agreements........................................................................................................... 10

    Oversale/Overbooking .............................................................................................................11

    Ancillary Fees and Disclosure of Full Fares ...........................................................................11

## Figures

Figure 1. Number of Airline Consumer Complaints Filed with DOT........................................... 7

## Contacts

Author Contact Information ......................................................................................................... 12

# Introduction

The deregulation of the airline industry in the United States in 1978 eliminated governmental control over most business practices of airlines. However, the federal government continues to regulate certain practices for the protection of the airlines' customers, in addition to its long-standing role in overseeing air safety.

Congressional interest in the rights of airline passengers became intense between 2007 and 2009, when a series of delays stranded passengers aboard airplanes at U.S. airports for 10 hours or longer. Since then, Congress has strengthened passengers' rights under federal law, and many Members of Congress have continued to follow aviation consumer issues closely.

This report examines aviation consumer protections in the post-deregulation era. It explains the roles of Congress and the U.S. Department of Transportation (DOT) in protecting airline consumers, and discusses some major passenger rights issues and related laws and regulations.

# Three Levels of Airline Passenger Protection

The rights of domestic airline passengers are set forth at three different levels: in federal laws, in regulations, and in the airlines' own policies. Congress, under its constitutional power to "regulate Commerce with foreign Nations, and among the several States,"[1] has authority over airline passengers' rights. State and local governments are generally preempted by law from regulating "price, route, or service of an air carrier."[2]

## The Role of Congress

By and large, the rights of airline passengers are defined by Congress. Congress determines the extent to which airline consumer rights are codified in law, authorizes federal agencies to enforce those rights, and directs or authorizes federal agencies to define and enforce passenger rights that are not specifically enumerated in legislation. The House Committee on Transportation and Infrastructure and the Senate Committee on Commerce, Science, and Transportation are the primary congressional committees of jurisdiction, and exercise routine oversight over DOT, the principal department responsible for executing and enforcing airline passenger rights laws. In many cases, Members of Congress become aware of passenger rights issues by receiving complaints from constituents, and congressional office staff members are often called upon to advise constituents about their rights as air passengers, to provide guidance on filing complaints with DOT, and to communicate with DOT about constituent concerns.

The controversy surrounding tarmac delays illustrates the ways in which Congress exercises its oversight authority. Between 2007 and 2009, hundreds of incidents occurred in which passengers were held aboard planes that had either departed airport gates but were not allowed to take off or had landed but were not allowed to disembark passengers. These incidents were extensively reported in the news media, and congressional offices received numerous complaints from

---

[1] U.S. Constitution, Article I, Section 8.

[2] 49 U.S.C. §41713(b) (1). Consumers may sue airlines for damages or breach of contract in a state or local court, but state or local consumer protection laws generally do not apply to air carriers. In one recent case, a federal court dismissed a lawsuit filed in a New York state court by passengers who claimed to have been stranded for more than seven hours aboard JetBlue flights on October 29, 2011, under "inhumane and intolerable" conditions. The court ruled that all the claims were preempted by federal law. *Joseph v. JetBlue*, No. 5:11-CV-1387 (TJM/ATB), April 11, 2012.

constituents who had been aboard planes that were unable to provide passengers with drinking water or on which lavatories stopped functioning. Congressional hearings ensued in 2009.[3] In the wake of this attention, DOT issued rules on tarmac delays in 2010. Language on this subject, providing a firmer statutory footing for the federal rules that had already entered into effect, was incorporated into the FAA Modernization and Reform Act of 2012 (P.L. 112-95). The 2016 FAA reauthorization incorporated language that defined excessive tarmac delays, but also altered how the tarmac delay threshold is measured, which could afford airlines more leeway in dealing with delayed flights.

Some Members of Congress also have expressed concern about issues related to flight schedules, aircraft capacity, and frequency of service. Although these matters are no longer subject to federal regulation, they are often raised in the context of business dealings between air carriers that do require federal approval, such as mergers and code-share arrangements. For example, the proposed merger between American Airlines and US Airways led to objections that the combination would reduce competition and limit consumer choices. These concerns were expressed by some Members of Congress and witnesses during congressional hearings in February and March 2013,[4] before completion of the merger in December 2013 and the final court approval of a settlement between the airlines and the U.S. Department of Justice Antitrust Division was granted in April 2014.

## The Role of the U.S. Department of Transportation (DOT)

### DOT Regulatory Authority

DOT is responsible for executing and enforcing airline consumer rights laws established by Congress. It may also develop regulations based on more general statutory authority, giving it broad powers to prescribe regulations, standards, and procedures related to air travel.[5] More specifically, DOT has authority "under 49 U.S.C. Section 41712, in concert with 49 U.S.C. Sections 40101(a)(4), 40101(a)(9), and 41702 to protect consumers from unfair or deceptive practices and to ensure safe and adequate service in air transportation."[6] DOT's authority in this

---

[3] Congressional Testimony, Airline Delays and Consumer Issues; Committee: House Transportation and Infrastructure; Subcommittee: Aviation, May 20, 2009; Bill McGee, "Passenger rights debate on glide path to Congress," *USA Today*, September 30, 2009.

[4] House Committee on the Judiciary, Subcommittee on Regulatory Reform, Commercial, and Antitrust Law, hearing on "Competition and Bankruptcy in the Airline Industry: The Proposed Merger of American Airlines and US Airways," February 26, 2013; Senate Judiciary Committee, Subcommittee on Antitrust, Competition Policy, and Consumer Rights, hearing on "The American Airlines/US Airways Merger: Consolidation, Competition, and Consumers," March 19, 2013.

[5] 49 U.S.C. §40113.

[6] Department of Transportation, "Enhancing Airline Passenger Protections," 74 *Federal Register* 68982-69004, December 30, 2009. DOT may also issue passenger protection rules governing international flights to and from the United States, depending on practicality and within the bounds of international agreements and treaties. Liability issues, such as compensation for lost baggage and passenger injury on international flights, are generally covered by international agreements ratified by the United States, notably the Montreal Convention of 1999, rather than by U.S. laws or regulations. Itineraries between certain countries may be subject to the older Warsaw Convention. DOT consumer-protection regulations may not apply to flights between foreign points undertaken by U.S. carriers' code-share partners, even if the flight carries a U.S. airline's flight number. For example, a United Airlines passenger traveling from Newark, NJ, to Istanbul, Turkey, might be booked from Newark to Munich, Germany, aboard a United flight, and then from Munich to Istanbul aboard a flight operated with a United flight number by Lufthansa, a German carrier. In such a case, the flight between Munich and Istanbul would not be subject to U.S. regulations concerning tarmac delays, overbooking, and other consumer matters.

area is exercised by the Office of the Secretary, not by the Federal Aviation Administration (FAA), which is responsible for aviation safety. DOT does not have authority over matters related to aviation security and airport security screening, which are administered by the Transportation Security Administration (TSA), an agency of the Department of Homeland Security.

DOT's statutory authority is generally used as the basis for rulemaking. Occasionally, it is also used in direct enforcement actions. Most of DOT's consumer rules are based on the "unfair or deceptive practices" provision, with a few based on the "ensure safe and adequate service" provision. The definition and interpretation of the phrase "unfair or deceptive practices" can significantly affect the scope of DOT's rulemaking and enforcement authorities.

Separately, DOT enforces regulations to ensure that individuals with disabilities have nondiscriminatory access to the air transportation system, and that airlines do not subject passengers to unlawful discrimination on the basis of race, gender, religion, or national origin.[7]

The DOT Aviation Consumer Protection Division's booklet *Fly-Rights: A Consumer Guide to Air Travel* is published online. It covers a wide array of topics, from flight delays and cancellations to travel scams. It also provides information about DOT rules on consumer complaints.[8]

## DOT Enforcement Authority

The Office of the Assistant General Counsel for Aviation Enforcement and Proceedings in DOT (OAEP), including its Aviation Consumer Protection Division, monitors airline compliance, investigates reported violations of DOT regulations, and enforces rules and regulations. It may negotiate consent orders with air carriers and fine violators. In 2015, DOT issued 15 consent orders related to aviation consumer rule violations and assessed $2,435,000 in civil penalties.

OAEP considers a number of factors in determining the civil penalty it would seek in an enforcement proceeding, such as the harm caused by the violations, the alleged violator's compliance disposition, the alleged violator's financial condition and ability to pay, how long the violations continued, and the strength of the case.[9] Currently, air carriers are subject to a maximum civil penalty of $32,140 per violation, under 49 U.S.C. §46301 and 14 C.F.R. §383. Small businesses[10] or individuals are subject to a maximum penalty of $1,414. Notwithstanding this limit, small businesses and individuals are subject to higher maximum penalties for discrimination ($12,856 per violation) and for engaging in unfair or deceptive practices ($3,214 per violation).[11]

OAEP may look into possible violations based on complaints from individuals, groups, other government agencies, or its own staff members' observations and research. Usually, its first action is to send a letter to the air carrier, setting forth the complaint or issues involved and requesting a response. This gives the air carrier a chance to look into the matter and to resolve the complaint, deny the complaint, or provide an explanation. This may be the end of the process, but

---

[7] 14 C.F.R. §382.

[8] http://www.dot.gov/airconsumer/fly-rights.

[9] Office of Aviation Enforcement and Proceedings, DOT, "Answers to Frequently Asked Questions Concerning the Enforcement of the Final Rule on Enhancing Airline Passenger Protections," April 28, 2010, p. 2.

[10] A domestic or foreign air carrier is a small business if it provides air transportation only with small aircraft (i.e., aircraft with up to 60 seats/18,000-pound payload capacity). See 14 C.F.R. 399.73 Definition of small business for Regulatory Flexibility Act.

[11] 14 C.F.R. §383.2 (b). The penalty amounts were adjusted August 10, 2016; see *Federal Register*, Vol. 81, No. 154, pp. 52763-52766.

OAEP may issue a warning letter if it concludes violations occurred but were inadvertent or minor.

If OAEP believes enforcement action is appropriate, it would seek a civil penalty and consent order. A consent order typically relates the facts of the case to law and regulation, sets forth the penalty the violator has agreed to pay, and incorporates language ordering the air carrier to cease and desist from further violations. If the air carrier refuses to settle, the case may go to an enforcement hearing before a DOT administrative law judge.[12] DOT also may request injunctive relief from a federal district court, although this is unusual.

## Airline Deregulation and Contracts of Carriage

The third source of airline passengers' rights is each air carrier's "Contract of Carriage," the legal agreement between an airline and its ticket holders. Contracts of carriage typically define the rights, duties, and liabilities of parties to the contract. For example, United Airlines' contract of carriage lists 30 rules, covering matters from reservations and ticketing to cancellation and refund policies to medical ground transfer services.[13]

Before the age of electronic tickets, contracts of carriage were usually evidenced by standard terms and conditions printed on the reverse of paper tickets. Now, they are often available for download via airlines' websites or at an airline's ticketing facilities. Passengers may take legal action in federal courts based on the contracts.

Contracts of carriage replace the pre-deregulation-era-rules "tariffs" that were subject to approval by the Civil Aeronautics Board (CAB).[14] The CAB could take action against an air carrier that violated its approved tariffs. Since the economic deregulation of the domestic airline industry in 1978, the federal government no longer has control over airlines' prices or routes, and contracts of carriage are not subject to federal review or approval. However, a contract of carriage that conflicts with federal laws or regulations may not be enforceable by the airline.

With respect to passenger rights, the deregulated environment differs from the former regulated environment in two major ways. First, under regulation, the CAB had authority to approve carriers' proposed fares and even to set fares itself. The airlines' profitability was protected by this price setting and by barriers to the entry of new competitors. Airlines, for the most part, competed on service and frequency rather than price. Since deregulation, and especially with the advent of low-cost carriers, the primary means of competition has become price, not service.

In recent years airlines have "unbundled" their offerings, charging separately for services that once were included in the price of a ticket. Among these charges are fees for checked baggage, early/priority boarding, and seat change on a flight. Such ancillary fees have become major causes of consumer complaints.

Second, because the CAB used a cost-plus basis for approving fares, airlines could afford to maintain a significant amount of extra capacity, which made it relatively simple for them to deal with problems arising from flight delays or cancellations. Carriers' treatment of passengers booked on delayed or canceled flights is now a major cause of complaints (see **Text Box**).

---

[12] This is a simplified description of the process. Underlying this process is usually an ongoing process of negotiation between OAEP and the air carriers and OAEP and the complainants.

[13] https://www.united.com/web/format/pdf/Contract_of_Carriage.pdf, viewed on August 3, 2016.

[14] Pursuant to the Airline Deregulation Act of 1978, the CAB ceased operations on December 31, 1984.

---

### Clarification of "Rule 240" and Rerouting of Stranded Passengers

During the era of regulation, Tariff Rule 240 was the number commonly used in air carrier tariffs that stated the airline's rules on rerouting of passengers when a flight was canceled or delayed. Since airfares and routes were then regulated, airlines generally had comparable price structures. This made it easier for them to enter and/or honor interline agreements for rerouting passengers at times of service disruption. Although Tariff Rule 240 has often been referred to in the press as a "federal rule,"[15] it was not. Each airline's version of Tariff Rule 240 was written by the carrier itself, although it was subject to CAB approval.

Today, competing airlines' fares on a given route may differ, and the fares paid by passengers on any single plane may vary widely, depending upon the date of purchase, the passenger's ability to change flights without penalty, and other factors. Although some airlines maintain interline agreements with other carriers allowing passenger rebooking in the event of cancellation or delay, others, particularly "low-cost" carriers, may not have such agreements. An airline that cancels a flight may be unable to rebook its passengers aboard another carrier without significant costs, which it may be unwilling to incur.

Additionally, in a deregulated environment in which profitability is not guaranteed, market forces have led many airlines to reduce the number of seats they offer to improve load factors. According to DOT's Bureau of Transportation Statistics (BTS), air carriers' average load factor on domestic flights in 2015 was nearly 85%, meaning that many flights operated at or near capacity. The lack of spare capacity can make it difficult for carriers to accommodate passengers in the event of flight disruptions. Consequently, today's airline contracts of carriage are less likely to provide for rerouting of passengers on competing airlines' flights than was the case prior to deregulation.

# Major Passenger Air Service Provisions in 2016 FAA Reauthorization

The FAA Extension, Safety, and Security Act of 2016 (P.L. 114-190), signed into law on July 15, 2016, included a few provisions relating to passenger rights.[16] Some of the passenger-rights provisions put forth during the debate over FAA reauthorization were not included in the final bill, as similar protections had meanwhile been implemented through the DOT rulemaking process. Relevant passenger-rights provisions of P.L. 114-190 are summarized below.

## Training Policies Regarding Assistance for Persons with Disabilities

Section 2107 requires the Government Accountability Office to submit a report to Congress assessing air carrier personnel and contractor training programs regarding assistance to persons with disabilities, as well as reporting instances since 2005 in which DOT has requested an air carrier to take corrective action following a review of its training programs.

Section 2107 also requires DOT to disseminate to air carriers such best practices as it deems necessary to improve the reviewed training programs.

## Air Travel Accessibility

Section 2108 requires DOT, no later than one year from enactment of the law, to issue a supplemental notice of proposed rulemaking regarding accessibility-related matters such as pressurized oxygen in a tank, transport of service animals, and provision of accessible lavatories.

---

[15] *Wall Street Journal*, "Passenger Rights? What Passenger Rights?," March 28, 2013.

[16] P.L. 112-95, Title IV Air Service Improvements, Subtitle A—Passenger Air Service Improvements.

## Refunds for Delayed Baggage

Section 2305 requires DOT to issue a final rule requiring domestic and foreign airlines to provide a refund of a checked-bag fee if a bag is delayed 12 hours or longer on a domestic flight or 15 hours on an international flight.

The provision provides DOT latitude to expand the aforementioned window (up to 18 hours for domestic flights and up to 30 hours for international flights), if the Secretary decides that a shorter time frame is not feasible or would adversely affect consumers in certain cases.

## Tarmac Delays

Section 2308 amends 49 U.S.C. §42301, which addresses airline tarmac delays. It specifies that "excessive tarmac delay" means a delay that lasts more than three hours for an interstate flight or more than four hours for an international flight. The section directs DOT to issue regulations to implement the statute.

Language in Section 2308(a) alters how excessive tarmac delays are defined. Under existing DOT regulations (14 C.F.R. §259.4), excessive delay is measured from the time that passengers last have an opportunity to deplane, which could be well before an aircraft actually departs the gate to the point at which the air carrier permits passengers to deplane in the event of delay. The statutory change requires that delay be measured from the time the main aircraft door is closed in preparation for departure to the point at which the air carrier "shall begin to return the aircraft to a suitable disembarkation point." Depending upon the length of time required to move the aircraft from its position during the delay to a disembarkation point such as a gate at the terminal, the actual amount of delay permitted before passengers are allowed to disembark may be significantly greater than under the previous regulations.

In addition, the new legislation does not specify the maximum time an air carrier has to complete the deplaning of passengers after returning to a disembarkation point. This may require a change in the existing DOT rule, which simply requires that passengers be given the opportunity to deplane no later than the three-hour or four-hour point in a tarmac delay.

## Family Seating

Section 2309 requires DOT to review and, if appropriate, to establish a policy directing airlines to establish policies that would enable a child who is age 13 or under to be seated adjacent to an accompanying family member over age 13 "to the maximum extent practicable" at no additional cost.

This requirement would not apply when assignment to an adjacent seat would require an upgrade to another cabin class or a seat with extra legroom or seat pitch for which additional payment is normally required.

## Advisory Committee for Aviation Consumer Protection

Section 1102(j) extends the Advisory Committee for Aviation Consumer Protection through FY2017. This advisory committee was established by the Secretary of Transportation in 2012, fulfilling the requirement in the 2012 FAA reauthorization to establish a four-member committee

for aviation consumer protection to advise the Secretary in carrying out passenger service improvements.[17]

# Consumer Complaints to DOT

Despite the fact that the 15 largest U.S. airlines' on-time arrival rate was nearly 80% in calendar year 2015, flight delays and cancellations continue to be a prevalent passenger complaint to DOT. In 2015, there were about 6,433 such complaints in total, accounting for nearly 32% of all complaints.[18] Mishandled baggage, problems with reservations, ticketing, and boarding, customer service, and refunds are also among the most frequent complaints (see **Figure 1**).

### Figure 1. Number of Airline Consumer Complaints Filed with DOT

2014-2015



**Source:** U.S. Department of Transportation, Air Travel Consumer Report (February 2016), p. 43.

**Note:** "Other" includes complaints regarding frequent flyer programs, smoking, cargo problems, airport facilities, security, etc.

While DOT continues to receive many complaints about mishandled baggage, improved tracking systems have helped U.S. air carriers reduce the proportion of bags that are lost or sent to the wrong destinations. In 2015, the U.S. carriers reported 4.04 mishandled bags per 1,000

---

[17] See http://www.gpo.gov/fdsys/pkg/FR-2012-06-13/html/2012-14456.htm.

[18] Flight-related problems are predominantly delays and cancellations, but also include any other deviations from schedule.

passengers, which was among the lowest annual rates of mishandled baggage since DOT first collected data on the subject in 1987.[19]

---

### How DOT Handles Aviation Consumer Complaints

When DOT receives a consumer complaint about an airline, it sends a copy to the airline and asks it to reply directly to the customer. If it is a complaint about a subject covered by DOT rules, DOT requires the airline to send DOT a copy of its response to the consumer, which DOT may evaluate to determine if the reply complies with DOT rules. A pattern of violations of a rule as reflected in complaints can lead to enforcement action. Even where no rule applies, if DOT determines an airline's practice, as reflected in complaints, to be deceptive, it may conduct an investigation, initiate a rulemaking, or commence enforcement action. This possibility gives airlines an incentive to monitor complaints made to DOT.

On the other hand, airlines often receive complaints directly from customers. The number of consumer complaints submitted directly to the air carriers is believed to be much higher than the number filed with DOT. However, airlines are not required by law to report consumer complaints to DOT, except those related to treatment of disabled passengers. The Air Carrier Access Act (49 U.S.C. §41705) prohibits discriminatory treatment of persons with disabilities in air transportation. The Wendell H. Ford Aviation Investment and Reform Act for the 21st Century (P.L. 106-181) requires the Secretary of Transportation to "regularly review all complaints received by air carriers alleging discrimination on the basis of disability" and "report annually to Congress on the results of such review."

DOT's annual reports to Congress on disability-related air travel complaints are available on its website: http://www.transportation.gov/airconsumer/annual-report-disability-related-air-travel-complaints. In 2014, a total of 27,556 such disability-related complaints were submitted to DOT by airlines, of which 24,044 came from U.S. carriers.[20]

---

# DOT Regulatory Actions

Airline flight delays and cancellations were addressed in a final rule issued in December 2009 by DOT, "Enhancing Airline Passenger Protections."[21] The rule expanded on previous regulations to address tarmac delays and chronically delayed flights and to require greater information disclosure to consumers. While language in the FAA Extension, Safety, and Security Act of 2016 (P.L. 114-190) alters how tarmac delays are measured, the rest of the tarmac delay rule is unaffected by the statutory change.

The existing rule requires large U.S. carriers to provide assurance that they will not permit an aircraft to remain on the tarmac for more than three hours without providing passengers an opportunity to deplane. An air carrier's failure to comply subjects the carrier to civil penalties of up to $32,140 per passenger.[22] This final rule contains the following mandates:

- Each air carrier is required to develop and implement a contingency plan for lengthy tarmac delays.

- Each contingency plan must include an assurance that, for domestic flights, the air carrier will not allow a tarmac delay to exceed three hours unless the pilot-in-

---

[19] Data pertain to all U.S. airlines with at least 1% of total domestic scheduled-service passenger revenues, as determined by DOT's Bureau of Transportation Statistics (BTS). More information on rules, guidance, and other related issues regarding aviation baggage can be found on the DOT website: http://www.dot.gov/airconsumer/baggage. The lowest annual rate of mishandled baggage since 1987 was the 2012 rate of 3.09 mishandled bags per 1,000 passengers. In 2015, the rate of mishandled baggage was 4.04 mishandled bags per 1,000 passengers. See U.S. Department of Transportation, Air Travel Consumer Report (February 2016), p. 30.

[20] https://www.transportation.gov/airconsumer/2014-disability-related-complaints-overview.

[21] http://www.dot.gov/airconsumer/final-rule-enhancing-airline-passenger-protections.

[22] Ibid.

command determines there is a safety-related or security-related impediment to deplaning passengers, or unless air traffic control has advised the pilot-in-command that deplaning would significantly disrupt airport operations. The plan must include assurance that adequate food and water will be provided within two hours after the aircraft leaves the gate, as well as assurance of operable lavatory facilities and adequate medical attention.

- For international flights, air carriers must commit to a set number of on-tarmac hours to be determined by air carrier and set forth in its plan.[23]

The tarmac delay rule took effect for domestic flights in April 2010. There has been a significant reduction in lengthy tarmac delays since the rule was published. In 2014, airlines reported the lowest number of tarmac delays longer than three hours on record—30 domestic flights with tarmac delays longer than three hours and nine international flights with tarmac delays longer than four hours at U.S. airports.[24]

- The rule issued in December 2009 also contained several other consumer protection provisions: Air carriers must display flight delay information for each domestic flight they operate on their websites and designate employees to monitor the impacts of flight delays and cancellations, respond to consumer complaints, and tell consumers where and how to file complaints.
- Air carriers are prohibited from applying changes to their contracts of carriage retroactively.
- Under the rule, any chronically delayed flight[25] scheduled by an air carrier is considered an unfair and deceptive practice and an unfair method of competition within the meaning of 40 U.S.C. §41712.

On April 25, 2011, DOT issued a further rulemaking to strengthen the rights of air travelers in the event of oversales, flight cancellations, and delays; to ensure consumers have accurate and adequate information when selecting flights; and to improve responsiveness to customer complaints.[26] These rules, fully effective January 26, 2012, include the following:

- Baggage fees must be reimbursed for lost bags;
- Additional fees must be prominently disclosed on airline websites; and
- The ban on excessive tarmac delay is expanded to foreign airlines' operations at U.S. airports, with a four-hour limit on international flights.

---

[23] A year later, the ban on lengthy tarmac delays was expanded to foreign airlines' operations at U.S. airports, with a limit of four-hour delay set for international flights.

[24] DOT press release DOT 13-15, February 10, 2015. See http://www.rita.dot.gov/bts/press_releases/dot013_15. However, critics have argued that the rule may have caused more cancellations by air carriers, as cancelling a flight eliminates the risk that it might be delayed extensively after boarding.

[25] A chronically delayed flight is defined as any domestic flight that is operated at least 10 times a month, and arrives more than 30 minutes late (including canceled flights) more than 50% of the time during that month (http://www.gpo.gov/fdsys/pkg/CFR-2012-title14-vol4/pdf/CFR-2012-title14-vol4-sec399-81.pdf).

[26] http://www.dot.gov/airconsumer/rule-two-amendment-concerning-baggage-and-other-consumer-issues-pdf.

# Ongoing Airline Passenger Consumer Issues

## Code-Share Agreements[27]

Over the past few decades, large U.S. carriers (also known as mainline carriers) have increasingly moved to joint marketing agreements, known as "code-share agreements." In domestic code-share agreements, mainline carriers, such as Delta and American Airlines, purchase seat capacity from regional airlines or contract for the services of regional carriers to fly passengers to their hub airports. Such agreements often allow a regional carrier to (1) use the mainline carrier's airline designator code to identify flights and fares in computer reservation systems; (2) use the mainline carrier's brand—for example, logos and uniforms; and (3) participate in joint promotion and advertising activities.

It is also common for major U.S. carriers to establish international alliances with foreign carriers, which almost always include a code-share component, although in international code-share agreements there is no distinctive large or mainline carrier. The DOT code-share disclosure rule (14 C.F.R. §257) applies equally to domestic and international air transportation to and from the United States. It requires that U.S. airlines and foreign air carriers that participate in code-share agreements or long-term "wet leases" tell consumers clearly when the air transportation involves such an agreement, and that they disclose the transporting carrier's identity.[28]

DOT does not review most domestic code-share agreements,[29] but does require ticket sellers to disclose which airline is operating the flight prior to booking to ensure consumer transparency.[30] However, some confusion still appears to exist among passengers because airlines, travel agencies, and advertisers may disclose this information differently. In some cases, the name of the operating carrier may not be displayed prominently. Also, some regional carriers have code-share agreements with multiple mainline carriers and use different "doing business as" names when operating on different domestic routes.[31]

---

[27] More information on disclosure of code-share air service can be found on the DOT website, http://www.dot.gov/airconsumer/notice-codeshare.

[28] 14 C.F.R. §257.3 (e); long-term wet lease means a lease by which the lessor provides both an aircraft and crew dedicated to a particular route(s) for more than 60 days or is part of a series of such leases that amounts to a continuing arrangement lasting more than 60 days.

[29] Under 49 U.S.C. §41720, DOT's Office of the Secretary (OST) must review any agreement "between two or more major air carriers that affects more than 15 percent of the total number of available seat miles offered by the major air carriers." OST is required to assess the potential economic impact on competition of domestic code-share agreements between major carriers. An international code-share agreement, on the other hand, needs DOT approval. For more information, see https://www.transportation.gov/policy/aviation-policy/competition-data-analysis/alliance-codeshares.

[30] In 2011, DOT added a new subsection (c) to 49 U.S.C. §41712 that specifically requires airlines and ticket agents to disclose in any oral, written, or electronic communication to the public, prior to a ticket sale, the name of the carrier providing the service of each segment of a passenger's itinerary. In addition, the amendment explicitly requires that on websites, disclosure must be made "on the first display of the Web site following a search of a requested itinerary in a format that is easily visible to a viewer." Office of the Secretary, DOT, "Guidance on Disclosure of Code-Share Service Under Recent Amendments to 49 U.S.C. §41712," January 14, 2011 (http://www.dot.gov/airconsumer/notice-codeshare).

[31] Office of Inspector General, U.S. Department of Transportation, "Growth of Domestic Airline Code Sharing Warrants Increased Attention," report AV-2013-045, February 14, 2013, p. 4.

## Oversale/Overbooking[32]

Most airlines overbook their scheduled flights to a certain degree to compensate for "no-shows." Such oversale or overbooking is not illegal. When a flight is oversold, DOT requires airlines to ask passengers to give up their seats voluntarily (voluntary bumping), in exchange for compensation, before bumping anyone involuntarily.

A DOT rule (14 C.F.R. §250) requires airlines to properly inform and compensate passengers who are bumped involuntarily. Air carriers are required to establish and disclose boarding priority rules and criteria for determining which passengers shall be denied boarding on an oversold flight. Boarding priority criteria may include factors such as a passenger's time of check-in, the fare paid, and passenger's frequent flyer status.[33]

In April 2011, DOT issued an amended final rule to address issues regarding denied boarding or involuntary bumping compensation, especially inadequate denied boarding compensation to passengers. The amendment increased denied boarding compensation rates and dollar limits, with dollar limits subject to inflation-related adjustment every two years. When a passenger is bumped involuntarily and the airline arranges substitute transportation that is scheduled to reach the passenger's final destination within one hour of the original arrival time, no compensation is required. However, if the scheduled arrival time via substitute transportation[34] is more than one hour later than the original arrival time, the following rules apply:

- If the substitute domestic transportation arranged by the airlines is scheduled to arrive between one and two hours later than the original arrival time, the airline must pay the passenger an amount equal to 200% of the one-way fare (including all taxes and mandatory fees), with a $675 maximum, effective August 25, 2015.[35] On international flights departing the United States, this limit applies when a bumped passenger is delayed up to four hours.

- If the substitute transportation is scheduled to arrive more than two hours later on domestic flights (four hours on international flights), or if the airline does not make any substitute transportation arrangements for the passenger, the compensation doubles to 400% of the one-way fare, with a $1,350 maximum, effective August 25, 2015.[36]

- An air carrier must refund any unused ancillary fees for optional services paid by a passenger if he or she was denied boarding, voluntarily or involuntarily.

## Ancillary Fees and Disclosure of Full Fares[37]

Many U.S. air carriers have held down ticket prices by advertising cheap base airfares and adding separate optional fees for services that traditionally have been included in the price of a ticket. These ancillary charges, including checked baggage fees, reservation cancellation or change fees,

---

[32] More information on oversales can be found at http://www.dot.gov/airconsumer/oversales.

[33] http://www.ecfr.gov/cgi-bin/text-idx?SID=54358562bcfe8b187765c7395f37bc33&mc=true&node=se14.4.250_13&rgn=div8.

[34] Substitute transportation may involve flights by the same or another carrier or transportation by train or bus.

[35] http://www.transportation.gov/sites/dot.gov/files/docs/Inflation_2015.pdf.

[36] Ibid.

[37] More information on this topic can be found on DOT websites, http://www.dot.gov/airconsumer/advertising and http://www.dot.gov/airconsumer/baggage-optional-fees.

seat selection fees, priority boarding fees, and charges for in-flight meals, are generating considerable revenue. In 2015, the U.S. passenger airline industry collected more than $3.8 billion in baggage fees[38] and over $3 billion in reservation cancellation/change fees.[39]

In order to make it easier for consumers to know how much they will have to pay for airline transportation and to ensure that airlines' fee-related practices are fair and transparent, the DOT rule issued in 2011 requires that an airline's most prominently advertised airfare must be the full cost of the ticket, with government taxes, mandatory fees, and optional surcharges included. For both domestic and international markets, carriers must disclose the full price to be paid, including government taxes and fees and any carrier surcharges, in their advertising, on their websites, and on the passenger's e-ticket confirmation. In addition, carriers must disclose all fees for optional services through a prominent link on their home pages, and must include information on e-ticket confirmations about the free baggage allowance and applicable fees for the first and second checked bags and carry-on bags. Airlines must refund charges for lost bags.

Spirit Airlines, Allegiant Air, and Southwest Airlines challenged in federal court that portion of DOT's April 2011 rule that requires airlines and ticket agents to most prominently display the total cost of a ticket, including taxes, when advertising airfares. In July 2012, the U.S. Court of Appeals for the Washington, DC, circuit rejected the airlines' contention that the rule violates their rights to engage in commercial and political speech and is an effort by the government to conceal taxes in airfares.[40] The airlines subsequently appealed to the U.S. Supreme Court, which, on April 1, 2013, refused to consider their challenge and left the rule intact.

On July 28, 2014, the House of Representatives passed the Transparent Airfares Act of 2014 (H.R. 4156, 113th Congress) by a voice vote. The bill would have allowed airlines' advertisements and websites to give greatest prominence to "base airfare," as long as they "clearly and separately" disclose government taxes and fees and the total cost of air transportation. While the bill would have enabled airlines to call greater attention to the many government taxes and fees on passenger aviation, it could have made price comparisons more difficult, as some advertisements or websites might have displayed the "base airfare" most prominently while others might have advertised the after-tax price. The Senate did not act on the legislation.

The FAA Extension, Safety, and Security Act of 2016 (P.L. 114-190), signed into law on July 15, 2016, did not address disclosure of ancillary fees.

# Author Contact Information

Rachel Y. Tang
Analyst in Transportation and Industry
rtang@crs.loc.gov, 7-7875

---

[38] ttp://www.rita.dot.gov/bts/sites/rita.dot.gov.bts/files/subject_areas/airline_information/baggage_fees/html/2015.html.

[39] http://www.rita.dot.gov/bts/sites/rita.dot.gov.bts/files/subject_areas/airline_information/reservation_cancellation_change_fees/html/2015.html.

[40] *Spirit Airlines v. U.S. DOT*, 402 U.S. App. D.C. 70, July 24, 2012.

 Centers for Disease Control and Prevention

Plaintiffs' Exhibit 34

# Order: Wearing of face masks while on conveyances and at transportation hubs

The Centers for Disease Control and Prevention (CDC) issued an Order ◼ [PDF – 11 pages] on January 29, 2021 requiring the wearing of masks by travelers to prevent spread of the virus that causes COVID-19. Conveyance operators must also require all persons onboard to wear masks when boarding, disembarking, and for the duration of travel. Operators of transportation hubs must require all persons to wear a mask when entering or on the premises of a transportation hub.

This Order must be followed by all passengers on public conveyances (e.g., airplanes, ships, ferries, trains, subways, buses, taxis, ride-shares) traveling into, within, or out of the United States as well as conveyance operators (e.g., crew, drivers, conductors, and other workers involved in the operation of conveyances) and operators of transportation hubs ( e.g., airports, bus or ferry terminals, train or subway stations, seaports, ports of entry) or any other area that provides transportation in the United States.

People must wear masks that cover both the mouth and nose when awaiting, boarding, traveling on, or disembarking public conveyances. People must also wear masks when entering or on the premises of a transportation hub in the United States.

This Order ◼ [PDF – 11 pages] is effective as of February 2, 2021 and was published in the Federal Register ↗ on February 3, 2021.

For frequently asked questions, visit the FAQs.

The following are attributes of masks needed to fulfill the requirements of the Order. CDC will update this guidance as needed.

- A properly worn mask completely covers the nose and mouth.
- Cloth masks should be made with two or more layers of a breathable fabric that is tightly woven (i.e., fabrics that do not let light pass through when held up to a light source).
- Mask should be secured to the head with ties, ear loops, or elastic bands that go behind the head. If gaiters are worn, they should have two layers of fabric or be folded to make two layers.
- Mask should fit snugly but comfortably against the side of the face.
- Mask should be a solid piece of material without slits, exhalation valves, or punctures.

The following attributes are additionally acceptable as long as masks meet the requirements above.

- Masks can be either manufactured or homemade.
- Masks can be reusable or disposable.
- Masks can have inner filter pockets.
- Clear masks or cloth masks with a clear plastic panel may be used to facilitate communication with people who are hearing impaired or others who need to see a speaker's mouth to understand speech.
- Medical masks and N-95 respirators fulfill the requirements of the Order.

The following do not fulfill the requirements of the Order.

- Masks worn in a way that does not cover both the mouth and nose
- Face shields or goggles (face shields or goggles may be worn to supplement a mask that meets above required attributes)
- Scarves, ski masks, balaclavas, or bandannas
- Shirt or sweater collars (e.g., turtleneck collars) pulled up over the mouth and nose.
- Masks made from loosely woven fabric or that are knitted, i.e., fabrics that let light pass through
- Masks made from materials that are hard to breathe through (such as vinyl, plastic or leather)
- Masks containing slits, exhalation valves, or punctures
- Masks that do not fit properly (large gaps, too loose or too tight)

Additional guidance on the use of masks to slow the spread of COVID-19 is available on CDC's website.

# Disability Exemptions of the Order

Who is covered by the exemption for "a person with a disability who cannot wear a mask, or cannot safely wear a mask, because of the disability as defined by the Americans with Disabilities Act ☑ (ADA, 42 U.S.C. 12101 *et seq.*)"?

Most people, including those with disabilities, can tolerate and safely wear a mask and are required to wear one as per CDC's Order. However, certain people with disabilities who, because of their disability, cannot wear a mask, or cannot safely wear a mask, are exempted from CDC's mask-wearing requirement.

The exemption is not meant to cover people with disabilities for whom wearing a mask might only be difficult or whose disability does not prevent them from wearing a mask or wearing a mask safely.

The following narrow subset of persons with disabilities are exempt from CDC's requirement to wear a mask:

- A person with a disability who, for reasons related to the disability, would be physically unable to remove a mask without assistance if breathing becomes obstructed. Examples might include a person with impaired motor skills, quadriplegia, or limb restrictions
- A person with an intellectual, developmental, cognitive, or psychiatric disability that affects the person's ability to understand the need to remove a mask if breathing becomes obstructed

The following persons with disabilities might be exempt from CDC's requirement to wear a mask based on factors specific to the person:

- A person with a disability who cannot wear a mask because it would cause the person to be unable to breathe or have respiratory distress if a mask were worn over the mouth and nose. A person with a condition that causes intermittent respiratory distress, such as asthma, likely does not qualify for this exemption because people with asthma, or other similar conditions, can generally wear a mask safely.
- A person with a disability requiring the use of an assistive device, such as for mobility or communication, that prevents the person from wearing a mask and wearing or using the assistive device at the same time. If use of the device is intermittent and the person can remove the mask independently to use the device, then a mask must be worn during periods when the person is not using the device.
- A person with a severe sensory disability or a severe mental health disability who would pose an imminent threat of harm to themselves or others if required to wear a mask. Persons who experience discomfort or anxiety while wearing a mask without imminent threat of harm would not qualify for this exemption.

**How can operators facilitate safer transportation where a passenger is a person with a disability who is exempt from the requirement to wear a mask?**

Operators of conveyances or transportation hubs should consider providing options for additional protective measures that improve the ability of the people who are subject to the exemption to maintain social distance (separation from others by at least 6 feet/2 meters [about 2 arm lengths]). Examples include—

- If travel is pre-scheduled, schedule travel for people who are exempt at less crowded times or on less crowded conveyances.
- Seat or otherwise situate the person in a less crowded section of the conveyance or transportation hub.
- Inform people with disabilities who cannot wear a mask safely that these additional measures might be taken to facilitate safer transportation.

All people should consider the necessity of using public transportation, especially those with disabilities or underlying conditions that may place them at increased risk for severe illness from COVID-19. Disability alone may not be related to higher risk for getting COVID-19 or having severe illness. Most people with disabilities are not inherently at higher risk for becoming infected with or having severe illness from COVID-19. However, some people with disabilities might be at a higher risk of infection or severe illness, at least in part because of their underlying medical conditions.

People with disabilities should talk with their healthcare providers if they have questions about their health or how their health conditions are being managed.

While this guidance uses the ADA's definition of disability, it does not address other ADA provisions that may be pertinent to issues involving the use of masks.

Page last reviewed: March 23, 2021

# Plaintiffs' Exhibit 35

**Mask Exemption Request**

*Must be submitted a minimum of 7 days prior to scheduled departure*

| Initial | ***This section must be completed by <u>passenger or designated assistant/guardian</u>*** |
|---|---|
| | Passenger name *(print)*:_____ |
| | Reservation and itinerary information:_____ |
| _____ | I understand that United, in its sole discretion and in accordance with CDC/DOT/TSA standards, will determine whether to approve my mask exemption request. |
| _____ | I understand that United requires that I provide proof of a negative COVID-19 PCR test result taken within 72 hours of my scheduled departure. |
| _____ | I understand that United may require me or my travelling party to move to alternate seats in the cabin and/or change our itinerary to less-full flights to allow for greater social distancing from other customers on board, if possible. United will advise regarding the alternatives, and changes to flights under these circumstances will be made at no additional cost. |
| _____ | I understand that if United approves my mask exemption request, I need to print the approval letter and carry it on my person at all times while traveling and will need to show it to TSA at the security checkpoint prior to being screened. |
| _____ | I understand that my mask exemption request is applicable only to flights in a single reservation, and any exemption for future travel or travel in separate reservations will need to be applied for anew. |
| _____ | I authorize the release of medical information pertaining to this mask exemption request and authorize my treating physician to speak with a United Airlines medical representative or any agent acting on its behalf. |
| _____ | I understand that if I choose to request a mask exemption, United will use the information on this form to handle my request. In order to assess and manage my request I understand that it may be necessary for United to disclose information relating to my health information to third parties such as medical professionals, airport staff, health agencies, United Express and Star Alliance carriers, and their employees, among others.<br><br>INDIVIDUALS LOCATED OUTSIDE OF THE UNITED STATES: If you are located outside of the United States and you choose to request a mask exemption, United will use the information on this form to handle your request. You understand that this form will be transferred to the United States, where data protection laws may not be equivalent to those in your home country. By signing below and affirmatively submitting this form, you give specific consent to United to process and transfer the information for these purposes. To exercise rights granted pursuant to |

| | |
|---|---|
| | applicable law, including withdrawal of consent, contact privacy@united.com. Withdrawal of consent does not affect the lawfulness of information processed until the withdrawal, and this information will continue to be maintained for compliance with legal obligations and for the establishment, exercise or defense of legal claims. |
| | Passenger or designated assistant/guardian name *(print)*: _____<br>Passenger or designated assistant/guardian signature:_____<br>Date:_____<br>Phone contact:_____ Email contact:_____ |

| | |
|---|---|
| *Initial* | **This section must be completed by a <u>medical provider</u> specifically treating the passenger's disability** |
| | Patient/passenger name *(print)*:_____ |
| _____ | I am a licensed medical provider currently treating the passenger's disability. |
| _____ | **Pursuant to federal law, only individuals with a disability who cannot wear a mask or cannot safely wear a mask because of the disability, for example, individuals who do not know how to remove their masks, cannot remove them on their own, or cannot communicate promptly to ask someone else to remove their mask are eligible to request a mask exemption. Individuals for whom mask wearing may only be difficult are not eligible to request a mask exemption.**<br><br>I attest that the passenger cannot safely wear a mask in connection with the flight(s) for the itinerary above for the following reason(s):<br>_____<br>_____<br>_____<br>_____<br><br>Can the passenger wear a face shield? Yes ____◯____ No ____◯____ |
| | Medical provider's license information:<br><br>Date and type of the license:_____<br><br>License Number:_____<br><br>State or other jurisdiction in which license was issued: _____ |
| | Your name *(print)*: _____<br>Your Specialty:_____<br>Signature and Date:_____<br>Business phone contact:_____ |

|  | Business email contact:_____ |
|--|---------------------------------------------------------------|

Plaintiffs' Exhibit 36

| | |
|---|---|
| **From:** **United Airlines, Inc.** Receipts@united.com | |
| **Subject:** eTicket Itinerary and Receipt for Confirmation O6STF1 |  |
| **Date:** 3 November 2020 at 12:26 | |
| **To:** URI@ntcf.org  URI@NTCF.ORG | |



Tue, Nov 03, 2020

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

Confirmation Number:

# O6STF1

| Flight 1 of 3 UA955 | Class: United Economy (L) |
|---|---|
| Fri, Nov 20, 2020 | Fri, Nov 20, 2020 |
| **12:55 AM** | **06:00 AM** |
| Tel Aviv, IL (TLV) | San Francisco, CA, US (SFO) |

| Flight 2 of 3 UA1548 | Class: United Economy (K) |
|---|---|
| Wed, Dec 09, 2020 | Wed, Dec 09, 2020 |
| **04:00 PM** | **05:30 PM** |
| Los Angeles, CA, US (LAX) | San Francisco, CA, US (SFO) |

| Flight 3 of 3 UA954 | Class: United Economy (K) |
|---|---|
| Wed, Dec 09, 2020 | Thu, Dec 10, 2020 |
| **07:45 PM** | **07:35 PM** |
| San Francisco, CA, US (SFO) | Tel Aviv, IL (TLV) |

### Traveler Details

| **MARCUS/URI** | |
|---|---|
| eTicket number: **0162326773661** | Seats: **TLV-SFO 29C** |
| Frequent Flyer: **UA-XXXXX474 Member** | **LAX-SFO -----** |
| | **SFO-TLV -----** |
| Economy Plus Seat (0161574353014) | **SFO-TLV** |
| Preferred Zone Assignment (0161574353013) | **TLV-SFO** |

### Purchase Summary

| Method of payment: | Miscellaneous Document |
| Date of purchase: | Tue, Nov 03, 2020 |

| Airfare: | 480.00 USD |
| Israel Departure Tax: | 27.26 USD |
| U.S. Customs User Fee: | 5.99 USD |
| U.S. Immigration User Fee: | 7.00 USD |
| U.S. APHIS User Fee: | 3.96 USD |
| September 11th Security Fee: | 5.60 USD |
| International Surcharge: | 302.80 USD |
| U.S. Passenger Facility Charge: | 4.50 USD |

| Total Per Passenger: | 837.11 USD |

| **Total:** | **837.11 USD** |

### Additional Purchase Summary

| Method of payment: | American Express ending in 1452 |
| Date of purchase: | Wed, May 06, 2020 |

| Economy Plus Seat (Reference Number: 0161574353014): | 209.00 USD |

| **Total:** | **209.00 USD** |

### Additional Purchase Summary

| Method of payment: | American Express ending in 1452 |
| Date of purchase: | Wed, May 06, 2020 |

| Preferred Zone Assignment (Reference Number: 0161574353013): | 39.00 USD |

| **Total:** | **39.00 USD** |

**Payment Info**

Remaining value of your previous ticket numbers 0162325923071 was applied to this purchase.

**MileagePlus Accrual Details**

| Uri Marcus | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Nov 20, 2020 | 955 | Tel Aviv, IL (TLV) to San Francisco, CA, US (SFO) | 2080 | 455 | 1 |



*Hi, Uriel*   1,587 points    **My Account**   |   Log out    Español 

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

# Thanks for flying with us!

⊘ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
**uri@ntcf.org**

## Trip summary

✈ **Flight**

CONFIRMATION #

## RTOJKT

NOV 23

## OAK ✈ LAX

TOTAL PAID
**$34.00** See details

# 11/23 - Los Angeles

   **100% free inflight entertainment*** — all on your device.    [ Learn more ]

[1]Download the Southwest app from the Google Play Store or Apple App Store before your flight to view content. [2]Only allows access to IMessage and WhatsApp (must be downloaded before the flight). [3]May not be available for the full duration of the International flight. *Available only on WIFI-enabled aircraft. Limited-time offer. Where available.

NOV 23

# Oakland, CA *to* Los Angeles, CA

**Confirmation # RTOJKT**

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| **Uri Marcus**<br>Rapid Rewards®/Acct # ██████<br>Known Traveler # On file | — | Wanna Get Away |
| **Yvonne M Marcus**<br>Rapid Rewards®/Acct # ██████<br>Known Traveler # On file | — | Wanna Get Away |



## Departing   11/23/20 Monday

**DEPARTS**   **12:15** PM   **OAK**   Oakland, CA - OAK   FLIGHT **4379**

*Nonstop*

**ARRIVES**   **1:40** PM   **LAX**   Los Angeles, CA - LAX   TRAVEL TIME **1hr 25min**

**Wanna Get Away**
*(Passenger x2)*

**Icon legend**

WiFi available  |  Live TV available  |  EarlyBird Check-In®

**Helpful Information:**
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Face coverings required for everyone 2 and over.

# Reconcile summary

| INFORMATION | | | AMOUNT |
|---|---|---|---|
| **VISA**   **Visa 9922** <br> XXXXXXXXXXX9922 <br> Expiration: 2/24 | CARD HOLDER <br> **Uri Marcus** | BILLING ADDRESS <br> Po Box 126 <br> Ojai, CA US 93024 | **$34.00** |

**TOTAL PAID**   **$34.00**

*Government taxes & fees included.*

 American Airlines

Plan Travel   Travel Information   AAdvantage

# Your trip

« Show all trips

### ⓘ Face coverings

A face covering is required while flying on American, except for children under 2 years old. You also are required to wear one in the airport where your trip begins, where it ends and where you connect.

Read about travel requirements ⧉

---

### ⓘ Success!

Your email request has been submitted.

Check in beginning 24 hours and up to 45 minutes before your flight (90 minutes for international).

| ✕ Cancel trip | ✉ Email trip | 🗓 Send to calendar | 🖶 Print trip |
|---|---|---|---|



Record locator: **UPKCAW**       Issued: **Tuesday, November 10, 2020**
Trip name: **LAX/LAS**  Edit     Status: **Ticket pending**



## Important information about Web Special awards

This trip includes a Web Special award. Once it's ticketed:

- You cannot make changes.
- You can cancel and reinstate your miles, but fees may apply.

# Depart

# Los Angeles, CA to Las Vegas, NV

Sunday, November 29, 2020

| Flight | Depart | Arrive | Travel time | Class | Seats |
|--------|--------|--------|-------------|-------|-------|
| ✈ **2645** American Airlines 📶 🍽 Airbus A321 | **12:00 PM** LAX | **1:10 PM** LAS | **1h 10m** | First | 2A  2C |

Get alerts for this flight

# Passengers

## Uri Marcus

 (AAdvantage)

Add emotional support animal ID

Add / edit passenger information

## Yvonne Marcus

 (AAdvantage)

Add emotional support animal ID

Add / edit passenger information

# Day-of-travel information

Email: uri@ntcf.org
Phone: 1 9098330065

Add / edit information

*Hi, Uriel*   1,587 points   **My Account**   |   Log out   |   Español ⊕

**Southwest** ♡

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

# Thanks for flying with us!

⦿ **Price** ——— ⦿ **Payment** ——— ⦿ **Confirmation**

⦿ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
uri@ntcf.org

## Trip summary                                                          🖨 Print



| ✈ **Flight** |
| --- |
| CONFIRMATION # |
| **UQRWFV** |
| DEC 4 |
| **LAS ✈ PHX** |
| FLIGHT TOTAL |
| **5,304** PTS + **$11.20** |

🚗 **Add a car**

Book now. Pay later!
**From $35.99*/day in Phoenix**
*Taxes and fees excl. Terms apply.*

▱ Budget®     [ **Book now** ]

**Add a hotel**

The perfect stay is moments away

DESTINATION/HOTEL NAME

CHECK-IN            CHECK-OUT
11/09/2020 📅    11/10/2020 📅

Search ⬈



**Earn 40,000 points**
after you spend $1,000 on purchases in the first 3 months from account opening.

**Learn more ›**

| | |
| --- | --- |
| CURRENT POINTS BALANCE | 1,587 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 0 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 40,000 |
| ESTIMATED TOTAL POINTS | 41,587 |



# 12/4 - Phoenix

Ⓕ **Who's coming with me?**
Let your friends and family know you're traveling!                    [ **Share on Facebook!** ⬈ ]

DEC 4
# Las Vegas, NV *to* Phoenix, AZ

Confirmation # **UQRWFV**

| PASSENGERS | | EXTRAS | FARE |
| --- | --- | --- | --- |



| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| **Uri Marcus**<br>Rapid Rewards®/A<br>Known Traveler #<br>Edit Known Traveler # / Redress # ›<br>Special Assistance › | — | Wanna Get Away |
| **Yvonne M Marcus**<br>Rapid Rewards®/A<br>Known Traveler #<br>Edit Known Traveler # / Redress # ›<br>Special Assistance › | — | Wanna Get Away |

**Transferancy®: Defined**
Low fares. Nothing to hide. ☑

**Change fees don't fly with us**
Flexibility for your travel plans.

**Add EarlyBird Check-In®**

## Departing   12/4/20 Friday

**DEPARTS**   **12:30** PM   **LAS**   Las Vegas, NV - LAS

FLIGHT **4520** 📶 + 📷

SCHEDULED AIRCRAFT
Boeing 737-700
*Subject to change*

*Nonstop*

**ARRIVES**   **2:45** PM   **PHX**   Phoenix, AZ - PHX

TRAVEL TIME
1hr 15min

Wanna Get Away ®   **5,304 PTS**
*(Passenger x2)*

SUBTOTAL
**5,304** PTS

Taxes & fees   $11.20

**Flight total**   **5,304** PTS + **$11.20**

**Icon legend**

📶 WiFi available   |   📷 Live TV available   |   ☀ EarlyBird Check-In®

**Helpful Information:**

- Please read the <u>fare rules</u> associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Face coverings required for everyone 2 and over.

**Book your hotel with us and earn up to 10,000 points per night.**



The perfect stay is moments away



DESTINATION/HOTEL NAME:

CHECK-IN
11/09/2020

CHECK-OUT
11/10/2020

ROOMS
1

ADULTS
1

CHILDREN
0

Search



# Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **Rapid Rewards Points**<br>72815945 | | | **5,304** PTS |
| **Visa 9922**<br>XXXXXXXXXXXX9922<br>Expiration: 2/24 | CARD HOLDER<br>Uri Marcus | BILLING ADDRESS<br>Po Box 126<br>Ojai, CA US 93024 | **$11.20** |

## Total charged

You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| | |
|---|---|
| SUBTOTAL | $0.00 |
| TAXES & FEES | $11.20 |
| **TOTAL POINTS** | **5,304** PTS |
| **TOTAL DOLLARS** | **$11.20** |

Show price breakdown

# Save up to 30% off

Earn up to 2400 Rapid Rewards® points.

Budget®                    Book now ›



**Score! You qualify for up to a 30% discount on points.**

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

Buy points



Hi, *Yvonne*  3,997 points   **My Account**  |  **Log out**   Español 🌐

# Southwest

DEC 7
✈ **PHX** → **LAX**

TOTAL
**$5.60** ⌄

Plaintiffs' Exhibit 6

# Passenger & Payment Info

✓ Price ━━━━ ⊙ Payment ━━━━ ○ Confirmation

## Flight details  Modify



| ✈ Mon 12/7 | **PHX** 1:05 PM | → | **LAX** 1:35 PM | 1 hr 30 min | Nonstop | Wanna Get Away ® |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Price per Passenger | **2,964 PTS** |
| Taxes and fees per Passenger | $5.60 |
| Total per Passenger | **2,964 PTS + $5.60** |
| Passenger(s) | x1 |
| Flight total | **2,964 PTS + $5.60** |

## ✈ Who's flying?

Please make sure names match government-issued IDs.



\* Required

| FIRST NAME * | MIDDLE NAME | LAST NAME * | SUFFIX |
|---|---|---|---|
| URI | | MARCUS | Select ▼ |

DATE OF BIRTH *   ▮ ▼   ▮   1956
GENDER *   Male ▼
RAPID REWARDS®/ACCOUNT #   ▮

⌃ Secure traveler information ⓘ

### Secure traveler information

REDRESS #

KNOWN TRAVELER #   ▮

Clear

⌃ Special Assistance

### Special Assistance



Airport/boarding assistance

☐ Blind or have low vision ⓘ

☐ Deaf or hard of hearing ⓘ

☐ Cognitive and developmental disabilities ⓘ

Animal assistance

☐ Traveling with trained service animal ⓘ

☐ Traveling with emotional support animal ⓘ

Wheelchair assistance

◉ No wheelchair assistance needed

○ Can walk but need assistance to and from gate ⓘ

○ Need lift/transfer assistance to and from aircraft seat ⓘ

Personal wheelchair stowage

◉ No wheelchair stowage needed

○ Manual wheelchair ⓘ

○ Powered wheelchair with   [0 ▼]   spillable batteries ⓘ

○ Powered wheelchair with   [0 ▼]   non-spillable batteries ⓘ

Other

☐ Have peanut-dust allergy ⓘ

☐ Bringing my own approved Portable Oxygen Concentrator ⓘ

Notes

To receive assistance within the airport, please be sure to inform a Southwest Airlines® Agent or Skycap at your first point of contact upon arrival at the airport at any connection points, and upon arrival to their destination.

[ Clear ]

## ☀ Add EarlyBird Check-In®

✓ Automatic check-in
✓ Earlier boarding position
✓ Earlier access to seats
✓ Earlier access to overhead bin space

$**25**.00

Per Passenger.
Per one-way.

[ ○ Add EarlyBird Check-In ]

## @ How do we contact you?

We'll only contact you if we have important news about your flight...promise!

\* Required

**CONTACT METHOD** \*

[ Text me ▼ ]

**COUNTRY CODE** \*

[ +1 ▼ ]

**PHONE NUMBER** \* Use numbers only

[ 9098330065 ]

*By selecting 'Text me', Southwest Airlines will send SMS (text) notifications to the mobile (only) phone number provided. Standard text message rates apply.*

 # Apply Travel Funds, LUV Vouchers, and gift cards ⌄

# Credit card & billing information

* Required

**Get a $200.00 statement credit**
after first purchase & earn **10,000 Rapid Rewards® points**
Learn More ❯

**CARD TYPE ***
Visa ⌄

**CREDIT/DEBIT CARD # ***
▮▮▮▮▮▮▮

**EXPIRATION DATE ***
▮▮  ⌄

**CVV ***

**FIRST NAME ON CARD ***
Uri

**LAST NAME ON CARD ***
Marcus

🔒 Southwest uses a TLS connection to transmit sensitive and personal data.

## Billing information

**COUNTRY ***
United States of America ⌄

**STREET ADDRESS ***
PO BOX 126

**STREET ADDRESS 2**

**CITY/TOWN ***
OJAI

**STATE ***
California ⌄

**ZIP CODE ***
93024

**COUNTRY CODE ***
+1 ⌄

**PHONE NUMBER *** Use numbers only
8183020111

☑ Save this credit card to your account

**CARD DESCRIPTION**
Visa 9922

Continue filling out this form, and when you hit "Purchase" at the bottom of the page you'll be redirected to PayPal. More information

**PayPal** | **PayPal CREDIT**

**TOTAL**
$5.60

## Send your receipt

Let us know where to send your confirmation receipt.

○ Saved email    adi@ntcf.org

● New email    uri@ntcf.org

*Note:* Receipts contain confidential billing information.

## Purpose of travel

☑ Personal    ☑ Business

## ⬆ Share your plans

We'll email your travel details to the addresses you enter below.

EMAIL 1
adi@ntcf.org

EMAIL 2

EMAIL 3

EMAIL 4

*Note:* Itineraries do not contain confidential billing information.

## Lock in this fare today.

You can always change[1] or cancel[2]
later without a fee.

[1] Fare difference may apply. [2] Failure to cancel a reservation at least 10 minutes prior to scheduled departure may result in forfeited travel funds.

| | |
|---|---|
| BAG FEE | $0.00 |
| SUBTOTAL | $0.00 |
| TAXES & FEES | $5.60 |
| **TOTAL POINTS** | **2,964** PTS |
| **TOTAL DOLLARS** | **$5.60** |

Show price breakdown

**Transportation of hazardous materials**

Federal law forbids the carriage of hazardous materials such as aerosols, fireworks, lithium batteries, and flammable liquids aboard the aircraft in your checked or carryon baggage. E-cigarettes are not permitted in checked baggage and must be transported in carryon baggage only. By clicking 'Purchase', you acknowledge that you understand the hazardous materials restrictions and penalties. View more on hazardous materials.

By clicking 'Purchase', I agree to the Terms and Conditions below, the privacy policy, fare rules, and the contract of carriage.

Purchase

**Terms and Conditions**

From: **United Airlines, Inc.** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation O6F17N
Date: 26 October 2020 at 8:32
To: URI@ntcf.org URI@NTCF.ORG



   Mon, Oct 26, 2020

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our **Important notices page** for the latest updates

Confirmation Number:

# O6F17N

| Flight 1 of 3 UA955 | Class: United Economy (L) |
|---|---|
| Fri, Nov 20, 2020 | Fri, Nov 20, 2020 |
| **12:55 AM** | **06:00 AM** |
| Tel Aviv, IL (TLV) | San Francisco, CA, US (SFO) |

| Flight 2 of 3 UA5926 | Class: United Economy (L) |
|---|---|
| Mon, Jan 04, 2021 | Mon, Jan 04, 2021 |
| **03:18 PM** | **04:47 PM** |
| Orange County, CA, US (SNA) | San Francisco, CA, US (SFO) |

Flight Operated by Skywest Airlines dba United Express.

| Flight 3 of 3 UA954 | Class: United Economy (L) |
|---|---|
| Mon, Jan 04, 2021 | Tue, Jan 05, 2021 |
| **07:45 PM** | **07:35 PM** |
| San Francisco, CA, US (SFO) | Tel Aviv, IL (TLV) |

### Traveler Details

**MARCUS/YVONNE**
eTicket number: **0162325923156**
Frequent Flyer: **UA-XXXXX273 Premier Silver**

Seats: **TLV-SFO 29A**
**SNA-SFO -----**
**SFO-TLV 30A**

Purchase Summary

Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Mon, Oct 26, 2020** |

| | |
|---|---|
| Airfare: | **510.00 USD** |
| Israel Departure Tax: | **27.26 USD** |
| U.S. Customs User Fee: | **5.99 USD** |
| U.S. Immigration User Fee: | **7.00 USD** |
| U.S. APHIS User Fee: | **3.96 USD** |
| September 11th Security Fee: | **5.60 USD** |
| International Surcharge: | **302.80 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |

| | |
|---|---|
| Total Per Passenger: | **867.11 USD** |

| | |
|---|---|
| Total: | **867.11 USD** |

## Payment Info

Remaining value of your previous ticket numbers 0162324400618 was applied to this purchase.

## MileagePlus Accrual Details

| Yvonne Marcus | | | | |
|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Fri, Nov 20, 2020 | 955 | Tel Aviv, IL (TLV) to San Francisco, CA, US (SFO) | 2849 | 407 | 1 |
| Mon, Jan 04, 2021 | 5926 | Orange County, CA, US (SNA) to San Francisco, CA, US (SFO) | 140 | 20 | 1 |
| Mon, Jan 04, 2021 | 954 | San Francisco, CA, US (SFO) to Tel Aviv, IL (TLV) | 2709 | 387 | 1 |
| MileagePlus accrual totals: | | | 5698 | 814 | 3 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Nov 20, 2020 Tel Aviv, IL (TLV - Ben Gurion) to San Francisco, CA, US (SFO) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Mon, Jan 04, 2021 Orange County, CA, US (SNA) to Tel Aviv, IL (TLV - Ben Gurion) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to two checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
• Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

# Plaintiffs' Exhibit 8

 **DELTA**

**Date of Purchase:** Nov 10, 2020

# Phoenix, AZ ▶ Los Angeles, CA

Passenger Information

**YVONNE MARIE MARCUS**
**SkyMiles#:** ▮▮▮▮▮▮

Confirmation Number: **GT6DKF**
Ticket Number: **0062434185575**

## FLIGHT

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| PHX ▶ LAX | Mon 07Dec2020 | OO 3844 | | OPEN | SN | |

## FARE DETAILS

**Miles**

| Miles Redeemed | 6,500 miles |
|---|---|

**Air Transportation Charges**

**Taxes, Fees and Charges**

| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
|---|---|
| Total Taxes, Fees & Charges: | $5.60 USD |
| Total: | 6,500 miles + $5.60 USD |
| Paid with Visa ending 9922 | $5.60 USD |

## KEY OF TERMS

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

From: **United Airlines, Inc.** Receipts@united.com
Subject: eTicket Itinerary and Receipt for Confirmation NL9EP0
Date: 26 August 2021 at 16:49
To: URI@ntcf.org  URI@NTCF.ORG



                                                              Thu, Aug 26, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## NL9EP0

| Flight 1 of 3 UA955 | Class: United Economy (L) |
|---|---|
| Fri, Jul 30, 2021 | Fri, Jul 30, 2021 |
| **12:55 AM** | **06:00 AM** |
| Tel Aviv, IL (TLV) | San Francisco, CA, US (SFO) |

| Flight 2 of 3 UA1548 | Class: United Economy (K) |
|---|---|
| Sat, Sep 04, 2021 | Sat, Sep 04, 2021 |
| **04:00 PM** | **05:17 PM** |
| Los Angeles, CA, US (LAX) | San Francisco, CA, US (SFO) |

| Flight 3 of 3 UA954 | Class: United Economy (K) |
|---|---|
| Sat, Sep 04, 2021 | Sun, Sep 05, 2021 |
| **08:20 PM** | **07:55 PM** |
| San Francisco, CA, US (SFO) | Tel Aviv, IL (TLV) |

| Traveler Details | |
|---|---|
| **MARCUS/YVONNEMARIE** | |
| eTicket number: **0162364862487** | Seats: **LAX-SFO -----** |
| Frequent Flyer: **UA-XXXX273 Premier Silver** | **SFO-TLV 30A** |
| | **TLV-SFO -----** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Thu, Aug 26, 2021** |

| | |
|---|---|
| Airfare: | **605.00 USD** |
| U.S. Transportation Tax: | **38.20 USD** |
| International Surcharge: | **265.00 USD** |
| U.S. APHIS User Fee: | **3.96 USD** |
| U.S. Customs User Fee: | **5.99 USD** |
| Israel Departure Tax: | **27.87 USD** |
| U.S. Immigration User Fee: | **7.00 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |

| | |
|---|---|
| Total Per Passenger: | **963.12 USD** |

| | |
|---|---|
| Total: | 963.12 USD |

**Payment Info**

Remaining value of your previous ticket numbers 0162359975253 was applied to this purchase.

**Carbon Footprint**

Your estimated carbon footprint for this trip is **1.30631 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

**MileagePlus Accrual Details**

| Yvonnemarie Marcus | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sat, Sep 04, 2021 | 1548 | Los Angeles, CA, US (LAX) to San Francisco, CA, US (SFO) | 105 | 15 | 1 |
| Sat, Sep 04, 2021 | 954 | San Francisco, CA, US (SFO) to Tel Aviv, IL (TLV) | 2170 | 310 | 1 |
| Fri, Jul 30, 2021 | 955 | Tel Aviv, IL (TLV) to San Francisco, CA, US (SFO) | 3829 | 547 | 1 |
| MileagePlus accrual totals: | | | 6104 | 872 | 3 |

**Baggage allowance and charges for this itinerary**

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Jul 30, 2021 Tel Aviv, IL (TLV - Ben Gurion) to San Francisco, CA, US (SFO) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Sat, Sep 04, 2021 Los Angeles, CA, US (LAX) to Tel Aviv, IL (TLV - Ben Gurion) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to two checked bags (within specified size and weight limits).

 **Southwest**

Hi, Yvonne  1,942 points  **My Account**  |  Log out  |  Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

ⓘ **Credit card saved to account**
Your credit card has been added to your account.

# Thanks for flying with us!

✓ Price ——— ✓ Payment ——— ○ Confirmation

⊘ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
**adi@ntcf.org**

## Trip summary                                              🖨 Print



✈ **Flight**

CONFIRMATION #
## 3MHWYD

JUL 30
### SFO ✈ BUR

FLIGHT TOTAL
## $185.98

🚗 Add a car

Book now. Pay later!
From **$86.39*/day in Burbank**

*Taxes and fees excl. Terms apply.

Budget  [ Book now ]

Add a hotel

The perfect stay is moments away

DESTINATION/HOTEL NAME:
Burbank

CHECK-IN     CHECK-OUT
07/30/2021   08/01/2021

Search ⤢



**Earn 40,000 points**
after you spend $1,000 in the first three months of account opening. Plus, earn 3X points per $1 spent on dining purchases for 12 months.

$69 annual fee.          Learn more ›

| | |
|---|---|
| CURRENT POINTS BALANCE | 1,942 |
| ESTIMATED POINTS EARNED ON THIS TRIP | 846 |
| POINTS EARNED WITH NEW CREDIT CARD OFFER | 40,000 |
| ESTIMATED TOTAL POINTS | 42,788 |

## 7/30 - Burbank

⚠ **Temporary quarantine may apply:**
This destination may be impacted by a temporary self-quarantine upon landing.     [ Learn more ]

JUL 30
## San Francisco, CA *to* Burbank, CA

**Confirmation #** 3MHWYD

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|



| PASSENGERS | POINTS | EXTRAS | FARE |
| --- | --- | --- | --- |

**Yvonne Marcus**
Rapid Rewards® A
Known Traveler #
Edit Known Traveler # / Redress # ›
Special Assistance ›

+ 846 PTS          Wanna Get Away®

**Transfarency®: Defined**
Low fares. Nothing to hide.

**Change fees don't fly with us**
Flexibility for your travel plans.

**Pack with care**
Guidelines for carryon luggage.

## Departing  7/30/21 Friday

| | | | |
| --- | --- | --- | --- |
| DEPARTS | 11:00 AM | **SFO** San Francisco, CA - SFO | FLIGHT **5733** SCHEDULED AIRCRAFT Boeing 737-700 *Subject to change* |

*Nonstop*

| ARRIVES | 12:15 PM | **BUR** Burbank, CA - BUR | TRAVEL TIME 1hr 15min |
| --- | --- | --- | --- |

Wanna Get Away® *(Passenger x1)*     $141.00

EarlyBird Check-In® *(One-way trip x1)*     $20.00

SUBTOTAL
**$161.00**

Taxes & fees     $24.98

**Flight total**     **$185.98**

**Icon legend**

WiFi available | Live TV available | EarlyBird Check-In®

**Helpful Information:**
- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Per CDC Order, face coverings required for everyone 2 and over (through September 13, 2021).



**Book your hotel with us and earn up to 10,000 points per night.**

*The perfect stay is moments away*

DESTINATION/HOTEL NAME:
**Burbank**

CHECK-IN
07/30/2021

CHECK-OUT
08/01/2021

ROOMS    1
ADULTS    1
CHILDREN    0

Search

# Payment summary

| PAYMENT INFORMATION | AMOUNT PAID |
| --- | --- |

| PAYMENT INFORMATION | | AMOUNT PAID |
|---|---|---|

 **Yvonne Marcus**
Travel Fund ▇▇▇▇▇▇
Expiration: 11/09/21

$**165.98**

 **Visa 1284**
XXXXXXXXXXXX1284
Expiration: 2/24

**CARD HOLDER**
Uri Marcus

**BILLING ADDRESS**
**PO BOX 126**
**OJAI, CA US 93024**

$**20.00**

## Total charged

**You're all set for your upcoming trip.**

Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



| SUBTOTAL | $161.00 |
|---|---|
| TAXES & FEES | $24.98 |
| **TOTAL DOLLARS** | $**185.98** |

Show price breakdown

## Save up to 30% off

Earn up to 2400 Rapid Rewards® points.

**Budget®**    Book now ❯

**Score! You qualify for up to a 30% discount on points.**

Buy now and boost your balance. Don't wait – this offer is only valid while on this page.

Buy points ⬀

## Plaintiffs' Exhibit 37

| Dr. Leon Gilead | MD PhD | ד"ר לי-און גלעד |
|---|---|---|
| Certified Dermatologist | מ.ר. L.N.22702 | מומחה לרפואת עור ומין |

| 43b Emek Refaim St. | 5633033@gmail.com | רח' עמק רפאים 43ב |
| Jerusalem    Mobile: 050-5633002 :נייד | Telefax: 02-5633033 :טלפקס | ירושלים |

10/10/2021
ד' חשון תשפ"ב

לכבוד

מוקד התחייבויות

מכבי שירותי בריאות

מחוז י' ושלים

הנדון: מרכוס עדי ת.ז. 336466933

ד"נ שלום רב,

גב' מרכוס הופנתה לבדיקתי ע"י ד"ר ויינראוך בשל נגע שמתפתח על האף מזה כ- 3 חודשים. מרחה משחת פצעים והגליד והתקלף.

**בבדיקתה:**   על צד שמאלי של גשר האף נגע מוסגן עם שקערורית מרכזית. שוליים מוסננים ובהם כלי דם מסועפים ומורחבים במראה טיפוסי לבזליומה שהתפתחה לאחר עטיית מסכה ממושכת. קוטר משוער כ- 1.2 ס"מ.

**אבחנה:**   לאור מיקום הנגע ומאפייניו רצוי להסיר בניתוח בשיטת MOHS

**המלצות:**

1. לאור הממצאים יש להסיר את הנגע/ים בניתוח בשיטת MOHS.
2. הניתוח יבוצע ע"פ התחייבות לבי"ח שערי צדק קוד משרד הבריאות 17311   "ניתוח מיקרוגרפי בשיטת MOHS" והתחייבות לביקורת רופא אחר הניתוח בקוד משרד הבריאות L9267.
3. יש לפעול לקבלת התחייבות באופן מיידי. את ההתחייבות  יש לשלוח לפקס מס' 02-5633033, או לווטסאפ בטלפון 050-5633002.
4. תור לניתוח ייקבע רק לאחר קבלת התחייבות תקפה.
5. נא לצייד החולה במכתב הפניה המפרט מחלות רקע, תרופות עזכניות ורגישויות.
6. תו ירוק בתוקף הוא תנאי לקיום הניתוח (לחילופין יש להכין בדקת PCR לקרונה מלכל היותר 72 שעות טרם הניתוח)
7. אין צורך להכין בדיקות דם/אחרות.

---

1. הניתוח יתקיים ביחידת המוז בבניין בית חולים שערי צדק, רח' שמואל בייט 12, קומה 4, אגף מרפאות החוץ.
2. בשל מגיפת הקורונה נדרש תו ירוק בתוקף למטופל ולמלווה'ים.
3. במידה ולא יהיה אישור כזה יהיה צורך לרכוש בדיקה מהירה בבית המרקחת של בית החולים ולבצע בדיקה מהירה ע"י אחות היחידה במקום.
4. מלווה לא יוכל להיכנס לחדר ניתוח ללא אחד מהאישורים הנ"ל
5. בכל בעיה, שאלה, צורך לבטל או להודיע ברגע האחרון על אי יכולת להגיע – נא להודיע אישית לד"ר גלעד על הבעיה באמצעות מסרון או ווטסאפ לטלפון 050-5633002

בכבוד רב

ד"ר לי-און גלעד

| | | |
|---|---|---|
| **Dr. Leon Gilead**<br>**Certified Dermatologist** | **MD PhD**<br>**L.N. 22702 M.R.** | **Dr. Leon Gilead**<br>**Skin & STD Specialist** |
| **43b Emek Refaim St.**<br>Jerusalem Mobile:   050-5633002 | <u>5633033@gmail.com</u><br>:Cell Telefax: 02-5633033 :TeleFax | **R.H. Emek Refaim 43b**<br>Jerusalem |

10/10/2021
**4 Cheshvan 5782**

To:
Payments Center
Maccabi Health Services
Jerusalem District

<div align="center">Subject: <u>Marcus Adi ID No. ▮▮▮▮</u></div>

**To Whom it may concern, Shalom:**

Mrs. Marcus was referred for my examination by Dr. Weinrauch due to a lesion that has been developing on the nose for about 3 months. She applied ointment on the wound and it froze and peeled.

<u>**For her examination:**</u> On the left side of the bridge of the nose, wound is strained with a central depression. Edges are strained with branched and dilated blood vessels typical of basal cell carcinoma that developed after prolonged mask wearing. Estimated diameter about 1.2 mm.

<u>**Diagnosis:**</u> In light of location of lesion and its characteristics, it's advisable to remove it surgically using the **MOHS** surgical method.

<u>**Recommendations:**</u>

1.  In light of the findings, the lesion(s) should be removed by surgery using the **MOHS** surgical method.

2.  The surgery will be performed with payment obgligation to Shaare Zedek Hospital, Ministry of Health code <u>17311 "Microscopic surgery using MOHS method"</u> along with payment obligation for another physician followup. The Ministry of Health code is <u>L9267</u>.

3.  <u>**Action must be taken to obtain an payment authorization immediately.**</u> The commitment must be faxed to 02-5633033, or to WhatsApp at 050-5633002.

4.  <u>**An appointment for surgery will be scheduled after receiving a valid payment authorization.**</u>

5.  Please provide patient with a referral letter detailing background illnesses, current medications and allergic reactions.

6.  <u>**A valid green pass is a condition for the operation to take place**</u> (alternatively, a PCR test must be prepared for corona from at most 72 hours before surgery).

7.  There is no need to prepare blood/other tests.

---

1.  The surgery will take place at the MOZ Unit at Shaare Zedek Hospital building, 12 Shmuel Bate St., 4th floor, Department of Outpatient Clinics.

2.  Due to the corona epidemic, a valid green pass is required for the patient and the attendants.

3.  In the event that there is no such approval, it will be necessary to purchase a quick examination at the hospital's pharmacy, and perform a quick check by the nurse only, on the spot.

4.  An attendant will not be able to enter an operating room without one of the above authorizations.

5.  For any problem, question, or need to cancel or notify at the last minute of inability to arrive - please notify in person to Dr. Gilad about the problem by means of SMS message or WhatsApp to telephone 050-5633002.

---

Sincerely,
*[signed and stamped]*
**Dr. Le-on Gilead**

**Maccabi Health Services**

Registered Referral

## Plaintiffs' Exhibit 38

Dr. Fischer Liona

Skin & STD

Specialities

Skin & STD Specialist

027218

250244415 **Referral Code**

02-5636265 **Telephone**
02-5619686 **Fax**

**Bloch Maccabi Clinic 20 Kiryat Ya'arim (3rd Floor)   Address**

| | | | |
|---|---|---|---|
| ▮ **: ID** | **ADI** : First Name | **MARCUS** : Family Name | **Details of Examinee** |
| 0522811774 : Tel Work/Mob. | 025903070 : Tel | **F נקבה** ▮/1957 : DOB | |
| 9107102 **ZIP** | | Jerusalem : Address | |

### Expert Consultation

<u>MOHS **MICROSURGERY** :</u> Subdomain at Maccabi   <u>Dermatology-malignant lesions</u>   Service Area:

Regular :Type of Consult

0524679965 Clinic: Dr. Michael Avrahamishi

Lesion on nose :Complaints

left upper lateral nasal bridge 9 mm pearly papule  depressed with telangiectaisa, dermscopy consistent with BCC :Findings

:Diagnosis

• BASAL CELL CARCINOMA (BCC)   Left
nose

No :Smoker

:Known Issues:

• FRAMINGHAM SCORE BELOW 10%  (02/2013)    =2%
• FAMILY HISTORY OF HYPERTENSION     mother
• BASAL CELL CARCINOMA -BCC  (09/2021)    susp lt nose
• SMALL INTESTINE NEOPLASM UNC BEHAVIOR  (04/2020)    OR SIBO RO
• OPERATION UNS   Status Post  (23/04/2014)    anterior colporrhaphy, lap colposuspension
• RHEUMATIC FEVER+HEART DISEASE UNS  (1962)
• MITRAL VALVE PROLAPSE  (1962)
• MITRAL REGURGITATION RHEUMATIC   Mild  (21/02/2013)    MR per echo
• NEPHROLITHIASIS  Bi-Lateral  Mild  (03/2013)    per CT
• CYSTOSCOPY  Status Post  (23/04/2014)
• MIGRAINE    weekly
• ULCERATIVE COLITIS  Status Post  (1974)    till 1977
• IRRITABLE BOWEL SYND  Suspected  (1990)
• MELANOSIS COLI  (05/01/2014)    pseudomelanosis
• COLONOSCOPY  (05/01/2014)    +ileoscopy (normal except melanosis)
• GERD  (08/2000)
• PERIMENOPAUSE  (2012)
• UTERINE PROLAPSE   with cystocele and rectocele
• RECTOCELE (FEMALE)  (09/2016)
• RECTOCELE REPAIR  Status Post  (03/2019)
• FIBROCYSTIC DISEASE BREAST

TONIGHT 25MG X 10 1X1X90

:Regular Prescription Medications

**Maccabi Health Services**

Registered Referral



Dr. Fischer Liona

Skin & STD

Specialities

250244415  **Referral Code**

02-5636265  **Telephone**

Skin & STD Specialist

02-5619686  **Fax**

**Bloch Maccabi Clinic 20 Kiryat Ya'arim (3rd Floor)** : **Address**

| | Details of Examinee |
|---|---|
| 336466933 : **ID** | **ADI** : First Name | MARCUS : Family Name | |
| 0522811774 : **Tel Work/Mob.** | 025903070 : **Tel** | **F** : מין | ▮/1957 : **DOB** | |
| 9107102 **ZIP** | | Jerusalem : Address | |

## Expert Consultation

RIZALT RPD WAFER 10MG X 6 1X1X6
CAP NALTREXONE 4.5mg (12615) 1X1X30
RX NALTREXONE 1MG/ML 4.5X1X30

ד"ר לי פישר פלד
מ.ה. 27218 מ.ר.מ.
16568
מומחית ברפ...ות ה...

**Signature and stamp of Doctor**

.Moh's microsurgery referred for treatment :Purpose of the referral

**Many thanks and blessings**

** Please be recognized with a magnetic card **            26/12/2021

Please advise in advance on postponement/
cancellation of a consult appointment.                         **Date**

If you consult a private doctor, it is recommended to check in advance whether
the doctor is included in the list of Maccabi Gold / My Maccabi doctors.      א

**The referral is valid for 180 days, from - 26/12/2021 until 24/06/2022**

**Dr. Li Fischer Peled**
**Reg No 27218 Lic No 16568**
**Skin & STD Specialist**

Plaintiffs' Exhibit 39

Ephraim Ben-Zeev, MD
54/19 Zeit Shemen Street, 7
Efrat, Gush Etzion - 9043500

| | | | |
|---|---|---|---|
| Patient | : **Adi (Yvonne) Marcus** | Record Id : | |
| Date of Birth | : **Jul 03, 1957** | Age / Gender : | **64** / **F** |
| Provider | : **Ephraim Ben-Zeev, M.D., MD, FABUCM** | Date of Visit : | **Jan 26, 2022** |

## Chief Complaints

Consultation regarding basal cell carcinoma of the nasal bridge, left side. Previous consultation 10/10/21 Dr. Leon Gilead, dermatology specialist . Emek Refaim St, Jerusalem. In his opinion basal cell carcinoma began approximately 3 months prior to hid evaluation after a period of prolonged face mask use during multiple flights between Israel and USA.  He recommended MOHS surgery. Adi has attempted to heal the lesion using "natural therapies".
Adi has seen by Dr. Leora Fisher-Pelled  on 26/12/2021 who again confirmed a diagnosis of Basal Cell Carcinoma and again recommended MOHS surgery. She expressed no opinion as to the possible origins of the BCC.
Adi has consulted with me today for my medical opinion as to the possible origin of the condition and to how to proceed with treatment.

## Symptoms

Itching, burning and hypersensitivity to contact in the area of the lesion on left side of nasal bridge.

## History of Present Illness

Adi (Yvonne) states that she had no problems with the skin of her nose and no lesions on the skin of her nose until she flew round trip from Tel Aviv to LAX in November 2020, returning in January 2021. In July of 2021 she had to make another flight from Israel to SFO and LAX due to the death of her Father. During all four trips of about 14 hours each she states that she complained of irritation and itching on the left side of her nose where the pressure click of her required face mask rested on her nose. Because of flight rules requiring the mask at all times, she could not remove her mask to relieve the pressure on the sensitive area of her nose. During her return trip from San Francisco to Israel on September 4-5, 2021, again she was required to wear the mask for some 14 hours while again noting sensitivity, pain and itching on the left side of the nasal bridge.
By October of 2021 the sensitivity, pain, and itching had gotten so bad she consulted with Dr. Leon Gilead a dermatologist and MOHS specialist who diagnosed her condition as basal cell carcinoma and recommended MOHS surgery. In his written opinion, he felt that the persistent irritation of prolonged mask wearing could be a factor in causing the appearance of basal cell carcinoma in this location.
On December 26, 2021 Adi consulted with Dr. Leora Fisher-Peled through Kupat Cholim Maccabi who confirmed the diagnosis of basal cell carcinoma. She expressed no opinion as to the possible origins of the lesion.

## Past Medical History

See listed diagnoses

## Family and Social History

Married
Self-employed

## Health Vitals And Flowsheets

| Height | **162.5 cms** | Weight | **59 kgs** |
|---|---|---|---|
| BMI | **22.34** | BP | **110 / 70 mmHg** |
| Pulse Rate | **72 bpm** | Pulse Pattern | **Regular** |

## Physical Examination

Ephraim Ben-Zeev, MD
54/19 Zeit Shemen Street, 7
Efrat, Gush Etzion - 9043500

| Patient | : **Adi (Yvonne) Marcus** | Record Id : |
|---------|---------------------------|-------------|
| Date of Birth | : **Jul 03, 1957** | Age / Gender : **64 / F** |
| Provider | : **Ephraim Ben-Zeev, M.D., MD, FABUCM** | Date of Visit : **Jan 26, 2022** |

There is a 4 mm circular cratered lesion with raised pinkish borders on the left lateral nasal bridge. There are some areas of slight irregularity, reddish-pinl on the medial superior area to the medial raised border. The physical appearance and local are consistent with the diagnosis of basal cell carcinoma.

## Assessment Notes

Basal Cell Carcinoma: This type of locally invasive skin cancer is very commonly and seen as part of the aging process. The origin of these types of skin cancer are certainly related to on going local irritation. Such a process of chronic irritation could be consistent with prolonged and persistent wearing of a facial mask where the pressure strip is persistently pinched to maintain proper sealing over and around the nose and persistent moisture of exhalation of moist air and constant friction together being a causative factor leading to the growth of this type of skin cancer.

## Diagnoses

| Diagnosis | Code | Comments |
|-----------|------|----------|
| Basal cell carcinoma of skin, unspecified | C44.91 | -- |

## Instructions

It is my medical opinion that the proper treatment of basal cell carcinoma of the nose as in this case should be with MOHS surgery.

**Electronically Signed**

Plaintiffs' Exhibit 40

My wife, YVONNE (Adi) MARCUS underwent surgery on 08 Feb 2022 at a hospital in Jerusalem to have skin cancer removed from her nose that according to TWO medical summaries by two independent doctors came as a result of "prolonged masking." She definitely cannot wear a mask on any flight until she heals, which the surgeon said could take 3-4 months minimum.



# Plaintiffs' Exhibit 41

מכבי שירותי בריאות

תאריך: 19/09/2021

מ.ר גורם מפנה

דר' גורובסקי ג'ון
משפחה, פנימית וכללית

התמחויות:
מומרה ברפואת המשפחה

טלפון: 02-6238238
פקס: 073-2132687
כתובת:  אגריפס 40, ירושלים

| פרטי הנבדק: | | | | |
|---|---|---|---|---|
| שם משפחה: **מרכוס** | | שם פרטי: **אורי** | | ת.ז.: 15340557 |
| ת.לידה: 1956 | מין: ז | טלפון: 025903070 | | טל.עבודה/נייד: 0522811774 |
| כתובת: , ירושלים | | | | מיקוד 9107102 |

0015340557

## אישור רפואי

מיועד ל: MASKS\AIRLINE\AIRPORT SECURITY

תלונות:
סובל מתסמונת מצוקה נשימתית כאשר שם את המסכה לזמן ממשך - נכנס להיפרונטילציה כולל סחרחורת ונימולים בידיים.

To Whom It May Concern
Mr Uri Marcus, Passport number
Suffers from Fespiratory Distress Syndrome (ARDS) that is exacerbated by mask wearing
Please give him all assistance and where possible exempt him from mask wearing
Kind Regards,
Dr John Borowski
Family Physician
+972543504424
borowski_j@mac.org.il

אבחנה:

• HYPERACTIVE AIRWAYS
• GENERAL ANXIETY
• SENSORY PROCESSING DISORDER

בעיות ידועות:

• HOARSENESS
• POLYNEUROPATHY  (07/2008)   evaluated  dr bensoulii
• RESTLESS LEG SYND  (07/2008)
• GERD  (07/2008)   causes hoarseness
• HYPERACTIVE AIRWAYS  (11/2020)

תרופות קבועות:

B12 1000MCGX30 1X1X30
LYRICA 75MG X 56 1X1X30
SERENADA 50MG X 28 1X1X30
PROMNIX 0.4MG X 30 1X2X90

הנתונים אשר באישור זה מבוססים על הרישומים שבכרטיס הרפואי, על שמו של הולך במרפאה. רישומים אלה בחלקם מידע
שנמסר לרופא המטפל על ידי החולה ובחלקן תוצאות של בדיקות שנעשו על ידי רופאים.
קופת חולים, רופאיה ועובדיה האחרים אינם אחראים לאמיתות העובדות שנרשמו לפניו / או מפי הוריו או אפוטרופוסיו של העצר
ה שעליו ניתן האישor הזה לפני או בעת הגשת הטיפול הרפואי, או הבדיקה הרפואית ע"י הרופא. כן אין הם אחראים אם ביקור או
טיפול או בדיקה מסויימת לא מצאו את ביטויים ברישומים שבכרטיס הרפואי שבכרטיס הרפואי הנ"ל.

01/08/2021

תאריך

חתימה וחותמת הרופא

דף 1

19/09/2021 **Date**                    **Maccabi Health Services**

**Registered Referral**





Dr. Borovski John

Family, Internal Medicine and General

Specialities

Family Medicine Specialist

02-62¦8238 **Telephone**

073-21¦2687 **Fax**

אגריפס 40, ירושלים **Address**

|  |  |  |  |  | Details of Examinee |
|---|---|---|---|---|---|
| 15340557 **ID** | **URI** First Name |  | **MARCUS** Family Name |  |  |
| 0522811774 **Tel Work/Mob.** | 025903070 **Tel** | M **Gender** | 1▓3/1956 **DOB** |  |  |
| 9107102 **ZIP** |  | Jerusalem **Address** |  |  |  |

## Medical Authorization

MASKS\AIRLINE\AIRPORT SECURITY :Intended for

:**Complaints**

סוגל מתסמונת מצוקה נשימתית כאשר שם המסכה לזמן ממשך - נכנו להיפרונטילציה כולל סחרחורת ונימולים בידיים.

To Whom It May Concern

Mr Uri Marcus, Passport number▓

Suffers from Respiratory Distress Syndrome (ARDS) that is exacerbated by mask wearing

Please give him all assistance and where possible exempt him from mask wearing

Kind Regards,

Dr John Borowski

Family Physician

+972543504424

borowski_j@mac.org.il

:**Diagnoses**

· HYPERACTIVE AIRWAYS
· GENERAL ANXIETY
· SENSORY PROCESSING DISORDER

:**Known Issues:**

· HOARSENESS
· POLYNEUROPATHY (07/2008)   evaluated  dr bensoulii
· RESTLESS LEG SYND (07/2008)
· GERD (07/2008)   causes hoarseness
· HYPERACTIVE AIRWAYS  (11/2020)

:**Regular Prescription Medications**

B12 1000MCGX30 1X1X30
LYRICA 75MG X 56 1X1X30
SERENADA 50MG X 28 1X1X30
PROMNIX 0.4MG X 30 1X2X90

The data in this certificate is based on the entries on the medical card, in the name of the patient in the clinic. These records are partly information provided to the attending physician by the patient and partly results of tests performed by physicians.
The HMO, its doctors and other employees are not responsible for the veracity of the facts recorded before us / or by the parents or guardians of the young man / woman on whom this approval was given before or at the time of submitting to the medical treatment, or the medical examination by the doctor. They are not responsible if a particular visit or treatment or examination did not find expression in the entries of the above mentioned medical card.

01/08/2021

**Signature and stamp of Doctor**

**Date**

▌ Maccabi
**Dr. John Borowski**
**Family Medicine Specialist**
**Reg No. 36887**
**Maccabi Reg No. 28369**

מכבי שירותי בריאות · תאריך: 19/09/2021

מ.ר גורם מפנה

ד"ר פורקוש אסתר
רפואה פנימית

התמחויות:
מומרית ברפואה פנימית

טלפון: 02-5060340
פקס: 02-5906998
כתובת: דרך חברון 101, ירושלים

| פרטי הנבדק: | | | | |
|---|---|---|---|---|
| שם משפחה: **מרכוס** | שם פרטי: **עדי** | | ת.ז: 336466933 |
| ת.לידה: 1957/ | מין: נ | טלפון: 025903070 | טל.עבודה/נייד: 0522811774 |
| כתובת: , ירושלים | | | מיקוד: 9107102 |

## אישור רפואי

מיועד ל: מסכות

תלונות:
כאשר שמה את המסכה לתקופות ממושכות, סובלת ממצוקה נשימתית, מיגרנות ופצעי עור באף ובעפעפיים התחתונים.
When putting on a mask for extended periods, suffers from respiratory distress, migraines and skin sores on nose and lower eyelids.

אבחנה:
• GENERAL ANXIETY
• SENSORY PROCESSING DISORDER

בעיות ידועות:

• FRAMINGHAM SCORE BELOW 10% (02/2013)   =2%
• FAMILY HISTORY OF HYPERTENSION   mother
• BASAL CELL CARCINOMA -BCC (09/2021)   susp lt nose
• SMALL INTESTINE NEOPLASM UNC BEHAVIOR (04/2020)   OR SIBO RO
• OPERATION UNS  Status Post (23/04/2014)   anterior colporhaphy, lap colposuspension
• RHEUMATIC FEVER+HEART DISEASE UNS (1962)
• MITRAL VALVE PROLAPSE (1962)
• MITRAL REGURGITATION RHEUMATIC  Mild (21/02/2013)   MR per echo
• NEPHROLITHIASIS  Bi-Lateral Mild (03/2013)   per CT
• CYSTOSCOPY  Status Post (23/04/2014)
• MIGRAINE   weekly
• ULCERATIVE COLITIS  Status Post (1974)   till 1977
• IRRITABLE BOWEL SYND  Suspected (1990)
• MELANOSIS COLI (05/01/2014)   pseudomelanosis
• COLONOSCOPY (05/01/2014)   +ileoscopy (normal except melanosis)
• GERD (08/2000)
• PERIMENOPAUSE (2012)
• UTERINE PROLAPSE   with cystocele and rectocele
• RECTOCELE (FEMALE) (09/2016)
• RECTOCELE REPAIR  Status Post (03/2019)
• FIBROCYSTIC DISEASE BREAST
• NORMAL ECG (12/02/2013)

תרופות קבועות:

TONIGHT 25MG X 10 1X1X90
RIZALT RPD WAFER 10MG X 6 1X1X6
CAP NALTREXONE 4.5mg (12615) 1X1X30
RX NALTREXONE 1MG/ML 4.5X1X30
SUMATRIDEX 50MG X 6 1X1X24

<div dir="rtl">

תאריך: 19/09/2021      **מכבי שירותי בריאות**

מ.ר גורם מפנה

**ד"ר פורקוש אסתר**
רפואה פנימית

**התמחויות:**
מומחית ברפואה פנימית

טלפון: 02-5060340
פקס: 02-5906998
כתובת: דרך חברון 101, ירושלים

**פרטי הנבדק:**

| ת.ז: 336466933 | שם פרטי: עדי | שם משפחה: מרכוס |
| טל.עבודה/נייד: 0522811774 | טלפון: 025903070 | מין: נ | ת.לידה: 1957 |
| מיקוד 9107102 | | כתובת: , ירושלים |

### אישור רפואי

הנתונים אשר באישור זה מבוססים על הרישומים שבכרטיס הרפואי, על שמו של הולל במרפאה. רישומים אלה בחלקם מידע שנמסר לרופא המטפל על ידי החולה ובחלקן תוצאות של בדיקות שנעשו על ידי רופאים.
קופת חולים, רופאיה ועובדיה האחרים אינם אחראים לאמיתות העובדות שנרשמו לפנינו / או מסי הורין או אסוטרוסוסיו של הנער/ה שעליו ניתן האישור הזה לפני או בעת הגשת הטיפול הרפואי, או הבדיקה הרפואית ע"י הרופא. כן אין הם אחראים אם ביקור או טיפול או בדיקה מסוימת לא מצאו את ביטויים ברישומים שבכרטיס הרפואי הנ"ל.

19/09/2021

חתימה וחותמת הרופא      תאריך

דף 2

</div>

19/09/2021 **Date**

**Maccabi Health Services**

**Registered Referral**

Translations    תרגומים

Write Connection

Verified Translation    תרגום מאומת

Dr. Porkosh Esther'

Internal Medicine

Specialities

Internal Medicine Specialist

02-5060340 **Telephone**

02-5906998 **Fax**

דרך חברון 101, ירושלים **Address**

| | | | | | | Details of Examinee |
|---|---|---|---|---|---|---|
| 336466933 ID | | **ADI** First Name | | **MARCUS** Family Name | | |
| 0522811774 Tel Work/Mob. | 025903070 Tel | | **F** Gender | | | |
| 9107102 ZIP | | | | Jerusalem Address | | |

**Medical Authorization**

**Masks** :Designated for

:Complaints

כאשר שמה את המסכה לתקופות ממושכות, סובלת ממצוקה נשימתית, מיגרנות ופצעי עור באף ובעפעפיים התחתונים.

When pitting on a mask for extended periods, suffers from respiratory distress, migraines and skin sores on nose and lower eyelids.

:Diagnoses

- GENERAL ANXIETY
- SENSORY PROCESSING DISORDER

:Known Issues:

- FRAMINGHAM SCORE BELOW 1% (02/2013)    ≈2%
- FAMILY HISTORY OF HYPERTENSION    mother
- BASAL CELL CARCINOMA -BCC (09/2021)    susp lt nose
- SMALL INTESTINE NEOPLASM UNC BEHAVIOR (04/2020)    OR SIBO RO
- OPERATION UNS  Status Post (23/04/2014)    anterior colporrhaphy, lap colposuspension
- RHEUMATIC FEVER+HEART DISEASE UNS (1962)
- MITRAL VALVE PROLAPSE (1962)
- MITRAL REGURGITATION RHEUMATIC  Mild (21/02/2013)    MR per echo
- NEPHROLITHIASIS  Bi-Lateral Mild (03/2013)    per CT
- CYSTOSCOPY  Status Post (23/04/2014)
- MIGRAINE    weekly
- ULCERATIVE COLITIS  Status Post (1974)    till 1977
- IRRITABLE BOWEL SYND  Suspected (1990)
- MELANOSIS COLI (05/01/2014)    pseudomelanosis
- COLONOSCOPY (05/01/2014)    +ileoscopy (normal except melancsis)
- GERD (08/2000)
- PERIMENOPAUSE (2012)
- UTERINE PROLAPSE    with cystocele and rectocele
- RECTOCELE (FEMALE) (09/2016)
- RECTOCELE REPAIR  Status Post (03/2019)
- FIBROCYSTIC DISEASE BREAST
- NORMAL ECG (12/02/2013)

:Regular Prescription Medications

TONIGHT 25MG X 10 1X1X90
RIZALT RPD WAFER 10MG X 6 1X1X6
CAP NALTREXONE 4.5mg (12615) 1X1X30
RX NALTREXONE 1MG/ML 4.5X1X30
SUMATRIDEX 50MG X 6 1X1X24

19/09/2021 **Date**

**Maccabi Health Services**

**Registered Referral**



Dr. Porkosh Esther

Internal Medicine

Specialities

Internal Medicine Specialist

02-5060340 **Telephone**

02-5906998 **Fax**

דרך חברון 101, ירושלם **Address**

| | | | | Details of Examinee |
|---|---|---|---|---|
| 336466933 : ID | ADI : First Name | | MARCUS Family Name | |
| 0522811774 Tel Work/Mob. | 025903070 Tel | F Gender | | |
| 9107102 ZIP | | | Jerusalem Address | |

## Medical Authorization

The data in this certificate is based on the entries on the medical card, in the name of the patient in the clinic. These records are partly information provided to the attending physician by the patient and partly results of tests performed by physicians. The HMO, its doctors and other employees are not responsible for the veracity of the facts recorded before us / or by the parents or guardians of the young man / woman on whom this approval was given before or at the time of submitting to the medical treatment, or the medical examination by the doctor. They are not responsible if a particular visit or treatment or examination did not find expression in the entries of the above mentioned medical card.

19/09/2021

**Signature and stamp of Doctor**

**Date**

**Dr. Esther Porkosh**
**Reg No 1-131144**

# Plaintiffs' Exhibit 42

| | |
|---|---|
| **From:** **United Airlines, Inc.** Receipts@united.com | |
| **Subject:** eTicket Itinerary and Receipt for Confirmation AEJERN |  |
| **Date:** 27 January 2022 at 19:13 | |
| **To:** URI@ntcf.org URI@NTCF.ORG | |



Thu, Jan 27, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# AEJERN

| Flight 1 of 2 UA955 | Class: United Economy (K) |
|---|---|
| Sun, Mar 06, 2022 | Sun, Mar 06, 2022 |
| **12:55 AM** | **06:00 AM** |
| Tel Aviv, IL (TLV) | San Francisco, CA, US (SFO) |

| Flight 2 of 2 UA954 | Class: United Economy (K) |
|---|---|
| Thu, Mar 31, 2022 | Fri, Apr 01, 2022 |
| **07:55 PM** | **07:50 PM** |
| San Francisco, CA, US (SFO) | Tel Aviv, IL (TLV) |

### Traveler Details

MARCUS/URI
eTicket number: **0162390934444**          Seats: **TLV-SFO 48L**
Frequent Flyer: **UA-XXXXX474 Member**                    **SFO-TLV 35B**

MARCUS/YVONNEMARIE
eTicket number: **0162390934446**          Seats: **TLV-SFO 48J**
Frequent Flyer: **UA-XXXXX273 Premier Silver**              **SFO-TLV 36B**

### Purchase Summary

Method of payment:                    **Miscellaneous Document ending in**

| | ending in |
|---|---|
| Date of purchase: | **Thu, Jan 27, 2022** |

| | |
|---|---|
| Airfare: | **459.00 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| U.S. APHIS User Fee: | **3.96 USD** |
| U.S. Customs User Fee: | **6.11 USD** |
| Israel Departure Tax: | **30.36 USD** |
| U.S. Immigration User Fee: | **7.00 USD** |
| International Surcharge: | **265.00 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |
| Total Per Passenger: | **820.93 USD** |

| | |
|---|---|
| **Total:** | **1641.86 USD** |

## Payment Info

Remaining value of your previous ticket numbers ▮▮▮▮▮▮▮▮▮▮ was applied to this purchase.

## Carbon Footprint

Your estimated carbon footprint for this trip is **2.84096 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE/CXL FEE/CHG FEE

## MileagePlus Accrual Details

| Uri Marcus | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Mar 06, 2022 | 955 | Tel Aviv, IL (TLV) to San Francisco, CA, US (SFO) | 2170 | 434 | 1 |
| Thu, Mar 31, 2022 | 954 | San Francisco, CA, US (SFO) to Tel Aviv, IL (TLV) | 1450 | 290 | 1 |
| MileagePlus accrual totals: | | | 3620 | 724 | 2 |

| Yvonnemarie Marcus | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Mar 06, 2022 | 955 | Tel Aviv, IL (TLV) to San Francisco, CA, US (SFO) | 3038 | 434 | 1 |
| Thu, Mar 31, 2022 | 954 | San Francisco, CA, US (SFO) to Tel Aviv, IL (TLV) | 2030 | 290 | 1 |
| MileagePlus accrual totals: | | | 5068 | 724 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|

## What happens if I don't wear a face mask?

Refusing to wear a face mask in the airport or on board is a federal offense which may result in a fine of up to $35,000. Additionally, you'll be refused transport and could lose your travel privileges on United.

## Can I remove my face covering while in the airport or on board?

There may be times when you may need to remove your mask in the airport or on the aircraft, such as when briefly eating or drinking. Federal law requires you to immediately put your mask back on between bites and sips. Additionally, in the event of decompression, travelers will need to remove face coverings prior to donning an oxygen mask. Otherwise, travelers are expected to wear their face masks for their entire flight and while in the airport, including in our lounges.

## When and where am I expected to wear a face covering?

Federal law requires all travelers to wear a face mask in the airport, including customer service counters, airport lounges, gates and baggage claim, and on board during their entire flight.

## What does the "Ready-to-fly checklist" entail?

The "Ready-to-fly checklist" requires that you acknowledge you don't have symptoms for COVID-19 and agree to follow our policies. Here's how it'll look when you check in:

**Ready-to-fly checklist**

**These requirements apply to all travelers, including those who have received a COVID-19 vaccine:**

**Federal law requires that:**

- **You must properly wear an acceptable[1] mask at all times in the airport and on board. Vented masks and bandanas are not permitted.**
- You must wear masks in between bites and sips if you are eating or drinking.
- United will refuse transport to any traveler not compliant with these requirements.[2]

**Health requirements:**

- You have not tested positive for COVID-19 in the last 5 days[3] and are not awaiting the results of a COVID-19 test.
- You have reviewed CDC guidelines[1] on the quarantine requirements and symptoms of COVID-19 and you do not have any symptoms.

**If anyone does not meet these criteria, please reschedule your trip.**

Please call 1-800-UNITED-1 (1-800-864-8331) or your local Customer Contact Center for your options.

**About the ready-to-fly checklist:** As part of our United CleanPlus[SM] commitment and in partnership with Cleveland Clinic and Clorox, this checklist follows guidelines from the Centers for Disease Control and Prevention (CDC) and World Health Organization (WHO) and are subject to change. Additional local restrictions may apply.

[1]See CDC.gov for additional COVID-19 information.

[2]Children under 2 and those with a pre-arranged exception from United due a disability are exempt from wearing a mask.

[3]Persistent positives: if you tested positive recently more than once, this requirement does not apply if your first positive result was more than 10 days ago and less than 90 days ago. All other requirements still apply.

## What are United's health and mask requirements?

Our health and mask requirements can be found in detail on our "Ready-to-fly checklist," which must be filled out at check-in. All customers must comply with our health requirements, and all customers age 2 and older must comply with the federal face mask law. Your destination may also have additional requirements such as pre-arrival testing. Learn more on our COVID-19 testing for United travelers page.

**From:** **Uriel ben-Mordechai** uri@ntcf.org 📎 
**Subject:** Mask Exemption Requests for passengers on Itinerary AEJERN
**Date:** 27 January 2022 at 19:19
**To:** maskexception@united.com

## Attention United Airlines:

In accordance with the policies outlined on the **United Airlines** Website to request mask exemptions, please find attached TWO requests for passengers **URI MARCUS** and **YVONNE MARIE (ADI) MARCUS** booked on the upcoming Itinerary **AEJERN** departing TLV on 06 MAR 2022.

Please advise on approval of our requests at your earliest.

Thank you,

URI MARCUS

YVONNE MARIE (ADI) MARCUS



ME_form_final_A
No Doc...GN.pdf



ME_form_final_U
No Doc...GN.pdf



UA TLV SFO
SFO TL...UA.pdf

**From:** Uriel ben-Mordechai uri@ntcf.org 📎
**Subject:** Withdrawal of Consent to process and transfer
**Date:** 27 January 2022 at 19:19
**To:** privacy@united.com
**Cc:** maskexception@united.com



> INDIVIDUALS LOCATED OUTSIDE OF THE UNITED STATES: If you are located outside the United States and you choose to request a mask exemption, United will use the information this form to handle your request. You understand that this form will be transferred to the United States, where data protection laws may not be equivalent to those in your home country. By signing below and affirmatively submitting this form, you give specific consent to United to process and transfer the information for these purposes. To exercise rights granted pursuant to applicable law, including withdrawal of consent, contact privacy@united.com. Withdrawal of consent does not affect the lawfulness of information processed until the withdrawal, and this information will continue to be maintained for compliance with legal obligations and for the establishment, exercise or defense of legal claims.

## Attention United Airlines:

### Itinerary: AEJERN — departs TLV on 06 MAR 2022.

We are located outside of the United States and we choose to request a mask exemption *[see the attached and completed forms, which have already been sent to maskexception@united.com]*.

Moreover, we, the undersigned, **URI MARCUS** and **YVONNE MARIE (ADI) MARCUS**, by our signatures hereby exercise our rights granted pursuant to applicable law, to **withdrawal our specific consent for you to transfer any information contained in the attached mask exemption request forms to any and all THIRD PARTIES, outside of UNITED AIRLINES.**

Thank you,

URI MARCUS

YVONNE MARIE (ADI) MARCUS

ME_form_final_A
No Doc...GN.pdf

ME_form_final_U
No Doc...GN.pdf

UA TLV SFO
SFO TL...UA.pdf

**From:** Mask Exception  MaskException@united.com
**Subject:** RE: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
**Date:** 27 January 2022 at 20:37
**To:** Uriel ben-Mordechai  uri@ntcf.org



Hello,

We have sent the mask exemption forms to our Corporate Medical team.

We will reach out to you as soon as we have a response.

Kind regard,

Suzanne Martin
United Airlines

---

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Thursday, January 27, 2022 11:20 AM
**To:** Mask Exception <MaskException@united.com>
**Subject:** [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN

This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender and know that the content is safe.

# Attention United Airlines:

In accordance with the policies outlined on the **United Airlines** Website to request mask exemptions, please find attached TWO requests for passengers **URI MARCUS** and **YVONNE MARIE (ADI) MARCUS** booked on the upcoming Itinerary **AEJERN** departing TLV on 06 MAR 2022.

Please advise on approval of our requests at your earliest.

Thank you,

URI MARCUS

YVONNE MARIE (ADI) MARCUS

From: **Mask Exception** MaskException@united.com
Subject: FW: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
Date: 27 January 2022 at 23:14
To: uri@ntcf.org

ME

Hello,

Thank you for contacting United regarding a face mask exception. The information submitted is too broad for each person.

Our medical team will need the name of the disability/ medical diagnosis or disease that prohibits wearing a mask. This information must also come from the medical provider.


Kind Regards,

Suzanne Martin
United Airlines


---

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Thursday, January 27, 2022 11:20 AM
**To:** Mask Exception <MaskException@united.com>
**Subject:** [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN

This message was sent from outside of United Airlines. Please do not click links or open attachments unless you recognize the sender and know that the content is safe.

# Attention United Airlines:

In accordance with the policies outlined on the **United Airlines** Website to request mask exemptions, please find attached TWO requests for passengers **URI MARCUS** and **YVONNE MARIE (ADI) MARCUS** booked on the upcoming Itinerary **AEJERN** departing TLV on 06 MAR 2022.

Please advise on approval of our requests at your earliest.

Thank you,

URI MARCUS

YVONNE MARIE (ADI) MARCUS

**From:** **Uriel ben-Mordechai** uri@ntcf.org 📎
**Subject:** Re: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
**Date:** 28 January 2022 at 8:22
**To:** Mask Exception MaskException@united.com



Suzanne, Shalom,

The private medical information submitted to United Airlines was NOT too broad. Both documents are specific and meet the requirements for mask exemptions provided by the CDC, namely that neither of us can safely wear a mask because of our disabilities [https://www.cdc.gov/quarantine/masks/mask-travel-guidance.html#disability-exemptions].

> *"A person with a disability who cannot wear a mask because it would cause the person to be unable to breathe or have respiratory distress. The following persons with disabilities might be exempt from CDC's requirement to wear a mask based on factors specific to the person: A person with a severe sensory disability … who would pose an imminent threat of harm to themselves…"*

For **URI MARCUS**, the name of the disabilities/medical diagnoses are: **Sensory Processing Disorder, Reactive Airways Disease, Anxiety.**

For **YVONNE MARIE (ADI) MARCUS**, the name of the disabilities/medical diagnoses are: **Basel Cell Carcinoma [Skin (Nose) Cancer]. Respiratory Distress, Anxiety that results in Migraines**.

Additional documentation is being provided regarding Mrs Marcus' medical condition, attached below to this response.



EX4 Dr. Ephraim
ben-Ze...y E.pdf

The private medical information we are providing at the request of UNITED AIRLINES came from our HMO, **Maccabi Healthcare Services** [*https://www.maccabi4u.co.il/1781-he/Maccabi.aspx*], Israel's 2nd largest HMO medical provider.

You mentioned "our medical team." We are located outside of the United States and we choose to request these mask exemptions. In accordance with the policy of United Airlines, we are exercising our rights granted pursuant to applicable law, to withdrawal our specific consent to UNITED AIRLINES to transfer any and all medical information contained in the attached mask exemption request forms sent to you, and in this email message, to any THIRD PARTY, outside of UNITED AIRLINES.

Are the members of your "medical team" employees of United Airlines? If so, we are requesting the specific names of licensed physicians, and their license numbers, who will see our private medical documents. We need to know on what basis you, who are presumably not a licensed physician, are arriving at the conclusion that the medical information we submitted is too broad.

Uri Marcus
Yvonne Marie [Adi] Marcus

> On 27 Jan 2022, at 23:14, Mask Exception <MaskException@united.com> wrote:
>
> Hello,
>
> Thank you for contacting United regarding a face mask exception.  The information

**From:** **Uriel ben-Mordechai** uri@ntcf.org
**Subject:** Re: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
**Date:** 28 January 2022 at 14:27
**To:** Mask Exception MaskException@united.com



Suzanne, Shalom,

Responding further to your earlier reply to our request for mask exemptions for our upcoming itinerary **[AEJERN]**, we wish to draw your attention to **Page 1** of your mask exemption forms, in the **second paragraph from the bottom**, which was **NOT checked off**, but instead has a **RED-X** drawn through this paragraph, which should make it clear to UNITED AIRLINES that under no circumstances do we *"authorize the release of medical information pertaining to [these] mask exemption request[s]"* nor do we *"authorize [our] treating physicians to speak with a United Airlines medical team representative or any agent acting on its behalf."*

The documents we have provided **as a courtesy** to UNITED AIRLINES should be sufficient to demonstrate our willingness to cooperate with your policies insofar as we are able, and that we have taken all reasonable steps to inform UNITED about our limitations of mask wearing owing to our disabilities.

Suzanne, despite the fact that **out of courtesy** we have decided to cooperate with your polices, we are certain that you and your colleagues at UNITED AIRLINES are aware of UNITED's legal obligations as follows:

*1. An airline may not require a medical certificate from disabled passengers who ask for a mask exemption. "Except as provided in this section, you must not require a passenger with a disability to have a medical certificate as a condition for being provided transportation."* **14 CFR § 382.23(a)**. *"You may … require a medical certificate for a passenger if he or she* **HAS** *a communicable disease or condition that could pose a direct threat to the health or safety of others on the flight."* **14 CFR § 382.23(c)(1)** *(emphasis added). This requirement does not include speculation that a person* **might** *have a communicable disease such as COVID-19; evidence is required that the passenger* **HAS** *a communicable disease, i.e., has tested positive for the coronavirus.*

*2. Refusing transportation to disabled passengers who are otherwise healthy and do not pose a direct threat to anyone is illegal. Airlines may not refuse to transport a disabled person who can't wear a face mask when there's no evidence that person is positive for COVID-19 or any other communicable disease. UNITED AIRLINES "must not refuse transportation to the passenger if you can protect the health and safety of others by means short of a refusal."* **14 CFR § 382.19(c)(2)**.

*3. UNITED AIRLINES is prohibited by federal regulations from forcing a disabled passenger to disclose his/her medical conditions, as you did by stating that, "The information submitted is too broad for each person. Our medical team will need the name of the disability/medical diagnosis or disease that prohibits wearing a mask. This information must also come from the medical provider," only to determine if passengers like us are entitled to a particular seating accommodation, pursuant to* **14 CFR § 382.38**. *UNITED AIRLINES "may not make inquiries about an individual's disability or the nature or severity of the disability," according to the* **DOT**. *UNITED AIRLINES's mask policy constitutes invasion of privacy, which is illegal.*

*Requiring a medical certificate also violates the Convention on International Civil Aviation. UNITED AIRLINES may not require passengers with disabilities needing a mask exemption to submit a medical clearance* [as we did — as a courtesy — by submitting letters from our doctors]. *The United States has ratified CICA, which makes it binding treaty law upon all persons and corporations in the United States. "[P]ersons with disabilities should be permitted to travel without the requirement for a medical clearance."* **CICA Annex 9 § 8.39**.

*4. UNITED AIRLINES' mask policy doesn't provide for making an "individualized assessment" of whether someone is known to have COVID-19 or another communicable disease. According to the* **DOT**, *"If a person who seeks passage has an infection or disease that would be transmittable during the normal course of a flight, and that has been deemed*

*so by a federal public health authority knowledgeable about the disease or infection, then the carrier may: … Impose on the person a condition or requirement not imposed on other passengers (e.g., wearing a mask)." This is the only scenario airlines are permitted to force any passenger to don a face covering.*

*5. UNITED AIRLINES is not allowed to require passengers seeking mask exemptions to do so **in advance** as you have done: "As a carrier, you must not require a passenger with a disability to provide advance notice of the fact that he or she is traveling on a flight." **14 CFR § 382.25**.*

For the reasons stated above and others as yet unstated, we look forward to receiving your approval to our mask exemption requests as soon as possible.

URI MARCUS *[Passenger]*

YVONNE MARIE (ADI) MARCUS *[Passenger]*

On 27 Jan 2022, at 23:14, Mask Exception <MaskException@united.com> wrote:

Hello,

Thank you for contacting United regarding a face mask exception.  The information submitted is too broad for each person.

Our medical team will need the name of the disability/ medical diagnosis or disease that prohibits wearing a mask. This information must also come from the medical provider.

Kind Regards,

Suzanne Martin
United Airlines



**From:** **Mask Exception** MaskException@united.com
**Subject:** RE: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
**Date:** 28 January 2022 at 16:12
**To:** Uriel ben-Mordechai  uri@ntcf.org

Hello,

Thank you for the additional medical information.  Please forgive me if my personal word choice "broad,' was not a good choice.  I was trying to convey we needed more information and did not intend to cause any offense, my apology.

We will forward this information over to our medical team, who are indeed employees of United Airlines.

As soon as I have a response, I will get back with you.  Thank you for your patience.

Kind regards,

Suzanne

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Friday, January 28, 2022 12:23 AM
**To:** Mask Exception <MaskException@united.com>
**Subject:** Re: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN

Suzanne, Shalom,

The private medical information submitted to United Airlines was NOT too broad. Both documents are specific and meet the requirements for mask exemptions provided by the CDC, namely that neither of us can safely wear a mask because of our disabilities [https://www.cdc.gov/quarantine/masks/mask-travel-guidance.html#disability-exemptions].

> *"A person with a disability who cannot wear a mask because it would cause the person to be unable to breathe or have respiratory distress. The following persons with disabilities might be exempt from CDC's requirement to wear a mask based on factors specific to the person: A person with a severe sensory disability … who would pose an imminent threat of harm to themselves…"*

For **URI MARCUS**, the name of the disabilities/medical diagnoses are: **Sensory Processing Disorder, Reactive Airways Disease, Anxiety.**

For **YVONNE MARIE (ADI) MARCUS**, the name of the disabilities/medical diagnoses are: **Basel Cell Carcinoma [Skin (Nose) Cancer]. Respiratory Distress, Anxiety that results in Migraines**.

Additional documentation is being provided regarding Mrs Marcus' medical condition, attached below to this response.

The private medical information we are providing at the request of UNITED AIRLINES came from our HMO, **Maccabi Healthcare Services**

From: **Mask Exception** MaskException@united.com
Subject: FW: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
Date: 28 January 2022 at 20:55
To: uri@ntcf.org



Hello,


Hello,

Thank you for your patience, as our medical team reviewed the additional formation and comments you sent.

After review of the information, we must respectfully decline your requests for face mask exceptions because the documentation in support of the mask exemptions does not meet the criteria set forth by the CDC.

This decision was made in accordance with the Center for Disease Control Order, dated January 29, 2021, Transportation Security Administration Security Directive 1544-21-02, dated January 31, 2021, and the Air Carrier Access Act and its implementing regulations at 14 CFR 382.

Please see the attached documentation from the CDC regarding wearing masks during conveyance/transportation and hubs.

If you still feel that you meet the CDC guidelines as described above, you may still present additional documentation in support of the requests.

We understand this decision may impact your travel plans to travel in March. If you need to cancel your travel, please let us know.  We can assist in a full refund if requested.

Respectful regards,

Suzanne


**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Friday, January 28, 2022 12:23 AM
**To:** Mask Exception <MaskException@united.com>
**Subject:** Re: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN

Suzanne, Shalom,

The private medical information submitted to United Airlines was NOT too broad. Both documents are specific and meet the requirements for mask exemptions provided by the CDC, namely that neither of us can safely wear a mask because of our disabilities [https://www.cdc.gov/quarantine/masks/mask-travel-guidance.html#disability-exemptions].

> *"A person with a disability who cannot wear a mask because it would cause the person to be unable to breathe or have respiratory distress. The following persons with disabilities might be exempt from CDC's requirement to wear a mask based on factors specific to the person: A person with a severe sensory disability … who would pose an imminent threat of harm to themselves…"*

For **URI MARCUS**, the name of the disabilities/medical diagnoses are: **Sensory**



**From:** **Uriel ben-Mordechai** uri@ntcf.org
**Subject:** Re: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
**Date:** 31 January 2022 at 0:02
**To:** Mask Exception MaskException@united.com

Shalom Suzanne,

I am requesting answers to the following questions:

1. What specific CDC criteria did we not meet? We provided all the documents you asked for. We don't understand which criteria was defective?

2. Can you explain how the CDC gets to rate our disabilities? The CDC is not my doctor. My doctor and my wife's doctor both provided certification that we are medically unable to tolerate masking. The CDC has published provisions that accommodate our medical disabilities. Why is UAL not following the CDC's criteria?

3. For which part of TSA Security Directive 1544-21-02, section F(2) did we not qualify? We need a clarification.

4. Since you opened the door to 14 CFR § 382, it is clear that UNITED AIRLINES has not implemented the regulations regarding mask exemption requests, set forth in:

> 14 CFR § 382.11(a)(1)
> 14 CFR § 382.11(a)(4)
> 14 CFR § 382.17
> 14 CFR § 382.19(a)
> 14 CFR § 382.19(c)(1)
> 14 CFR § 382.19(c)(2)
> 14 CFR § 382.23(a)
> 14 CFR § 382.25
> 14 CFR § 382.38
> 14 CFR § 382.87(a)

What explanation does your legal department provide with regard to each of the above?

We are appealing your decision and asking the UAL reconsider its position and give us a favorable response in light of the fact that two independent medical professionals have certified in my wife's medical records that she developed skin cancer that must be surgically removed before it spreads into the bones of her nose, that came as a direct result of prolonged masking while flying on UAL's long-haul flights last year.

We have been faithful United customers for decades. UAL is now discriminating against us owing to our medical disabilities, and surely it must realize that this is an actionable tort. Yet, we would rather fly what used to be the friendly skies than bring a lawsuit against UAL for discrimination.

Please try again to accommodate our disabilities.


URI MARCUS
YVONNE MARIE (ADI) MARCUS


> On 28 Jan 2022, at 20:55, Mask Exception <MaskException@united.com> wrote:
>
> Hello,



From: **Uriel ben-Mordechai** uri@ntcf.org
Subject: Re: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
Date: 1 February 2022 at 11:18
To: Mask Exception MaskException@united.com

Suzanne, Shalom

I have not heard back from you yet with regard to my questions from 29 Jan 2022.

I'm asking you now to put me in touch with your legal department. I want to hear from them directly.

If I don't get a response from UAL Legal by end of business 02 Feb 2022 or if UAL refuses to obey the law, it will leave me no choice but to sue for discrimination, under the circumstances.

My wife is going into surgery on 08 Feb 2022 to treat cancer that developed on her nose for which TWO independent physicians stated in their medical summaries — one of which I already forwarded to you — that the cancer came as an immediate result of prolonged masking which she was forced to endure in FOUR separate long-haul flights from TLV to SFO to TLV on UNTED AIRLINES in 2020 and in 2021.

How do you get up in the morning and go to work for these monsters who gave my wife cancer because of a goddamn illegal mask mandate that your airline has decided to illegally coerce and force upon disabled passengers — citizen of the United States of America — who cannot tolerate them under threat of denying them air transportaion?

## מִן הַדִּין וּמִן הַצֶּדֶק לְהֵעָתֵר לַבַּקָשָׁה.

*From what is lawful, and what is just may this request be conceded.*

URI MARCUS
YVONNE MARIE (ADI) MARCUS

> On 28 Jan 2022, at 20:55, Mask Exception <MaskException@united.com> wrote:
>
> Hello,
>
>
> Hello,
>
> Thank you for your patience, as our medical team reviewed the additional

**From: Mask Exception** MaskException@united.com
**Subject:** RE: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary AEJERN
**Date:** 2 February 2022 at 2:23
**To:** Uriel ben-Mordechai  uri@ntcf.org



Hello Mr. Marcus,

Based on the information that you have provided and United's reasonable judgment,
there is no basis for United to provide a mask exception.

It would not be unsafe for you and your wife to wear a mask during the flight and
temporarily remove the mask if you are experiencing difficulty breathing or shortness
of breath or are feeling winded or are experiencing substantial skin irritation. Once the
condition abates or is addressed, you would then put the mask back on as required by
federal mandate.

This would be permissible under United's mask policy.

If you find that you are unable to travel, we can offer a full refund back to the original
form of payment.

Kind Regards,

Wendy Marzullo
United Airlines

---

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Tuesday, February 1, 2022 3:19 AM
**To:** Mask Exception <MaskException@united.com>
**Subject:** Re: [EXTERNAL] Mask Exemption Requests for passengers on Itinerary
AEJERN

Suzanne, Shalom

I have not heard back from you yet with regard to my questions from 29 Jan
2022.

I'm asking you now to put me in touch with your legal department. I want to hear
from them directly.

If I don't get a response from UAL Legal by end of business 02 Feb 2022 or if
UAL refuses to obey the law, it will leave me no choice but to sue for
discrimination, under the circumstances.

My wife is going into surgery on 08 Feb 2022 to treat cancer that developed on
her nose for which TWO independent physicians stated in their medical
summaries — one of which I already forwarded to you — that the cancer came
as an immediate result of prolonged masking which she was forced to endure in
FOUR separate long-haul flights from TLV to SFO to TLV on UNTED AIRLINES
in 2020 and in 2021.

How do you get up in the morning and go to work for these monsters who gave
my wife cancer because of a goddamn illegal mask mandate that your airline has

 American Airlines

## Plaintiffs' Exhibit 43

**AA RECORD LOCATOR: WQKDMZ**





Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

---

Tel Aviv-Yafo to Los Angeles   **2 Adults**
**Monday** March 7, 2022 – **Thursday** March 31, 2022

**Total Paid:**

**$1,581.06 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **WQKDMZ** | **TLV/LAX** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticketed** Feb 02, 2022 |

**Fare Amount**

Adult
2 × $414.00 USD   $828.00 USD

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **145** | **Tel Aviv-Yafo** (TLV) March 7, 2022 12:45 AM Travel Time : 12 h 15 m Class : Economy Seat : 24J , 24L | **New York** (JFK) March 7, 2022 06:00 AM Booking Code : O Aircraft : 772 |
| American Airlines **1** | **New York** (JFK) March 7, 2022 07:30 AM Travel Time : 6 h 24 m Class : Economy Seat : 19A , 19C | **Los Angeles** (LAX) March 7, 2022 10:54 AM Booking Code : O Aircraft : 32B |

**Taxes & Carrier-Imposed Fees**

Taxes   $223.06 USD

Carrier-Imposed Fees   $530.00 USD

**Flight Subtotal**

**$1,581.06 USD**

| Flight | Depart | Arrive |
|---|---|---|
| American Airlines **32** | **Los Angeles** (LAX) March 31, 2022 01:30 PM Travel Time : 5 h 19 m Class : Economy Seat : 19D , 19F | **New York** (JFK) March 31, 2022 09:49 PM Booking Code : O Aircraft : 32B |
| American Airlines **146** | **New York** (JFK) March 31, 2022 11:40 PM Travel Time : 10 h 20 m Class : Economy Seat : 31A , 31B | **Tel Aviv-Yafo** (TLV) April 1, 2022 05:00 PM Booking Code : O Aircraft : 772 |

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | EQUIV FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|---|
| MARCUS,URI | 0012329383570 | | $414.00 USD | 265.00 USD | 376.53 | 790.53 |
| MARCUS,YVONNE | 0012329383571 | | $414.00 USD | 265.00 USD | 376.53 | 790.53 |
| **Payment Type:** | MASTER CARD | ************3538 | | | **Total** | **$1,581.06 USD** |

## Endorsements/Restrictions
NONREF AFTER DEPARTURE/RESTRICTIONS APPLY

## Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

# Face coverings

U.S. federal law requires that you wear a face covering at all times while indoors at the airport and on board your flight, regardless of vaccination status. If you refuse to wear one, you may be denied boarding and future travel on American. You may also face penalties under federal law.

These rules do not apply to children under 2, or if you have a disability that prevents you from wearing a face covering and meet the exemption requirements.

Visit the Centers for Disease Control and Prevention (CDC) website for more information about the mask requirement.

Requirement for face masks on planes and in airports 🗗

You should bring your own face covering to use while traveling. While limited quantities of face coverings may be available at the gate, they will not be available for every customer on every flight.

## ⊙ Acceptable face coverings

- A mask or 2 layered secured cloth that completely covers your nose and mouth and fits snugly to the sides of your face and under your chin
- Face shields worn with a face covering, but not in place of one

## These are not acceptable as face coverings

- Balaclavas
- Bandanas
- Face covers with exhaust valves or vents
- Face covers made of mesh or lace type fabric
- Gaiters
- Scarves
- Ski masks

CDC recommendations for face coverings 🗗

## ⊙ During your flight

- Your face covering must be worn and visible at all times, including if you plan to sleep.
- You can briefly lower or remove your face covering while actively eating, drinking or taking oral medication, but it must be worn between bites and sips.
- If oxygen masks drop from an overhead compartment, remove your face covering before placing the oxygen mask over your nose and mouth.

## These may not be used on board

For the safety of everyone on board, some types of recreational / personal protection equipment are not allowed for use on our planes or in flight:

 **American Airlines**

Home     English ▼    Search AA.com®    🔍

PLAN TRAVEL    TRAVEL INFORMATION    AADVANTAGE®    👤 Uri    

# Choose flights

« New search

 **More flexibility for your travel**
We're waiving change fees for more flexibility on certain tickets and travel dates.
Flexible travel updates ⮺

 **Face coverings and travel requirements**
A face covering is required by U.S. federal law when indoors at the airport and on board American Airlines flights, regardless of vaccination status. These rules do not apply to children under 2. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel.
Read about face coverings ⮺

There are new requirements to enter the U.S. based on citizenship / residence and vaccination status. All travelers entering the U.S. must also provide their contact information within 72 hours before departure. Read about travel requirements ⮺

We collect your personal data in accordance with applicable laws and regulations, including certain data related to COVID-19 and your health status during the pandemic. For more information about how we process your data, please see our privacy policy at aa.com/privacy ⮺

## Your trip summary

| Main Cabin Flexible | |
|---|---|
| Round trip (Flexible) | **Depart** Tel Aviv-Yafo, Israel to Los Angeles, CA |
| **$ 791** average per person | Monday, March 7, 2022 |

**Depart** Tel Aviv-Yafo, Israel to Los Angeles, CA
Monday, March 7, 2022

**12:45** AM  →  **10:54** AM   20h 9m   1 stop        Main Cabin Flexible
TLV - JFK  •  AA 145  •  772-Boeing 777

JFK - LAX  •  AA 1  •  32B-Airbus A321 (Sharklets)

⚠ Overnight flight or connection

Details  |  Change

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Return** Los Angeles, CA to Tel Aviv-Yafo, Israel
Thursday, March 31, 2022

**1:30** PM  →  **5:00** PM   17h 30m   1 stop        Main Cabin Flexible
LAX - JFK  •  AA 32  •  32B-Airbus A321 (Sharklets)

JFK - TLV  •  AA 146  •  772-Boeing 777

⚠ Overnight flight or connection

Details  |  Change

Total $1,581.06 (all passengers)
Price and tax information ⮺

**Good value with benefits**
- Changes or refunds allowed
- Choose your seat at no charge on American flights (fee may apply for preferred or Main Cabin Extra seats)
- Eligible for upgrades on American flights

Includes taxes and carrier imposed fees.
Bag and optional fees ⮺

## Upgrade to Flagship® Business

Round trip (Flexible)
**+ $ 4,848** average per person
Total $ 11,277.06 (all passengers)

**Room to work or relax**
- Lie-flat seat with direct aisle access
- Flagship® Lounge and Admirals Club® access
- Priority check-in, security and boarding
- 2 free checked bags `

Home       Uri       English ▾      Search AA.com®

**American Airlines** 

PLAN TRAVEL   TRAVEL INFORMATION   AADVANTAGE®     

# Passengers

«  New search

---



## More flexibility for your travel

We're waiving change fees for more flexibility on certain tickets and travel dates.
Flexible travel updates ⧉

## Face coverings and travel requirements

A face covering is required by U.S. federal law when indoors at the airport and on board American Airlines flights, regardless of vaccination status. These rules do not apply to children under 2. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Read about face coverings ⧉



There are new requirements to enter the U.S. based on citizenship / residence and vaccination status. All travelers entering the U.S. must also provide their contact information within 72 hours before departure. Read about travel requirements ⧉

We collect your personal data in accordance with applicable laws and regulations, including certain data related to COVID-19 and your health status during the pandemic. For more information about how we process your data, please see our privacy policy at aa.com/privacy ⧉

---

**ROUND TRIP**

# Tel Aviv-Yafo, Israel to Los Angeles, CA

Monday, March 7, 2022 to Thursday, March 31, 2022

---

Your trip total

## $1,581.06

Price for all passengers
Price and tax information ⧉

Earn up to a $200 statement credit

Plus, 40,000 bonus miles with this credit card offer.
Terms apply.



2/7/22, 9:16 AM      Frequently Asked Questions US Department of Transportation

🏛 An official website of the United States government Here's how you know ∨

ℹ The latest general information on the Coronavirus Disease 2019 (COVID-19) is available on Coronavirus.gov. For USDOT specific COVID-19 resources, please visit our page.

Home \ flyhealthy.gov

# DOT — Dept. of Transportation

Frequently Asked Questions    **Scroll down to question #8**

New International Air Travel COVID-19 Policy

Plan Your Travel

At the Airport

Aboard the Aircraft

Arrival at Your Destination

Returning Home

Frequently Asked Questions

## Related Links

- Watch a video on your Passenger Experience
- CDC Resources for Travelers
- U.S. Department of State
- Transportation Security Administration
- Coronavirus.gov
- UNWTO/IATA Destination Tracker
- COVID-19 & Travelers (IATA)
- Fly Healthy, Fly Smart (Airlines for America)

## Related Documents

- Runway to Recovery 1.1



1. **Can I wear a mask to the TSA checkpoint?**

   Yes, travelers must wear a mask throughout their travel journey. Travelers may be asked to adjust their mask for identity verification or remove it briefly if it alarms the security screening equipment.

2. **Can I request that TSA officers use new gloves during my screening?**

   Yes. TSA officers are required to wear nitrile gloves when conducting screening duties and to change them following each pat-down and upon passenger request.

3. **Can I bring my own filled water bottle through the TSA checkpoint?**

   No, you are not permitted to bring your own filled water bottle that exceeds 3.4 ounces through the checkpoint. Many airports now offer touchless refilling stations past security that enable travelers to fill empty bottles and containers they bring from home. Consult the directory or ask a local official for locations in your departure airport.

4. **Do I need to remove electronics from my carry-on bags?**

   Yes, you should plan to remove personal electronic devices larger than a cell phone from your carry-on bag and put them in a separate bin with nothing placed on or under them for security screening. (This does not apply to TSA PreCheck™ passengers.) Some airports are using new Computed Tomography (CT) technology that allows you to keep electronics in your carry-on luggage. Passengers will be advised on the use of CT scanners at the checkpoint and of any alternate procedures.

5. **Can TSA still open and go through my checked luggage? What precautions are being taken to reduce possible contamination?**

   Yes, TSA may inspect your checked baggage during the screening process. If your property is physically inspected, TSA will place a notice of baggage inspection inside your bag. To reduce the likelihood of contamination, TSA officers are changing their gloves after each bag check and conducting enhanced sanitation of baggage screening areas.

6. **My driver's license has expired and I haven't been able to renew it during the pandemic. Will I still be able to fly?**

Yes. If your driver's license or state-issued ID expired on or after March 1, 2020, and you are unable to renew, you may still use it as acceptable identification at the checkpoint. TSA will accept expired driver's licenses or state-issued IDs for a year after expiration.

7. **What is the status of REAL ID enforcement in light of COVID-19?**

The Department of Homeland Security has extended the deadline for REAL ID enforcement to October 1, 2021. Visit the REAL ID website for more information.

8. **What happens if a passenger does not comply with an airline's mask policies and/or causes an inflight disruption or distraction for the crew?**

While the failure to wear a face covering is not itself a federal violation, federal law prohibits physically assaulting or threatening to physically assault aircraft crew or anyone else on a civil aircraft. Passengers are subject to civil penalties for such misconduct, which can threaten the safety of the flight by disrupting or distracting cabin crew from their safety duties. Additionally, federal law provides for criminal fines and imprisonment of passengers who interfere with the performance of a crewmember's duties by assaulting or intimidating that crewmember. U.S. airlines have policies about wearing face coverings in the airplane cabin. Please be sure to check with your airline prior to flight for further guidance

9. **What happens if there is a sick passenger on an international or domestic flight?**

Under current federal regulations, pilots must report all onboard illnesses and deaths to CDC before arriving to a U.S. destination. According to CDC illness response protocols, if a sick traveler has a serious contagious disease during air travel, CDC works with local and state health departments and international public health agencies to contact exposed passengers and crew.

Be sure to give the airline your current contact information when booking your ticket so you can be notified if you are exposed to a sick traveler on a flight.

For more information, see the CDC web page Protecting Travelers' Health from Airport to Community: Investigating Contagious Diseases on Flights.

10. **Can flying on an airplane increase my risk of getting COVID-19?**

Most airlines and airports are enhancing their cleaning and passenger health protection protocols due to COVID-19, but air travel requires spending time in security lines and airport terminals, which can bring you in close contact with other people and frequently touched surfaces. This may increase your risk for exposure to the virus that causes COVID-19.

Most viruses and other germs do not spread easily on flights because of how air circulates and is filtered on airplanes (the air in an airplane cabin is fully renewed every 2-3 minutes, which is more frequent than most other locations in which people spend time). However, social distancing is difficult on flights, and you may have to sit near others, sometimes for hours. This makes the wearing of a face mask an important additional measure against exposing yourself or others to COVID-19.   It is important to follow basic guidance on wearing a face mask and frequently washing your hands or using hand sanitizer with at least 60% alcohol. For more information see CDC's Travel During the COVID-19 Pandemic.

## International Travel Requirements

1. **What should passengers provide to airlines to show they are fully vaccinated?**

Both U.S. citizens and foreign nationals who are fully vaccinated should travel with proof of

From: **Uriel ben-Mordechai** uri@ntcf.org
Subject: NMOK WQKDMZ 07 MAR 2022 MARCUS URI, MARCUS YVONNE (ADI)
Date: 2 February 2022 at 22:24
To: SAC SAC@aa.com



American Airlines SAC Dept.,

We are requesting mask exemptions for itinerary WQKDMZ.

Attached are signed medical summaries and authorizations from our family physicians that we are providing as a courtesy. Our family physicians both work for Maccabi Healthcare Services, Israel's 2nd largest HMO.

Most of these documents were written in Hebrew. A verified English translation together with the Hebrew original has been attached for your review. These summaries contain descriptions that attest that my wife and myself have medically diagnosed physical and mental disabilities that qualify under the Americans with Disabilities Act and for reasons related to those disabilities we cannot tolerate or safely wear a mask for the long haul flights on this AMERICAN AIRLINES itinerary.

It should be noted that we are exercising our rights granted pursuant to applicable law, to withdrawal our specific consent to AMERICAN AIRLINES to transfer copies of the attached medical documentation to any and all THIRD PARTIES outside of AMERICAN AIRLINES. While AMERICAN AIRLINES is free to consult with any third-party medical provider it wishes, AMERICAN AIRLINES is not authorized to share copies of our medical documents that we are providing as a courtesy.

Moreover, AMERICA AIRLINES does not have our consent or authority to contact our physicians regarding the medical documents we are providing as a courtesy.

Thank you for processing our requests quickly and with a positive answer for our upcoming travel plans.


URI MARCUS
YVONNE MARIE (ADI) MARCUS

+972-522-811-774
+1-909-833-0065



From: **Europe. Noreply, AmericanReservations** American.Europe.Noreply@aa.com 
Subject: American Airlines - WQKDMZ
Date: 3 February 2022 at 10:59
To: URI@NTCF.ORG

Hello,

Thank you for choosing American Airlines.

The documentation submitted doesn't meet one or more of the requirements outlined by the CDC and won't be approved at this time. As a reminder, the Medical Contraindication to the COVID-19 Vaccination exception is very limited. For more information please visit this link to the CDC website for more information.

If you have any questions, please contact the American Airlines Special Assistance Coordinator Desk at 1-800-237-7976. Our office hours are daily from 7:30 a.m. to 8:30 p.m. CST.

Thank you,

American Airlines Special Assistance Coordinator



From: **Uriel ben-Mordechai** uri@ntcf.org
Subject: Re: American Airlines - WQKDMZ
Date: 3 February 2022 at 11:55
To: SAC sac@aa.com



On **3 Feb 2022**, at **10:59**, Europe. Noreply, AmericanReservations <American.Europe.Noreply@aa.com> wrote:
On **3 Feb 2022**, at **11:41**, Europe. Noreply, AmericanReservations <American.Europe.Noreply@aa.com> wrote:

Thank you for choosing American Airlines.

The documentation submitted doesn't meet one or more of the requirements outlined by the CDC and won't be approved at this time. **As a reminder, the Medical Contraindication to the COVID-19 Vaccination exception is very limited. For more information please visit this link to the CDC website for more information.**

If you have any questions, please contact the American Airlines Special Assistance Coordinator Desk at 1-800-237-7976. Our office hours are daily from 7:30 a.m. to 8:30 p.m. CST.

Thank you,

American Airlines Special Assistance Coordinator

_____

1. What specific CDC criteria did our documentation not meet? Which *"one or more of the requirements"* were defective?

2. Your answer indicates that AMERICAN AIRLINES and the CDC are now diagnosing our disabilities. We did not consent to AMERICAN AIRLINES and the CDC becoming and/or replacing our current family physicians.

3. My doctor and my wife's doctor both provided signed and certified medical summaries that confirm our medical disabilities, which prevent us from masking. The CDC has published provisions that accommodate the same. Why is AMERICAN AIRLINES not following the CDC's criteria?

4. Moreover, it is clear that AMERICAN AIRLINES is not implementing regulations regarding mask exemption requests, set forth in:

    14 CFR § 382.11(a)(1)
    14 CFR § 382.11(a)(4)
    14 CFR § 382.17
    14 CFR § 382.19(a)
    14 CFR § 382.19(c)(1)
    14 CFR § 382.19(c)(2)
    14 CFR § 382.23(a)
    14 CFR § 382.25
    14 CFR § 382.38
    14 CFR § 382.87(a)

5. Please reconsider and accommodate our disabilities with a favorable response in light of the fact that two independent medical professionals have certified in my wife's medical records that you received, that she has developed skin cancer that must be surgically removed before it spreads into the bones of her nose, that came as a direct result of prolonged masking while flying on long-haul flights.

6. If you will not reconsider your position, then we ask you to put us in touch with your legal department, in order to hear from them directly.

7. If we do not hear from your Legal Department by end of business 04 Feb 2022 or if AMERICAN AIRLINES refuses to obey the law, we will have no choice but to sue AMERICAN AIRLINES for discrimination and conspiracy to interfere with our civil rights.

8. Lastly, what is the name of the *"American Airlines Special Assistance Coordinator"* who wrote the TWO messages to which we are responding?


URI MARCUS
YVONNE MARIE (ADI) MARCUS

From: **Europe. Noreply, AmericanReservations** American.Europe.Noreply@aa.com 
Subject: American Airlines Special Assistance - WQKDMZ
Date: 4 February 2022 at 15:26
To: URI@NTCF.ORG

Hello,

Thank you for choosing American Airlines.

The documentation submitted for a mask exemption doesn't meet one or more of the requirements outlined by the CDC and won't be approved at this time.
Only **one** passenger per flight can have a mask exemption.

If you have any questions, please contact the American Airlines Special Assistance Coordinator Desk at 1-800-237-7976. Our office hours are daily from 7:30 a.m. to 8:30 p.m. CST.

Thank you,

American Airlines Special Assistance Coordinator



From: **SAC** SAC@aa.com  📎
Subject: FW: American Airlines- Re WQKDMZ
Date: 4 February 2022 at 17:52
To: uri@ntcf.org



Hello Mr. Uri Marcus,

Thank you for choosing American Airlines.

Your no mask exception has been conditionally approved pending your negative COVID test result which will need to be presented to the airport agent at check-in.

If you have any questions, please contact the American Airlines Special Assistance Coordinator Desk at 1-800-237-7976. Our office hours are daily from 7:30 a.m. to 8:30 p.m. CST.


Thank you,
Julie
American Airlines Special Assistance Coordinator

From: **SAC** SAC@aa.com
Subject: FW: American Airlines- Re WQKDMZ
Date: 4 February 2022 at 17:53
To: uri@ntcf.org



Hello Ms. Yvonne Marcus,

Thank you for choosing American Airlines.

Your no mask exception has been conditionally approved pending your negative COVID test result which will need to be presented to the airport agent at check-in.

If you have any questions, please contact the American Airlines Special Assistance Coordinator Desk at 1-800-237-7976. Our office hours are daily from 7:30 a.m. to 8:30 p.m. CST.


Thank you,
Julie
American Airlines Special Assistance Coordinator

American Airlines
You are why we fly

From: **Uriel ben-Mordechai** uri@ntcf.org
Subject: Re: American Airlines- Re WQKDMZ
Date: 7 February 2022 at 12:10
To: SAC SAC@aa.com



Julie, Shalom,

Thank you for your email notice of our "no mask exceptions" being conditionally approved.

We received your email on Saturday night [IST], 05 Feb 2022 after Shabbat ended here in Jerusalem, Israel.

In your message, you indicated that our conditionally approved mask exemptions are pending a negative COVID test to be presented to the airport agent at check-in.

We also understand that American Airlines can reseat us for our flights at the back of the aircraft in the last row, regardless of the flight capacity and assigned seating of our choice. Is this true?

If we change our flight from the current departure of 07 Mar 2022 and our return flight to TLV on 31 Mar 2022, to possible dates in April or later, will your conditionally approved mask exemptions still be valid?

We have heard of stories on various airlines wherein passengers have been issued letters of mask exemptions, but upon reaching the gate agents, the exemptions were not honored, the documentation was not accepted and the mask exemptions are denied. What assurances can you give us that our mask exemptions will be honored by your own gate agents and in particular by the TSA?

I am sure that you are aware that an airline is not allowed to require passengers seeking mask exemptions to do so in advance, as we have already done.

Moreover, An airline may not require disabled passengers who seek a mask exemption to submit a negative COVID-19 test for each flight when non-disabled customers aren't subject to this same requirement. No provision of the Air Carrier Access Act or its accompanying regulations promulgated by the DOT (nor any other law enacted by Congress) permits airlines to require passengers submit a negative test for any communicable disease. Mandating disabled flyers submit a COVID-19 test before checking-in but not requiring the same of non-disabled travelers is illegal discrimination.

An airline may not change the seat assignment of a mask-exempt passenger without his/her consent. Airlines by federal law are NOT permitted to impose any manner of specific requirements or conditions on a person requesting an exemption from the mask requirement.

How would you like us to proceed? We need to travel back to the United States either on March 7, or soon thereafter. Can we get a letter from you or the supervisor of your department that simply states that our mask exemption requests have been approved, without referring to them being "conditionally approved?" We don't want to, at our age, go through all that is necessary to prepare for travel, arrive to the airport, get the gate, and then have some misinformed agent impose mask wearing on us, or else.

We look forward to you assisting us on this matter Julie.

Please update us.

URI MARCUS
YVONNE MARIE (ADI) MARCUS

**From:** **Uriel ben-Mordechai** uri@ntcf.org 
**Subject:** AA International Special Assistance Desk - WQKDMZ
**Date:** 9 February 2022 at 14:53
**To:** SAC sac@aa.com

Julie,

I did as you asked. I called the International Special Assistance Desk and spoke with a woman agent of yours in Mexico.

She confirmed that our seat assignments were moved to the last row of the aircraft on each of the four flights on our itinerary, which is illegal.

She also confirmed that we need to take COVID-19 tests prior to departure, while claiming that the CDC is the agency has ordered mask exempt passengers on AMERICAN to do so. This is false and so obviously discriminatory, especially when non-disabled passengers who agree to wear masks do not have to take these tests.

We are going to give you one more chance. We demand that you fix these issues immediately. If AMERICAN AIRLINES cannot or will not do so, then refund our tickets, and we will sue AMERICAN AIRLINES for discrimination and for conspiracy to interfere with our civil rights.

URI MARCUS
YVONNE MARIE (ADI) MARCUS

---

**From:** SAC <SAC@aa.com>
**Subject:** RE: American Airlines- Re WQKDMZ
**Date:** 7 February 2022 at 20:54:00 GMT+2
**To:** "'Uriel ben-Mordechai'" <uri@ntcf.org>

Hello,

Thank you for choosing American Airlines.   For any questions pertaining to your special assistance accommodation  please call our reservations team at your earliest convenience at the number shown below as posted on our www.aa.com website.  Please ask to be transferred to our international Special Assistance Desk.

| | | Hebrew: |
| --- | --- | --- |
| Israel | 03-7219-497 | Sunday – Thursday<br>9 a.m. – 5 p.m.<br>English: 24 hours |

Please refer to your 6 letter record locator or flight number/date of travel and last name of passenger.

Thank you,
Julie
American Airlines Special Assistance Coordinator Desk



**From:** **Uriel ben-Mordechai** uri@ntcf.org  📎
**Subject:** AA International Special Assistance Desk - WQKDMZ
**Date:** 10 February 2022 at 11:35
**To:** SAC sac@aa.com



Shalom Julie,

We want you to know that **you in particular were one of the kindest and most accommodating agents** I have spoken with at AMERICAN AIRLINES. I could tell that you were doing the best you could, given the policies that AMERICAN AIRLINES has put in place. Thank you for trying to assist us.

The problem of course are the policies themselves. One has to take into account the history of the Jewish people who have too often been victims of policies that otherwise good people were forced to carry out against us, to keep their own jobs or save their own lives.

I spoke with my wife. Under the circumstances, neither she nor I are willing to be reseated in the last row of the aircraft for 12 hr+ long-haul flights and neither of us agree that AMERICAN AIRLINES can legally limit the number of disabled passengers on any given flight.

As for PCR testing, the CDC has never been given statutory authority to demand testing of all inbound passengers to the United States. But that's a dispute we will take up with the CDC. AMERICAN AIRLINES however, should not be conspiring with CDC's ITTR in exchange for receiving federal grants which fly in the face of existing law that protects the disabled from discrimination.

Accepting the terms of these policies of AMERICAN AIRLINES that have no basis in law or in fact, and paying AMERICAN AIRLINES to discriminate against us, else they deny us transportation, is nothing less than extortion.

Sadly, we have no other choice but to request a full refund for this itinerary, and inform you that AMERICAN AIRLINES will soon be sued in Federal Court.

URI MARCUS
YVONNE MARIE (ADI) MARCUS

From: **American Airlines** no-reply@info.email.aa.com
Subject: Trip Cancellation
Date: 10 February 2022 at 20:40
To: URI@ntcf.org URI@NTCF.ORG



 American Airlines 



# Your trip is canceled

Record locator: **WQKDMZ**

Your trip was canceled on February 10, 2022 at 12:38 PM (CT)

Keep in mind, if you:

- Canceled within 24 hours of initial ticket purchase, and at least 2 days before departure, we'll process your refund automatically.

- Booked with AAdvantage® miles, and your trip is eligible, we'll reinstate your miles automatically. Check your account.

- Booked a Basic Economy fare on or after April 1, 2021, your ticket is non-refundable and non-changeable.

- Didn't book directly with American, contact your travel agency or original booking source to rebook.

---

For most other canceled trips, your ticket has remaining value and we issued you a Flight Credit. You can look up your Flight Credit on aa.com with your ticket number or view credit in your wallet if you're an AAdvantage® member.

Keep this email which includes your ticket number needed when you're ready to rebook.

**URI MARCUS**
Ticket # 0012329383570

**YVONNE MARCUS**
Ticket # 0012329383571

**From:** **SRO, SACLead** SACLead.SRO@aa.com 📎
**Subject:** RE: AA International Special Assistance Desk - WQKDMZ
**Date:** 10 February 2022 at 20:43
**To:** Uriel ben-Mordechai uri@ntcf.org



Good evening Mr. Marcus,

We regret we are unable to accommodate your family on this trip.  American Airlines' commitment to the health and safety of our customers and crew is always a top priority, however we respect your concerns on this matter.  As a one-time exception, we have cancelled your reservation and begun the full refund process.  We thank you for considering American Airlines for your travel and hope you will choose us to fulfill your future travel needs.

Respectfully,

**Julie**
Special Assistance Coordinator
800-237-7976



---

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Thursday, February 10, 2022 3:36 AM
**To:** SAC <SAC@aa.com>
**Subject:** AA International Special Assistance Desk - WQKDMZ
**Importance:** High

Shalom Julie,

We want you to know that **you in particular were one of the kindest and most accommodating agents** I have spoken with at AMERICAN AIRLINES. I could tell that you were doing the best you could, given the policies that AMERICAN AIRLINES has put into place. Thank you for trying to assist us.

The problem of course are the policies themselves. One has to take into account the history of the Jewish people who have too often been victims of policies that otherwise good people were forced to carry out against us, to keep their own jobs or save their own lives.

I spoke with my wife. Under the circumstances, neither she nor I are willing to be reseated in the last row of the aircraft for 12 hr+ long-haul flights and neither of us agree that AMERICAN AIRLINES can legally limit the number of disabled passengers on any given flight.

As for PCR testing, the CDC has never been given statutory authority to demand testing of all inbound passengers to the United States. But that's a dispute we will take up with the CDC. AMERICAN AIRLINES however, should not be conspiring with CDC's ITTR in exchange for receiving federal grants which fly in the face of existing law that protects the disabled from discrimination.

Accepting the terms of these policies of AMERICAN AIRLINES that have no basis in law or in fact, and paying AMERICAN AIRLINES to discriminate against us, else they deny us transportation, is nothing less than extortion.

Sadly, we have no other choice but to request a full refund for this itinerary, and inform you that AMERICAN AIRLINES will soon be sued in Federal Court.

URI MARCUS
YVONNE MARIE (ADI) MARCUS

Plaintiffs' Exhibit 44

 **DELTA**

**Date of Purchase: Feb 10, 2022**

# Flight Receipt for Tel Aviv, Israel to Los Angeles, CA

## PASSENGER INFORMATION

URI MARCUS
SkyMiles Number: ▮▮▮▮▮▮

YVONNE MARIE MARCUS
SkyMiles Number: ▮▮▮▮▮▮

Confirmation Number: GULRGJ
Ticket Number: 0062498855184

0062498855185

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| TLV>JFK<br>Thu 17Mar2022 DL 235 | OPEN | X | 56B |
| JFK>LAX<br>Fri 18Mar2022 DL 1057 | OPEN | X | 56B |
| LAX>JFK<br>Sun 10Apr2022 DL 323 | OPEN | H | 28F |
| JFK>TLV<br>Sun 10Apr2022 DL 234 | OPEN | H | 28F |

## DETAILED CHARGES

**Air Transportation Charges**

| | | |
|---|---|---|
| Base Fare: | $953.00 | USD |
| Carrier-imposed International Surcharge (YR) | $296.00 | USD |

**Taxes, Fees & Charges:**

| | | |
|---|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 | USD |
| Israel - Departure Passenger Airport Tax (IL) | $30.36 | USD |
| United States - Transportation Tax (US) | $39.40 | USD |
| United States - Animal and Plant Health Inspection Service Fee (APHIS User Fee - Passengers (XA) | $3.96 | USD |
| United States - Passenger Facility Charge (XF) | $4.50 | USD |
| United States - Immigration and Naturalization Fee(Immigration User Fee) (XY) | $7.00 | USD |
| United States - Custom User Fee (YC) | $6.11 | USD |

| **Total Per Passenger:** | **$1,351.53** | **USD** |
|---|---|---|

| | |
|---|---|
| **Total (2 Passengers):**<br>Paid with MasterCard ************3538 | **$2,703.06   USD** |

---

**KEY OF TERMS**

| | |
|---|---|
| # - Arrival date different than departure date | F - Food available for purchase |
| ** - Check-in required | L - Lunch |
| ***- Multiple meals | LV - Departs |
| *S$ - Multiple seats | M - Movie |
| AR - Arrives | R - Refreshments, complimentary |
| B - Breakfast | S - Snack |
| C - Bagels / Beverages | T - Cold meal |
| D - Dinner | V - Snacks for sale |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's  check-in requirements  and  baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit Flying safely government guild.

Do you have comments about service? Please  email  us to share them.


NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Preferred, Delta Comfort+™, First Class, and Delta One seat purchases are Nonrefundable.

**Terms & Conditions**
Air transportation on Delta and the Delta Connection® carriers is subject to Delta's  conditions of carriage.   They include terms governing for example:

-  Limits on our liability  for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.

2/7/22, 9:16 AM                                      Frequently Asked Questions | US Department of Transportation

📧 An official website of the United States government Here's how you know ⌄

ⓘ The latest general information on the Coronavirus Disease 2019 (COVID-19) is available on Coronavirus.gov. For USDOT specific COVID-19 resources, please visit our page.

Home \ flyhealthy.gov

# DOT — Dept. of Transportation

**Frequently Asked Questions**      **Scroll down to question #8**

| New International Air Travel COVID-19 Policy |
|---|
| Plan Your Travel |
| At the Airport |
| Aboard the Aircraft |
| **Arrival at Your Destination** |
| Returning Home |
| Frequently Asked Questions |

## Related Links

- Watch a video on your Passenger Experience
- CDC Resources for Travelers
- U.S. Department of State
- Transportation Security Administration
- Coronavirus.gov
- UNWTO/IATA Destination Tracker
- COVID-19 & Travelers (IATA)
- Fly Healthy, Fly Smart (Airlines for America)

## Related Documents

- Runway to Recovery 1.1



1. **Can I wear a mask to the TSA checkpoint?**

   Yes, travelers must wear a mask throughout their travel journey. Travelers may be asked to adjust their mask for identity verification or remove it briefly if it alarms the security screening equipment.

2. **Can I request that TSA officers use new gloves during my screening?**

   Yes. TSA officers are required to wear nitrile gloves when conducting screening duties and to change them following each pat-down and upon passenger request.

3. **Can I bring my own filled water bottle through the TSA checkpoint?**

   No, you are not permitted to bring your own filled water bottle that exceeds 3.4 ounces through the checkpoint. Many airports now offer touchless refilling stations past security that enable travelers to fill empty bottles and containers they bring from home. Consult the directory or ask a local official for locations in your departure airport.

4. **Do I need to remove electronics from my carry-on bags?**

   Yes, you should plan to remove personal electronic devices larger than a cell phone from your carry-on bag and put them in a separate bin with nothing placed on or under them for security screening. (This does not apply to TSA PreCheck™ passengers.) Some airports are using new Computed Tomography (CT) technology that allows you to keep electronics in your carry-on luggage. Passengers will be advised on the use of CT scanners at the checkpoint and of any alternate procedures.

5. **Can TSA still open and go through my checked luggage? What precautions are being taken to reduce possible contamination?**

   Yes, TSA may inspect your checked baggage during the screening process. If your property is physically inspected, TSA will place a notice of baggage inspection inside your bag. To reduce the likelihood of contamination, TSA officers are changing their gloves after each bag check and conducting enhanced sanitation of baggage screening areas.

6. **My driver's license has expired and I haven't been able to renew it during the pandemic. Will I still be able to fly?**

   Yes. If your driver's license or state-issued ID expired on or after March 1, 2020, and you are unable to renew, you may still use it as acceptable identification at the checkpoint. TSA will accept expired driver's licenses or state-issued IDs for a year after expiration.

7. **What is the status of REAL ID enforcement in light of COVID-19?**

   The Department of Homeland Security has extended the deadline for REAL ID enforcement to October 1, 2021. Visit the REAL ID website for more information.

8. **What happens if a passenger does not comply with an airline's mask policies and/or causes an inflight disruption or distraction for the crew?**

   While the failure to wear a face covering is not itself a federal violation, federal law prohibits physically assaulting or threatening to physically assault aircraft crew or anyone else on a civil aircraft. Passengers are subject to civil penalties for such misconduct, which can threaten the safety of the flight by disrupting or distracting cabin crew from their safety duties. Additionally, federal law provides for criminal fines and imprisonment of passengers who interfere with the performance of a crewmember's duties by assaulting or intimidating that crewmember. U.S. airlines have policies about wearing face coverings in the airplane cabin. Please be sure to check with your airline prior to flight for further guidance

9. **What happens if there is a sick passenger on an international or domestic flight?**

   Under current federal regulations, pilots must report all onboard illnesses and deaths to CDC before arriving to a U.S. destination. According to CDC illness response protocols, if a sick traveler has a serious contagious disease during air travel, CDC works with local and state health departments and international public health agencies to contact exposed passengers and crew.

   Be sure to give the airline your current contact information when booking your ticket so you can be notified if you are exposed to a sick traveler on a flight.

   For more information, see the CDC web page Protecting Travelers' Health from Airport to Community: Investigating Contagious Diseases on Flights.

10. **Can flying on an airplane increase my risk of getting COVID-19?**

    Most airlines and airports are enhancing their cleaning and passenger health protection protocols due to COVID-19, but air travel requires spending time in security lines and airport terminals, which can bring you in close contact with other people and frequently touched surfaces. This may increase your risk for exposure to the virus that causes COVID-19.

    Most viruses and other germs do not spread easily on flights because of how air circulates and is filtered on airplanes (the air in an airplane cabin is fully renewed every 2-3 minutes, which is more frequent than most other locations in which people spend time). However, social distancing is difficult on flights, and you may have to sit near others, sometimes for hours. This makes the wearing of a face mask an important additional measure against exposing yourself or others to COVID-19.   It is important to follow basic guidance on wearing a face mask and frequently washing your hands or using hand sanitizer with at least 60% alcohol. For more information see CDC's Travel During the COVID-19 Pandemic.

## International Travel Requirements

1. **What should passengers provide to airlines to show they are fully vaccinated?**

   Both U.S. citizens and foreign nationals who are fully vaccinated should travel with proof of

**KNOW BEFORE YOU GO**

# Face Masks



For everyone's safety, face masks are required.

We appreciate our customers, employees and partners complying with the federal mandate by properly wearing a face mask in the airport and on board our aircraft.

Federal law requires each person to wear a mask at all times while in the airport and when using public transit, during boarding and deplaning and for the duration of the flight. Those who have received a COVID-19 vaccination are still required to wear a mask. In support of our commitment to the safety and wellbeing of our customers and crewmembers, failure to comply with the mask requirement could result in denial of boarding, removal from the aircraft during any point of your trip, being banned from future travel with Delta, personal fines and/or criminal penalties. Your cooperation during this time contributes to a safe travel experience for all customers and crews and is greatly appreciated.



# When Masks Are Required

Masks or face coverings are required from curb to claim throughout the airport, including these Delta touchpoints:

- Lobby Check-in

- Delta Sky Clubs

- Boarding Gate Areas

- Jet Bridges

- On board the aircraft for the duration of the flight

Masks must be worn at all times except while eating, drinking, or taking oral medications for brief periods. Prolonged periods of mask removal are not permitted for eating or drinking – masks must be worn between bites and sips.

If oxygen masks are needed due to loss of cabin pressure or other events affecting aircraft ventilation, personal face masks should be removed to accommodate oxygen masks.

# Types of Masks

To comply with federal law and for the protection of our customers and employees, Delta has specified the

employees, Delta has specified the types of masks allowed onboard in compliance with **CDC guidance**. Masks or face coverings should be secured to the head with ties or ear loops and should fit snugly but comfortably against the side of the face to ensure proper fit.

# Permitted Masks:

- Disposable surgical or medical masks

- Cloth masks with tightly woven fabric (2 or 3 ply masks are recommended)

- Valve-free respirator masks (N95 or KN95)

- Fabric masks with a clear plastic window

- Gaiters with two layers (single layer gaiters should be doubled over)

- Plastic face shields or goggles may be worn in addition to a mask but are not approved mask replacements

# Masks Not Permitted:

- Any mask with an exhaust valve

- Masks with slits, punctures or holes

- Bandanas, scarves, ski masks, and balaclavas

- Novel and battery-operated masks

that do not meet the specifications of the permitted masks listed above

- Full-head helmet-type masks may not be used as these devices can interfere with quick access to an oxygen mask, if needed, during flight

# Mask Exemptions

Children under the age of two are exempt from the mask requirement.

Customers with a disability who cannot wear a mask for reasons related to their individual disability are strongly encouraged to reconsider travel or should be prepared to complete a 'Clearance-to-Fly' process prior to departure at the airport. If you are a customer with a disability who requires this exemption, please arrive early to complete the process during check-in to avoid missing your flight. This process can take over one hour and requests are now evaluated pursuant to the CDC and TSA's federal mask requirement for air transportation (adopted in February 2021). Mask exemptions only apply for travel onboard flights operated by Delta Air Lines and Delta Connection and do not

exempt customers from any requirements that may be imposed by governments, including local, state or foreign countries, (at the origin or destination) or from requirements on other airlines. An exemption request is required for each unique itinerary, and each request is conducted on a case-by-case basis pursuant to law. Please consult your departure, connection and arrival locations for local mask mandate requirements.

Any false claims of a disability to obtain an exemption from wearing a mask or face coverings may result in the suspension of travel privileges on any Delta flight for the duration of the mask/face covering requirement and may be reported to appropriate government authorities.

Learn about **Delta Partner carrier face mask policies**.

From: **Uriel ben-Mordechai** uri@ntcf.org
Subject: Case No's 39920403 and 39920414 • Withdrawal of Consent to transfer health information to provide our Special Service Requests
Date: 15 February 2022 at 9:41
To: Privacy@delta.com



## Attention DELTA Airlines:

## Itinerary: GULRGJ — departs TLV on 17 MAR 2022.

We are located outside of the United States and we both need mask exemptions for the above mentioned itinerary.

We are aware of your **"Clearance to Fly"** process. As we understand that process, mask exemptions are issued *[or DENIED]* at the departure airport on the day of travel.

We do not agree with this process and require our mask exemptions in advance, because we cannot at our ages *[65 and 64 years old]* risk all that is involved with leaving our home in Israel, packing, making travel arrangements, accommodations, etc, and then going to the airport and being denied our exemptions.

We have submitted webform requests on DELTA's online SERVICE REQUEST FORM [https://www.delta.com/contactus/disability-service-request].

At the bottom of that webform, DELTA states that *"By checking this box, you consent that we may use health or information provided about you and traveling companions, to provide the Special Service Request. See our Privacy Policy."*

The form cannot be submitted without checking that box, which in effect forces us under duress to agree to your polices of sharing our private health information with third parties outside of DELTA.

This message is being sent to inform you that **we withdrawal our consent for DELTA to transfer any of our health information — which we will agree to provide as a courtesy upon request — to any third party outside of DELTA in order to provide our Special Service Requests.** We are exercising our rights in this regard, which are granted pursuant to applicable law.

Thank you,

URI MARCUS
Sky Miles: ███████

YVONNE MARIE (ADI) MARCUS
Sky Miles: ███████

> **From:** Contact Delta <ContactUs.Delta@delta.com>
> **Subject: Auto-Reply Delta Air Lines Accessibility Service Request (KMM116905802V10539L0KM)**
> **Date:** 15 February 2022 at 9:36:10 GMT+2
> **To:** Uri Marcus <uri@ntcf.org>
>
> RE: Case Number 39920403
>
> This is an automatically generated message to acknowledge the receipt of your service request. **Please do not reply to this email**.
>
> *Accessibility service requests, including service animal requests, are prioritized by order of travel date, to efficiently handle requests from passengers with immediate*

From: **Privacy** Privacy@delta.com 🔗
Subject: RE: [EXTERNAL] Case No's 39920403 and 39920414 • Withdrawal of Consent to transfer health information to provide our Special Service Requests
Date: 15 February 2022 at 19:01
To: Uriel ben-Mordechai uri@ntcf.org

Hello,
We have received your email and are looking into its details now.  I will be back in touch with you.

Best regards,
Renee
**Privacy Office** | △ D E L T A ⊛ | **privacy@delta.com**

---

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Tuesday, February 15, 2022 1:42 AM
**To:** Privacy <Privacy@delta.com>
**Subject:** [EXTERNAL] Case No's 39920403 and 39920414 • Withdrawal of Consent to transfer health information to provide our Special Service Requests

*This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.*

---

## Attention DELTA Airlines:

## Itinerary: GULRGJ — departs TLV on 17 MAR 2022.

We are located outside of the United States and we both need mask exemptions for the above mentioned itinerary.

We are aware of your **"Clearance to Fly"** process. As we understand that process, mask exemptions are issued *[or DENIED]* at the departure airport on the day of travel.

We do not agree with this process and require our mask exemptions in advance, because we cannot at our ages *[65 and 64 years old]* risk all that is involved with leaving our home in Israel, packing, making travel arrangements, accommodations, etc, and then going to the airport and being denied our exemptions.

We have submitted webform requests on DELTA's online SERVICE REQUEST FORM [https://www.delta.com/contactus/disability-service-request].

At the bottom of that webform, DELTA states that *"By checking this box, you consent that we may use health or information provided about you and traveling companions, to provide the Special Service Request. See our Privacy Policy."*

The form cannot be submitted without checking that box, which in effect forces us under duress to agree to your polces of sharing our private health information with third parties outside of DELTA.



**From:** **Uriel ben-Mordechai** uri@ntcf.org 🖉
**Subject:** Re: [EXTERNAL] Case No's 39920403 and 39920414 • Withdrawal of Consent to transfer health information to provide our Special Service Requests
**Date:** 17 February 2022 at 11:06
**To:** Privacy Privacy@delta.com

---

Renee *[if that is even your real name]*, Shalom,

I'm not going to lecture you about the clear instructions of applicable law, found here:

> *Title 49 U.S. Code § 41705*
> *USCODE-2010-title29-chap4-sec31*
> *Section 504 of the Rehabilitation Act [PUBLIC LAW 93-112]*
> *14 CFR § 382.23(d)*
> *14 CFR § 382.23(a)*

…and in many other places — all laws that you and I have enjoyed being protected by for most of our lives until suddenly, politicians and CEO's of large companies decided they were going to ignore at our expense.

And here you are working for a company that requires you to "follow orders," by ignoring existing US law, and at the end of the day you get a paycheck for breaking laws for your boss, because he or she told you to. I can't imagine how that must make you feel. But you gotta eat, like everyone else, right?

Look Renee, attached are FOUR medical summaries as a courtesy; ONE for me and THREE for my wife. In fact, at no extra charge I'm throwing in a picture of my wife's nose from yesterday after surgery last week when we went to the hospital in Jerusalem to have cancer removed from her nose that came as a result of "prolonged masking" according to her medical summaries. Can you imagine being her after STAT-MD denies her mask exemption and then says, *"Enjoy that face diaper on your 20-hr journey from TLV to LAX and return!"*?

You don't have to be a doctor, or run off to STAT-MD to get the required expertise to conduct mask exemption evaluations on behalf of Delta, to figure out that she can't wear a mask! I am diagnosed with a sensory processing disorder and various lung issues which prevent me from muzzling. It's pretty simple. We have no shortage of medical expertise and common sense for support.

I have to return to the US for business. My wife wants to attend her son's wedding and granddaughter's graduation. Is it too much to ask Delta, after handing you all **$2,703.06** *[a small part of which pays your salary]*, to let us travel without masking and without consulting Delta's "medical experts?"

Can't you just speak with your legal department or put them onto me and I'll explain the situation? Or would Delta and you just prefer that we sue you in Federal Court for discrimination and conspiracy to deprive us of our civil rights?

Let's give this one more shot. Please reconsider and do what you can to make this happen. It's just an airplane ride at the end of the day.

But if you and/or Delta just want to "follow orders" like the low-ranking guards at Auschwitz-Birkenau, Dachau, Buchenwald, Bergen-Belsen and at dozens of other concentration death camps 78 years ago, then just let us know, and we'll react appropriately. I don't know about you, but we — as Jews — are determined not to repeat history.


URI MARCUS
Sky Miles: ▇▇▇▇▇▇▇▇

YVONNE MARIE (ADI) MARCUS
Sky Miles: ▇▇▇▇▇▇▇▇





Dr John 19 Sep 2021 U4E.pdf



Dr Porkosh Mask E...HE.pdf



EX2 Dr Gilad Dermit...HE.pdf



EX4 Dr. Ephraim ben-Ze...y E.pdf

On 15 Feb 2022, at 23:30, Privacy <Privacy@delta.com> wrote:

Thank you for your inquiry regarding your objection to Delta using your health information to provide your Special Service Request, specifically, an exemption from the mask requirement in connection with your upcoming travel.  Delta respects your privacy and will not process your health information for this purpose without your consent.  However, please note that it is necessary for Delta to disclose information associated with your request to third-party medical experts who have the required expertise to conduct mask exemption evaluations on behalf of Delta.

If you object to Delta disclosing your information to third-party medical experts for this purpose, Delta will be unable to consider your Special Service Request.  Please let us know if you have any further questions.
We look forward to connecting with you.

Sincerely,
Renee

---

**From:** Privacy
**Sent:** Tuesday, February 15, 2022 11:01 AM
**To:** 'Uriel ben-Mordechai' <uri@ntcf.org>
**Subject:** RE: [EXTERNAL] Case No's 39920403 and 39920414 • Withdrawal of Consent to transfer health information to provide our Special Service Requests

From: **Privacy** Privacy@delta.com 📎
Subject: RE: [EXTERNAL] Case No's 39920403 and 39920414 • Withdrawal of Consent to transfer health information to provide our Special Service Requests
Date: 18 February 2022 at 23:14
To: Uriel ben-Mordechai uri@ntcf.org

Hello,
Thank you for your email.  I am seeking further assistance internally and will return when I have something more.

Best regards,
Renee

---

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Thursday, February 17, 2022 3:06 AM
**To:** Privacy <Privacy@delta.com>
**Subject:** Re: [EXTERNAL] Case No's 39920403 and 39920414 • Withdrawal of Consent to transfer health information to provide our Special Service Requests

Renee *[if that is even your real name]*, Shalom,

I'm not going to lecture you about the clear instructions of applicable law, found here:

> *Title 49 U.S. Code § 41705*
> *USCODE-2010-title29-chap4-sec31*
> *Section 504 of the Rehabilitation Act [PUBLIC LAW 93-112]*
> *14 CFR § 382.23(d)*
> *14 CFR § 382.23(a)*

…and in many other places — all laws that you and I have enjoyed being protected by for most of our lives until suddenly, politicians and CEO's of large companies decided they were going to ignore at our expense.

And here you are working for a company that requires you to "follow orders," by ignoring existing US law, and at the end of the day you get a paycheck for breaking laws for your boss, because he or she told you to. I can't imagine how that must make you feel. But you gotta eat, like everyone else, right?

Look Renee, attached are FOUR medical summaries as a courtesy; ONE for me and THREE for my wife. In fact, at no extra charge I'm throwing in a picture of my wife's nose from yesterday after surgery last week when we went to the hospital in Jerusalem to have cancer removed from her nose that came as a result of "prolonged masking" according to her medical summaries. Can you imagine being her after STAT-MD denies her mask exemption and then says, *"Enjoy that face diaper on your 20-hr journey from TLV to LAX and return!"*?

You don't have to be a doctor, or run off to STAT-MD to get the required expertise to conduct mask exemption evaluations on behalf of Delta, to figure out that she can't wear a mask! I am diagnosed with a sensory processing disorder and various lung issues which prevent me from muzzling. It's pretty simple. We have no shortage of medical expertise and common sense for support.

I have to return to the US for business. My wife wants to attend her son's wedding and granddaughter's graduation. Is it too much to ask Delta, after handing you all **$2,703.06** *[a small part of which pays your salary]*, to let us travel without masking and without

28 Feb 2022

PARTIAL TRANSCRIPTION OF TELEPHONE CONVERSATION WITH
DELTA AIRLINES — 27 Feb 2022:

URI:

You're absolutely sure about this? There's no way they're going to make an
exception to try to give us an early exemption or even like a provisional
exemption? They don't give anything like that? Is there anything you can do?

DELTA AGENT:

I can only tell you that we clear all passengers at the airport the day of travel.
So all passengers, no exceptions, no exceptions. You just have to present — if
you have — medical documentation showing that you cannot wear a mask.
That is fine. We have cleared quite a number of passengers under the
circumstances that you mentioned. Now you have to clear at the airport on
whatever the documents there are. They contact Stat MD to clear you. So
they just need basically need to know what is the condition is that's
preventing you wearing a mask and that's all you need to know. They have a
doctor. They understand if you had a surgery, as you said, you will not be
able to wear masks. We have passengers with oxygen who travel all the time.
They cannot wear masks.

From: **Delta Air Lines** DeltaAirLines@t.delta.com
Subject: Your Delta Refund Confirmation Is Enclosed
Date: 28 February 2022 at 8:00
To: uri@ntcf.org



# **DELTA** ✈SKYTEAM

**Hello, Uri**

# REFUND CONFIRMATION

**URI MARCUS**
PO BOX 126
OJAI 93024

## Refund Confirmation for Psgr: YVONNE MARIE MARCUS

SkyMiles® Account: ▮▮▮▮▮▮▮
Retain this refund confirmation for your records.

**Refund Confirmation Information**

Ticket

Refund Number: 0060797927470 | Issued 02/28/22

The amount 1351.53 USD has been refunded to CA ************3538

Document submitted for refund: 0062498855185

**See Refund Information Below

| | Amount |
|---|---|
| Ticket Value: | 1351.53 USD |
| Portion Flown/Used: | |
| Cancellation Fee: | 0.00 USD |

| | |
|---|---|
| Total Refund Amt: | 1351.53 USD |
| Base Fare: | 953.00 USD |
| Tax: | 398.53 |

**Flight Segments:**

| Flight # | Depart | Arrive |
|---|---|---|
| 235 | TLV | JFK |
| 1057 | JFK | LAX |
| 323 | LAX | JFK |
| 234 | JFK | TLV |

From: **Delta Air Lines** DeltaAirLines@t.delta.com
Subject: Your Delta Refund Confirmation Is Enclosed
Date: 28 February 2022 at 8:00
To: uri@ntcf.org





### Hello, Uri

# REFUND CONFIRMATION

**URI MARCUS**
PO BOX 126
OJAI 93024

## Refund Confirmation for Psgr: URI MARCUS

SkyMiles® Account: ███████
Retain this refund confirmation for your records.

| Refund Confirmation Information |
|---|

### Ticket

**Refund Number:** 0060797927469 | Issued 02/28/22

**The amount 1351.53 USD has been refunded to CA ************3538**

**Document submitted for refund:** 0062498855184

**See Refund Information Below

| | Amount |
|---|---|
| Ticket Value: | 1351.53 USD |
| Portion Flown/Used: | |
| Cancellation Fee: | 0.00 USD |

| | |
|---|---|
| **Total Refund Amt:** | **1351.53 USD** |
| Base Fare: | 953.00 USD |
| Tax: | 398.53 |

**Flight Segments:**

| Flight # | Depart | Arrive |
|---|---|---|
| 235 | TLV | JFK |
| 1057 | JFK | LAX |
| 323 | LAX | JFK |
| 234 | JFK | TLV |

# Plaintiffs' Exhibit 45

**Confirmation Code:**

**DRINTF**

*Alaska.*

**Travelers**

Name: Uri Marcus
E-Ticket: 0272129723137
MP#: Alaska Airlines
Seats: LAX-BOI    19A

Name: Yvonne Marcus
E-Ticket: 0272129723138
MP#: Alaska Airlines
Seats: LAX-BOI    19C

| Flight | Departs | Arrives |
|---|---|---|
| Alaska 439 | | |
| Main (S) \| | Los Angeles, CA (LAX) | Boise (BOI) |
| Nonstop | Mon, Jun 6 | Mon, Jun 6 |
| Distance: 674 mi \| | 7:05 am | 10:15 am |
| Duration: 2h 10m | | |

---

**Flight Total for 2 passengers: $417.22**

**The MasterCard ending with *******3538 has been charged a total of USD $417.22.**

| | | |
|---|---|---|
| Total per passenger | | $208.61 |
| Fare | | $180.47 |
| Base fare | $180.47 | |
| Taxes and fees | | $28.14 |
| United States Flight Segment Tax | | |
| Domestic | $4.50 | |
| US psgr. facility charge | $4.50 | |
| US Sept. 11 security fee | $5.60 | |
| US transportation tax | $13.54 | |

**Each ticket will be a separate charge on your credit card statement.**

**For additional assistance with your reservation, call us at 1-800-252-7522 for assistance.**

2/7/22, 9:16 AM                                                Frequently Asked Questions | US Department of Transportation

📧 An official website of the United States government  Here's how you know ⌄

ℹ The latest general information on the Coronavirus Disease 2019 (COVID-19) is available on Coronavirus.gov. For USDOT specific COVID-19 resources, please visit our page.

Home \ flyhealthy.gov

# DOT — Dept. of Transportation

**Frequently Asked Questions**          **Scroll down to question #8**

New International Air
Travel COVID-19 Policy

Plan Your Travel

At the Airport

Aboard the Aircraft

**Arrival at Your Destination**

Returning Home

Frequently Asked
Questions

## Related Links

- Watch a video on your
  Passenger Experience
- CDC Resources for
  Travelers
- U.S. Department of State
- Transportation Security
  Administration
- Coronavirus.gov
- UNWTO/IATA Destination
  Tracker
- COVID-19 & Travelers
  (IATA)
- Fly Healthy, Fly Smart
  (Airlines for America)

## Related Documents

- Runway to Recovery 1.1



1. **Can I wear a mask to the TSA checkpoint?**

   Yes, travelers must wear a mask throughout their travel journey. Travelers may be asked to adjust their mask for identity verification or remove it briefly if it alarms the security screening equipment.

2. **Can I request that TSA officers use new gloves during my screening?**

   Yes. TSA officers are required to wear nitrile gloves when conducting screening duties and to change them following each pat-down and upon passenger request.

3. **Can I bring my own filled water bottle through the TSA checkpoint?**

   No, you are not permitted to bring your own filled water bottle that exceeds 3.4 ounces through the checkpoint. Many airports now offer touchless refilling stations past security that enable travelers to fill empty bottles and containers they bring from home. Consult the directory or ask a local official for locations in your departure airport.

4. **Do I need to remove electronics from my carry-on bags?**

   Yes, you should plan to remove personal electronic devices larger than a cell phone from your carry-on bag and put them in a separate bin with nothing placed on or under them for security screening. (This does not apply to TSA PreCheck™ passengers.) Some airports are using new Computed Tomography (CT) technology that allows you to keep electronics in your carry-on luggage. Passengers will be advised on the use of CT scanners at the checkpoint and of any alternate procedures.

5. **Can TSA still open and go through my checked luggage? What precautions are being taken to reduce possible contamination?**

   Yes, TSA may inspect your checked baggage during the screening process. If your property is physically inspected, TSA will place a notice of baggage inspection inside your bag. To reduce the likelihood of contamination, TSA officers are changing their gloves after each bag check and conducting enhanced sanitation of baggage screening areas.

6. **My driver's license has expired and I haven't been able to renew it during the pandemic. Will I still be able to fly?**

   Yes. If your driver's license or state-issued ID expired on or after March 1, 2020, and you are unable to renew, you may still use it as acceptable identification at the checkpoint. TSA will accept expired driver's licenses or state-issued IDs for a year after expiration.

7. **What is the status of REAL ID enforcement in light of COVID-19?**

   The Department of Homeland Security has extended the deadline for REAL ID enforcement to October 1, 2021. Visit the REAL ID website for more information.

8. **What happens if a passenger does not comply with an airline's mask policies and/or causes an inflight disruption or distraction for the crew?**

   While the failure to wear a face covering is not itself a federal violation, federal law prohibits physically assaulting or threatening to physically assault aircraft crew or anyone else on a civil aircraft. Passengers are subject to civil penalties for such misconduct, which can threaten the safety of the flight by disrupting or distracting cabin crew from their safety duties. Additionally, federal law provides for criminal fines and imprisonment of passengers who interfere with the performance of a crewmember's duties by assaulting or intimidating that crewmember. U.S. airlines have policies about wearing face coverings in the airplane cabin. Please be sure to check with your airline prior to flight for further guidance

9. **What happens if there is a sick passenger on an international or domestic flight?**

   Under current federal regulations, pilots must report all onboard illnesses and deaths to CDC before arriving to a U.S. destination. According to CDC illness response protocols, if a sick traveler has a serious contagious disease during air travel, CDC works with local and state health departments and international public health agencies to contact exposed passengers and crew.

   Be sure to give the airline your current contact information when booking your ticket so you can be notified if you are exposed to a sick traveler on a flight.

   For more information, see the CDC web page Protecting Travelers' Health from Airport to Community: Investigating Contagious Diseases on Flights.

10. **Can flying on an airplane increase my risk of getting COVID-19?**

    Most airlines and airports are enhancing their cleaning and passenger health protection protocols due to COVID-19, but air travel requires spending time in security lines and airport terminals, which can bring you in close contact with other people and frequently touched surfaces. This may increase your risk for exposure to the virus that causes COVID-19.

    Most viruses and other germs do not spread easily on flights because of how air circulates and is filtered on airplanes (the air in an airplane cabin is fully renewed every 2-3 minutes, which is more frequent than most other locations in which people spend time). However, social distancing is difficult on flights, and you may have to sit near others, sometimes for hours. This makes the wearing of a face mask an important additional measure against exposing yourself or others to COVID-19.   It is important to follow basic guidance on wearing a face mask and frequently washing your hands or using hand sanitizer with at least 60% alcohol. For more information see CDC's Travel During the COVID-19 Pandemic.

## International Travel Requirements

1. **What should passengers provide to airlines to show they are fully vaccinated?**

   Both U.S. citizens and foreign nationals who are fully vaccinated should travel with proof of



# Accessible travel services

For the best travel experience when requesting these services:

- Make reservations as early as possible and request services while booking online, or call our dedicated accessible services line at 1-800-503-0101 (dial 711 for relay services).
- Arrive at the airport at least 2 hours prior to departure.
- Let us know about any special requirements - at check-in, in the boarding area, and on the aircraft.

**New:** Download our free mobile app called Fly for All, designed for those with cognitive and developmental disabilities, first-time flyers, and unaccompanied minors. Download Fly for All on the App Store and Google Play .

Federal law requires guests to wear a mask over their nose and mouth at all times during travel, including throughout the flight, during boarding and deplaning, and while traveling through an airport. Visit our travel advisories to learn more about our mask requirement.

If you have a disability and are unable to wear a mask, please call our dedicated accessible services line at 1-800-503-0101 (dial 711 for relay services) to request an exemption from the mask requirement.

Exemptions will require:

- Contacting Alaska Airlines Reservations 1-800-503-0101 to facilitate a Medical Mask Exemption. **NOTE:** Please be prepared to provide your healthcare provider's name and email address. Our reservation staff can assist you with any questions.
- Provide proof of a negative test result from an FDA approved molecular NAAT or PCR Covid-19 test taken within 72 hours of your scheduled flight departure to airport staff.

A response from your health care provider must be submitted to Alaska Airlines **at least 72 hours before your flight**. We recommend that you contact us at least one week before departure to start the exemption process.

Airport accessibility

Developmental and intellectual disabilities

Hearing

Mobility

Oxygen and respiratory devices

From: **Alaska Airlines Mask Exemption requests** echosign@echosign.com
Subject: Signature requested on "Medical Mask Exception Form-Uri Marcus"
Date: 25 February 2022 at 16:08
To: uri@ntcf.org





## Alaska Airlines Mask Exemption requests requests your signature on
## Medical Mask Exception Form-Uri Marcus

Due on April 26, 2022

**Review and sign**

---

Please fill out this form which will route through your medical professional then back to us for approval.

---

**Don't forward this email:** If you don't want to sign, you can **delegate** to someone else.

By proceeding, you agree that this agreement may be signed using electronic or handwritten signatures.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2022 Adobe. All rights reserved.

**From:** **Alaska Airlines Mask Exemption requests** echosign@echosign.com
**Subject:** Signature requested on "Medical Mask Exception Form- Yvonne Marcus"
**Date:** 25 February 2022 at 16:09
**To:** uri@ntcf.org



   POWERED BY
Adobe Sign

## Alaska Airlines Mask Exemption requests requests your signature on
## Medical Mask Exception Form- Yvonne Marcus

Due on April 26, 2022

**Review and sign**

---

Please fill out this form which will route through your medical professional then back to us for approval.

---

**Don't forward this email:** If you don't want to sign, you can **delegate** to someone else.

By proceeding, you agree that this agreement may be signed using electronic or handwritten signatures.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

© 2022 Adobe. All rights reserved.

My wife, YVONNE (Adi) MARCUS underwent surgery on 08 Feb 2022 at a hospital in Jerusalem to have skin cancer removed from her nose that according to TWO medical summaries by two independent doctors came as a result of "prolonged masking." She definitely cannot wear a mask on any flight until she heals, which the surgeon said could take 3-4 months minimum.





## Medical Mask Exemption Form

**Passenger/Representative Information**

**IMPORTANT: We ask that passengers requesting an exemption submit a completed form (Passenger and Medical Provider Portions) to Alaska Airlines at least 72 hours prior to the passenger's scheduled outbound flight departure time to avoid a delay in travel.**

**Approval or denial of the exemption request will be communicated to the passenger or their representative via email within 48 hours of receipt by Alaska Airlines of the completed exemption form. We suggest calling your medical provider to help expedite this process.**

Passengers with a disability who cannot wear a mask for reasons related to the disability will be asked to comply with specific requirements to ensure the safety of Alaska's guests and employees. Requirements include providing proof of a negative result from a SARS-CoV-2 viral FDA-approved molecular (PCR or NAAT) test that is taken within 72 hours of the passenger's scheduled flight departure. A negative test is required for each direction of travel. All requirements can be found on alaskaair.com/access

**Name of passenger – (For whom exemption is being requested)**

Passenger Name: __Yvonne Marcus__

Passenger email address: __uri@ntcf.org__

Passenger phone: __9098330065__

Flight #: __439__         Flight Date: __06/06/2022__         Confirmation Code: __DRINTF__

**Name of Representative – If submitting on behalf of the passenger (For example: Parent/guardian)**

Representative Name: __YVONNE is known by her Hebrew name Adi Marcus ID__ ███████

Representative email address: _____

Representative Phone Number: _____

**Alaska Airlines will send this form to your medical provider for completion and signature. By signing this form: (1) you authorize Alaska Airlines to transmit this form to your medical provider and authorize your medical provider to return the completed form to Alaska Airlines; and (2) if granted an exemption, you agree to comply with Alaska Airlines' specific requirements designed to ensure the safety of Alaska Airlines' guests and employees, including but not limited to provide Alaska Airlines with proof of a negative result from a SARS-CoV-2 viral FDA approved molecular (PCR or NAAT) test that is taken within 72 hours of your scheduled departure for each direction.**

Passenger or Representative Signature: *Yvonne M (Adi) Marcus*
Yvonne M (Adi) Marcus (Feb 25, 2022 16:27 GMT+2)         Date: __Feb 25, 2022__

Passenger or Representative Name Printed: __Yvonne M (Adi) Marcus__



## Medical Mask Exemption Form (Continued)

**Medical Provider Information**

Medical Provider
Name: _____

Medical Provider
email: _____

Type of
Medical License: _____

National Physician
Number (NPI): _____

State or Jurisdiction
Where License is
Issued: _____  Phone: _____

Name of Practice: _____

Federal law requires that all persons wear a mask while onboard aircraft to mitigate the introduction, transmission, and spread of COVID-19. The law may exempt persons with a disability who cannot wear a mask, or cannot safely wear a mask, because of the disability as defined by the Americans with Disabilities Act. This narrow exemption includes a person with a disability who cannot wear a mask for reasons related to the disability and is not meant to cover persons for whom mask-wearing may only be difficult.

1. Please describe with specificity why the passenger cannot wear a mask *for reasons related to the disability* (i.e., please detail how the disability prevents the passenger from wearing a mask or safely wear a mask).

2. If the passenger cannot wear a mask, please indicate whether the passenger would be able to wear a face shield for the duration of a flight.

**Certification**

I certify that (1) I am a licensed medical provider, (2) I have assessed this passenger in accordance with my medical training; and (3) in my professional medical opinion, this passenger has a disability that would prevent them from wearing a mask.

**Medical Provider Signature:**_____**Date:** _____

**Medical Provider Name Printed:**_____

Medical Mask Exemption Form
Rev 02/2021



## Medical Mask Exemption Form

**Passenger/Representative Information**

**IMPORTANT:** **We ask that passengers requesting an exemption submit a completed form (Passenger and Medical Provider Portions) to Alaska Airlines at least 72 hours prior to the passenger's scheduled outbound flight departure time to avoid a delay in travel.**

**Approval or denial of the exemption request will be communicated to the passenger or their representative via email within 48 hours of receipt by Alaska Airlines of the completed exemption form. We suggest calling your medical provider to help expedite this process.**

Passengers with a disability who cannot wear a mask for reasons related to the disability will be asked to comply with specific requirements to ensure the safety of Alaska's guests and employees. Requirements include providing proof of a negative result from a SARS-CoV-2 viral FDA-approved molecular (PCR or NAAT) test that is taken within 72 hours of the passenger's scheduled flight departure. A negative test is required for each direction of travel. All requirements can be found on alaskaair.com/access

**Name of passenger – (For whom exemption is being requested)**

Passenger Name: Uri Marcus

Passenger email address: uri@ntcf.org

Passenger phone: 9098330065

Flight #: 439     Flight Date: 06/06/2022     Confirmation Code: DRINTF

**Name of Representative – If submitting on behalf of the passenger (For example: Parent/guardian)**

Representative Name: ▮▮▮▮▮▮▮

Representative email address:

Representative Phone Number:

**Alaska Airlines will send this form to your medical provider for completion and signature. By signing this form: (1) you authorize Alaska Airlines to transmit this form to your medical provider and authorize your medical provider to return the completed form to Alaska Airlines; and (2) if granted an exemption, you agree to comply with Alaska Airlines' specific requirements designed to ensure the safety of Alaska Airlines' guests and employees, including but not limited to provide Alaska Airlines with proof of a negative result from a SARS-CoV-2 viral FDA approved molecular (PCR or NAAT) test that is taken within 72 hours of your scheduled departure for each direction.**

**Passenger or Representative Signature:** *Uri Marcus*
Uri Marcus (Feb 25, 2022 16:33 GMT+2)     **Date:** Feb 25, 2022

**Passenger or Representative Name Printed:** Uri Marcus

Medical Mask Exemption Form
Rev 02/2021



# Medical Mask Exemption Form (Continued)

## Medical Provider Information

Medical Provider
Name: _____

Medical Provider
email: _____

Type of
Medical License: _____

National Physician
Number (NPI): _____

State or Jurisdiction
Where License is
Issued: _____ Phone: _____

Name of Practice: _____

Federal law requires that all persons wear a mask while onboard aircraft to mitigate the introduction, transmission, and spread of COVID-19. The law may exempt persons with a disability who cannot wear a mask, or cannot safely wear a mask, because of the disability as defined by the Americans with Disabilities Act. This narrow exemption includes a person with a disability who cannot wear a mask for reasons related to the disability and is not meant to cover persons for whom mask-wearing may only be difficult.

1. Please describe with specificity why the passenger cannot wear a mask *for reasons related to the disability* (i.e., please detail how the disability prevents the passenger from wearing a mask or safely wear a mask).

2. If the passenger cannot wear a mask, please indicate whether the passenger would be able to wear a face shield for the duration of a flight.

## Certification

I certify that (1) I am a licensed medical provider, (2) I have assessed this passenger in accordance with my medical training; and (3) in my professional medical opinion, this passenger has a disability that would prevent them from wearing a mask.

Medical Provider Signature:_____ Date: _____

Medical Provider Name Printed:_____

Medical Mask Exemption Form
Rev 02/2021

From: **Uriel ben-Mordechai** uri@ntcf.org
Subject: Alaska Airlines
Date: 28 February 2022 at 17:56
To: katyo@opendoorsnfp.org



Shalom Katy;

Attached are the documents you requested. Much appreciation for your assistance in this matter.

Uriel ben-Mordechai [Marcus]
Jerusalem
+972-522-811-774

   

Mask Exemption        Mask Exemption
Applica...22.pdf        Applica...22.pdf

From: **katyo@opendoorsnfp.org** KatyO@opendoorsnfp.org
Subject: RE: Alaska Airlines
Date: 28 February 2022 at 22:17
To: Uriel ben-Mordechai uri@ntcf.org

Hi Uriel,

Thank you for sending the letters from your and your wife's doctors. Based on the letters showing the recommendations from your doctors, I'm going to send approvals to Alaska for both your and your wife to be exempt from wearing a mask on your upcoming travel with Alaska Airlines. Your doctor can still complete the form if he would like but your reservation will be noted with the approval regardless.

In the next day or two, you should receive an email from Alaska Airlines with the approval confirmation and information about the COVID testing requirements ahead of your trip.

Please don't hesitate to contact me if you don't hear from Alaska in the next couple days or of course if you have any questions.

Thank you for writing to us to get this taken care of quickly! And if I don't talk to you, have a very safe and enjoyable trip.

All the best to you both,

Katy

Katy O'Reilly
Program Manager
(p) 773-388-8839
opendoorsnfp.org

-----Original Message-----
From: Uriel ben-Mordechai [mailto:uri@ntcf.org]
Sent: Monday, February 28, 2022 9:56 AM
To: katyo@opendoorsnfp.org
Subject: Alaska Airlines

Shalom Katy;

Attached are the documents you requested. Much appreciation for your assistance in this matter.


Uriel ben-Mordechai [Marcus]
Jerusalem
+972-522-811-774

From: **Customer.Care.Reply@alaskaair.com** Customer.Care.Reply@alaskaAir.com
Subject: RE: Reference#: 7249652
Date: 1 March 2022 at 2:09
To: URI@ntcf.org URI@NTCF.ORG





Alaska Airlines Medical Mask Exemption Request

**RE: Confirmation Code: DRINTF**

February 28, 2022

Hello Uriel,

Federal law requires all guests wear a mask for the duration of travel, including while onboard aircraft, to mitigate the introduction, transmission and spread of COVID-19. This law also mandates a narrow exemption for certain guests with a disability who cannot wear a mask for reasons related to the disability and is not meant to cover persons for whom mask-wearing may only be difficult. More information can be found on alaskaair.com accessible travel services.

**Alaska Airlines has reviewed the documentation submitted from you and your medical provider. We have approved your request to travel with a medical mask exemption.**

**In order to travel with a medical mask exemption, you must:**

1. Contact Alaska Airlines to confirm flights and obtain seat assignments.
   · 1-800-252-7522
2. Check in at the ticket counter at the airport.
   · Allow sufficient time for us to verify your documents.
3. Present a negative COVID-19 (NAAT or PCR molecular) test at the ticket counter;
   or,
   Proof of a positive COVID-19 test within the last 90-days **and** documentation from a licensed medical provider ("documentation of recovery") stating you are fully recovered and cleared to travel.
4. Notify the ticket counter if you intend to visit the Alaska Airlines Lounge.
5. Be prepared to follow directions from Alaska Airlines staff relating to your travel with a medical mask exemption.

You must present this letter along with your negative COVID-19 (molecular NAAT or PCR) test or
Covid-19 recovery document to Alaska Airlines airport staff and TSA (to get through the security checkpoint).

For more information, visit the Accessible Travel Services page on alaskaair.com or if you have additional questions, call Alaska Airlines Reservations, at 1-800-252-7522.

Sincerely,

Alaska Airlines

Reference#: 7249652

From: **Customer.Care.Reply@alaskaair.com** Customer.Care.Reply@alaskaAir.com
Subject: RE: Reference#: [case.case_id]
Date: 1 March 2022 at 1:32
To: URI@ntcf.org URI@NTCF.ORG





Alaska Airlines Medical Mask Exemption Request

**RE: Confirmation Code: DRINTF**

February 28, 2022

Hello Yvonne,

Federal law requires all guests wear a mask for the duration of travel, including while onboard aircraft, to mitigate the introduction, transmission and spread of COVID-19. This law also mandates a narrow exemption for certain guests with a disability who cannot wear a mask for reasons related to the disability and is not meant to cover persons for whom mask-wearing may only be difficult. More information can be found on alaskaair.com accessible travel services.

**Alaska Airlines has reviewed the documentation submitted from you and your medical provider. We have approved your request to travel with a medical mask exemption.**

**In order to travel with a medical mask exemption, you must:**

1.  Contact Alaska Airlines to confirm flights and obtain seat assignments.
    · 1-800-252-7522
2.  Check in at the ticket counter at the airport.
    · Allow sufficient time for us to verify your documents.
3.  Present a negative COVID-19 (NAAT or PCR molecular) test at the ticket counter,
    or,
    Proof of a positive COVID-19 test within the last 90-days **and** documentation from a licensed medical provider ("documentation of recovery") stating you are fully recovered and cleared to travel.
4.  Notify the ticket counter if you intend to visit the Alaska Airlines Lounge.
5.  Be prepared to follow directions from Alaska Airlines staff relating to your travel with a medical mask exemption.

You must present this letter along with your negative COVID-19 (molecular NAAT or PCR) test or
Covid-19 recovery document to Alaska Airlines airport staff and TSA (to get through the security checkpoint).

For more information, visit the Accessible Travel Services page on alaskaair.com or if you have additional questions, call Alaska Airlines Reservations, at 1-800-252-7522.

Sincerely,

Alaska Airlines

Reference#: 7249062



* Required

**Passenger information**

| Name: Uri Marcus | Flight | Seat |
|---|---|---|
| MP# American Airlines ▇▇▇▇ | | |
| Special services: | LAX-BOI | 19A |
| Please see agent when you arrive at the airport | | |
| . Developmental and/or intellectual disability - assistance through the airport. | | |

| Name: Yvonne Marcus | Flight | Seat |
|---|---|---|
| MP# Alaska Airlines ▇▇▇▇ | | |
| Special services: | LAX-BOI | 19C |
| Please see agent when you arrive at the airport | | |
| . Developmental and/or intellectual disability - assistance through the airport. | | |

** If requested seats are not available, the next best will be reserved.

**Flights**

| Flight | Departs | Arrives |
|---|---|---|
| Alaska 439 | Los Angeles, CA (LAX) | Boise (BOI) |
| **Main (S)** \| Nonstop \| <u>Details</u> | Mon, Jun 6 | Mon, Jun 6 |
| <u>Distance</u>: 674 mi \| Duration: 2h 10m | 7:05 am | 10:15 am |

**Price for 2 passengers**
$417.22



8

9

**LAX to BOI**

2h 10m

10

Alaska and **one**world® elites

| ☒ | ☒ | ☒ | 11 | ☒ | ☒ | ☒ |
| ☒ | ☒ | ☒ | 12 | ☒ | ☒ | ☒ |
| ☒ | ☒ | ☒ | 15 | ☒ | ☒ | ☒ |

EXIT | ☒ | ☒ | ☒ | 16 | ☒ | ☒ | ☒ | EXIT

EXIT | ☒ | ☒ | ☒ | 17 | ☒ | ☒ | ☒ | EXIT

**Main Cabin**

18

UM        YM        19

20

21

22

23

## Guests

| 19A | Uri Marcus<br>Main Cabin | ✕ |
| 19C | Yvonne Marcus<br>Main Cabin | ✕ |

## Legend ⌃

Premium
Class  +$32  USD

Main Cabin

Occupied

☒  Unavailable







From: **Alaska Airlines** service@ifly.alaskaair.com
Subject: Canceled Reservation: Your June 06 trip
Date: 2 March 2022 at 10:03
To: uri@ntcf.org





# Purchased reservation cancellation

March 2, 2022

Thank you for choosing Alaska Airlines. The following reservation has been canceled and refunded to the original form of payment.

| Traveler name(s): | Ticket number(s): |
|---|---|
| Uri Marcus | 0272129723137 |
| Yvonne Marcus | 0272129723138 |

Confirmation code: DRINTF

**ITINERARY**

✈ **LAX / BOI**

Los Angeles, CA / Boise, ID
Monday, June 6, 2022
Alaska Airlines 439

| Fare summary | (USD) |
|---|---|
| Base: | $360.94 |
| Taxes: | $56.28 |
| Total: | $417.22 |

Refunds for Premium Class seats or other add-ons to

Plaintiffs' Exhibit 46

From: **Southwest Airlines** southwestairlines@ifly.southwest.com
Subject: **You're going to Denver on 06/16 (2NJJSB)!**
Date: 25 February 2022 at 6:53
To: uri@ntcf.org

SA

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

 **Southwest's**                     Manage Flight | Flight Status | My Account

 **Travel notice**

Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Learn more.

 **Hello friends,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JUNE 16**

# BOI ✈ DEN

Boise to Denver

Confirmation # **2NJJSB**

Confirmation date: 02/24/2022

| PASSENGER | **Uri Marcus** |
| --- | --- |
| RAPID REWARDS # | ▆▆▆▆ |
| TICKET # | 5261488139917 |
| EXPIRATION[1] | January 7, 2023 |
| EST. POINTS EARNED | 1,641 |

| PASSENGER | **Yvonne M Marcus** |
| --- | --- |
| RAPID REWARDS # | ▆▆▆▆ |
| TICKET # | 5261488139916 |
| EXPIRATION[1] | February 25, 2023 |
| EST. POINTS EARNED | 1,641 |

Rapid Rewards® points are only estimations.

## Your itinerary

| Flight: | Thursday, 06/16/2022 | Est. Travel Time: **1h 45m** | Anytime |
| --- | --- | --- | --- |

| | DEPARTS | | ARRIVES |
| --- | --- | --- | --- |
| FLIGHT # 2972 | **BOI 12:50**PM Boise | ✈ | **DEN 02:35**PM Denver |

## Payment information

| Total cost | |
| --- | --- |
| **Air - 2NJJSB** | |
| Base Fare | $ 328.14 |
| U.S. Transportation Tax | $ 24.62 |
| U.S. 9/11 Security Fee | $ 11.20 |
| U.S. Flight Segment Tax | $ 9.00 |
| U.S. Passenger Facility Chg | $ 9.00 |
| **Total** | $ **381.96** |

| Payment |
| --- |
| Mastercard ending in 3538 Date: February 24, 2022 |
| **Payment Amount: $190.98** |
| Mastercard ending in 3538 Date: February 24, 2022 |
| **Payment Amount: $40.98** |
| LUV Voucher Date: February 24, 2022 |
| **Payment Amount: $150.00** |

From: **Southwest Airlines** southwestairlines@ifly.southwest.com
Subject: **You're going to Phoenix on 06/24 (2NPBTM)!**
Date: 25 February 2022 at 7:05
To: uri@ntcf.org

SA

Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

## Southwest

Manage Flight | Flight Status | My Account

⚠️ **Travel notice**

Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Learn more.



### Hello friends,

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JUNE 24**

# HOU ✈ PHX

Houston (Hobby) to Phoenix

Confirmation # **2NPBTM**

Confirmation date: 02/24/2022

| PASSENGER | **Uri Marcus** |
|---|---|
| RAPID REWARDS # | ▬ |
| TICKET # | 5261488142380 |
| EXPIRATION[1] | February 25, 2023 |
| EST. POINTS EARNED | 1,669 |

| PASSENGER | **Yvonne M Marcus** |
|---|---|
| RAPID REWARDS # | ▬ |
| TICKET # | 5261488142379 |
| EXPIRATION[1] | February 25, 2023 |
| EST. POINTS EARNED | 1,669 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Friday, 06/24/2022   Est. Travel Time: **2h 35m**   Anytime

| FLIGHT # 3237 | DEPARTS **HOU 05:25**AM Houston (Hobby) | ✈ | ARRIVES **PHX 06:00**AM Phoenix |
|---|---|---|---|

## Payment information

| **Total cost** | | | **Payment** |
|---|---|---|---|
| **Air - 2NPBTM** | | | Mastercard ending in 3538 |
| Base Fare | $ | 333.74 | Date: February 24, 2022 |
| U.S. Transportation Tax | $ | 25.04 | **Payment Amount: $193.99** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Flight Segment Tax | $ | 9.00 | Mastercard ending in 3538 |
| U.S. Passenger Facility Chg | $ | 9.00 | Date: February 24, 2022 |
| **Total** | **$** | **387.98** | **Payment Amount: $193.99** |

From: **Southwest Airlines** southwestairlines@ifly.southwest.com
Subject: You're going to Las Vegas on 06/28 (2NVJ56)!
Date: 25 February 2022 at 7:21
To: uri@ntcf.org



Here's your itinerary & receipt. See ya soon!
View our mobile site | View in browser

 **Southwest**          Manage Flight | Flight Status | My Account

⚠ **Travel notice**

Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Passengers who may be exempt from wearing a face covering due to a disability must contact us before travel. Learn more.

 **Hello friends,**

We're looking forward to flying together! It can't come soon enough. Below you'll find your itinerary, important travel information, and trip receipt. See you onboard soon!

**JUNE 28 - JULY 5**

# LAX ✈ LAS

Los Angeles to Las Vegas

Confirmation # **2NVJ56**                        Confirmation date: 02/24/2022

| PASSENGER | **Uri Marcus** |
|---|---|
| RAPID REWARDS # | ▮▮▮ |
| TICKET # | 5261488144971 |
| EXPIRATION[1] | February 25, 2023 |
| EST. POINTS EARNED | 1,617 |

| PASSENGER | **Yvonne M Marcus** |
|---|---|
| RAPID REWARDS # | ▮▮▮ |
| TICKET # | 5261488144970 |
| EXPIRATION[1] | February 25, 2023 |
| EST. POINTS EARNED | 1,617 |

Rapid Rewards® points are only estimations.

## Your itinerary

| **Flight 1:** | Tuesday, 06/28/2022 | Est. Travel Time: **1h 15m** | Anytime |
|---|---|---|---|

| FLIGHT # 3294 | **DEPARTS** LAX **10:45**AM Los Angeles | **ARRIVES** LAS **12:00**PM Las Vegas |
|---|---|---|

| **Flight 2:** | Tuesday, 07/05/2022 | Est. Travel Time: **1h 15m** | Anytime |
|---|---|---|---|

| FLIGHT # 0174 | **DEPARTS** LAS **03:40**PM Las Vegas | **ARRIVES** LAX **04:55**PM Los Angeles |
|---|---|---|

## Payment information

| Total cost | | |
|---|---|---|
| **Air - 2NVJ56** | | |
| Base Fare | $ | 323.28 |
| U.S. Transportation Tax | $ | 24.24 |
| U.S. 9/11 Security Fee | $ | 22.40 |
| U.S. Flight Segment Tax | $ | 18.00 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| **Total** | **$** | **405.92** |

| Payment |
|---|
| Mastercard ending in 3538 Date: February 24, 2022 |
| **Payment Amount: $202.96** |
| Mastercard ending in 3538 Date: February 24, 2022 |
| **Payment Amount: $202.96** |

2/7/22, 9:16 AM
Frequently Asked Questions | US Department of Transportation

📧 An official website of the United States government Here's how you know ⌄

ⓘ The latest general information on the Coronavirus Disease 2019 (COVID-19) is available on Coronavirus.gov. For USDOT specific COVID-19 resources, please visit our page.

Home \ flyhealthy.gov

# DOT — Dept. of Transportation

Frequently Asked Questions          **Scroll down to question #8**

New International Air Travel COVID-19 Policy

Plan Your Travel

At the Airport

Aboard the Aircraft

**Arrival at Your Destination**

Returning Home

Frequently Asked Questions

## Related Links

- Watch a video on your Passenger Experience
- CDC Resources for Travelers
- U.S. Department of State
- Transportation Security Administration
- Coronavirus.gov
- UNWTO/IATA Destination Tracker
- COVID-19 & Travelers (IATA)
- Fly Healthy, Fly Smart (Airlines for America)

## Related Documents

- Runway to Recovery 1.1



1. **Can I wear a mask to the TSA checkpoint?**

   Yes, travelers must wear a mask throughout their travel journey. Travelers may be asked to adjust their mask for identity verification or remove it briefly if it alarms the security screening equipment.

2. **Can I request that TSA officers use new gloves during my screening?**

   Yes. TSA officers are required to wear nitrile gloves when conducting screening duties and to change them following each pat-down and upon passenger request.

3. **Can I bring my own filled water bottle through the TSA checkpoint?**

   No, you are not permitted to bring your own filled water bottle that exceeds 3.4 ounces through the checkpoint. Many airports now offer touchless refilling stations past security that enable travelers to fill empty bottles and containers they bring from home. Consult the directory or ask a local official for locations in your departure airport.

4. **Do I need to remove electronics from my carry-on bags?**

   Yes, you should plan to remove personal electronic devices larger than a cell phone from your carry-on bag and put them in a separate bin with nothing placed on or under them for security screening. (This does not apply to TSA PreCheck™ passengers.) Some airports are using new Computed Tomography (CT) technology that allows you to keep electronics in your carry-on luggage. Passengers will be advised on the use of CT scanners at the checkpoint and of any alternate procedures.

5. **Can TSA still open and go through my checked luggage? What precautions are being taken to reduce possible contamination?**

   Yes, TSA may inspect your checked baggage during the screening process. If your property is physically inspected, TSA will place a notice of baggage inspection inside your bag. To reduce the likelihood of contamination, TSA officers are changing their gloves after each bag check and conducting enhanced sanitation of baggage screening areas.

6. **My driver's license has expired and I haven't been able to renew it during the pandemic. Will I still be able to fly?**

   Yes. If your driver's license or state-issued ID expired on or after March 1, 2020, and you are unable to renew, you may still use it as acceptable identification at the checkpoint. TSA will accept expired driver's licenses or state-issued IDs for a year after expiration.

7. **What is the status of REAL ID enforcement in light of COVID-19?**

   The Department of Homeland Security has extended the deadline for REAL ID enforcement to October 1, 2021. Visit the REAL ID website for more information.

8. **What happens if a passenger does not comply with an airline's mask policies and/or causes an inflight disruption or distraction for the crew?**

   While the failure to wear a face covering is not itself a federal violation, federal law prohibits physically assaulting or threatening to physically assault aircraft crew or anyone else on a civil aircraft. Passengers are subject to civil penalties for such misconduct, which can threaten the safety of the flight by disrupting or distracting cabin crew from their safety duties. Additionally, federal law provides for criminal fines and imprisonment of passengers who interfere with the performance of a crewmember's duties by assaulting or intimidating that crewmember. U.S. airlines have policies about wearing face coverings in the airplane cabin. Please be sure to check with your airline prior to flight for further guidance

9. **What happens if there is a sick passenger on an international or domestic flight?**

   Under current federal regulations, pilots must report all onboard illnesses and deaths to CDC before arriving to a U.S. destination. According to CDC illness response protocols, if a sick traveler has a serious contagious disease during air travel, CDC works with local and state health departments and international public health agencies to contact exposed passengers and crew.

   Be sure to give the airline your current contact information when booking your ticket so you can be notified if you are exposed to a sick traveler on a flight.

   For more information, see the CDC web page Protecting Travelers' Health from Airport to Community: Investigating Contagious Diseases on Flights.

10. **Can flying on an airplane increase my risk of getting COVID-19?**

    Most airlines and airports are enhancing their cleaning and passenger health protection protocols due to COVID-19, but air travel requires spending time in security lines and airport terminals, which can bring you in close contact with other people and frequently touched surfaces. This may increase your risk for exposure to the virus that causes COVID-19.

    Most viruses and other germs do not spread easily on flights because of how air circulates and is filtered on airplanes (the air in an airplane cabin is fully renewed every 2-3 minutes, which is more frequent than most other locations in which people spend time). However, social distancing is difficult on flights, and you may have to sit near others, sometimes for hours. This makes the wearing of a face mask an important additional measure against exposing yourself or others to COVID-19.   It is important to follow basic guidance on wearing a face mask and frequently washing your hands or using hand sanitizer with at least 60% alcohol. For more information see CDC's Travel During the COVID-19 Pandemic.

## International Travel Requirements

1. **What should passengers provide to airlines to show they are fully vaccinated?**

   Both U.S. citizens and foreign nationals who are fully vaccinated should travel with proof of

Should I wear a mask in the airport and on the plane? What forms of mask are acceptable?

Yes, Federal law requires each person to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law. On the aircraft, if wearing oxygen masks is needed because of loss of cabin pressure or other event affecting aircraft ventilation, masks should be removed to accommodate oxygen masks.

Masks are also required in the airport.

If you forget your mask at home, a mask will be available for you.

Acceptable forms of masks

In accordance with the Federal law, a properly worn mask completely covers the nose and mouth, is secured to the head with ties, ear loops, or elastic bands that go behind the head, and fits snugly against the side of the face. Cloth masks should be made with two or more layers of a washable, breathable fabric. Neck gaiters (also called multi-bands) may be worn as masks as long as they have two layers of fabric or may be folded to make two layers and cover the nose and mouth and are secured under the chin.

In addition, if your mask meets the requirements noted above, the following are acceptable:

- Clear masks or cloth masks with a clear plastic panel to facilitate communication with people who are hearing impaired or others who need to see a speaker's mouth to understand speech.
- Medical masks and N95 respirators.

The following are some examples of coverings that are not accepted:

- Masks not made of a solid piece of material, including those with slits, exhalation valves, or punctures
- Face shields (face shields may be worn in addition to a mask that meets the above required attributes)
- Bandanas, scarves, ski masks, or balaclavas
- Shirt or sweater collars (e.g., turtleneck collars) pulled up over the mouth and nose
- Masks made from a single layer or thin fabric that do not block light
- Masks that do not fit properly (large gaps, too loose or too tight)

Exemptions to face coverings

- Young children under the age of 2.
- Beginning March 14, 2021, Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.

Several conditions apply that must be completed/adhered to prior to travel and receiving a mask exemption. For more details on this policy and for access to the submission form, please visit here.

When the Federal law requires Customers to wear a mask

- Customers will be required to wear a mask over their nose and mouth at all times during their Southwest travel experience—while checking in, boarding, while in flight, deplaning, retrieving baggage; and any other time they may engage with a Southwest Employee or another Customer. Customers are required to wear a mask in order to board the plane.
- The following are times when a Customer may need to briefly remove their mask:
  - When necessary for identity verification purposes such as during Transportation Security Administration screening or when asked to do so by our Employees or any law enforcement official
  - While eating, drinking, or taking oral medications. Prolonged periods of mask removal are not permitted for eating or drinking; the mask must be worn between bites and sips.
  - While communicating with a person who is hearing impaired when the ability to see the mouth is essential for communication
  - If, on an aircraft, wearing of oxygen masks is needed because of loss of cabin pressure or other event affecting aircraft ventilation
  - If unconscious (for reasons other than sleeping), incapacitated, unable to be awakened, or otherwise unable to remove the mask without assistance


Español

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

# Customers with Disabilities

Notice of Disability

Assistance in the Airport

Security Screening

Wheelchairs & Other Devices

Allergies

Cognitive Disabilities

Deaf or Hard of Hearing

Blind Or Low Vision

Medication

Trained Service Animals

Medical Oxygen

Portable Oxygen Concentrators

Non-Passenger Escort

Mask Exemptions

Your Rights

### Exemption to Federal Mask Requirement on Southwest Airlines

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

Please comply with the following pre-travel steps:

At least seven (7) days prior to the Passenger's planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance.

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical physician's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

   › A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

Note: Roundtrip travel will require an additional qualifying COVID negative viral test result taken within three (3) calendar days preceding the Passenger's scheduled date of return travel and submitted no later than 24 hours prior to the Passenger's scheduled departure, unless the Passenger's return flight is within three (3) calendar days of the date of the initial negative COVID-19 departure test.

### Join the Discussion

Share knowledge and learn from travelers just like you.

Community 🔗

### 📞 Need Help?

We're a click away.

Contact Us




🔍 **How May We Help You?** Search Customer Service

Enter Keyword(s)    [ Search ]

---

### Need help?
# Contact Us
Customer Service | Help Center

### Subscribe
**Wanna receive email from us?**
Sign up to get the latest deals.

### Connect with us 🔗
🐦 📘 📷 ▶️ in 📌
Discussion Forum and Stories


Mobile Apps

---

| About Southwest | Flying Southwest | Southwest Products | Customer Service |
|---|---|---|---|
| What's New | Flying with Southwest | Southwest Fares | Help Center |
| Press Room 🔗 | Rapid Rewards® | EarlyBird Check-in® | Sitemap |
| Investor Relations 🔗 | International Travel | Business Select® | Customer Commitments |



Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS       SPECIAL OFFERS       RAPID REWARDS®       🔍

# Customers with Disabilities

| | |
|---|---|
| Notice of Disability | **Advance notice of disability** |
| Assistance in the Airport | Customers with disabilities are not required to provide advance notice of the need for assistance; however, doing so helps us better prepare for the number of Customers who will need our help. |
| Security Screening | We give Customers the opportunity to proactively notify Southwest Airlines of any specific disability-related needs during and after booking. |
| Wheelchairs & Other Devices | When booking a new reservation, Customers may use the "Special Assistance" link on the Passenger & Payment Info page to indicate that he/she requires assistance. When booking online, Customers may notice that there is a link (identified with an italicized "i") that directs the user to the details of our policies for assisting Passengers with disabilities. After the Customer has selected his/her option(s), the Customer should scroll down and complete the booking process. |
| Allergies | |
| Cognitive Disabilities | If a reservation has already been created, simply click on the "FLIGHT | HOTEL | CAR | VACATIONS" link located on the top of our home page. Then, select "Manage Reservations" from the "Flight" column, input the required information, and select "Search." From that page, click on the "Special Assistance" link under the Passenger name. Once a Customer has added his/her option(s), the Customer should click "Update Information" and the information will be saved to the Customer's reservation. |
| Deaf or Hard of Hearing | Customers may also advise us of any disability-related travel needs at the time of booking by telephone or, if a reservation has already been made, by calling 1-800-I-FLY-SWA (1-800-435-9792) prior to travel. |
| Blind Or Low Vision | We recommend that Customers arrive at the airport no later than the recommended **airport arrival time**. If traveling with a power wheelchair, in the event that we need to prepare the wheelchair for stowage, we may ask that Customers relinquish his/her power wheelchair up to an hour in advance of departure. In this case, the Customer will be transferred to an airport wheelchair until boarding begins. |
| Medication | If traveling in a group of 10 or more Customers who use wheelchairs, please advise us at least 24 hours in advance by calling 1-800-I-FLY-SWA (1-800-435-9792) so that we can ensure adequate staffing and room in the cargo compartment of the aircraft for the wheelchairs. |
| Trained Service Animals | |
| Medical Oxygen | |
| Portable Oxygen Concentrators | |
| Non-Passenger Escort | |
| Mask Exemptions | |
| Your Rights | |

**Join the Discussion**
Share knowledge and learn from travelers just like you.
Community ⬈

📞 **Need Help?**
We're a click away.
Contact Us

🔍 **How May We Help You?** Search Customer Service

Enter Keyword(s)    [ Search ]

---

**Need help?**
# Contact Us
Customer Service | Help Center

**Subscribe**
Wanna receive email from us?
Sign up to get the latest deals.

**Connect with us** ⬈
🐦 📘 📷 ▶️ in 📌
Discussion Forum and Stories

📱
Mobile Apps

---

**About Southwest**
What's New
Press Room ⬈
Investor Relations ⬈

**Flying Southwest**
Flying with Southwest
Rapid Rewards®
International Travel

**Southwest Products**
Southwest Fares
EarlyBird Check-in®
Business Select®

**Customer Service**
Help Center
Sitemap
Customer Commitments

## Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

X   I am completing this form for myself.

• I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name: __YVONNE__

Passenger Middle Initial: __M__

Passenger Last Name: __MARCUS__

Contact Email address: __uri@ntcf.org__

Contact Phone number: __909-833-0065__

Reason for Mask Exception Request:
__Migraines, Skin Cancer on bridge of nose • healing after surgery, caused by prolonged masking. Skin sores on lower eyelids, respiratory distress with prolonged masking.__

Is flight already booked?  Yes__X__  No____

If flight is already booked, please include the following information:

Date(s) of Travel: __June 16, 24, 28 and July 5__

City Pair: __BOI DEN, HOU PHX, LAX LAS, LAS LAX__

Confirmation Number (if flight already booked): __2NJJSB + 2NPBTM + 2NVJ56__

Does Passenger possess a WN Employee ID? __No_____

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: _____

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of _____] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, and sharing of information.

_____
Passenger Signature or Signature of Passenger Parent or Guardian

__YVONNE MARCUS_____
Printed Name of Passenger or Parent or Guardian

Date: __25 Feb 2022_____

## Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

- **X**  I am completing this form for myself.
- •  I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name:  **URI**

Passenger Middle Initial:

Passenger Last Name:  **MARCUS**

Contact Email address:  **uri@ntcf.org**

Contact Phone number:  **909-833-0065**

Reason for Mask Exception Request:
**Sensory Processing Disorder, Reactive Airways Disease, Respiratory distress with prolonged masking.**

Is flight already booked?  Yes **X**  No

If flight is already booked, please include the following information:

Date(s) of Travel:  **June 16, 24, 28 and July 5**

City Pair:  **BOI DEN, HOU PHX, LAX LAS, LAS LAX**

Confirmation Number (if flight already booked): **2NJJSB + 2NPBTM + 2NVJ56**

Does Passenger possess a WN Employee ID? **No**

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: _____

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of _____] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, ~~and sharing of information.~~

Passenger Signature or Signature of Passenger Parent or Guardian

**URI MARCUS**

Printed Name of Passenger or Parent or Guardian

Date: **25 Feb 2022**

From: **Southwest Airlines** no-reply@southwest-communications.com
Subject: Southwest Airlines Response to your Inquiry (Case #40581188)
Date: 28 February 2022 at 2:01
To: uri@ntcf.org



Dear Uri,

Southwest has received Uri and Yvonne's applications for exemption to the federal mask mandate. We appreciate this opportunity to respond.

After evaluating the information that you provided, and based on guidance from our third-party medical provider, Uri and Yvonne's applications for exemption have been approved.?In order to travel without a mask, you will need to submit via Southwest.com no later than 24 hours prior to scheduled departure evidence of Uri and Yvonne's qualifying COVID-19 negative viral test result described below:

• A physical or electronic documentation of a qualifying COVID-19 negative viral test taken within three (3) calendar days preceding the Customer's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

Please include case number 40581188 when submitting the documentation. Furthermore, we ask that you bring a copy of Uri and Yvonne's COVID-19 negative viral test result to the airport to ensure a smooth experience.

We look forward to seeing your family onboard soon!

Sincerely,
Devan Daigle
Southwest Airlines

southwest.com  |  Flight  |  Hotel  |  Car  |  Rapid Rewards  |  Travel Tools



Hi, Uriel   2,360 points   **My Account**  |  **Log out**   Español 

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

 **Your cancellation was successful**
This flight won't be the same without you!

# Cancellation Confirmation

✓ Select flights — ✓ Review — ✓ Confirmation



**Confirmation #** 2NVJ56

| | | | | | | |
|---|---|---|---|---|---|---|
| ⊗ # 3294 **LAX** *to* **LAS** | DEPART **6/28** Tuesday | LAX **10:45** AM → | LAS **12:00** PM | Duration 1h 15m Nonstop |
| ⊗ # 174 **LAS** *to* **LAX** | RETURN **7/05** Tuesday | LAS **3:40** PM → | LAX **4:55** PM | Duration 1h 15m Nonstop |

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| **Uri Marcus** <br> Rapid Rewards® Acct # ▮▮▮ <br> Known Traveler # On file | — | Anytime |
| **Yvonne M Marcus** <br> Rapid Rewards® Acct # ▮▮▮ <br> Known Traveler # On file | — | Anytime |

## Funds summary

🌐 **Refund requested**

**$405.92**
Refunded to the original form of payment

[ Book another flight ]



Hi, Uriel  2,360 points  **My Account**  |  **Log out**   Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

✓ **Your cancellation was successful**
This flight won't be the same without you!

# Cancellation Confirmation



**Confirmation #** 2NPBTM

| | | | | |
|---|---|---|---|---|
| # 3237 ⊗ **HOU** _to_ **PHX** | DEPART **6/24** Friday | HOU **5:25** AM → | PHX **6:00** AM | Duration 2h 35m ●———————● Nonstop |

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| **Uri Marcus** Rapid Rewards® Acct # ▮▮▮ Known Traveler # On file | — | Anytime |
| **Yvonne M Marcus** Rapid Rewards® Acct # ▮▮▮ Known Traveler # On file | — | Anytime |

## Funds summary

🔄 **Refund requested**      **$387.98** Refunded to the original form of payment

[ Book another flight ]

https://www.southwest.com/air/cancel-reservation/summary.html     1/1

 **Southwest**

Hi, Uriel  2,360 points   **My Account** | Log out   Español 🌐

FLIGHT | HOTEL | CAR | VACATIONS      SPECIAL OFFERS      RAPID REWARDS®       🔍

✓ **Your cancellation was successful**
This flight won't be the same without you!

# Cancellation Confirmation



**Confirmation # 2NJJSB**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ⊗ | # 2972 **BOI** *to* **DEN** | DEPART **6/16** Thursday | BOI **12:50** PM → | DEN **2:35** PM | Duration **1h 45m** | Nonstop | |

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| **Uri Marcus** Rapid Rewards® Acct # ▮▮ Known Traveler # On file | — | Anytime |
| **Yvonne M Marcus** Rapid Rewards® Acct # ▮▮ Known Traveler # On file | — | Anytime |

## Funds summary

| | | |
|---|---|---|
| 🔄 | **Refund requested** | **$231.96** Refunded to the original form of payment |
| 🔄 | **Travel funds held for future use** Confirmation ▮▮ Expiration: 01/07/2023 *Note:* Hang on to this confirmation number — you'll need it to access these funds in the future. | **$150.00** Funds held for future use |

[ View travel funds ]   [ **Book another flight** ]

$5,338.00 USD
w/ Tax and Fees

Sign In    Join Now

Plaintiffs' Exhibit 47

Flights > Travelers > **Itinerary** > Seats > Payment > Confirmation

Please check the latest COVID-19 entry restrictions in Japan before booking your flight.

See restrictions

Please check the latest COVID-19 restrictions in Tahiti before completing your booking.

See restrictions

# Review Your Itinerary

Below is your itinerary for Honolulu, Oahu. Get ready.



URI          YVONNE

Thursday, July 7, 2022                                    5h 45m

## LAX                                                    HNL

Los Angeles, California                HA 9          Honolulu, Oahu
6:05PM                                 5h 45m        8:50PM

Thursday, July 14, 2022                                  5h 25m

## HNL                                                    LAX

Honolulu, Oahu                         HA 10         Los Angeles, California
8:00AM                                 5h 25m        4:25PM

Message us

| ITINERARY | Depart | Los Angeles, California to Honolulu, Oahu · |
| | | Thursday, July 7, 2022 |
| | | HA 9   LAX to HNL   6:05PM - 8:50PM   5h 45m |
| | Return | Honolulu, Oahu to Los Angeles, California · |
| | | Thursday, July 14, 2022 |
| | | HA 10 HNL to LAX   8:00AM - 4:25PM   5h 25m |

**Flight Details & Options**

URI MARCUS

LAX to HNL · Roundtrip Fare                                  $2,619.22

Taxes and Fees   _$49.78

| Flight # | Route | Seat | Seat Type | Options |
|----------|-------|------|-----------|---------|
| HA 9 | LAX - HNL | -- | Coach | -- |
| HA 10 | HNL - LAX | -- | Coach | -- |

Subtotal: **$2,669.00 USD**
or from **$262/mo**

YVONNE MARCUS

LAX to HNL · Roundtrip Fare                                  $2,619.22

Taxes and Fees   _$49.78

| Flight # | Route | Seat | Seat Type | Options |
|----------|-------|------|-----------|---------|
| HA 9 | LAX - HNL | -- | Coach | -- |
| HA 10 | HNL - LAX | -- | Coach | -- |

Subtotal: **$2,669.00 USD**
or from **$262/mo**

**Grand Total**

Your Total Price:                **$5,338.00 USD**

or from **$523/mo**

Message us

$5,338.00 USD
w/ Tax and Fees

Sign In    Join Now

Flights > Travelers > Itinerary > **Seats** > Payment > Confirmation

# Select Your Seats



**Flight 1**
LAX To HNL

**Flight 2**
First Class HNL To LAX

Los Angeles (LAX) To Honolulu (HNL)

Thu, Jul 7

Duration: 5h 45m

Flight #: HA 9

Aircraft: Airbus A330
Los Angeles (LAX) To Honolulu (HNL)

2 Guests

First Class

Treat yourself to our premium cabin. Learn More

**Extra Comfort / Main Cabin**

Message us

## Extra Comfort

+ $129 to $164 per seat

Treat yourself to extra legroom, priority boarding, and more amenities to make your travel experience extra comfortable. Learn More

Message us



### Main Cabin

Experience Hawaiian-style hospitality in our spacious cabins.

Learn More

**Legend**

First Class

Standard

Unavailable

Select

Exit

**Legend**

First Class   Standard

Unavailable   Select

Exit

If you do not wish to choose a seat, you can skip this step.   **Skip Seat Selection**

Seats:   25A   25B                    Next Flight

Message us

$5,338.00 USD

w/ Tax and Fees

Sign In   Join Now

Flights > Travelers > Itinerary > **Seats** > Payment > Confirmation

# Select Your Seats



Flight 1
LAX To HNL

Flight 2
HNL To LAX

First Class

Honolulu (HNL) To Los
Angeles (LAX)

Thu, Jul 14

Duration: 5h 25m

Flight #: HA 10

Aircraft: Airbus A330
Honolulu (HNL) To Los
Angeles (LAX)

2 Guests

First Class

Treat yourself to our
premium cabin. Learn
More

Extra Comfort /
Main Cabin

Message us

## Extra Comfort

+ $91 to $111 per seat

Treat yourself to extra legroom, priority boarding, and more amenities to make your travel experience extra comfortable. Learn More

Message us



## Main Cabin

Experience Hawaiian-style hospitality in our spacious cabins.

<u>Learn More</u>

### Legend



First Class    Standard    Unavailable

Select    Exit

### Legend

First Class    Standard

Unavailable    Select

Exit



If you do not wish to choose a seat, you can skip this step.    **<u>Skip Seat Selection</u>**

Seats:    <u>26A</u>    Previous Flight

<u>26B</u>    Continue

Message us

Sign In    Join Now

Flights > Travelers > Itinerary > Seats > **Payment** > Confirmation

# Review and Pay

Your destination awaits. If the itinerary below looks good, then it's time to pay for your trip.

### Your Trip To Honolulu, Oahu

Edit Itinerary

LAX To HNL (Roundtrip). July 7, 2022 — July 14, 2022
with URI MARCUS, YVONNE MARCUS

| ITINERARY | Depart | Los Angeles, California to Honolulu, Oahu · Thursday, July 7, 2022 | | |
| | | HA 9   LAX to HNL   6:05PM - 8:50PM | 5h 45m |
| | Return | Honolulu, Oahu to Los Angeles, California · Thursday, July 14, 2022 | | |
| | | HA 10 HNL to LAX   8:00AM - 4:25PM | 5h 25m |

Message us

|  | URI MARCUS | | | | |
|---|---|---|---|---|---|
| **Flight Details & Options** | LAX to HNL · Roundtrip Fare | | | | $2,619.22 |
| | | | | Taxes and Fees | $49.78 |
| | Flight # | Route | Seat | Seat Type | Options |
| | HA 9 | LAX - HNL | 25A | Coach | -- |
| | HA 10 | HNL - LAX | 26A | Coach | -- |

Subtotal: **$2,669.00 USD**
or from **$262/mo**

YVONNE MARCUS

LAX to HNL · Roundtrip Fare                                $2,619.22
Taxes and Fees    $49.78

| Flight # | Route | Seat | Seat Type | Options |
|---|---|---|---|---|
| HA 9 | LAX - HNL | 25B | Coach | -- |
| HA 10 | HNL - LAX | 26B | Coach | -- |

Subtotal: **$2,669.00 USD**
or from **$262/mo**

**Trip Insurance**

Protect Your $5,338.00 Trip                    

○ **Yes,** add trip insurance for $173.49 per person ($346.98 total). ✓
**Recommended**

👥 7,474 people protected their trip in the last 7 days.

**Protection for all 5,106 miles of your trip to Honolulu**

- ✓ **Rest assured** knowing you can get back up to 100% for covered trip cancellation and trip interruption
- ✓ **Improve your experience** with benefits for eligible meals and accommodations due to a covered travel delay
- ✓ **Enjoy peace of mind** with protection for lost, damaged or delayed luggage throughout your entire trip
- ✓ **Get help when you need it** with our 24/7 assistance in the event of a travel or medical emergency

◉ **Your trip is not protected.**

"I would strongly recommend this travel insurance to all my friends and family because no one can foresee when an emergency or sickness can happen when you are on vacation or abroad." — *Lilwantie R., June 2021 (Age: 56)*

ⓘ COVID: More about coverage, limitations, & exclusions

Message us

Insurance Company or BCS Insurance Company. Plan incl. insurance & assistance services. Terms & exclusions (incl. for pre-existing conditions) apply. Plan & Pricing details, disclosures

| Grand Total | Your Total Price: | **$5,338.00 USD** |
| --- | --- | --- |
| | | or from **$523/mo** |



Earn a **$300** Statement Credit*

*Plus*, **35,000** bonus HawaiianMiles after qualifying purchases

Apply Now      *See Terms & Conditions

You Pay Today

$5,338.00

Future Hawaiian Airlines Mastercard® Statement Credit

-$300.00

Cost of ticket after Statement Credit

$5,038.00

## Payment Information

Message us

2/7/22, 9:16 AM                                    Frequently Asked Questions | US Department of Transportation

🎫 An official website of the United States government  Here's how you know ⌄

ⓘ The latest general information on the Coronavirus Disease 2019 (COVID-19) is available on Coronavirus.gov. For USDOT specific COVID-19 resources, please visit our page.

Home \ flyhealthy.gov

# DOT — Dept. of Transportation

**Frequently Asked Questions**    **Scroll down to question #8**

New International Air
Travel COVID-19 Policy

Plan Your Travel

At the Airport

Aboard the Aircraft

**Arrival at Your Destination**

Returning Home

Frequently Asked
Questions

## Related Links

- Watch a video on your
  Passenger Experience
- CDC Resources for
  Travelers
- U.S. Department of State
- Transportation Security
  Administration
- Coronavirus.gov
- UNWTO/IATA Destination
  Tracker
- COVID-19 & Travelers
  (IATA)
- Fly Healthy, Fly Smart
  (Airlines for America)

## Related Documents

- Runway to Recovery 1.1



1. **Can I wear a mask to the TSA checkpoint?**

   Yes, travelers must wear a mask throughout their travel journey. Travelers may be asked to adjust their mask for identity verification or remove it briefly if it alarms the security screening equipment.

2. **Can I request that TSA officers use new gloves during my screening?**

   Yes. TSA officers are required to wear nitrile gloves when conducting screening duties and to change them following each pat-down and upon passenger request.

3. **Can I bring my own filled water bottle through the TSA checkpoint?**

   No, you are not permitted to bring your own filled water bottle that exceeds 3.4 ounces through the checkpoint. Many airports now offer touchless refilling stations past security that enable travelers to fill empty bottles and containers they bring from home. Consult the directory or ask a local official for locations in your departure airport.

4. **Do I need to remove electronics from my carry-on bags?**

   Yes, you should plan to remove personal electronic devices larger than a cell phone from your carry-on bag and put them in a separate bin with nothing placed on or under them for security screening. (This does not apply to TSA PreCheck™ passengers.) Some airports are using new Computed Tomography (CT) technology that allows you to keep electronics in your carry-on luggage. Passengers will be advised on the use of CT scanners at the checkpoint and of any alternate procedures.

5. **Can TSA still open and go through my checked luggage? What precautions are being taken to reduce possible contamination?**

   Yes, TSA may inspect your checked baggage during the screening process. If your property is physically inspected, TSA will place a notice of baggage inspection inside your bag. To reduce the likelihood of contamination, TSA officers are changing their gloves after each bag check and conducting enhanced sanitation of baggage screening areas.

6. **My driver's license has expired and I haven't been able to renew it during the pandemic. Will I still be able to fly?**

   Yes. If your driver's license or state-issued ID expired on or after March 1, 2020, and you are unable to renew, you may still use it as acceptable identification at the checkpoint. TSA will accept expired driver's licenses or state-issued IDs for a year after expiration.

7. **What is the status of REAL ID enforcement in light of COVID-19?**

   The Department of Homeland Security has extended the deadline for REAL ID enforcement to October 1, 2021. Visit the REAL ID website for more information.

8. **What happens if a passenger does not comply with an airline's mask policies and/or causes an inflight disruption or distraction for the crew?**

   While the failure to wear a face covering is not itself a federal violation, federal law prohibits physically assaulting or threatening to physically assault aircraft crew or anyone else on a civil aircraft. Passengers are subject to civil penalties for such misconduct, which can threaten the safety of the flight by disrupting or distracting cabin crew from their safety duties. Additionally, federal law provides for criminal fines and imprisonment of passengers who interfere with the performance of a crewmember's duties by assaulting or intimidating that crewmember. U.S. airlines have policies about wearing face coverings in the airplane cabin. Please be sure to check with your airline prior to flight for further guidance

9. **What happens if there is a sick passenger on an international or domestic flight?**

   Under current federal regulations, pilots must report all onboard illnesses and deaths to CDC before arriving to a U.S. destination. According to CDC illness response protocols, if a sick traveler has a serious contagious disease during air travel, CDC works with local and state health departments and international public health agencies to contact exposed passengers and crew.

   Be sure to give the airline your current contact information when booking your ticket so you can be notified if you are exposed to a sick traveler on a flight.

   For more information, see the CDC web page Protecting Travelers' Health from Airport to Community: Investigating Contagious Diseases on Flights.

10. **Can flying on an airplane increase my risk of getting COVID-19?**

    Most airlines and airports are enhancing their cleaning and passenger health protection protocols due to COVID-19, but air travel requires spending time in security lines and airport terminals, which can bring you in close contact with other people and frequently touched surfaces. This may increase your risk for exposure to the virus that causes COVID-19.

    Most viruses and other germs do not spread easily on flights because of how air circulates and is filtered on airplanes (the air in an airplane cabin is fully renewed every 2-3 minutes, which is more frequent than most other locations in which people spend time). However, social distancing is difficult on flights, and you may have to sit near others, sometimes for hours. This makes the wearing of a face mask an important additional measure against exposing yourself or others to COVID-19.   It is important to follow basic guidance on wearing a face mask and frequently washing your hands or using hand sanitizer with at least 60% alcohol. For more information see CDC's Travel During the COVID-19 Pandemic.

## International Travel Requirements

1. **What should passengers provide to airlines to show they are fully vaccinated?**

   Both U.S. citizens and foreign nationals who are fully vaccinated should travel with proof of



Hawaiian Airlines airport employees are trained to identify and assist people showing symptoms of illness, such as fever, nausea and respiratory issues, while minimizing the risk of exposure to themselves and others.

## Face masks

- Hawaiian Airlines airport employees wear face masks when interacting with guests.
- Federal law requires that all guests two years and older wear a mask at the airport, while boarding, through the duration of the flight and while deplaning at their destination. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft and/or penalties under federal law.
- Masks worn during travel must meet **CDC's requirements**, including:
  - The mask must completely cover the nose and mouth and should fit snugly against the side of the face, secured to the head with ties or ear loops. If gaiters are worn, they should have two layers of fabric or be folded to make two layers.
  - Cloth masks should be made with two or more layers of a breathable fabric that is tightly woven (i.e., fabrics that do not let light pass through when held up to a light source).
  - Masks should be a solid piece of material without vents, mesh, slits, exhalation valves, punctures, or other obviously transparent cloth

coverings:

- Scarves, ski masks, balaclavas and bandannas are not acceptable forms of face masks.

- Guests must wear their masks at all times except while eating, drinking, or taking oral medications for brief periods. Prolonged periods of mask removal are not permitted for eating or drinking; masks must be worn between bites and sips.
- Face shields or goggles cannot be used in lieu of a face mask, but may be used in addition to an appropriate mask.
- Personal air purifiers can be brought on board, but cannot be used or charged on board and must be stowed away properly.
- Guests who are unable to wear a face mask due to a medical condition or disability will be required to complete an assessment with a medical professional via phone at the airport. We recommend arriving at the airport early with ample time to complete the assessment, as the process may take more than one hour, and your flight will not be held. Please notify one of our Guest Services Agents as soon as you are ready to complete the medical assessment. If you are unable to meet this requirement, we recommend that you reconsider your travel. Please note that any face covering exemptions apply only to travel on Hawaiian Airlines.

## Disinfecting common areas

- We disinfect our common areas, such as our counters and kiosks, multiple times each day.

## Hand sanitizer



- Hand sanitizers are readily available for travelers at airports statewide and on the mainland.
- TSA is allowing passengers to bring liquid hand sanitizer up to 12 ounces in carry-on bags until further notice.

## Airport lounges

- We have temporarily closed the Kauai and Hawaii Island Premier Club locations. **The Plumeria Lounge** and **Premier Club** location at Honolulu's Daniel K. Inouye International Airport have reopened, as well as the Premier Club location at Kahului Airport in Maui.

Our primary concern is always the health and safety of our guests and employees. In line with recommendations by leading public health authorities, we have reinforced and enhanced cleaning procedures across our business, including regularly reviewing our safety measures to align with new research as it becomes available. Recent studies from respected researchers such as the **Harvard T.H. Chan School of Public Health** and the **Department of Defense** have validated that the risk of viral transmission on board a commercial aircraft is extremely low.

**At the Airport** | **On Board Our Aircraft** | **Changes to In-Flight Services**

**At the Airport**
**On Board Our Aircraft**
**Changes to In-Flight Services**

At the airport

15:09, Feb 25

You: Do you have an email I can write to to request a mask exemption for an upcoming itinerary?

Info: Mahalo for contacting Hawaiian Airlines. Our messaging service is currently closed and will re-open at 5:00AM HST. For immediate assistance, please contact us at 1-800-367-5320 or chat with us at https://www.hawaiianairlines.com/contact-us

Info: You've been connected to an agent.

15:32, Feb 25

Reese: Aloha, this is Reese. We apologize for the delay. Due to the volume of text we received, our Contact Center is experiencing extended wait times. We appreciate your patience and understanding. **May I know the reason for a request for mask exemption please?**

15:34, Feb 25

You: The reason? We are medically disabled and are unable to wear masks. Do you want the specific medical conditions that the CDC lists, in order to qualify for the exemption?

15:36, Feb 25

Reese: Upon checking guests who are unable to wear a face covering due to a medical condition or disability will be required to complete a medical assessment with MedLink at the airport in order to be granted an exemption.

15:42, Feb 25

You: That sounds ok, but do you really expect me to pay your airline $5,338 for two tickets, and then fly from Jerusalem Israel to LAX, and then go to the desk and have your agents say, "Sorry, but we are not going to grant you your exemptions." Get me an email to your MedIink people, or a phone number. I want the exemptions or provisional exemptions before I ever get there.

15:44, Feb 25

You: I am online now, ready to book the itinerary for 7 Jul 2022

15:44, Feb 25

Reese: I understand your concern. However, we have limited access to airport process. Our Safe Travel will be better able to assist you at 1-855-599-0888 between 10 am and 10 pm.

15:45, Feb 25

You: Ok. What time is is now, where they are?

15:46, Feb 25

Reese: Our current time is 3:45am HST.

15:46, Feb 25

You: So 10 am HST, in about 6 hours from now?

15:51, Feb 25

Reese: Yes, that is correct.

15:52, Feb 25

You: Ok.Thank you for your assist. Have a nice day.

Contact Us  /  Email Us  Ask a Question

# Ask a Question

*Required*

Topic *

Guest with Disabilities

Subtopic *

Additional Services (describe in …

Please call 1-800-367-5320 to request assistance or submit your request below. Guests with hearing or speech disabilities (TTY), please dial 711 for relay services.

## Related Topics

Guests with Disabilities

Traveling with a Service Animal

General Special Service Information

All Help Pages

## Contact Information:

First Name *

URI

Last Name *

MARCUS

Email Address *

uri@ntcf.org

## Preferred Phone Number

Country Code *

+1 USA

Phone Number *

(909) 833-0065

## Traveler Information

First Name

URI

Last Name

MARCUS

███████

| Confirmation Code | Ticket Number | Flight Number |
| --- | --- | --- |
| XYZABC | 173XXXXXXXXX | HA 9 |

Departure Date

Thursday, 7/7/2022

| Departure City | Arrival City |
| --- | --- |
| Please Select | Oahu - Honolulu, HI (HNL) |

Message *

Both my wife and myself are requesting mask exemptions for an itinerary we would like to purchase. We do not wish to purchase until we receive some kind of assurance or notice of a provisional mask exemption. Attached are Medical summaries which document the reasons for the exemption request. Please advise.

4692 characters remaining

**Attach Document(s) - maximum file size of 5MB each. Accepted file types:.JPG, .JPEG, .DOC, .DOCX, .XLS, .XLSX, .PDF, .PNG, .GIF, .TXT**

Choose File    Mask Exemption Application U 25 Feb 2022.pdf

Choose File    Mask Exemption Application A 25 Feb 2022.pdf

Choose File    No file chosen

Submit



From: **Hawaiian Airlines Customer Support** Hawaiianair@custhelp.com
Subject: Hawaiian Airlines Reservations: Guest with Disabilities - Additional Services (describe in Message box below) [Incident: 220227-000306]
Date: 28 February 2022 at 8:38
To: uri@ntcf.org



Thank you for allowing us respond to your concerns..

Subject

**Hawaiian Airlines Reservations: Guest with Disabilities - Additional Services (describe in Message box below)**

Response By Email (Jackie) (02/27/2022 08:38 PM)
Aloha Uri,

Thank you for taking the time to contact Hawaiian Airlines.

We completely understand your circumstance, but we are unable to process your request via email.

Please be advised that guests who are unable to wear a face covering due to a medical condition or disability will be required to complete an assessment with a medical professional via phone at the airport. We recommend arriving at the airport early with ample time to complete the assessment, as the process may take more than one hour, and your flight will not be held. Please notify one of our Guest Services Agents as soon as you are ready to complete the medical assessment. If you are unable to meet this requirement, we recommend that you reconsider your travel. Please note that any face covering exemptions apply only to travel on Hawaiian Airlines or Ohana by Hawaiian.

We appreciate the opportunity to respond to your concern and thank you for choosing Hawaiian Airlines.

Mahalo,
Jackie | GZG
Hawaiian Airlines Reservations

Auto-Response By (Administrator) (02/27/2022 07:28 PM)
Aloha,

Thank you for contacting Hawaiian Airlines.

We will respond to your request as soon as possible. If you require immediate assistance, you may call us toll-free at 1-800-367-5320, 24 hours a day, 7 days a week.

If you've submitted a form to cancel your flight, there's no need to follow up. Whenever your travel may be or if we're unable to cancel your reservation before your flight, rest assured that we'll honor the applicable waiver for your reservation. We're working through these challenges and sincerely appreciate your patience.

Mahalo,
Hawaiian Airlines
Customer By CSS Email () (02/27/2022 07:28 PM)
First Name: URI
Last Name: MARCUS
Email: uri@ntcf.org

Phone: 19098330065
Address:
Address 2:
Address 3:
City:
State:
Zip:
Country:
HM#: 369342386
Pax First Name: URI
Pax Last Name: MARCUS
Travel Date: 07/07/2022
Origin:
Destination: HNL
Flight No: 9
PNR:
Ticket No:
Origin Country: United States
Category: GeneralQuestions
Topic: Guests with Disabilities
Subtopic1: Other
Subtopic2:
Environment: http://www.hawaiianairlines.com/contact-us/email/general-questions
Description:
Both my wife and myself are requesting mask exemptions for an itinerary we would like to purchase. We do not wish to purchase until we receive some kind of assurance or notice of a provisional mask exemption. Attached are Medical summaries which document the reasons for the exemption request. Please advise.

=================== application File Attachment ===================
Mask Exemption Application A 25 Feb 2022.pdf, 479705 bytes, Added to incident

=================== application File Attachment ===================
Mask Exemption Application U 25 Feb 2022.pdf, 223679 bytes, Added to incident

Reference # 220227-000306

 Date Created: 02/27/2022 07:28 PM
 Date Last Updated: 02/27/2022 08:38 PM
 Status: Solved

Plaintiffs' Exhibit 48

Date:6/16/2017
UE ID:U5N3-82J78X

Total Due:$85.00

Payments:
Card (8521)$85.00
Auth Number:O234OA
Amount Paid:$85.00
Known Traveler Number (KTN):UNASSIGNED

**TSA PRE✓®**



Thank you for scheduling your appointment. Your summary is below.

**Pre-Enrolled**

**Please visit an enrollment center within 120 days to complete your enrollment.**

1. Provide required documentation and be fingerprinted.
2. Pay a non-refundable fee with a credit card, money order, company check or certified/cashier's check.

Status as of 3/22/2017.

> **Note:** In-person enrollment must be completed within 120 days of pre-enrollment date.

---

## Appointment Information

**BRING THE FOLLOWING DOCUMENT(S) TO YOUR APPOINTMENT:**

1. **Passport Book or Card**

Legal Name must match exactly on all identification documents brought to enrollment.

**Appointment Time:**
**6/16/2017 @ 10:00 AM (PDT)**
**Location:**
**Santa Ana, CA**

📍 18601 Airport Way
John Wayne Airport
Terminal C
Santa Ana, CA 92707-5200

Note: This TSA Pre✓® Enrollment Center is Pre-Security. No boarding pass is required. The Enrollment Center is located inside of John Wayne Airport, Orange County (SNA) on the Terminal C Arrivals level across from the information desk and next to the U.S. Customs exit.

Parking is available on the Departures level in the last parking garage to the right of Terminal C.

⚠ Get Email Alerts for this location

Please provide 24 hours notice when canceling/rescheduling an appointment.

---

After you have visited an application center and completed the process, you can check the status of your service at the Universal Enrollment Services (UES) website.

Date: **3/22/2017**

UE ID: **UZZY-1TTSQV**

Service: **11115V - Enroll**

**Known Traveler Number (KTN)**: **UNASSIGNED**

Known Traveler Numbers (KTNs) are automatically generated and cannot be changed to accommodate personal preferences.

For information on how to use your KTN, please view the FAQ titled "How do I use my Known Traveler Number?" available by clicking here. Please note that TSA can suspend your ability to receive TSA Pre✓® expedited screening in the future if you are found to have committed certain violations of TSA security regulations. Violations include, but are not limited to, interfering with security operations, access control violations, providing false or fraudulent documents, making a bomb threat, or bringing a firearm, explosive, or other prohibited item to an airport or on board an aircraft. The duration of suspension from participation in TSA Pre✓® is related to the seriousness of the violation and/or a repeated history of regulatory violations.

U.S. Department of Homeland Security
Arlington, VA 20598-6110



**Transportation
Security
Administration**

June 21, 2017

URI MARCUS
PO BOX 126
OJAI, CA 93024-0126

ıן⋅ıן⋅ıןıןⅠⅠⅠⅠⅠ⋅ıⅠⅠⅠⅠⅠ⋅ıⅠⅠⅠⅠ⋅ıⅠⅠⅠⅠıⅠⅠⅠⅠ⋅ıⅠⅠⅠⅠⅠ⋅ı⋅ıⅠⅠⅠⅠⅠ⋅ıⅠⅠⅠⅠⅠⅠⅠıⅠⅠⅠ

Re:  Determination of Eligibility, URI MARCUS, Case Number 8471652

Dear URI MARCUS:

The Transportation Security Administration (TSA) has reviewed your application for eligibility to participate in TSA Pre✓® through the TSA Pre✓® Application Program, pursuant to Section 109(a)(3) of the Aviation and Transportation Security Act (ATSA), Pub. L. 107–71, (115 Stat. 597, 613, Nov. 19, 2001).

This letter serves as a determination that you have successfully completed TSA's eligibility assessment for TSA Pre✓®.  **Congratulations, you are now eligible to participate in TSA Pre✓® through the TSA Pre✓® Application Program.  Your Known Traveler Number (KTN) is: TT11N2H7T.  The expiration date is June 16, 2022.** Please provide the KTN listed above in any frequent flyer profiles and for each individual reservation you book on a participating airline and enter your name and date of birth exactly as you did during enrollment.  When you travel, look for "TSA Pre✓®" or "TSA Precheck" on your printed or mobile boarding pass for notification of eligibility.

Please note that TSA can suspend your ability to receive TSA Pre✓® expedited screening in the future if you are found to have committed certain violations of TSA security regulations.  Violations include, but are not limited to, interfering with security operations, access control violations, providing false or fraudulent documents, making a bomb threat, or bringing a firearm, explosive, or other prohibited item to an airport or on board an aircraft. The duration of suspension from participation in TSA Pre✓® is related to the seriousness of the violation and/or a repeated history of regulatory violations.

If you have any questions, please call the TSA Contact Center at (866) 289-9673. For additional information regarding TSA Pre✓® and instructions for using your KTN, please visit www.tsa.gov/tsa-precheck.

Sincerely,

*W. M. Hunt*

Bud Hunt, General Manager
Security Threat Assessment Operations
Office of Law Enforcement/Federal Air Marshal Service

Plaintiffs' Exhibit 49



**U.S. Department of Homeland Security**
Springfield, Virginia 20598-6110

**Transportation Security Administration**

Mr. Uri Marcus



United States

Mr. Uri Marcus



United States

NOV 2 3 2021

Re: Determination of Ineligibility, TSA Pre✓® Application Program, KTN T███7T

Dear Mr. Marcus:

On 18 Jun 2017, TSA found you eligible to participate in the TSA Pre✓® Application Program. As a participant previously found eligible for the TSA Pre✓® Application Program, you are subject to recurrent checks against various databases, including law enforcement, immigration, regulatory violation, and intelligence databases.

As a result of recurrent checks and based on a comprehensive background check, TSA was unable to determine that you pose a sufficiently low risk to transportation and national security to continue to be eligible for expedited airport security screening through the TSA Pre✓® Application Program. As a result, TSA has determined that you are no longer eligible to participate in the TSA Pre✓® Application Program. This eligibility determination for the TSA Pre✓® Application Program is within the sole discretion of TSA.

Although you have been found ineligible to continue your participation in the TSA Pre✓® Application Program, you will continue to be screened at airport security checkpoints according to TSA standard screening protocols.

This letter constitutes TSA's final decision.

Sincerely,

JULIE A CARRIGAN    Digitally signed by JULIE A CARRIGAN
Date: 2021.11.18 14:55:17 -05'00'

Julie Carrigan
Acting Division Director
National Transportation Vetting Center

Plaintiffs' Exhibit 50

# Certificate of Achievement

*This is to certify that*

## URI MARCUS

*has successfully completed the*
*Aviation Learning Center Online Course*

## "*Navigating the DC Special Flight Rules Area (SFRA)"

February 27, 2009



**Federal Aviation Administration**

*Certificate Number* 0390271-20090227-00055

*Kevin L. Clover*

Kevin Clover, National Safety Program Manager

Plaintiffs' Exhibit 32

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline safety or security. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.

The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available here.

The required Privacy Act statement applicable to any information you provide is available here.

Items marked with a * are required.

| Personal Information: |
|---|
| **I am** | Passenger | * |

**Your Name:**

| **Title:** | | **First Name:** | YVONNE | * |
| **Last Name:** | MARCUS | * |

| Contact Information: |
|---|

**Address:** PO BOX 126

| **City:** | OJAI | **State:** | California |

| **Zip Code:** | 93023 | **Home Phone:** |

Either Email Address or Daytime Phone is required

**Email Address:** uri@ntcf.org *

**Verify Email Address:** uri@ntcf.org *

**Daytime Phone:** 9098330065 *

**Would you like a copy of this submission sent to your email?**
◉ Yes ○ No

| Complaint/Comment Information: |
|---|

**Airline/Company:**
ALASKA AIRLINES * (If not listed or not applicable select "OTHER")

**Flight Date (if applicable):** 06/06/2022 📅 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

DRINTF, LAX [AK 439] TO BOI (Cities / Flight Number)

**Description of Problem/Inquiry/Comment**\*

This complaint against ALASKA Airlines [hereinafter "AK"] is also against DOT for "guiding" AK to act on illegal orders from CDC. AK violated ACAA and numerous other laws by requiring us to work with OpenDoors.org to obtain mask exemptions for our 06 JUN 2022 flight from LAX-BOI

(Chars left: 3000)

## Attach a file (Optional):

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

[Choose File] No file chosen         [Upload File]

Uploaded file/s

C:\fakepath\AK LAX BOI 06 JUN UA.pdf   Remove file

## Incidents of Sexual Misconduct:

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

[Submit]   [Reset]   [Cancel]

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.

Please email any such comments to airconsumer2@dot.gov.

(That address does not accept complaints about air service, only comments about the web complaint form process.)



**United States**
# Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



From: airconsumer@dot.gov
Subject: Airconsumer Acknowledgement
Date: 2 March 2022 at 11:11
To: uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - YVONNE MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93023

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: AS

Flight Date: 06/06/2022
Flight Itinerary: DRINTF, LAX [AK 439] TO BOI

Description of Problem/Inquiry/Comment:
    This complaint against ALASKA Airlines   [hereinafter "AK"] is also against DOT for   "guiding" AK to act on illegal orders from   CDC.  AK violated ACAA and numerous other  laws by  requiring us to work with  OpenDoors.org to  obtain mask exemptions for  our 06 JUN 2022  flight from LAX-BOI [AK  Itin: DRINTF].  They required that we provide  emails of our  Doctors so that OpenDoors.org could contact  them and verify our medical  conditions.  OpenDoors does not have any  doctors on staff,  and AK said, "We are not  doctors and cannot  verify if you qualify for  a mask exemption." OpenDoors.org and AK are  practicing medicine  without a license.  Both  AK and OpenDoors were very kind and easy  to  work with and granted our MEs, but law  does  not agree with AK's illegal process to  obtain MEs, only if we submit to their   process.  AK fraudulently informed us on  their website  that "federal law" requires  all to wear a  mask while flying. But  Congress never passed such a law, nor has  DOT or any other agency  promulgated such a  regulation. The DOT itself  on its own FAQ  section on its website  specifically states  that wearing masks is NOT  a federal law. See  attachments. AK cites no  provision of the  U.S. Code or the Code of FRs  to support its  false claim that "federal law"  requires face  coverings. Why didn't AK accept  your  "guidance" in this instance? AK required us  to submit ME requests in  advance which is  illegal. 14 CFR § 382.25. AK  states, "MEs  are not available if one 'just  has breathing  difficulties." This is a  violation of federal law.  We submitted medical docs in  advance as a  courtesy. Yet, demanding  advance notice is  illegal by federal law. AK  is NOT permitted  to impose requirements or  conditions on a person requesting an ME. 49  USC § 41705(a).  All of these things are  gross violations of  ADA and of ACAA.  AK  cannot hold the power of denial to fly   without an ME until the moment they board the   aircraft. 14 CFR § 382.23(a). AK may not   change the seat assignment of an ME passenger   to the last row of the aircraft, which makes   us feel like lepers with a disease not worthy   of making their own seat choices like   everyone else. 14 CFR § 382.87(a).  AK  falsely relies upon CDC's Order of  29 Jan   2021. TSA's Sec Directive of 31 Jan 2021 and   the ACAA's

relies upon CDC's Order of 25 Jan 2021, TSA's Sec Directive of 2 Jan 2021 and the ACAA's implementation of 14 CFR 382. Even though the CDC has relaxed it's masking MANDATE for 70% of the USA as of 25 Feb 2022, they continue to mandate masks in the most secure and clear air space on the planet, that of an airline cabin at 36,000 ft. An airline may not require disabled passengers with MEs to submit a negative COVID-19 test for each flight when non-disabled customers aren't subject to this same requirement. This is illegal discrimination. 14 CFR § 382.11(a)(1). See also 49 USC § 41705. AK must be fined for violating ACAA and FRs and conspiring to interfere with our civil rights. DOT must also enjoin AK from requiring illegal steps prior to and following the receiving of MEs.


This is System generated message, and a response to this email will not be delivered.
03/02/2022 04:04:18



Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline <u>safety</u> or <u>security</u>. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.

The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available <u>here</u>.

The required Privacy Act statement applicable to any information you provide is available <u>here</u>.

Items marked with a * are required.

| Personal Information: |
|---|

| **I am** | Passenger ⌄ | * |
|---|---|---|

**Your Name:**

| **Title:** | ⌄ | **First Name:** | URI | * |
|---|---|---|---|---|
| **Last Name:** | MARCUS | | * | |

| Contact Information: |
|---|

| **Address:** | PO BOX 126 | | |
|---|---|---|---|
| **City:** | OJAI | **State:** | California ⌄ |
| **Zip Code:** | 93024 | **Home Phone:** | |

Either Email Address or Daytime Phone is required

**Email Address:**
uri@ntcf.org *

**Verify Email Address:**
uri@ntcf.org *

**Daytime Phone:**
9098330065 *

**Would you like a copy of this submission sent to your email?**
◉ Yes  ○ No

| Complaint/Comment Information: |
|---|

**Airline/Company:**

ALASKA AIRLINES ⌄ * (If not listed or not applicable select "OTHER")

**Flight Date (if applicable):** 06/06/2022 🗓 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

DRINTF, LAX [AK 439] TO BOI                    (Cities / Flight Number)

**Description of Problem/Inquiry/Comment**\*

This complaint against ALASKA Airlines [hereinafter "AK"] is also against DOT for "guiding" AK to act on illegal orders from CDC.  AK violated ACAA and numerous other laws by  requiring us to work with OpenDoors.org to  obtain mask exemptions for our 06 JUN 2022  flight from LAX-BOI

(Chars left: 3000)

### Attach a file (Optional):

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

[Choose File] No file chosen        [Upload File]

**Uploaded file/s**

C:\fakepath\AK LAX BOI 06 JUN UA.pdf   Remove file

### Incidents of Sexual Misconduct:

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

[Submit]  [Reset]  [Cancel]

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.

Please email any such comments to airconsumer2@dot.gov.

(That address does not accept complaints about air service, only comments about the web complaint form process.)

## United States
# Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



From: airconsumer@dot.gov
Subject: Airconsumer Acknowledgement
Date: 2 March 2022 at 11:09
To: uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - URI MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93024

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: AS

Flight Date: 06/06/2022
Flight Itinerary: DRINTF, LAX [AK 439] TO BOI

Description of Problem/Inquiry/Comment:
  This complaint against ALASKA Airlines  [hereinafter "AK"] is also against DOT for  "guiding" AK to act on illegal orders from  CDC.  AK violated ACAA and numerous other  laws by  requiring us to work with  OpenDoors.org to  obtain mask exemptions for  our 06 JUN 2022  flight from LAX-BOI [AK  Itin: DRINTF].  They required that we provide  emails of our  Doctors so that OpenDoors.org could contact  them and verify our medical  conditions.  OpenDoors does not have any  doctors on staff,  and AK said, "We are not  doctors and cannot  verify if you qualify for  a mask exemption." OpenDoors.org and AK are  practicing medicine  without a license.  Both  AK and OpenDoors were very kind and easy  to  work with and granted our MEs, but law  does  not agree with AK's illegal process to  obtain MEs, only if we submit to their  process.  AK fraudulently informed us on  their website  that "federal law" requires  all to wear a  mask while flying. But  Congress never passed such a law, nor has  DOT or any other agency  promulgated such a  regulation. The DOT itself  on its own FAQ  section on its website  specifically states  that wearing masks is NOT  a federal law. See  attachments. AK cites no  provision of the  U.S. Code or the Code of FRs  to support its  false claim that "federal law"  requires face  coverings. Why didn't AK accept  your  "guidance" in this instance?  AK required us  to submit ME requests in  advance which is  illegal. 14 CFR § 382.25. AK  states, "MEs  are not available if one 'just  has breathing  difficulties." This is a  violation of federal law.  We submitted medical docs in  advance as a  courtesy. Yet, demanding  advance notice is  illegal by federal law.  AK  is NOT permitted  to impose requirements or  conditions on a person requesting an ME. 49  USC § 41705(a).  All of these things are  gross violations of  ADA and of ACAA.  AK  cannot hold the power of denial to fly   without an ME until the moment they board the   aircraft.  14 CFR § 382.23(a). AK may not   change the seat assignment of an ME passenger   to the last row of the aircraft, which makes   us feel like lepers with a disease not worthy   of making their own seat choices like   everyone else. 14 CFR § 382.87(a).  AK  falsely relies upon CDC's Order of  29 Jan   2021. TSA's Sec Directive of 31 Jan 2021 and   the ACAA's

relies upon CDC's Order of 28 Jan  2021, TSA's SD Directive of 2 Feb 2021 and  the ACAA's implementation of 14 CFR 382. Even   though the CDC has relaxed it's masking  MANDATE for 70% of the USA as of 25 Feb 2022,   they continue to mandate masks in the most   secure and clear air space on the planet,  that of an airline cabin at 36,000 ft.  An  airline may not require disabled  passengers  with MEs to submit a negative  COVID-19 test  for each flight when non-disabled customers  aren't subject to this  same requirement.  This is illegal  discrimination. 14 CFR § 382.11(a)(1). See  also 49 USC § 41705.  AK  must be fined for violating ACAA and FRs  and conspiring to interfere with our civil   rights. DOT must also enjoin AK from   requiring illegal steps prior to and   following the receiving of MEs.


This is System generated message, and a response to this email will not be delivered.
03/02/2022 04:01:03

Plaintiffs' Exhibit 33

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

**Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline safety or security. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.**

**The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available here.**

**The required Privacy Act statement applicable to any information you provide is available here.**

Items marked with a * are required.

| Personal Information: |
|---|
| **I am** Passenger ∨ * |
| **Your Name:** |
| **Title:** Mrs ∨  **First Name:** YVONNE * |
| **Last Name:** MARCUS * |

| Contact Information: |
|---|
| **Address:** PO BOX 126 |
| **City:** OJAI  **State:** California ∨ |
| **Zip Code:** 93024  **Home Phone:** |

Either Email Address or Daytime Phone is required

**Email Address:** uri@ntcf.org *   **Verify Email Address:** uri@ntcf.org *

**Daytime Phone:** 9098330065 *

**Would you like a copy of this submission sent to your email?**
● Yes  ○ No

| Complaint/Comment Information: |
|---|
| **Airline/Company:** |
| AMERICAN AIRLINES ∨ * (If not listed or not applicable select "OTHER") |

**Flight Date (if applicable):** 03/07/2022 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

WQKDMZ, TLV JFK LAX JFK TLV                    (Cities / Flight Number)

**Description of Problem/Inquiry/Comment***

American Airlines [hereinafter "AA"]
violated  the Air Carrier Access Act and
numerous other  laws by refusing to grant
my wife and I mask  exemptions for our
upcoming 07 Mar 2022  flights TLV-LAX-TLV
and returning 31 Mar 2022  [AA Itinerary
WQKDMZ].  AA fraudulently informed us

(Chars left: 3000)

### Attach a file (Optional):

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

[Choose File] No file chosen          [Upload File]

Uploaded file/s

C:\fakepath\AA TLV LAX TLV 07 MAR to 31 MAR 2022 UA.pdf    Remove file

### Incidents of Sexual Misconduct:

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

[Submit]  [Reset]  [Cancel]

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.

Please email any such comments to airconsumer2@dot.gov.

(That address does not accept complaints about air service, only comments about the web complaint form process.)



United States
## Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



From: airconsumer@dot.gov
Subject: Airconsumer Acknowledgement
Date: 14 February 2022 at 23:51
To: uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - Mrs YVONNE MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93024

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: AA

Flight Date: 03/07/2022
Flight Itinerary: WQKDMZ, TLV JFK LAX JFK TLV

Description of Problem/Inquiry/Comment:
  American Airlines [hereinafter "AA"] violated   the Air Carrier Access Act and numerous other laws by refusing to grant my wife and I mask   exemptions for our upcoming 07 Mar 2022   flights TLV-LAX-TLV and returning 31 Mar 2022   [AA Itinerary WQKDMZ].  AA fraudulently  informed us throughout the  online ticket  purchase pages that "federal  law" requires  each person to wear a mask  while flying.  However, Congress has never  passed such a  law, nor has DOT or any other agency  promulgated such a regulation. The DOT   itself on its own FAQ section on its website specifically states that wearing masks is NOT   a federal law. See attachments. AA cites no provision of the U.S. Code or the Code of   Federal Regulations to support its false   claim that "federal law" requires face   coverings.  We cannot wear masks due to our  medical  conditions. AA required us to submit   exemption requests in advance, which is   illegal. 14 CFR § 382.25.  We submitted the  forms as a courtesy despite  it being  unlawful to demand advance notice.  We included, as a courtesy, signed medical   summaries from our family physicians that we   should not wear a mask. We wrote that AA's   mask policy is illegal in numerous ways   including that airlines by federal law are   NOT permitted to impose certain requirements   or conditions on a person requesting an   exemption from the mask mandate. 49 USC §   41705(a).  After AA finally did grant us   provisional  mask exemptions, they went on to  assign us,  against our will, in seats  located in the  last row of each flight, as  if we were  diseased and being discriminated  against as  such, simply because we could not  muzzle.  These are all gross violations of  the ADA and  the ACAA. AA may not require a  medical  certificate from  disabled passengers  who ask for a mask exemption. 14 CFR §   382.23(a).  AA may not require disabled  passengers  needing a mask exemption to  undergo a medical  screening nor ask for a  medical certificate.  14 CFR § 382.23(d). AA  also may not change the seat assignment of  a  mask-exempt passenger. 14 CFR § 382.87(a).  AA falsely relies upon CDC's Order of  29 Jan  2021, TSA's Security Directive of 31 Jan 2021   and the ACAA's implementation of 14 CFR 382   AA and their employees at their Mask   Exception

the ACAA's implementation of 14 C.F.R. 382.  To fund their employees at their Mask   Exception Department [SAC <sac@aa.com> and   "American.Europe.Noreply@aa.com (American   Airlines Special Assistance Coordinator)]   must be fined for violating the ACAA and   Federal regulations and conspiring to   interfere with our civil rights. DOT must   also enjoin AA from continuing to require   numerous illegal steps to obtain mask   exemptions.

   This is System generated message, and a response to this email will not be delivered.
02/14/2022 16:43:57



The following required field(s) are empty:
🛈 "Description of Problem/Inquiry/Comment" is required

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

**Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline safety or security. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.**

**The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available here.**

**The required Privacy Act statement applicable to any information you provide is available here.**

Items marked with a * are required.

| Personal Information: | | |
|---|---|---|
| I am | Passenger ⌄ | * |
| Your Name: | | |
| Title: | Mr ⌄ | First Name: URI * |
| Last Name: | MARCUS * | |

| Contact Information: | | |
|---|---|---|
| Address: | PO BOX 126 | |
| City: | OJAI | State: California ⌄ |
| Zip Code: | 93024 | Home Phone: |

— Either Email Address or Daytime Phone is required —

| Email Address: | Verify Email Address: |
|---|---|
| uri@ntcf.org * | uri@ntcf.org * |

Daytime Phone:
9098330065 *

Would you like a copy of this submission sent to your email?
◉ Yes  ◯ No

| Complaint/Comment Information: |
|---|

Airline/Company:

AMERICAN AIRLINES ⌄ * (If not listed or not applicable select "OTHER")

**Flight Date (if applicable):** 03/07/2022 🗓 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

WQKDMZ, TLV JFK LAX JFK TLV

(Cities / Flight Number)

**Description of Problem/Inquiry/Comment***

ℹ️

law requires each person to wear a mask while flying. However, Congress has never passed such a law, nor has DOT or any other agency promulgated such a regulation. The DOT itself on its own FAQ section on its website specifically states that wearing masks is NOT a federal law. See attachments. AA cites no provision of the

(Chars left: 455)

**Attach a file (Optional):**

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

[ Choose File ] No file chosen          [ Upload File ]

Uploaded file/s

C:\fakepath\AA TLV LAX TLV 07 MAR to 31 MAR 2022 UA.pdf   Remove file

**Incidents of Sexual Misconduct:**

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

[ Submit ]   [ Reset ]   [ Cancel ]

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.

Please email any such comments to airconsumer2@dot.gov.

(That address does not accept complaints about air service, only comments about the web complaint form process.)



United States
## Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



From: airconsumer@dot.gov
Subject: Airconsumer Acknowledgement
Date: 14 February 2022 at 23:44
To: uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgment.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - Mr URI MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93024

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: AA

Flight Date: 03/07/2022
Flight Itinerary: WQKDMZ, TLV JFK LAX JFK TLV

Description of Problem/Inquiry/Comment:
   American Airlines [hereinafter "AA"] violated  the Air Carrier Access Act and numerous other  laws by refusing to grant my wife and I mask  exemptions for our upcoming 07 Mar 2022  flights TLV-LAX-TLV and returning 31 Mar 2022  [AA Itinerary WQKDMZ].  AA fraudulently informed us throughout the  online ticket purchase pages that "federal law" requires each person to wear a mask  while flying. However, Congress has never  passed such a law, nor has DOT or any other agency promulgated such a regulation. The DOT  itself on its own FAQ section on its website specifically states that wearing masks is NOT  a federal law. See attachments. AA cites no provision of the U.S. Code or the Code of  Federal Regulations to support its false  claim that "federal law" requires face  coverings.   We cannot wear masks due to our medical  conditions. AA required us to submit  exemption requests in advance, which is illegal. 14 CFR § 382.25.  We submitted the forms as a courtesy despite  it being unlawful to demand advance notice.  We included, as a courtesy, signed medical  summaries from our family physicians that we  should not wear a mask. We wrote that AA's  mask policy is illegal in numerous ways  including that airlines by federal law are  NOT permitted to impose certain requirements  or conditions on a person requesting an  exemption from the mask mandate. 49 USC §  41705(a).  After AA finally did grant us provisional  mask exemptions, they went on to assign us,  against our will, in seats located in the last row of each flight, as if we were  diseased and being discriminated against as  such, simply because we could not muzzle.  These are all gross violations of the ADA and  the ACAA. AA may not require a medical certificate from  disabled passengers who ask for a mask  exemption. 14 CFR § 382.23(a).  AA may not require disabled passengers  needing a mask exemption to undergo a medical  screening nor ask for a medical certificate.  14 CFR § 382.23(d).  AA also may not change the seat assignment of  a mask-exempt passenger. 14 CFR § 382.87(a).  AA falsely relies upon CDC's Order of  29 Jan  2021, TSA's Security Directive of 31 Jan 2021  and the ACAA's implementation of 14 CFR 382.   AA and their employees at their Mask  Exception Department [SAC

implementation of 44 CFR 382.143 and their employees at their "Mask Exception Department [SAS <sac@aa.com> and "American.Europe.Noreply@aa.com (American Airlines Special Assistance Coordinator)] must be fined for violating the ACAA and Federal regulations and conspiring to interfere with our civil rights. DOT must also enjoin AA from continuing to require numerous illegal steps to obtain mask exemptions.

This is System generated message, and a response to this email will not be delivered. 02/14/2022 16:36:38

Plaintiffs' Exhibit 34

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

## Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline safety or security. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.

The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available here.

The required Privacy Act statement applicable to any information you provide is available here.

Items marked with a * are required.

| Personal Information: | |
|---|---|
| **I am** | Passenger ∨ * |
| **Your Name:** | |
| **Title:** | ∨  **First Name:**  YVONNE * |
| **Last Name:** | MARCUS * |

| Contact Information: | |
|---|---|
| **Address:** | PO BOX 126 |
| **City:** | OJAI  **State:** California ∨ |
| **Zip Code:** | 93023  **Home Phone:** |

Either Email Address or Daytime Phone is required

**Email Address:** uri@ntcf.org *    **Verify Email Address:** uri@ntcf.org *

**Daytime Phone:** 9098330065 *

**Would you like a copy of this submission sent to your email?**
◉ Yes  ○ No

| Complaint/Comment Information: | |
|---|---|
| **Airline/Company:** | |
| DELTA AIR LINES ∨ * | (If not listed or not applicable select "OTHER") |

**Flight Date (if applicable):** 03/17/2022 📅 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

GULRGJ [INVALID] TLV JFK [DL 235] LAX [DL 1057] JFK [D] (Cities / Flight Number)

**Description of Problem/Inquiry/Comment**\*



DELTA Airlines [hereinafter "DL"] violated
the Air Carrier Access Act and numerous
other  laws by refusing to grant my wife
and I mask  exemptions for our upcoming 17
MAR 2022  flights TLV-LAX-TLV and returning
10 APR 2022  [DL Itinerary GULRGJ].  We do
not agree with DL's illegal "Clearance- To-  (Chars left: 0)

| Attach a file (Optional): |

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

Choose File | No file chosen         Upload File

Uploaded file/s

C:\fakepath\DL TLV LAX TLV 17 MAR to 10 APR 2022 UA.pdf   Remove file

**Incidents of Sexual Misconduct:**

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

Submit | Reset | Cancel

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.
Please email any such comments to airconsumer2@dot.gov.
(That address does not accept complaints about air service, only comments about the web complaint form process.)



United States
## Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer
complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



| | |
|---|---|
| **From:** | airconsumer@dot.gov |
| **Subject:** | Airconsumer Acknowledgement |
| **Date:** | 28 February 2022 at 10:04 |
| **To:** | uri@ntcf.org |

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - YVONNE MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93023

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: DL

Flight Date: 03/17/2022
Flight Itinerary: GULRGJ [INVALID] TLV JFK [DL 235] LAX [DL 1057] JFK [DL 323] TLV [DL 234]

Description of Problem/Inquiry/Comment:
  DELTA Airlines [hereinafter "DL"] violated  the Air Carrier Access Act and numerous other  laws by refusing to grant my wife and I mask  exemptions for our upcoming 17 MAR 2022  flights TLV-LAX-TLV and returning 10 APR 2022  [DL Itinerary GULRGJ].  We do not agree with  DL's illegal "Clearance- To-Fly" process  which has determined that our  ability  to  travel from TLV to LAX with mask  exemptions  due to our disabilities, can only  be  obtained on the day of travel and that  Delta will make no exception to this rule, in   violation of multiple Codes of Federal  Regulations against discrimination which  constitutes a conspiracy to deprive us of our  civil rights.  DL fraudulently informed us  throughout the  online ticket purchase pages  that "federal  law" requires each person to  wear a mask  while flying. However, Congress  has never  passed such a law, nor has DOT or  any other  agency promulgated such a  regulation. The DOT  itself on its own FAQ  section on its website  specifically states  that wearing masks is NOT  a federal law. See  attachments. DL cites no  provision of the  U.S. Code or the Code of  Federal Regulations  to support its false  claim that "federal  law" requires face  coverings.  We cannot  wear masks due to our medical  conditions. DL required us to submit  exemption requests in  advance and wait until  the day of travel to  see "if we might be  cleared" to fly without  masks, which is  illegal. 14 CFR § 382.25.  We submitted the  forms as a courtesy despite  it being unlawful to demand advance notice.  We included, as a courtesy, signed medical   summaries from our family physicians that we   should not wear a mask. We wrote that DL's   mask policy is illegal in numerous ways  including that airlines by federal law are   NOT permitted to impose certain requirements   or conditions on a person requesting an  exemption from the mask mandate. 49 USC §   41705(a). All of these things these are all   gross violations of the ADA and the ACAA.  DL  may not require a medical certificate from  disabled passengers who ask for a mask   exemption and cannot hold the power of denial   to fly without a mask over the passenger's   head until the moment they check-in at the   airport. 14 CFR § 382.23(a).  DL may not  require disabled passengers  needing a mask  exemption to undergo a

382.23(d).  DL may not require disabled passengers' needing a mask exemption to undergo a medical  screening nor  ask for a medical certificate.  14 CFR §  382.23(d) or change the seat assignment of  an ME passenger. 14 CFR §  382.87(a).  DL  falsely relies upon CDC's Order of  29 Jan  2021, TSA's Security Directive of 31 Jan 2021   and the ACAA's implementation of 14 CFR 382.   Even though the CDC has relaxed it's MANDATE   for masking to 70% of the United States as of   25 Feb 2022, they continue to mandate masks   in the most secure and clear air space on the   planet, that of an airline cabin at 36,000   feet.  DL and their employees must be fined  for violating the ACAA and Federal  regulations  and conspiring to interfere with  our civil  rights. DOT must also enjoin DL  from  continui


   This is System generated message, and a response to this email will not be delivered.
02/28/2022 02:56:49



Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline <u>safety</u> or <u>security</u>. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.

The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available <u>here</u>.

The required Privacy Act statement applicable to any information you provide is available <u>here</u>.

Items marked with a * are required.

| Personal Information: | | |
|---|---|---|
| I am | Passenger ⌄ * | |
| Your Name: | | |
| Title: | ⌄ | First Name: URI * |
| Last Name: | MARCUS * | |

| Contact Information: | | |
|---|---|---|
| Address: | PO BOX 126 | |
| City: | OJAI | State: California ⌄ |
| Zip Code: | 93024 | Home Phone: |

┌─ Either Email Address or Daytime Phone is required ─┐

**Email Address:**
uri@ntcf.org *

**Verify Email Address:**
uri@ntcf.org *

**Daytime Phone:**
9098330065 *
└────────────────────────────────────────┘

Would you like a copy of this submission sent to your email?
◯ Yes  ⦿ No

| Complaint/Comment Information: |
|---|
| Airline/Company: |
| DELTA AIR LINES ⌄ *  (If not listed or not applicable select "OTHER") |

**Flight Date (if applicable):** 03/17/2022 📅 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

GULRGJ [INVALID] TLV JFK [DL 235] LAX DL 1057 JFK DL 3  (Cities / Flight Number)

**Description of Problem/Inquiry/Comment***

DELTA Airlines [hereinafter "DL"] violated
the Air Carrier Access Act and numerous
other  laws by refusing to grant my wife
and I mask  exemptions for our upcoming 17
MAR 2022  flights TLV-LAX-TLV and returning
10 APR 2022  [DL Itinerary GULRGJ].  We do
not agree with DL's illegal "Clearance- To-



(Chars left: 0)

Attach a file (Optional):

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

[ Choose File ] No file chosen        [ Upload File ]

Uploaded file/s

C:\fakepath\DL TLV LAX TLV 17 MAR to 10 APR 2022 UA.pdf    Remove file

**Incidents of Sexual Misconduct:**

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

[ Submit ]  [ Reset ]  [ Cancel ]

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.
Please email any such comments to airconsumer2@dot.gov.
(That address does not accept complaints about air service, only comments about the web complaint form process.)



**United States**
# Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



From: airconsumer@dot.gov
Subject: Airconsumer Acknowledgement
Date: 28 February 2022 at 9:52
To: uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - URI MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93023

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: DL

Flight Date: 03/17/2022
Flight Itinerary: GULRGJ [INVALID] TLV JFK [DL 235] LAX [DL 1057] JFK [DL 323] TLV [DL 234]

Description of Problem/Inquiry/Comment:
  DELTA Airlines [hereinafter "DL"] violated  the Air Carrier Access Act and numerous other  laws by refusing to grant my wife and I mask  exemptions for our upcoming 17 MAR 2022  flights TLV-LAX-TLV and returning 10 APR 2022  [DL Itinerary GULRGJ].  We do not agree with  DL's illegal "Clearance- To-Fly" process  which has determined that our  ability to  travel from TLV to LAX with mask  exemptions  due to our disabilities, can only  be  obtained on the day of travel and that  Delta will make no exception to this rule, in   violation of multiple Codes of Federal  Regulations against discrimination which   constitutes a conspiracy to deprive us of our  civil rights.  DL fraudulently informed us  throughout the  online ticket purchase pages  that "federal  law" requires each person to  wear a mask  while flying. However, Congress  has never  passed such a law, nor has DOT or  any other  agency promulgated such a  regulation. The DOT  itself on its own FAQ  section on its website  specifically states  that wearing masks is NOT  a federal law. See  attachments. DL cites no  provision of the  U.S. Code or the Code of  Federal Regulations  to support its false  claim that "federal  law" requires face  coverings.  We cannot  wear masks due to our medical  conditions. DL required us to submit  exemption requests in  advance and wait until  the day of travel to  see "if we might be  cleared" to fly without  masks, which is  illegal. 14 CFR § 382.25.  We submitted the  forms as a courtesy despite  it being unlawful to demand advance notice.  We included, as a courtesy, signed medical   summaries from our family physicians that we   should not wear a mask. We wrote that DL's   mask policy is illegal in numerous ways  including that airlines by federal law are   NOT permitted to impose certain requirements   or conditions on a person requesting an  exemption from the mask mandate. 49 USC §   41705(a). All of these things these are all   gross violations of the ADA and the ACAA.  DL  may not require a medical certificate from  disabled passengers who ask for a mask   exemption and cannot hold the power of denial   to fly without a mask over the passenger's   head until the moment they check-in at the   airport. 14 CFR § 382.23(a).  DL may not  require disabled passengers  needing a mask  exemption to undergo a

382.23(a).  DL may not require disabled passengers needing a mask exemption to undergo a medical  screening nor  ask for a medical certificate.  14 CFR §  382.23(d) or change the seat assignment of  an ME passenger. 14 CFR §  382.87(a).  DL  falsely relies upon CDC's Order of  29 Jan  2021, TSA's Security Directive of 31 Jan 2021  and the ACAA's implementation of 14 CFR 382.  Even though the CDC has relaxed it's MANDATE  for masking to 70% of the United States as of  25 Feb 2022, they continue to mandate masks  in the most secure and clear air space on the  planet, that of an airline cabin at 36,000  feet.  DL and their employees must be fined  for violating the ACAA and Federal  regulations  and conspiring to interfere with  our civil  rights. DOT must also enjoin DL  from  continui

This is System generated message, and a response to this email will not be delivered.
02/28/2022 02:51:08

Plaintiffs' Exhibit 35

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

**Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline** safety **or** security**. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.**

**The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available** here**.**

**The required Privacy Act statement applicable to any information you provide is available** here**.**

Items marked with a * are required.

| Personal Information: |
|---|

**I am**   Passenger  *

**Your Name:**
**Title:**   **First Name:**   YVONNE  *
**Last Name:**   MARCUS  *

| Contact Information: |
|---|

**Address:**   PO BOX 126

**City:**   OJAI   **State:**   California

**Zip Code:**   93024   **Home Phone:**

Either Email Address or Daytime Phone is required

**Email Address:**   uri@ntcf.org  *   **Verify Email Address:**   uri@ntcf.org  *

**Daytime Phone:**   9098330065  *

**Would you like a copy of this submission sent to your email?**
◉ Yes  ○ No

| Complaint/Comment Information: |
|---|

**Airline/Company:**
HAWAIIAN AIRLINES  *  (If not listed or not applicable select "OTHER")

**Flight Date (if applicable):**    07/07/2022 📅 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

07 JUL 2022 LAX HNL [HA 9] 14 JUL 2022 HNL LAX [HA 10] (Cities / Flight Number)

**Description of**
**Problem/Inquiry/Comment**\*

numerous other laws by refusing to grant
IN ADVANCE mask exemptions for our
upcoming 07 JUL 2022 flights LAX-HNL-LAX
and returning 14 JUL 2022. We do not
agree with HA's illegal policy to require
us to complete a medical assessment with
MedLink at the airport in order to be
granted an exemption. HA may not require    

(Chars left: 0)

**Attach a file (Optional):**

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

Choose File   No file chosen              Upload File

Uploaded file/s

C:\fakepath\HA LAX HNL LAX 07 JUL to 14 JUL 2022 UA.pdf   Remove file

**Incidents of Sexual Misconduct:**

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

Submit   Reset   Cancel

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.

Please email any such comments to airconsumer2@dot.gov.

(That address does not accept complaints about air service, only comments about the web complaint form process.)



**United States**
**Department of Transportation**

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



From: airconsumer@dot.gov
Subject: Airconsumer Acknowledgement
Date: 28 February 2022 at 11:39
To: uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - YVONNE MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93024

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: HA

Flight Date: 07/07/2022
Flight Itinerary: 07 JUL 2022 LAX HNL [HA 9] 14 JUL 2022 HNL LAX [HA 10]

Description of Problem/Inquiry/Comment:
  HAWAIIAN Airlines [hereinafter "HA"] violated   the Air Carrier Access Act and numerous other laws by refusing to grant IN ADVANCE mask  exemptions for our upcoming 07 JUL 2022  flights LAX-HNL-LAX and returning 14 JUL  2022.  We do not agree with HA's illegal  policy to  require us to complete a medical  assessment  with MedLink at the airport in  order to be  granted an exemption.  HA may  not require disabled passengers  needing a  mask exemption to undergo a medical   screening nor ask for a medical certificate.   14 CFR § 382.23(d) or change the seat assignment of an ME passenger. 14 CFR §   382.87(a).  HA is not our doctor and HA  cannot practice  medicine without a license.  They cannot  require a medical assessment  with their medical professional at the  airport or else  ask us to "reconsider our  travel" plans,  which is a denial for us to  travel on their  airline.  HA may not require  a medical certificate from  disabled passengers who ask for a mask  exemption and  cannot hold the power of denial  to fly  without a mask over the passenger's  head  until the moment they check-in at the   airport. 14 CFR § 382.23(a).  Our inability  to travel without a mask is due  to our  disabilities, and HA cannot force us to wait  until the day of travel to know if we  can  even board or not without a mask. All of   this is in violation of 14 CFR § 382.25. It  is discrimination and constitutes a  unprecacy to deprive us of our civil rights.   HA fraudulently informs us throughout their  website pages that "federal law" requires each person to wear a mask while flying.   However, Congress has never passed such a  law, nor has DOT or any other agency   promulgated such a regulation. The DOT itself   on its own FAQ section on its website  specifically states that wearing masks is NOT  a federal law. See attachments. HA cites no   provision of the U.S. Code or the Code of  Federal Regulations to support its false   claim that "federal law" requires face  coverings.  We submitted medical summaries  that we cannot  not wear a mask, signed by  our family  physicians as a courtesy despite  it being  unlawful to demand such  documentation.  Federal law does NOT permit  an airline to  impose certain requirements or  conditions on  a person requesting an  exemption from

airline to  impose certain requirements or  conditions on  a person requesting an  exemption from the  mask mandate. 49 USC §  41705(a). All of these  things these are all  gross violations of the ADA and the ACAA.   HA falsely relies upon CDC's Order of  29 Jan   2021, TSA's Security Directive of 31 Jan 2021   and the ACAA's implementation of 14 CFR 382.   Even though the CDC has relaxed it's MANDATE   for masking to 70% of the United States as of   25 Feb 2022, they continue to mandate masks   in the most secure and clear air space on the   planet, that of an airline cabin at 36,000   feet, which they admit to on their website.   See the attached.  HA and their employees  must be fined for  violating the ACAA and  Federal regulations  and conspiring to interfere with our civil  rights. DOT must  also enjoin HA from  continuing to r

  This is System generated message, and a response to this email will not be delivered.
02/28/2022 04:32:02



Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form (Not Related to Airline Safety or Security Issues)

Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline <u>safety</u> or <u>security</u>. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.

The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available <u>here</u>.

The required Privacy Act statement applicable to any information you provide is available <u>here</u>.

Items marked with a * are required.

| Personal Information: | | |
|---|---|---|
| **I am** | Passenger ⌄ | * |

**Your Name:**

| Title: | ⌄ | **First Name:** | URI | * |
|---|---|---|---|---|

| Last Name: | MARCUS | * |
|---|---|---|

| Contact Information: |
|---|

| **Address:** | PO BOX 126 |
|---|---|

| **City:** | OJAI | **State:** | California ⌄ |
|---|---|---|---|

| **Zip Code:** | 93024 | **Home Phone:** | |
|---|---|---|---|

┌─ Either Email Address or Daytime Phone is required ─┐

| **Email Address:** | uri@ntcf.org | * | **Verify Email Address:** | uri@ntcf.org | * |
|---|---|---|---|---|---|

| **Daytime Phone:** | 9098330065 | * |
|---|---|---|

└────────────────────────────────────┘

**Would you like a copy of this submission sent to your email?**
◉ Yes ○ No

| Complaint/Comment Information: |
|---|

**Airline/Company:**

HAWAIIAN AIRLINES ⌄ * (If not listed or not applicable select "OTHER")

**Flight Date (if applicable):**        07/07/2022 📅 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

07 JUL 2022 LAX HNL [HA 9] 14 JUL 2022 HNL LAX [HA 10] (Cities / Flight Number)

**Description of Problem/Inquiry/Comment** *

in the most secure and clear air space on the planet, that of an airline cabin at 36,000 feet, which they admit to on their website. See the attached. HA and their employees must be fined for violating the ACAA and Federal regulations and conspiring to interfere with our civil



(Chars left: 0)

---

### Attach a file (Optional):

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

| Choose File | No file chosen |        | Upload File |

**Uploaded file/s**

C:\fakepath\HA LAX HNL LAX 07 JUL to 14 JUL 2022 UA.pdf    Remove file

---

### Incidents of Sexual Misconduct:

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

| Submit | Reset | Cancel |

---

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.
Please email any such comments to airconsumer2@dot.gov.
(That address does not accept complaints about air service, only comments about the web complaint form process.)



United States
## Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



**From:** airconsumer@dot.gov
**Subject:** Airconsumer Acknowledgement
**Date:** 28 February 2022 at 11:30
**To:** uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

 PERSONAL INFO:
 Passenger - URI MARCUS uri@ntcf.org

 CONTACT INFO:
 PO BOX 126 OJAI,CA 93024

 Home Phone:
 Daytime Phone: 9098330065

 COMPLAINT INFO:
 Airline Code: HA

 Flight Date: 07/07/2022
 Flight Itinerary: 07 JUL 2022 LAX HNL [HA 9] 14 JUL 2022 HNL LAX [HA 10]

 Description of Problem/Inquiry/Comment:
  HAWAIIAN Airlines [hereinafter "HA"] violated   the Air Carrier Access Act and numerous other laws by refusing to grant IN ADVANCE mask  exemptions for our upcoming 07 JUL 2022  flights LAX-HNL-LAX and returning 14 JUL  2022.  We do not agree with HA's illegal  policy to  require us to complete a medical  assessment  with MedLink at the airport in  order to be  granted an exemption.  HA may  not require disabled passengers  needing a  mask exemption to undergo a medical   screening nor ask for a medical certificate.   14 CFR § 382.23(d) or change the seat  assignment of an ME passenger. 14 CFR §   382.87(a).  HA is not our doctor and HA  cannot  practice  medicine without a license.  They cannot  require a medical assessment  with their  medical professional at the  airport or else  ask us to "reconsider our  travel" plans,  which is a denial for us to  travel on their  airline.  HA may not require a medical certificate from  disabled passengers who ask for a mask  exemption and  cannot hold the power of denial  to fly  without a mask over the passenger's  head  until the moment they check-in at the   airport. 14 CFR § 382.23(a).  Our inability  to travel without a mask is due  to our  disabilities, and HA cannot force us to wait  until the day of travel to know if we  can  even board or not without a mask. All of   this is in violation of 14 CFR § 382.25. It   is discrimination and constitutes a  conspiracy to deprive us of our civil rights.   HA fraudulently informs us throughout their   website pages that "federal law" requires each person to wear a mask while flying.   However, Congress has never passed such a  law, nor has DOT or any other agency   promulgated such a regulation. The DOT itself   on its own FAQ section on its website  specifically states that wearing masks is NOT   a federal law. See attachments. HA cites no   provision of the U.S. Code or the Code of   Federal Regulations to support its false   claim that "federal law" requires face   coverings.  We submitted medical summaries  that we cannot  not wear a mask, signed by  our family  physicians as a courtesy despite  it being  unlawful to demand such  documentation.  Federal law does NOT permit  an airline to  impose certain requirements or  conditions on  a person requesting an  exemption from

airline to impose certain requirements or conditions on a person requesting an exemption from the mask mandate. 49 USC § 41705(a). All of these things these are all gross violations of the ADA and the ACAA.   HA falsely relies upon CDC's Order of 29 Jan 2021, TSA's Security Directive of 31 Jan 2021 and the ACAA's implementation of 14 CFR 382.   Even though the CDC has relaxed it's MANDATE for masking to 70% of the United States as of 25 Feb 2022, they continue to mandate masks in the most secure and clear air space on the planet, that of an airline cabin at 36,000 feet, which they admit to on their website.   See the attached. HA and their employees must be fined for violating the ACAA and Federal regulations and conspiring to interfere with our civil rights. DOT must also enjoin HA from continuing to r

   This is System generated message, and a response to this email will not be delivered.
02/28/2022 04:23:28

Plaintiffs' Exhibit 36

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form  (Not Related to Airline Safety or Security Issues)

Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline safety or security. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.

The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available here.

The required Privacy Act statement applicable to any information you provide is available here.

Items marked with a * are required.

| Personal Information: |
|---|
| **I am**  Passenger ⌄  * |
| **Your Name:** |
| **Title:** ⌄  **First Name:**  YVONNE  * |
| **Last Name:**  MARCUS  * |

| Contact Information: |
|---|
| **Address:**  PO BOX 126 |
| **City:**  OJAI  **State:**  California ⌄ |
| **Zip Code:**  93024  **Home Phone:** |

Either Email Address or Daytime Phone is required

**Email Address:**  uri@ntcf.org  *   **Verify Email Address:**  uri@ntcf.org  *

**Daytime Phone:**  9098330065  *

**Would you like a copy of this submission sent to your email?**
◉ Yes  ○ No

| Complaint/Comment Information: |
|---|
| **Airline/Company:**  SOUTHWEST AIRLINES ⌄  *  (If not listed or not applicable select "OTHER") |

**Flight Date (if applicable):**

06/16/2022  (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

BOI DEN, HOU PHX, LAX LAS, LAS LAX [2NVJ56, 2NPBTM, 2  (Cities / Flight Number)

**Description of Problem/Inquiry/Comment**\*

This complaint against SOUTHWEST Airlines
[hereinafter "SWA"] is also against DOT for
"guiding" SWA to act on illegal orders in
connection with three SWA Itineraries:
2NVJ56, 2NPBTM and 2NJJSB. For example:  A
disabled person cannot be required to
notify SWA "at least 7 days prior to the

(Chars left: 3000)

## Attach a file (Optional):

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

Choose File | No file chosen          Upload File

Uploaded file/s

C:\fakepath\SWA BOI DEN HOU PHX LAX LAS LAX UA.pdf   Remove file

## Incidents of Sexual Misconduct:

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

Submit    Reset    Cancel

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.

Please email any such comments to airconsumer2@dot.gov.

(That address does not accept complaints about air service, only comments about the web complaint form process.)



**United States**
# Department of Transportation

Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint › Complaint - Comment Form

# Air Travel Complaint – Comment Form Confirmation

## Your complaint has been submitted to the U.S. Department of Transportation.

**The U.S. Department of Transportation (Department or DOT) is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks for the Department to process your complaint. We apologize for the delay.**

The Department's Office of Aviation Consumer Protection is responsible for reviewing and responding to air travel service complaints against airlines and ticket agents. If your complaint or comment concerns airline safety, please contact the U.S. Department of Transportation's Federal Aviation Administration (FAA) at www.faa.gov/contact. If your complaint or comment concerns airline security, please contact the U.S. Department of Homeland Security's Transportation Security Administration (TSA) at TSA-ContactCenter@dhs.gov.

Consistent with our usual practice, we will forward your air travel service complaint to the airline or ticket agent that is the subject of your complaint, and ask that the entity reply to you. We will also review your complaint to determine whether the airline or ticket agent that is the subject of your complaint is complying with Federal aviation consumer protection and civil rights statutes and DOT regulations. We use complaints to track trends or spot areas of concern that may warrant further action in the future. Complaints may also serve as a basis for rulemaking, legislation, and research.

Further, the Office of Aviation Consumer Protection issues a monthly Air Travel Consumer Report (ATCR), which is designed to provide consumers with information on the quality of services provided by airlines. That report includes a section on complaints, which is based on the aggregate of air travel service complaints submitted to the Department. Your air travel service complaint will be included in the monthly ATCR, which is distributed to the industry and made available to the news media and the public so that both consumers and air travel companies can compare the complaint records of individual airlines and ticket agents.

If you are interested in obtaining copies of the ATCR or learning more about the rights of air travelers, we encourage you to visit our website at https://www.transportation.gov/airconsumer. The website contains clear, useful information about passenger rights, and highlights content on topics of greatest concern to consumers, including flight delays and cancellations, refunds, oversales, tarmac delays, and passengers' right to fly free of discrimination. It also has a collection of helpful tips and information to help you protect yourself while travelling.



From: airconsumer@dot.gov
Subject: Airconsumer Acknowledgement
Date: 6 March 2022 at 22:25
To: uri@ntcf.org

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgement.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - YVONNE MARCUS uri@ntcf.org

CONTACT INFO:
PO BOX 126 OJAI,CA 93024

Home Phone:
Daytime Phone: 9098330065

COMPLAINT INFO:
Airline Code: WN

Flight Date: 06/16/2022
Flight Itinerary: BOI DEN, HOU PHX, LAX LAS, LAS LAX [2NVJ56, 2NPBTM, 2NJJSB]

Description of Problem/Inquiry/Comment:
  This complaint against SOUTHWEST Airlines  [hereinafter "SWA"] is also against DOT for "guiding" SWA to act on illegal orders in  connection with three SWA Itineraries:   2NVJ56, 2NPBTM and 2NJJSB. For example:  A  disabled person cannot be required to  notify  SWA "at least 7 days prior to the  planned  date of travel" in order to request  an ME."  This is illegal. 14 CFR § 382.25.  A disabled  person cannot be required as a  condition of  travel, to "complete and submit a signed  letter from is Medical Physician."  Against  our will we submitted private medical  info, and SWA took guidance from their 3rd- party  medical provider who is not our doctor,  forcing us to undergo private medical   screenings with their 3rd-party StatMD. This   is illegal. 49 USC § 41705(a). It is a gross   violation of the ADA and the ACAA.  SWA  granted our MEs but only by imposing  illegal  conditions of travel, namely... We must  submit "no later than 24 hrs prior to departure evidence of a COVID-19 negative   viral test..." We are further required to   "bring a copy of our COVID-19 neg test to the   airport to ensure a smooth experience." An   airline may not require the disabled to   submit such tests when non-disabled customers   aren't subject to this same requirement. This   is illegal discrimination. 14 CFR § 382.11(a)  (1). See also 49 USC § 41705.  SWA informed  us that upon boarding, we would  be required  to sit in the last row of the aircraft, even   though ALL OTHER PASSENGERS  enjoy open  unassigned seating. SWA may NOT  deny the  same to an ME passenger, as if we  were  lepers with a disease not worthy of choosing  our own seats. 14 CFR § 382.87(a).  SWA  cannot threaten denial of boarding,  removal from the aircraft, and penalties  under  federal law" because we do not agree  with  their illegal rules. 14 CFR § 382.23(a).  SWA  falsely relies upon CDC's Order of  29  Jan 2021 and TSA's Directive of 31 Jan 2021.  The  CDC relaxed it's mask MANDATE for 70%  of  the  USA on 25 Feb 2022. Yet they continue to   mandate masks in the most secure clear air   space on earth [INVALID] an airline cabin at  36,000  ft?! SWA fraudulently informed us on  their website  that "federal law" requires  all to wear a  mask while flying. But, Congress never passed  such a law, nor has DOT or

requires  all to wear a  mask while flying. But  Congress never  passed  such a law, nor has  DOT or
any other agency  promulgated such a  regulation. The DOT itself  on its own  website states that
wearing masks  is NOT a  federal law. See attachments. SWA  cites no  provision in the Code of
FRs to  support its  false claims which DOT knows but  SWA does  not.  A4A is a trade association
representing  SWA  amongst others. SWA engages in mask  enforcement, and yet A4A asked the
White   House to abolish the FTMM! SWA's words don't   match their actions. See attached.  SWA
must  be fined for violating ACAA, Codes  of FRs  and conspiring to interfere with our  civil  rights.


   This is System generated message, and a response to this email will not be delivered.
03/06/2022 15:17:32



Home › Resources › For Individuals › Aviation Consumer Protection › File a consumer complaint

# Air Travel Service Complaint or Comment Form (Not Related to Airline Safety or Security Issues)

Please use this form to file a complaint or comment about service you received or requested from an airline or ticket agent that does not relate to airline safety or security. This may include, but is not limited to, topics such as flight delays and cancellations, overbooking, disability, tarmac delays, baggage, discrimination, refunds, ticketing practices, family seating, frequent flyer programs, charter flights, privacy and air ambulance service.

The information that you provide in your complaint or comment form will be provided to the appropriate airline or ticket agent. More detailed information about DOT's complaint handling process, and other helpful information for air travelers is available here.

The required Privacy Act statement applicable to any information you provide is available here.

Items marked with a * are required.

| Personal Information: |
|---|

**I am** Passenger ⌄ *

**Your Name:**

**Title:** ⌄ **First Name:** URI *

**Last Name:** MARCUS *

| Contact Information: |
|---|

**Address:** PO BOX 126

**City:** OJAI **State:** California ⌄

**Zip Code:** 93024 **Home Phone:**

┌─ Either Email Address or Daytime Phone is required

**Email Address:** uri@ntcf.org * **Verify Email Address:** uri@ntcf.org *

**Daytime Phone:** 9098330065 *

└─

**Would you like a copy of this submission sent to your email?**
◉ Yes ○ No

| Complaint/Comment Information: |
|---|

**Airline/Company:**
SOUTHWEST AIRLINES ⌄ * (If not listed or not applicable select "OTHER")

**Flight Date (if applicable):** 06/16/2022 📅 (Date Format: mm/dd/yyyy)

**Flight Itinerary (if applicable):**

BOI DEN, HOU PHX, LAX LAS, LAS LAX [2NVJ56, 2NPBTM, 2 (Cities / Flight Number)

**Description of Problem/Inquiry/Comment***

This complaint against SOUTHWEST Airlines [hereinafter "SWA"] is also against DOT for "guiding" SWA to act on illegal orders in connection with three SWA Itineraries: 2NVJ56, 2NPBTM and 2NJJSB. For example: A disabled person cannot be required to notify SWA "at least 7 days prior to the

(Chars left: 3000)

### Attach a file (Optional):

**File Name:** (Please click the "Browse" button to select the file and click "Upload File" button.)

[ Choose File ] No file chosen        [ Upload File ]

Uploaded file/s

| C:\fakepath\SWA BOI DEN HOU PHX LAX LAS LAX UA.pdf | Remove file |

### Incidents of Sexual Misconduct:

If your complaint relates to or includes allegations of sexual misconduct, a copy of your complaint will be sent to the FBI. Sexual misconduct is a broad term. It encompasses any behavior or attempted behavior of a sexual nature that is committed without consent or with someone incapable of consent, or by force, intimidation, coercion, or manipulation. Sexual misconduct also includes physical or verbal advances or harassment of a sexual nature, or public indecent exposure.

[ Submit ]  [ Reset ]  [ Cancel ]

Note - Please only hit Submit once as our system sometimes takes a few moments to process your complaint.

*A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2105-0568. Public reporting for this collection of information is estimated to be approximately 15 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are voluntary, and will be provided confidentiality to the extent allowed by the Freedom of Information Act (FOIA). Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Aviation Consumer Protection Division, Office of the Secretary, W96-473, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.*

If you use the web complaint form above, we would welcome any comments that you may have about that process.

Please email any such comments to airconsumer2@dot.gov.

(That address does not accept complaints about air service, only comments about the web complaint form process.)