1

2   Richard A. Lazenby (State Bar No. 202105)
    Email: rlazenby@victorrane.com
3   Michael Cutler (State Bar No. 298875)
    Email: mcutler@victorrane.com
4   VICTOR RANE
    9350 Wilshire Blvd., Suite 308
5   Beverly Hills, California 90212
    Telephone: (310) 388-4849
6   Facsimile: (310) 388-4869

7   Attorneys for All Non-Government Defendants

8   AND ALL THE PARTIES LISTED ON SIGNATURE PAGE

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12   URI MARCUS, YVONNE MARCUS,          )   Case No.: 2:22-cv-02383-SSS-AS
     AVROHOM GORDON, DEVORAH             )
13   GORDON & CINDY RUSSO,               )   **NOTICE RE DEADLINE FOR**
                                         )   **FILING OF DEFENDANTS'**
14              Plaintiffs,              )   **MOTIONS TO DISMISS**
                                         )   **PLAINTIFFS' FIRST AMENDED**
15         vs.                           )   **COMPLAINT**
                                         )
16   CENTERS FOR DISEASE CONTROL         )
     & PREVENTION, DEPARTMENT OF         )
17   HEALTH & HUMAN SERVICES,            )
     TRANSPORTATION SECURITY             )
18   ADMINISTRATION, JULIE               )
     CARRIGAN, ALASKA AIRLINES,          )
19   ALLEGIANT AIR, AMERICAN             )
     AIRLINES, DELTA AIR LINES,          )
20   FRONTIER AIRLINES, HAWAIIAN         )
     AIRLINES, SOUTHWEST AIRLINES,       )
21   UNITED AIRLINES, YET-TO-BE-         )
     NAMED EMPLOYEES OF THE 8            )
22   AIRLINES, STAT-MD, & MEDAIRE,       )
                                         )
23              Defendants.              )
                                         )
24   _____

25   / /

26   / /

27   / /

28   / /

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

1    On September 12, 2023, this Court issued an In Chambers Order Lifting

2 Stay and Reopening Action, Dkt. 189, and ordered Plaintiffs to file an amended

3 complaint by October 13, 2023. The Court further ordered that Defendants must

4 file any motions to dismiss within 21 days after the amended pleading is filed. Dkt.

5 189.

6    Plaintiffs' First Amended Complaint was deemed filed on October 10, 2023,

7 Dkt. 190, but it was not entered on the docket and served on Defendants (via

8 CM/ECF) until October 16, 2023. A copy of the Notice of Electronic Filing is

9 attached to this Notice. The First Amended Complaint adds some new allegations

10 and one or more claims against each of the Defendants, and for some Defendants

11 alleges many causes of action not previously asserted against them.

12    Twenty-one days from the date the First Amended Complaint was docketed

13 and served, October 16, 2023, is Monday, November 6, 2023. During a meet and

14 confer on Defendants' anticipated motions to dismiss, however, Plaintiffs

15 disagreed that Defendants' deadline to file their motions was November 6, 2023, as

16 opposed to October 31, 2023 (21 days from the date the Complaint was deemed

17 filed). In light of Plaintiffs' position, Defendants respectfully submit this notice to

18 advise the Court of their interpretation of the Court's September 12, 2023, Order as

19 requiring that all motions to dismiss be filed by November 6, 2023—21 days after

20 Plaintiffs' First Amended Complaint was served—and their intention to file their

21 motions on or before that date, subject to any subsequent Order of the Court

22 amending or clarifying the September 12, 2023, Order.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

NOTICE RE DEADLINE FOR FILING OF DEFENDANTS'       - 2 -
MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT
CASE NO.: 2:22-CV-02383-SSS-AS

Dated: October 25, 2023

By: /s/ John C. Conti

    John C. Conti
    Email: jconti@dmclaw.com
    Jeffrey J. Wetzel
    (admitted *pro hac vice*)
    Email: jwetzel@dmclaw.com
    Steven L. Ettinger
    (admitted *pro hac vice*)
    Email: settinger@dmclaw.com
    DICKIE, McCAMEY &
    CHILCOTE, P.C.
    2 PPG Place, Suite 400
    Pittsburgh, PA 15222
    Telephone: (414) 392-5617

    *Attorneys for Defendant*
    STAT-MD


By: /s/ Jeremy S. Brumbelow

    Brian M. Boyton
    Principal Deputy Assistant Attorney
    General
    C. Salvatore D'Alessio, Jr.
    Director, Torts Branch
    Mary Hampton Mason
    Senior Trial Counsel, Torts Branch
    Jeremy Scott Brumbelow
    Senior Trial Attorney, Torts Branch
    U.S. Department of Justice, Civil
    Division P.O. Box 7146,
    Ben Franklin Station
    Washington, D.C. 20044-7146
    Tel. (202) 616-4330;
    Fax. (202) 616-4314
    jeremy.brumbelow@usdoj.gov

    *Attorneys for Defendant*
    Julie Carrigan

Respectfully submitted,


By: /s/ Richard A. Lazenby

    Richard A. Lazenby
    rlazenby@victorrane.com
    Michael Cutler
    mcutler@victorrane.com
    VICTOR RANE
    9350 Wilshire Blvd., Suite 308
    Beverly Hills, CA 90212
    Tel. (310) 388-4849


By: /s/ Barry S. Alexander

    Barry S. Alexander
    (Admitted *Pro Hac Vice*)
    Email: balexander@victorrane.com
    VICTOR RANE
    1650 Market Street, Suite 3600
    Philadelphia, PA 19103
    Tel. (267) 297-3332


    Brittany C. Wakim
    (Admitted *Pro Hac Vice*)
    Email: bwakim@victorrane.com
    VICTOR RANE
    1650 Market Street, Suite 3600
    Philadelphia, PA 19103
    Tel. (267) 297-3332

    *Attorneys for All Non-Government*
    *Defendants*


By: /s/ M. Roy Goldberg

    M. Roy Goldberg
    (Admitted Pro Hac Vice)
    STINSON LLP
    1775 Pennsylvania Avenue, N.W.,
    Suite 800
    Washington, D.C. 20006
    Telephone: (202) 728-3005
    Email: roy.goldberg@stinson.com

    *Attorneys for Defendants*
    Alaska Airlines, Inc.,
    American Airlines, Inc.,
    Delta Airlines, Inc.,
    Hawaiian Airlines, Inc.,
    Southwest Airlines Co., and
    United Airlines, Inc.

*Left margin:* Victor Rane | 9350 Wilshire Blvd., Suite 308 | everly Hills, CA 90212 | Telephone: (310) 388-4849

NOTICE RE DEADLINE FOR FILING OF DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -

By: /s/ Andrew Freidah
   Andrew Freidah
   U.S. Department of Justice Civil
   Division
   1101 L Street, N.W.
   Washington, D.C. 20005
   202 305-0879
   Email: andrew.f.freidah@usdoj.gov

   Michael J. Gerardi
   U.S. Department of Justice
   Civil Division, Federal Programs
   Branch
   1100 L Street, N.W.
   Washington, D.C. 20530
   202 616-0680
   Email: michael.j.gerardi@usdoj.gov

   Stephen M. Pezzi
   U.S. Department of Justice
   Civil Division Federal Programs
   Branch
   1101 L Street, N.W.
   Washington, D.C. 20530
   202 305-8576
   Email: stephen.pezzi@usdoj.gov

   Clayton Bailey
   U.S. Department of Justice
   Civil Division, Federal Programs
   Branch
   1100 L Street, N.W.
   202 598-1226
   Email: clayton.l.bailey@usdoj.gov

*Attorneys for Federal Defendants*

By: /s/ Brian T. Maye
   Brian T. Maye
   (Admitted Pro Hac Vice)
   HINSHAW & CULBERTSON LLP
   151 N. Franklin Street
   Suite 2500
   Chicago, IL 60606
   Telephone: 312-422-5713
   bmaye@hinshawlaw.com

*Attorneys for Defendants*
Frontier Airlines, Inc.; and
Allegiant Air, LLC

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone:  (310) 388-4849