**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, October 16, 2023 6:09 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** [External] Activity in Case 2:22-cv-02383-SSS-AS Uri Marcus et al v. Centers for Disease Control and Prevention et al Amended Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 10/16/2023 at 3:09 PM PDT and filed on 10/10/2023

| | |
|---|---|
| **Case Name:** | Uri Marcus et al v. Centers for Disease Control and Prevention et al |
| **Case Number:** | [2:22-cv-02383-SSS-AS](#) |
| **Filer:** | Yvonne Marcus |
| | Avrohom Gordon |
| | Devorah Gordon |
| | Cindy Russo |
| **Document Number:** | [190](#) |

**Docket Text:**

**FIRST AMENDED COMPLAINT against Plaintiffs Alaska Airlines, Allegiant Air, American Airlines, Julie Carrigan(TSA's National Transportation Vetting Center, in her official capacity), Julie Carrigan(individual), Centers for Disease Control and Prevention, Delta Air Lines, Department of Health and Human Services, Frontier Airlines, Hawaiian Airlines, MedAire, Southwest Airlines, United Airlines; Party Transportation Security Administration and Yet-To-Be-Named Employees of the 8 Airlines terminated amending Complaint - (Referred),, [1] ; JURY DEMAND, filed by Plaintiffs Yvonne Marcus, Avrohom Gordon, Devorah Gordon, Cindy Russo (Attachments: # (1) FAC Part 2, # (2) FAC Part 3)(shb)**

**2:22-cv-02383-SSS-AS Notice has been electronically mailed to:**

Andrew Freidah     andrew.f.freidah@usdoj.gov

Avrohom Gordon     gordon.avrohom@gmail.com

Barry S. Alexander     balexander@victorrane.com

Brian T. Maye     bmaye@hinshawlaw.com, cniemczyk@AMM-LAW.com, kmacholan@amm-law.com, mfontein@AMM-LAW.com, rsiwinski@amm-law.com

Cindy Russo     cjrz123@gmail.com, Abadi.rne@gmail.com

Devorah Gordon     devorahlgordon@gmail.com

Jeffrey J. Wetzel     jwetzel@dmclaw.com

Jeremy S Brumbelow     jeremy.brumbelow@usdoj.gov

John C Conti     jconti@dmclaw.com, jwetzel@dmclaw.com, kdowd@dmclaw.com, rtraficante@dmclaw.com, settinger@dmclaw.com

Johnny Hillary Walker     johnny.h.walker@usdoj.gov

M. Roy Goldberg     roy.goldberg@stinson.com

Michael Cutler     mcutler@victorrane.com, 1763110420@filings.docketbird.com, 2077115420@filings.docketbird.com, twolfe@victorrane.com, wharden@victorrane.com

Michael J. Gerardi     michael.j.gerardi@usdoj.gov, fedprog.ecf@usdoj.gov

Richard A. Lazenby     rlazenby@victorrane.com, 1763110420@filings.docketbird.com, 2077115420@filings.docketbird.com, mcutler@victorrane.com, twolfe@victorrane.com, wharden@victorrane.com

Case 2:22-cv-02383-SSS-AS   Document 192   Filed 10/25/23   Page 3 of 3   Page ID #:4683

Steven L. Ettinger      settinger@dmclaw.com

Uri Marcus      uri@ntcf.org, masklitigation@griswaldsgear.com

Yvonne Marcus      uriel@ntcf.org

**2:22-cv-02383-SSS-AS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Stephen M Pezzi
US Department of Justice
Civil Division Federal Programs Branch
1100 L Street NW
Washington, DC 20530

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\LA22CV02383-SSS-Amended Complaint-Part1.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/16/2023] [FileNumber=36719919-0] [afa2c949ce79834115e741bc6924c967a335510592b7b1c22831dc6d2654ac52d9 2471b7c876a18b8e60f47ad632639a66613ad04a9335806405712f36714439]]
**Document description:** FAC Part 2
**Original filename:** C:\fakepath\LA22CV02383-SSS-Amended Complaint-Part2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/16/2023] [FileNumber=36719919-1] [39a4250ecaa1f2b361cd38952664fc9ba255e22f0a5a513ec656f4265bbc78b4e7 6833e70e15ce95dd6742d164c4c7ee538d9d477ee54d9eb98a6f6d5686d3e9]]
**Document description:** FAC Part 3
**Original filename:** C:\fakepath\LA22CV02383-SSS-Amended Complaint-Part3.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/16/2023] [FileNumber=36719919-2] [92320be5f2a5fbba409db5daf65ce6793d61f2e6f68d85edcd3858b9a685b7d7c9 f53e7f8401a54c5b98663696c8203405a34def7f7b6fd07ba2626c99d4ed1a]]