Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Non-Government Defendants

AND ALL THE PARTIES LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE 12(b)(6)**<br><br>Hearing Date: December 1, 2023<br>Judge: Hon. Sunshine S. Sykes<br>Ct. Room: 2 |

---

NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF
LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST
AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE
12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

# NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. and Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), will and hereby does move on December 1, 2023 at 2:00 p.m. in Courtroom 2 of the above court, located at 3470 Twelfth Street, Riverside, California 92501, to dismiss Plaintiffs' First Amended Complaint against Airline Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).

For the reasons detailed in the supporting motion, Airline Defendants' Motion to Dismiss should be granted in its entirety.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

Dated: October 25, 2023

Respectfully submitted,

By: /s/ Richard A. Lazenby
    Richard A. Lazenby
    rlazenby@victorrane.com
    Michael Cutler
    mcutler@victorrane.com
    VICTOR RANE
    9350 Wilshire Blvd., Suite 308
    Beverly Hills, CA 90212
    Tel. (310) 388-4849

*Attorneys for All Non-Government Defendants*

By: /s/ M. Roy Goldberg
    M. Roy Goldberg
    (Admitted Pro Hac Vice)
    STINSON LLP
    1775 Pennsylvania Avenue, N.W., Suite 800
    Washington, D.C. 20006
    Telephone: (202) 728-3005
    Email: roy.goldberg@stinson.com

*Attorneys for Defendants*
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

By: /s/ Brian T. Maye
    Brian T. Maye
    (Admitted Pro Hac Vice)
    HINSHAW & CULBERTSON LLP
    151 N. Franklin Street
    Suite 2500
    Chicago, IL 60606
    Telephone: 312-422-5713
    bmaye@hinshawlaw.com

*Attorneys for Defendants*
Frontier Airlines, Inc.; and
Allegiant Air, LLC

NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849