UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SSS-AS<br><br>**[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(6)** |

1       AND NOW, this _____ day of _____, 2023, it is
2 hereby ORDERED and DECREED that Plaintiffs' First Amended Complaint
3 against Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines,
4 Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc.,
5 Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline
6 Defendants") is DISMISSED WITH PREJUDICE.

Dated: _____

                                       Stanley Sunshine S. Sykes
                                       United States District Judge

[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -