Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Non-Government Defendants

AND ALL THE PARTIES LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**NOTICE OF ERRATA RE: DOCKET NO. 193** |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

1  Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines,
2  Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. Frontier
3  Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), by
4  and through their respective attorneys of record, respectfully file this Notice of
5  Errata to correct errors with Airline Defendants' Docket No. 193 filing as follows:

6  1) NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN
7  SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED
8  COMPLAINT PURSUANT TO F.R.C.P RULE 12(b)(6) [Dkt 193];

9  *(Revised version attached hereto as **Exhibit 1**)*

10 2) AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
11 MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
12 PURSUANT TO F.R.C.P RULE 12(b)(6) [Dkt 193-1];; and

13 *(Revised version attached hereto as **Exhibit 2**)*

14 3) [PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS' MOTION
15 TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
16 PURSUANT TO F.R.C.P. RULE 12(b)(6) [Dkt 193-2]

17 *(Revised version attached hereto as **Exhibit 3**)*

18
19 The revised versions, identified above, shall replace the respective
20 documents in their entirety.  Please note that the hearing date has been updated
21 from December 1, 2023, to **December 8, 2023.**
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

NOTICE OF ERRATA RE: DOCKET NO. 193
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

| | |
|---|---|
| Dated: November 2, 2023 | Respectfully submitted, |
| | By: /s/ Richard A. Lazenby<br>Richard A. Lazenby<br>rlazenby@victorrane.com<br>Michael Cutler<br>mcutler@victorrane.com<br>VICTOR RANE<br>9350 Wilshire Blvd., Suite 308<br>Beverly Hills, CA 90212<br>Tel. (310) 388-4849 |
| | *Attorneys for All Non-Government Defendants* |
| | By: /s/ M. Roy Goldberg<br>M. Roy Goldberg<br>(Admitted Pro Hac Vice)<br>STINSON LLP<br>1775 Pennsylvania Avenue, N.W., Suite 800<br>Washington, D.C. 20006<br>Telephone: (202) 728-3005<br>Email: roy.goldberg@stinson.com |
| | *Attorneys for Defendants*<br>Alaska Airlines, Inc.,<br>American Airlines, Inc.,<br>Delta Airlines, Inc.,<br>Hawaiian Airlines, Inc.,<br>Southwest Airlines Co., and<br>United Airlines, Inc. |
| | By: /s/ Brian T. Maye<br>Brian T. Maye<br>(Admitted Pro Hac Vice)<br>HINSHAW & CULBERTSON LLP<br>151 N. Franklin Street<br>Suite 2500<br>Chicago, IL 60606<br>Telephone: 312-422-5713<br>bmaye@hinshawlaw.com |
| | *Attorneys for Defendants*<br>Frontier Airlines, Inc.; and<br>Allegiant Air, LLC |