# EXHIBIT 1

1 | Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
2 | Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
3 | VICTOR RANE
9350 Wilshire Blvd., Suite 308
4 | Beverly Hills, California 90212
Telephone: (310) 388-4849
5 | Facsimile: (310) 388-4869

6 | Attorneys for All Non-Government Defendants

7 | AND ALL THE PARTIES LISTED ON SIGNATURE PAGE

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE 12(b)(6)**<br><br>Hearing Date: December 8, 2023<br>Judge: Hon. Sunshine S. Sykes<br>Ct. Room: 2 |

# NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. and Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), will and hereby does move on December 8, 2023 at 2:00 p.m. in Courtroom 2 of the above court, located at 3470 Twelfth Street, Riverside, California 92501, to dismiss Plaintiffs' First Amended Complaint against Airline Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is made following the conference of counsel and Plaintiffs (who are *pro se*) pursuant to L.R. 7-3, which took place on Tuesday October 24, 2023 via Zoom. Devorah Gordon, Avroham Gordon, Adi Marcus, Cindy Russo, Roy Goldberg, Brian Maye, Steve Ettinger, Jeremy Brumbelow, Andrew Freidah, Stephen Pezzi, and Barry S. Alexander were present at the conference. The conference lasted approximately one hour.

At the conference, Airline Defendants discussed the issues with Plaintiffs' First Amended Complaint and the grounds for dismissal of the claims as to Airline Defendants for the reasons listed in Airline Defendants' attached Memorandum of Points and Authorities filed concurrently herewith. The parties were unable to come to an agreement on the reasons for dismissal of Airline Defendants from this lawsuit.

This motion is based upon this notice of motion and motion, the memorandum of points and authorities in support thereof, and on all papers and records on file in the above-entitled action, as well as such oral and documentary evidence as may be presented at the hearing of this motion.

NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

For the reasons detailed herein and in the supporting motion, Airline Defendants' Motion to Dismiss should be granted in its entirety.

Dated: November 2, 2023

Respectfully submitted,

By: /s/ Richard A. Lazenby
Richard A. Lazenby
rlazenby@victorrane.com
Michael Cutler
mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Tel. (310) 388-4849

*Attorneys for All Non-Government Defendants*

By: /s/ M. Roy Goldberg
M. Roy Goldberg
(Admitted Pro Hac Vice)
STINSON LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005
Email: roy.goldberg@stinson.com

*Attorneys for Defendants*
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

By: /s/ Brian T. Maye
Brian T. Maye
(Admitted Pro Hac Vice)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-422-5713
bmaye@hinshawlaw.com

*Attorneys for Defendants*
Frontier Airlines, Inc.; and
Allegiant Air, LLC