# EXHIBIT 3

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SSS-AS<br><br>**(PROPOSED) ORDER GRANTING AIRLINE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(6)** |

On November 2, 2023, Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC (collectively, the "Airline Defendants"), filed their Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to FRCP Rule 12(b)(6).

The court, having considered Airline Defendants' Motion, the opposition, and the reply briefs, hereby GRANTS the Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to FRCP Rule 12(b)(6) and ORDERS as follows:

1. Plaintiffs' claim under 42 U.S.C. § 1983 against the Airline Defendants (Count 11) is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

2. Plaintiffs' claims for civil conspiracy under 42 U.S.C. §§ 1985(3) and 1986 (Counts 12 and 13) against the Airline Defendants are DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

3. Plaintiffs' claims under the Rehabilitation Act, 29 U.S.C. § 794(a) (Counts 14, 16, 17, 18 and 29) against the Airline Defendants are DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

4. Plaintiffs' claim under the Air Carrier Access Act of 1986, 49 U.S.C. § 41705, against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

5. Plaintiffs' claim under the California Unruh Civil Rights Act (C.C.C. § 51) (Count 18) against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

6. Plaintiffs' claim for Breach of Contract (Count 21) against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

7. Plaintiffs' claim for Reckless and Despicable Conduct (Count 22) against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

8. Plaintiffs' claim for Practicing Medicine without a License (Count 23) against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

9. Plaintiffs' claim for Invasion of Privacy (Count 24) against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

10. Plaintiffs' claims for Fraudulent Misrepresentation (Count 25) against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

11. Plaintiffs' claim for Infringement on the Constitutional Right to Travel (Count 26) against the Airline Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

12. Plaintiffs' claims against the Airline Defendants are MOOT in light of the Eleventh Circuit decision in *Health Freedom Defense Fund, Inc. v. Biden*, 71 F. 4th 888 (11th Cir. 2023) vacating the Federal Transportation Mask Mandate.

[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -

13. Plaintiffs' request for punitive damages against the Airlines Defendants is DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to FRCP Rule 12(b)(6).

IT IS SO ORDERED.

Dated: _____

                                                      Sunshine S. Sykes
                                                     United States District Judge

[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 4 -