VICTOR RANE
Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Non-Government Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 9350 Wilshire Blvd., Suite 308, Beverly Hills, CA 90212. On November 2, 2023, I served the within document as follows:

**NOTICE OF ERRATA RE DOCKET NO. 193**

**EXHIBIT 1 - NOTICE RE AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE 12(b)(6)**

**EXHIBIT 2 - AIRLINE DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P RULE 12(b)(6)**

**EXHIBIT 3 - [PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(6)**

☒ **(Notice of Electronic Filing)**: I caused the above-referenced document(s) to be emailed to the person(s) at the address(es) set forth below via the Court's Electronic Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2023, at Beverly Hills, California.

*Tiffany Wolfe Gren*
Tiffany Wolfe Gren

/ /
/ /
/ /

PROOF OF SERVICE
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | John C. Conti<br>Email: jconti@dmclaw.com | M. Roy Goldberg<br>(Admitted Pro Hac Vice) |
| 3 | Jeffrey J. Wetzel<br>(admitted *pro hac vice*) | STINSON LLP<br>1775 Pennsylvania Avenue, N.W., |
| 4 | Email: jwetzel@dmclaw.com<br>Steven L. Ettinger | Suite 800<br>Washington, D.C. 20006 |
| 5 | (admitted *pro hac vice*)<br>Email: settinger@dmclaw.com | Tel. (202) 728-3005<br>Email: roy.goldberg@stinson.com |
| 6 | DICKIE, McCAMEY &<br>CHILCOTE, P.C. | *Attorneys for Defendants* |
| 7 | 2 PPG Place, Suite 400<br>Pittsburgh, PA 15222 | Alaska Airlines, Inc.,<br>American Airlines, Inc., |
| 8 | Tel. (414) 392-5617<br>*Attorneys for Defendant* | Delta Airlines, Inc.,<br>Hawaiian Airlines, Inc., |
| 9 | STAT-MD | Southwest Airlines Co., and<br>United Airlines, Inc. |
| 10 | Brian M. Boynton | |
| 11 | Principal Deputy Assistant Attorney<br>General | Brian T. Maye<br>(Admitted Pro Hac Vice) |
| 12 | C. Salvatore D'Alessio, Jr.<br>Acting Director, Torts Branch | Hinshaw & Culbertson LLP<br>151 North Franklin Street |
| 13 | Mary Hampton Mason<br>Senior Trial Counsel, Torts Branch | Suite 2500<br>Chicago, IL 60606 |
| 14 | Jeremy Scott Brumbelow<br>Senior Trial Attorney, Torts Branch | Tel. (312) 422-5713<br>Email: bmaye@hinshawlaw.com |
| 15 | U.S. Department of Justice, Civil<br>Division P.O. Box 7146, | *Attorneys for Defendants* |
| 16 | Ben Franklin Station<br>Washington, D.C. 20044-7146 | Frontier Airlines, Inc.; and<br>Allegiant Air, LLC |
| 17 | Tel. (202) 616-4330;<br>Fax. (202) 616-4314 | Barry S. Alexander |
| 18 | jeremy.brumbelow@usdoj.gov | (Admitted Pro Hac Vice)<br>Victor Rane |
| 19 | *Attorneys for Defendant*<br>Julie Carrigan | 1650 Market Street<br>Suite 3600 |
| 20 | Avrohom Gordon, plaintiff, *Pro-Se* | Philadelphia, PA 19103<br>Tel. (267) 297-3332 |
| 21 | 2251 State Route 222<br>New Richmond, OH  45157 | Email: balexander@victorrane.com |
| 22 | Tel. (513) 734-1770<br>gordon.avrohom@gmail.com | Brittany C. Wakim<br>(Admitted Pro Hac Vice) |
| 23 | Devorah Gordon, plaintiff, *Pro Se* | Victor Rane<br>1650 Market Street |
| 24 | 2251 State Route 222<br>New Richmond, OH  45157 | Suite 3600<br>Philadelphia, PA 19103 |
| 25 | Tel. (513) 734-1770<br>devorahlgordon@gmail.com | Tel. (267) 297-3332<br>Email: bwakim@victorrane.com |
| 26 | | Attorneys for Defendant |
| 27 | | *MEDAIRE, INC.* |
| 28 | | |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

PROOF OF SERVICE
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

| | |
|---|---|
| Yvonne Marcus, plaintiff, Pro-Se<br>P.O. Box 126<br>Ojai, CA 93024<br>Tel. (909) 833-0065<br>E-Mail: adi@ntcf.org<br><br>Cindy Russo, plaintiff, Pro-Se<br>22485 Breakwater Way<br>Santa Clarita, CA 91350<br>Tel. (908) 797-8066<br>cjrz123@gmail.com | Andrew Freidah<br>U.S. Department of Justice<br>Civil Division<br>1101 L Street, N.W.<br>Washington, D.C. 20005<br>Tel. (202) 305-0879<br>Email: Andrew.f.freidah@usdoj.gov<br><br>Michael J. Gerardi<br>U.S. Department of Justice<br>Civil Division,<br>Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Tel. (202) 616-0680<br>Email: michael.j.gerardi@usdoj.gov<br><br>Stephen M. Pezzi<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1101 L Street, N.W.<br>Washington, D.C. 20530<br>Tel. (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br>*Attorneys for Federal Defendants*<br>(Via e-service) |