BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan
in her individual capacity*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br>  Defendants | Case No. 2:22-cv-02383-SSS-AS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT JULIE CARRIGAN, IN HER INDIVIDUAL CAPACITY, TO EXTEND DEADLINE FOR RESPONDING TO FIRST AMENDED COMPLAINT, WITH MEMORANDUM IN SUPPORT**<br><br>The Honorable Sunshine Suzanne Sykes<br>United States District Judge<br><br>Hearing Date:  December 8, 2023<br>Hearing Time:  2:00 p.m.<br><br>Courtroom 2 (2d Fl.), 3470 Twelfth Street, Riverside, CA  92501-3801 |

PLEASE TAKE NOTICE that, on Friday, December 8, 2023, at 2:00 p.m., in the United States District Court, 3470 Twelfth Street, Riverside, California 92501-3801, Courtroom 2 (2nd Floor), and before the Honorable Sunshine Suzanne Sykes, United States District Judge, Defendant Julie Carrigan in her individual capacity will, and hereby does, move the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an extension of time in which to respond to Plaintiffs' First Amended Complaint.  Dkt. 190 ("FAC").  As Carrigan's counsel was served with the FAC on October 16, 2023, her response is presently due by November 6, 2023.  *See* Dkts. 189, 191.  Defendant Carrigan respectfully requests the Court to extend that deadline by two weeks to **November 20, 2023**.

Defendant Carrigan includes with this motion a supporting memorandum below.  And as required by Local Rule 7-3, she files this motion following a November 3-4, 2023 conference in which her undersigned counsel and Plaintiff Cindy Russo, *pro se*, thoroughly discussed the substance of the motion and any potential resolution but were unable to resolve it.  According to Ms. Russo, "Plaintiffs' position is that Defendants, other than the Airline Defendants, already missed the deadline, and Plaintiffs will not agree to any extension."  That was the same position that Ms. Russo took during a Zoom conference on October 24, 2023, in which all *pro se* Plaintiffs and counsel for all Defendants appeared to discuss the Defendants' forthcoming motions to dismiss the FAC.

                                         Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         C. SALVATORE D'ALESSIO, JR.
                                         Director, Torts Branch

                                         MARY HAMPTON MASON
                                         Senior Trial Counsel, Torts Branch

|    |    |    |
|----|----|----|
| 1  |    | /s/ Jeremy Scott Brumbelow |
| 2  |    | JEREMY SCOTT BRUMBELOW |
|    |    | Senior Trial Attorney, Torts Branch |
| 3  |    |    |
| 4  |    | U.S. Department of Justice, Civil Division |
|    |    | P.O. Box 7146, Ben Franklin Station |
| 5  |    | Washington, D.C.  20044-7146 |
|    |    | Tel. (202) 616-4330; Fax. (202) 616-4314 |
| 6  | DATED:  November 4, 2023 | Email:  jeremy.brumbelow@usdoj.gov |
| 7  |    | *Counsel for Defendant Julie Carrigan in* |
|    |    | *her individual capacity* |

2

MEMORANDUM IN SUPPORT OF DEFENDANT CARRIGAN'S
MOTION TO EXEND DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Julie Carrigan, in her individual capacity, respectfully seeks a two-week extension of her current deadline by which to respond to Plaintiffs' First Amended Complaint. Dkt. 190 ("FAC"). In support of this requested relief, Carrigan states as follows:

**1.** In the original complaint, Carrigan was personally sued on one count by one plaintiff, *i.e.*, Plaintiff Uri Marcus, in regard to the revocation by the Transportation Security Administration ("TSA") of Mr. Marcus's eligibility to participate in the TSA PreCheck® Application Program ("TSA PreCheck"). *See* Compl. (Dkt. 1) at p. 120, ¶¶ 889-90 (alleging in Count 19 that the revocation was retaliatory in violation of the First Amendment and seeking damages from Carrigan, personally, under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971)). Carrigan sought dismissal on multiple grounds under Federal Rule of Civil Procedure 12(b), *see* Dkts. 133, 133-1, & 166, and, on February 21, 2023, was dismissed without prejudice for lack of personal jurisdiction. Dkt. 177 at 14-15, 28.

**2.** In the parties' Joint Status Report filed on September 8, 2023, the Plaintiffs "formally notif[ied] the Court of the passing of Mr. Uriel Marcus, Plaintiff," and suggested that any future litigation of this case might not involve Mr. Marcus's individual-capacity claim against Carrigan. Dkt. 186 at 7. To date, no motion has been filed under Federal Rule of Civil Procedure 25(a), seeking to substitute the estate of Mr. Marcus as plaintiff to his individual-capacity claim against Carrigan. Thus, to date, there has been no judicial determination of whether Mr. Marcus's claim against Carrigan (or, indeed, any claim of his against any Defendant) abates or survives his death.

**3.** Nevertheless, the FAC repleads the same First Amendment *Bivens* claim against Carrigan concerning the revocation of Mr. Marcus's TSA PreCheck status, *see* FAC at pp. 203-06, ¶¶ 1349-62 (Count 28), but with his wife, Plaintiff Yvonne Marcus, purporting to assert that claim "as Administrator" of her late husband's "estate," *id.* ¶ 21; *see also id.* at p. 219 (where, in signature block, Ms. Marcus refers to herself "as Administrator" of "[t]he Estate of Uri Marcus, plaintiff"). And for the first time in this case, *all* Plaintiffs appear to sue Carrigan—in her individual capacity and in connection with the now-rescinded masking and testing requirements—on four counts that are asserted against "All Defendants" but that describe no personal involvement by Carrigan in those matters. *See* FAC at pp. 115-17, ¶¶ 828-41 (Count 11, 42 U.S.C. § 1983); *id.* at pp. 117-26, ¶¶ 842-91 (Count 12, 42 U.S.C. § 1985); *id.* at pp. 126-29, ¶¶ 892-908 (Count 13, 42 U.S.C. § 1986); *id.* at pp. 129-34, ¶¶ 909-35 (Count 14, Rehabilitation Act).

**4.** As Carrigan's counsel was served with the FAC on October 16, 2023, her response is presently due by November 6, 2023. *See* Dkts. 189, 191. As with the original complaint, Carrigan will move to dismiss the FAC on multiple legal grounds under Rule 12(b). Her undersigned counsel, however, has been unable to work on that motion until this past week, as he was on previously approved annual leave for several work days during the weeks of October 16 and October 23 (for a friend's wedding in Texas) and took unplanned sick leave for three work days during that period. He also attended previously scheduled work-related training the week of October 16 (including one day as a presenter).

Although a draft motion is now underway, undersigned counsel will not be able to complete the motion in time for filing by the current deadline. Additional time is thus necessary so that counsel can **(1)** adequately review the Plaintiffs' voluminous *pro se* filing (the FAC and its exhibits exceed 900 pages, *see* Dkts. 190, 190-1, 190-2); **(2)** re-urge the defenses that Carrigan raised previously in

regard to Mr. Marcus's First Amendment *Bivens* claim (lack of personal jurisdiction, venue, and subject-matter jurisdiction; the unavailability of a *Bivens* remedy; and qualified immunity); and **(3)** address the multiple issues raised by the FAC for the first time in this litigation, including the survivability of Mr. Marcus's claim(s) against Carrigan, whether his "estate" is a proper plaintiff (whether through Ms. Marcus or otherwise) absent a Rule 25(a) substitution order, and the available defenses to the additional claims newly asserted against Carrigan, apparently by all Plaintiffs, under the Rehabilitation Act and Sections 1983, 1985, and 1986 (all issues that Carrigan has not had occasion to brief in this case). Given the complexity of all of these issues, and the need for significant pre-filing review once a draft is completed in the coming days, Carrigan respectfully requests that her response deadline be extended by two weeks, *i.e.*, from November 6, to November 20, 2023.

**5.** This is Defendant Carrigan's first extension request with respect to her response to the FAC. Her current deadline has not yet expired, and she does not seek this extension for any improper purpose such as harassment or undue delay.

**6.** Defendant Carrigan includes a separate proposed order as an attachment to this motion.

**WHEREFORE**, for the foregoing reasons that establish good cause for the relief sought herein, Defendant Carrigan, in her individual capacity, respectfully requests that she be granted an extension to **November 20, 2023**, by which to file a motion to dismiss the claims asserted against her in the FAC.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

|     |     |
| --- | --- |
|     | MARY HAMPTON MASON<br>Senior Trial Counsel, Torts Branch |
|     | <u>/s/ Jeremy Scott Brumbelow</u><br>JEREMY SCOTT BRUMBELOW<br>Senior Trial Attorney, Torts Branch |
|     | U.S. Department of Justice, Civil Division<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C.  20044-7146<br>Tel. (202) 616-4330; Fax. (202) 616-4314 |
| DATED:  November 4, 2023 | Email:  jeremy.brumbelow@usdoj.gov |
|     | *Counsel for Defendant Julie Carrigan in her individual capacity* |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

JEREMY SCOTT BRUMBELOW
/s/ Jeremy Scott Brumbelow
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division
