**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

URI MARCUS, *et al.*,

 Plaintiffs,

 v.

CENTERS FOR DISEASE
CONTROL & PREVENTION, *et al.*,

 Defendants

Case No. 2:22-cv-02383-SSS-AS

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT JULIE CARRIGAN, IN HER INDIVIDUAL CAPACITY, TO EXTEND DEADLINE**

1       On November 4, 2023, Defendant Julie Carrigan, in her individual capacity, filed a motion to extend her deadline for responding to Plaintiffs' First Amended Complaint. Having considered that motion and finding good cause for the relief requested, the Court hereby GRANTS the motion and extends Defendant Carrigan's response deadline to November 20, 2023.

      IT IS SO ORDERED.

Dated: _____

SUNSHINE S. SYKES  
United States District Judge