| | |
|---|---|
| 1 | Richard A. Lazenby (State Bar No. 202105) |
| | Email: rlazenby@victorrane.com |
| 2 | Michael Cutler (State Bar No. 298875) |
| | Email: mcutler@victorrane.com |
| 3 | VICTOR RANE |
| | 9350 Wilshire Blvd., Suite 308 |
| 4 | Beverly Hills, California 90212 |
| | Telephone: (310) 388-4849 |
| 5 | Facsimile: (310) 388-4869 |
| 6 | Barry S. Alexander (*pro hac vice*) |
| | Email: balexander@victorrane.com |
| 7 | 14 Wall Street, 20th Floor |
| | New York, NY 10005 |
| 8 | Telephone: (646) 585-4322 |
| 9 | Brittany C. Wakim (*pro hac vice*) |
| | Email: bwakim@victorrane.com |
| 10 | 1650 Market Street, Suite 3600 |
| | Philadelphia, PA 19103 |
| 11 | Telephone: (267) 297-3356 |
| 12 | Attorneys for Defendant |
| | MEDAIRE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | Case No.: 2:22-cv-02383-SSS-AS |
| Plaintiffs, | **DEFENDANT MEDAIRE, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (Doc. 190)** |
| vs. | |
| CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | Hearing Date: December 8, 2023<br>Time: 2:00 PM<br>Courtroom: 2<br>Judge: The Hon. Sunshine S. Skyes |
| Defendants. | |

# NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant MedAire, Inc. ("MedAire") will and hereby does move on December 8, 2023, at 2:00 p.m., in Courtroom 2 of the above court, located at 3470 Twelfth Street, Riverside, California, to dismiss Plaintiffs' Fist Amended Complaint as against MedAire pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(2).

MedAire's Motion to Dismiss is based upon this Notice, and the attached Memorandum of Points and Authorities filed concurrently herewith, the records, pleadings, and documents on file in this matter, and any such oral and/or documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

This motion is made following the conference of counsel and Plaintiffs (who are *pro se*) pursuant to L.R. 7-3, which took place on Tuesday October 24, 2023, via Zoom. Devorah Gordon, Avroham Gordon, Adi Marcus, Cindy Russo, Roy Goldberg, Brian Maye, Steve Ettinger, Jeremy Brumbelow, Andrew Freidah, Stephen Pezzi, and Barry S. Alexander were present at the conference. The conference lasted approximately one hour. At the conference, MedAire discussed the issues with Plaintiffs' First Amended Complaint and the grounds for dismissal of the claims as to MedAire for the reasons listed in MedAire's attached Memorandum of Points and Authorities filed concurrently herewith. The parties were unable to come to an agreement on the reasons for dismissal of MedAire from this lawsuit.

For the reasons detailed above and herein, MedAire's Motion to Dismiss should be granted in its entirety.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted, |
| | By: *[signature]* |
| | Barry S. Alexander, *pro hac vice* |
| | Brittany C. Wakim, *pro hac vice* |
| | VICTOR RANE |
| | -and- |
| | /s/ Richard A. Lazenby |
| | Richard A. Lazenby |
| | Michael Cutler |
| | VICTOR RANE |
| | |
| | *Attorneys for Defendant* |
| | MEDAIRE, INC. |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

MEDAIRE, INC.'S NOTICE OF MOTION TO DISMISS
CASE NO.: 2:22-CV-02383-SSS-AS
- 3 -