1  Richard A. Lazenby (State Bar No. 202105)
   Email: rlazenby@victorrane.com
2  Michael Cutler (State Bar No. 298875)
   Email: mcutler@victorrane.com
3  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
4  Beverly Hills, California 90212
   Telephone: (310) 388-4849
5  Facsimile: (310) 388-4869

6  -and-

   John C. Conti (State Bar No. 118824)
7  Email: jconti@dmclaw.com
   Jeffrey J. Wetzel (admitted *pro hac vice*)
8  Email: jwetzel@dmclaw.com
   Steven L. Ettinger (admitted *pro hac vice*)
9  Email: settinger@dmclaw.com
   DICKIE, McCAMEY & CHILCOTE, P.C.
10 2 PPG Place, Suite 400
   Pittsburgh, PA 15222
11 Telephone: (414) 392-5617

12 Attorneys for Defendant
   STAT-MD
13

                    UNITED STATES DISTRICT COURT
14
                    CENTRAL DISTRICT OF CALIFORNIA
15

16 | URI MARCUS, YVONNE MARCUS, | ) | Case No.: 2:22-cv-02383-SSS-AS
17 | AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | ) | **STAT-MD'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(B)(2) AND 12(B)(6)**
18 | Plaintiffs, | ) |
19 | vs. | ) |
20 | CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | ) | Hearing Date: December 8, 2023
   |  | ) | Hearing Time: 2:00 PM
   |  | ) | Ct. Room: 2
   |  | ) | Judge: Hon. Sunshine S. Sykes
27 | Defendants. | ) |
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant STAT-MD will and hereby move on December 8, 2023 at 2:00 p.m. in Courtroom 2 of the above court, located at 3470 Twelfth Street, Riverside, California 92501 to dismiss Plaintiffs' First Amended Complaint against STAT-MD pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). This Motion is made following an October 24, 2023 meet and confer conference between counsel for the Defendants and Plaintiffs pursuant to Local Rule 7-3. The Parties thoroughly discussed the substance and potential resolution of the filed motion. Despite their good faith efforts, the Parties were unable to resolve the issues raised in this Motion, and Plaintiffs intend to oppose the Motion.

STAT-MD's Motion asserts that (1) this Honorable Court lacks personal jurisdiction over STAT-MD pursuant to Fed. R. Civ. P. 12(b)(2); and (2) Plaintiffs fail to state an actionable claim against STAT-MD pursuant to Fed. R. Civ. P. 12(b)(6).

STAT-MD's Motion is based on this Notice of Motion and Motion to Dismiss, the concurrently filed Memorandum of Law in Support of Motion to Dismiss and Proposed Order, all pleadings and papers filed in this action, any oral argument of counsel, and any other matters that may come before the Court.

For the reasons detailed above and herein, STAT-MD's Motion to Dismiss should be granted in its entirety.

/ /
/ /
/ /
/ /
/ /
/ /

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

Dated: November 6, 2023     Respectfully submitted,

By: *John C. Conti*
   John C. Conti
   Jeffrey J. Wetzel
   *(*admitted *pro hac vice)*
   Steven L. Ettinger
   *(*admitted *pro hac vice)*
   DICKIE, McCAMEY & CHILCOTE, P.C.

-and-

By: _____
   Richard A. Lazenby
   Michael Cutler
   VICTOR RANE

*Attorneys for Defendant*
STAT-MD

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

STAT-MD'S NOTICE OF MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL
RULES 12(B)(2) AND 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2023, I electronically filed the foregoing Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rules 12(b)(2) and 12(b)(6) through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing, and, on this day, I will cause a copy to be mailed to each of those indicated as non-registered participants.

By: *John C. Conti*
JOHN C. CONTI

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

STAT-MD'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(B)(2) AND 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 4 -