UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants, | Case No.: 2:22-cv-02383-SSS-AS<br><br>**(PROPOSED) ORDER GRANTING STAT-MD'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(2) and 12(b)(6)** |

AND NOW, to wit, this _____ day of _____, 2022, upon consideration of the Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rules 12(B)(2) and 12(B)(6) filed on behalf of STAT-MD, the opposition of Plaintiffs thereto, and all other pleadings and documents properly before the Court in this matter, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED, and that Plaintiffs' claims against STAT-MD are DISMISSED WITH PREJUDICE.

1. STAT-MD is not subject to personal jurisdiction in the State of California. STAT-MD is not subject to general jurisdiction in California because it lacks contacts that are so constant and pervasive as to render it essentially at home in the state. See Martinez v. Aero Caribbean, 764 F.3d 1062, 1066 (9th Cir. 2014). STAT-MD is not subject to specific jurisdiction in California because the claims at issue do not arise out of any contacts with this forum. See id. Therefore, Plaintiffs have failed to meet their burden of demonstrating that this Honorable Court may exercise personal jurisdiction over STAT-MD.

2. Each of Plaintiffs' claims against STAT-MD are DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS SO ORDERED.

Dated: _____

_____
Sunshine S. Sykes
United States District Judge

[PROPOSED] ORDER GRANTING AIRLINE DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -