VICTOR RANE
Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Barry S. Alexander (*Admitted Pro Hac Vice*)
Email: balexander@victorrane.com
14 Wall Street, 20th Floor
New York, NY, 10005
Telephone: (646) 585-4320

Brittany C. Wakim (*Admitted Pro Hac Vice*)
Email: bwakim@victorrane.com
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 297-3356

Attorneys for All Non-Government Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO.: 2:22-CV-02383-SSS-AS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 9350 Wilshire Blvd., Suite 308, Beverly Hills, CA 90212. On November 6, 2023, I served the within document as follows:

1. **STAT-MD'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(B)(2) AND 12(B)(6)**

2. **STAT-MD'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES 12(B)(2) AND 12(B)(6)**

3. **(PROPOSED) ORDER GRANTING STAT-MD'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(2) and 12(b)(6)**

[X] **(Notice of Electronic Filing)**: I caused the above-referenced document(s) to be emailed to the person(s) at the address(es) set forth below via the Court's Electronic Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2023, at Beverly Hills, California.

*Tiffany Wolfe Gren*
Tiffany Wolfe Gren

/ /
/ /
/ /
/ /
/ /
/ /

PROOF OF SERVICE
CASE NO.: 2:22-CV-02383-SSS-AS

- 2 -

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

| | |
|---|---|
| John C. Conti<br>Email: jconti@dmclaw.com<br>Jeffrey J. Wetzel<br>(admitted *pro hac vice*)<br>Email: jwetzel@dmclaw.com<br>Steven L. Ettinger<br>(admitted *pro hac vice*)<br>Email: settinger@dmclaw.com<br>DICKIE, McCAMEY & CHILCOTE, P.C.<br>2 PPG Place, Suite 400<br>Pittsburgh, PA 15222<br>Tel. (414) 392-5617<br>*Attorneys for Defendant*<br>STAT-MD | M. Roy Goldberg<br>(Admitted Pro Hac Vice)<br>STINSON LLP<br>1775 Pennsylvania Avenue, N.W.,<br>Suite 800<br>Washington, D.C. 20006<br>Tel. (202) 728-3005<br>Email: roy.goldberg@stinson.com<br>*Attorneys for Defendants*<br>Alaska Airlines, Inc.,<br>American Airlines, Inc.,<br>Delta Airlines, Inc.,<br>Hawaiian Airlines, Inc.,<br>Southwest Airlines Co., and<br>United Airlines, Inc. |
| Brian M. Boynton<br>Principal Deputy Assistant Attorney General<br>C. Salvatore D'Alessio, Jr.<br>Acting Director, Torts Branch<br>Mary Hampton Mason<br>Senior Trial Counsel, Torts Branch<br>Jeremy Scott Brumbelow<br>Senior Trial Attorney, Torts Branch<br>U.S. Department of Justice, Civil Division P.O. Box 7146,<br>Ben Franklin Station<br>Washington, D.C. 20044-7146<br>Tel. (202) 616-4330;<br>Fax. (202) 616-4314<br>jeremy.brumbelow@usdoj.gov<br>*Attorneys for Defendant*<br>Julie Carrigan | Brian T. Maye<br>(Admitted Pro Hac Vice)<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street<br>Suite 2500<br>Chicago, IL 60606<br>Tel. (312) 422-5713<br>Email: bmaye@hinshawlaw.com<br>*Attorneys for Defendants*<br>Frontier Airlines, Inc.; and<br>Allegiant Air, LLC |
| Avrohom Gordon, plaintiff, *Pro-Se*<br>2251 State Route 222<br>New Richmond, OH 45157<br>Tel. (513) 734-1770<br>gordon.avrohom@gmail.com<br><br>Devorah Gordon, plaintiff, *Pro Se*<br>2251 State Route 222<br>New Richmond, OH 45157<br>Tel. (513) 734-1770<br>devorahlgordon@gmail.com | Barry S. Alexander<br>(Admitted Pro Hac Vice)<br>Victor Rane<br>1650 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel. (267) 297-3332<br>Email: balexander@victorrane.com<br><br>Brittany C. Wakim<br>(Admitted Pro Hac Vice)<br>Victor Rane<br>1650 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel. (267) 297-3332<br>Email: bwakim@victorrane.com<br><br>Attorneys for Defendant<br>*MEDAIRE, INC.* |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

| | |
|---|---|
| Yvonne Marcus, plaintiff, Pro-Se<br>P.O. Box 126<br>Ojai, CA 93024<br>Tel. (909) 833-0065<br>E-Mail: adi@ntcf.org<br><br>Cindy Russo, plaintiff, Pro-Se<br>22485 Breakwater Way<br>Santa Clarita, CA 91350<br>Tel. (908) 797-8066<br>cjrz123@gmail.com | Andrew Freidah<br>U.S. Department of Justice<br>Civil Division<br>1101 L Street, N.W.<br>Washington, D.C. 20005<br>Tel. (202) 305-0879<br>Email: Andrew.f.freidah@usdoj.gov<br><br>Michael J. Gerardi<br>U.S. Department of Justice<br>Civil Division,<br>Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Tel. (202) 616-0680<br>Email: michael.j.gerardi@usdoj.gov<br><br>Stephen M. Pezzi<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1101 L Street, N.W.<br>Washington, D.C. 20530<br>Tel. (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br>*Attorneys for Federal Defendants*<br>(Via e-service) |