BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
   Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 598-1226
Email:  clayton.l.bailey@usdoj.gov

*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>            *Plaintiffs*,<br><br><br>   v.<br><br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>          *Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**FEDERAL DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date: December 8, 2023<br>Time: 2:00 PM<br>Courtroom 2<br><br>Honorable Sunshine S. Sykes<br>**United States District Judge** |

PLEASE TAKE NOTICE that Federal Defendants (the Centers for Disease Control and Prevention; the United States Department of Health and Human Services; the Transportation Security Administration; and Julie Carrigan, Acting Division Director of TSA's National Transportation Vetting Center, in her official capacity), will, and hereby do, move this Court to dismiss Causes of Action 1–14, 23, and 26 of Plaintiffs' First Amended Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for the reasons explained in the accompanying memorandum.

This motion is based on this Notice and Motion and the attached Memorandum of Points and Authorities.

This motion is made following the conference of counsel and Plaintiffs (who are *pro se*) pursuant to L.R. 7-3, which took place on Tuesday October 24, 2023, via Zoom.  Andrew Freidah, Stephen Pezzi, Clayton Bailey, Devorah Gordon, Avroham Gordon, Adi Marcus, Cindy Russo, Roy Goldberg, Brian Maye, Steve Ettinger, Jeremy Brumbelow, and Barry S. Alexander were present at the conference.  The conference lasted approximately one hour.  At the conference, counsel for Federal Defendants discussed the issues with Plaintiffs' First Amended Complaint and the grounds for dismissal of the claims as to Federal Defendants for the reasons listed in the attached Memorandum of Points and Authorities filed with this Notice.  The parties were unable to come to an agreement on the reasons for dismissal of Federal Defendants from this lawsuit.

Dated: November 6, 2023

Respectfully submitted,
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By:   */s/ Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
STEPHEN M. PEZZI
ANDREW F. FREIDAH
MICHAEL J. GERARDI
  Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 598-1226
Email: clayton.l.bailey@usdoj.gov

*Counsel for the Federal Defendants*