UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>                Defendants. | Case No. 2:22-CV-2383-SSS-AS<br><br>**(PROPOSED) ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

      On November 6, 2023, Defendants the Centers for Disease Control and Prevention; the United States Department of Health and Human Services; the Transportation Security Administration; and Julie Carrigan, Acting Division Director of TSA's National Transportation Vetting Center, in her official capacity ("Federal Defendants") filed their Motion to Dismiss Plaintiffs' First Amended Complaint.

      Federal Defendants request that Plaintiffs' Causes of Action 1–14, 23, and 26 be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and that this case be closed as to Federal Defendants. Federal Defendants argue that Causes of Action 1–10, 14, and 26 seek only prospective relief and are therefore

moot following the expiration of the COVID-19 public health emergency; that Causes of Action 11–13 are barred by sovereign immunity; and that Cause of Action 23 fails to state a claim upon which relief can be granted.

The Court, having considered Federal Defendants' Motion and finding good cause, hereby GRANTS the Federal Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and ORDERS as follows:

1. Causes of Action 1–10, and 26 for APA and constitutional claims as to Federal Defendants are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction;
2. Cause of Action 14 for violation of the Rehabilitation Act as to Federal Defendants is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction;
3. Causes of Action 11–13 for violations of 42 U.S.C. §1983, § 1985, and § 1986 as to Federal Defendants are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction; and
4. Cause of Action 23 for practicing medicine without a license as to Federal Defendants is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

Dated:

_____
SUNSHINE S. SYKES
United States District Judge