**LODGED**
CLERK, U.S. DISTRICT COURT
11/16/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS et al,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, et al,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-02383-SSS-AS<br><br>**(PROPOSED) ORDER DENYING AIRLINE DEFENDANTS' MOTION TO DISMISS**<br>**(Doc. # 194)** |

　　　On November 2, 2023, the Airline Defendants filed a Motion to Dismiss the Amended Complaint (Doc. # 190).  On or about November 16, 2023, Plaintiffs filed a Response in Opposition to that Motion, asking the Court to DENY that Motion in its entirety.

　　　The court, having considered Defendants' Motion, and Plaintiff's Response, and finding good cause, hereby DENIES the Airline Defendants' Motion to Dismiss and ORDERS as follows:

　　　1. The Clerk of the Court should schedule a Rule 26(f) Conference;

2. And, the Parties should meet and confer at least 21 days prior to the Rule 26(f) Conference by phone and/or by email.

IT IS SO ORDERED.

Dated: _____

_____
SUNSHINE S. SYKES
United States District Judge