**LODGED**
CLERK, U.S. DISTRICT COURT
11/16/23
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CS_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS et al,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, et al,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-02383-SSS-AS<br><br>**(PROPOSED) ORDER DENYING DEFENDANT STAT-MD'S MOTION TO DISMISS**<br>**(Doc. # 198)** |

　　　On November 6, 2023, Defendant STAT-MD filed a Motion to Dismiss the Amended Complaint (Doc. # 190).  On or about November 16, 2023, Plaintiffs filed a Response in Opposition to that Motion, asking the Court to DENY that Motion in its entirety.

　　　The court, having considered Defendant's Motion, and Plaintiff's Response, and finding good cause, hereby DENIES the Defendant's Motion to Dismiss and ORDERS as follows:

　　　1. The Clerk of the Court should schedule a Rule 26(f) Conference;

2. And, the Parties should meet and confer at least 21 days prior to the Rule 26(f) Conference by phone and/or by email.

IT IS SO ORDERED.

Dated: _____

_____
SUNSHINE S. SYKES
United States District Judge