Case 2:22-cv-02383-SSS-AS   Document 211   Filed 11/16/23   Page 1 of 8   Page ID #:4985

Cindy Russo (Pro Se)
cjrz123@gmail.com
22485 Breakwater Way
Santa Clarita, CA 91350
Telephone: 908-797-8066
Lead Plaintiff



# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **URI MARCUS** et al,<br>　　　　　Plaintiffs<br><br>v.<br><br>**CENTERS FOR DISEASE CONTROL & PREVENTION**, et al<br>　　　　　Defendants. | Case No.: 22-cv-02383-SSS-AS<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT CARRIGAN'S MOTION TO EXTEND DEADLINE & MOTION FOR DEFAULT**<br><br>Hearing Date: December 8, 2023<br>Judge: Hon. Sunshine S. Sykes |

The Estate of Uri Marcus, plaintiff
E-Mail: adi@ntcf.org
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065

Yvonne Marcus, plaintiff
E-Mail: adi@ntcf.org
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065

Avrohom Gordon, plaintiff
E-Mail - gordon.avrohom@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770

Devorah Gordon, plaintiff
Email: devorahlgordon@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770

1    Plaintiffs hereby respond in opposition to the Defendant, Julie Carrigan's

2    ("Carrigan"), Motion to extend the deadline.  Additionally, Plaintiffs asks this court

3    for an entry of default against said Defendant, for not responding to the Amended

4    Complaint, as written in the Judge's Order.

5    On September 12, 2023, this Court ordered (Doc. # 189) that Plaintiffs

6    should file their Amended Complaint by October 13, 2023, and that "Defendants

7    must either file any motions to dismiss or responsive pleadings within 21 days after

8    the amended pleading is filed."

9    This Defendant chose to ignore the Court Order, and is playing a game with

10   the Plaintiffs and this Court, by asking for an extension, then assuming that since

11   the Court won't respond till December 8, 2023, and so they get their extension by

12   force.

13   The attorneys are part of one of the largest law firms in the world. The

14   attorney is JEREMY SCOTT BRUMBELOW, is Senior Trial Attorney, of Torts

15   Branch, at the U.S. Department of Justice ("DOJ"), Civil Division. As the DOJ

16   says on their website, "The Department of Justice employs more than 115,000

17   talented and diverse individuals to help meet its mission and goals."[1]

---

[1] https://www.justice.gov/careers/why-justice#:~:text=Our%20Commitment%20to%20Diversity%2C%20Equity,are%20its%20most%20important%20asset.

1  All the other attorneys already filed a response.  The airline attorneys
2  actually filed on time. Carrigan has the least number of claims against her.  There
3  is no reason to give them extra time.  They asked us for it, and we denied that
4  request. We ask this Court to do the same.

5

6  **MOTION IS UNTIMELY, AS PER COURT ORDER**

7  On September 12, 2023, this Court ordered (Doc. # 189) that Plaintiffs
8  should file their Amended Complaint by October 13, 2023, and that "Defendants
9  must either file any motions to dismiss or responsive pleadings within 21 days after
10 the amended pleading is filed."
11 On October 10, 2023, Plaintiffs filed their Amended Complaint, as instructed
12 by the Court. (as seen below).  Plaintiffs worked very hard to get the Amended
13 Complaint ready in time or earlier.

Document 190   Filed 10/10/23   Page 1 of 492   Page ID #:3770



14

15 Based on that filing, Defendant was required by the Court Order to file any
16 responses or dispositive motions by October 31, 2023. Defendant asked for an

extension from Plaintiffs, and Plaintiffs denied that request. Defendant did not file any motion for leave from the Court in a timely manner, and did not get any such leave from the Court. The Defendant's law firm has unlimited resources, and should have been able to file their motion on time. If there was a problem, they know how to file a motion for an extension, and they could have done that on day one. They chose not to.

<u>This Defendants filed her Motion to Extend the Deadline on November 4th, which was about 5 days too late.</u>

<u>Besides, what if the Court says, "NO," then they automatically are in default.</u>

Therefore, this Court should DENY this Motion to Extend the Deadline in its entirety as untimely.

The legal system has very specific rules. Attorneys are trained to adhere to those rules. Plaintiffs, who are filing pro se, are constantly struggling to learn the rules, to understand them, and to comply with them. It is understood that if Plaintiffs were to file their Amended Complaint a day late, the Court would have barred its filing and dismissed the case. The Defendants should not be treated any differently. Plaintiffs ask this Court to DENY the Defendants' Motion to extend the deadline in its entirety.

## ENTRY OF DEFAULT

Defendant Carrigan was served with the Amended Complaint through her attorney, by CM/ECF electronic filing on or about October 10, 2023. Defendant acknowledged said service in its Motion (Doc. 195), when requesting to extend the deadline, albeit claiming it was received a few days later.

Carrigan did not either file any motion to dismiss or responsive pleading within the 21 days after the amended pleading is filed, as required by the Court.

Plaintiffs request of this Court to enter a default against Defendant Carrigan as she did not respond to the Amended Complaint in a timely manner.

## CONCLUSION

WHEREFORE Plaintiffs ask this Court to DENY Defendants' Motion to Extend the Deadline in its entirety, and in light of the foregoing, Plaintiffs respectfully move that this Court enter a default against Defendant Carrigan and for such other and further relief as this Court deems necessary and just.



Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Respectfully submitted this 16th day of November, 2023.

*s/Cindy Russo*

Cindy Russo, lead plaintiff
22485 Breakwater Way
Santa Clarita, CA 91350
Telephone: 908-797-8066 Email: cjrz123@gmail.com


*s/Yvonne Marcus*

(Signed by his wife, Yvonne Marcus as Administrator)
The Estate of Uri Marcus, plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*s/Yvonne Marcus*

Yvonne Marcus, plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org



*s/Avrohom Gordon*

Avrohom Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
E-Mail gordon.avrohom@gmail.com

*s/Devorah Gordon*

Devorah Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
Email: devorahlgordon@gmail.com

## CERTIFICATE OF COMPLIANCE

The undersigned, Cindy Russo, lead Plaintiff, hereby certifies that this brief contains 755 words, which complies with the word limit of L.R. 11-6.1.

Date: November 16, 2023

*s/ Cindy Russo*

Cindy Russo, lead plaintiff