```
                        LODGED
                 CLERK, U.S. DISTRICT COURT

                        11/16/23

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY:      EEE           DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS et al,<br><br>                Plaintiffs,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, et al,<br><br>                Defendants. | Case No. 2:22-cv-02383-SSS-AS<br><br>**(PROPOSED) ORDER DENYING DEFENDANT CARRIGAN'S MOTION TO EXTEND THE DEADLINE (Doc. # 195), AND ENTERING A DEFAULT** |

    On November 4, 2023, Defendant Julie Carrigan filed a Motion to Extend the Deadline (Doc. # 195). On or about November 16, 2023, Plaintiffs filed a Response in Opposition to that Motion, asking the Court to DENY that Motion in its entirety, and asking the Court to enter a Default against said Defendant.

    The court, having considered Defendants' Motion, and Plaintiff's Response, and finding good cause, hereby DENIES the Defendant's Motion to Extend the Deadline and ORDERS as follows:

    1. The Clerk of the Court should enter a Default against Defendant Julie Carrigan for not responding as per the Court Order (Doc. # 189) that

1

Plaintiffs should file their Amended Complaint by October 13, 2023, and that "Defendants must either file any motions to dismiss or responsive pleadings within 21 days after the amended pleading is filed."

IT IS SO ORDERED.

Dated: _____

_____
SUNSHINE S. SYKES
United States District Judge