BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email: jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan in Her Individual Capacity*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br> Plaintiffs,<br><br> v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, *et al.*,<br><br> Defendants | Case No. 2:22-cv-02383-SSS-AS<br><br>**STATEMENT OF DEFENDANT JULIE CARRIGAN, IN HER INDIVIDUAL CAPACITY, NOTING THE DEATH OF PLAINTIFF URI (URIEL) MARCUS**<br><br>The Honorable Sunshine Suzanne Sykes<br>United States District Judge |

Pursuant to Federal Rule of Civil Procedure 25(a), Defendant Julie Carrigan—who is a party to this action in her individual capacity—respectfully files this statement to note the death of Plaintiff Uri (Uriel) Marcus during the pendency of this action.

**1.** According to an email from Mr. Marcus's wife, Plaintiff Yvonne Marcus, which she sent to a defense attorney in this case on August 15, 2023, Mr. Marcus died on August 6, 2023. *See* Exhibit 1 (PDF of Ms. Marcus's email to Stephen M. Pezzi, a Department of Justice attorney representing the federal-agency and official-capacity Federal Defendants).

**2.** All parties, including the remaining Plaintiffs, previously informed the Court of Mr. Marcus's death in a joint request to extend their deadline to file a Joint Status Report ("JSR"). Dkt. 183 at 2. In their portion of the JSR later filed on September 8, 2023, the remaining Plaintiffs wrote: "First, we would like to formally notify the Court of the passing of Mr. Uriel Marcus, Plaintiff." Dkt. 186 at 7. And in their First Amended Complaint ("FAC") filed on October 10, 2023, the remaining Plaintiffs allege: "Sadly, Uri passed away recently." Dkt. 190, ¶ 21.

**3.** According to the Plaintiffs' allegations in the FAC, Plaintiff Yvonne Marcus is the administrator of Mr. Marcus's estate and seeks to represent the estate in this action. *Id.* ¶ 21; *see also id.* at p. 219 (where, in signature block, Ms. Marcus referred to herself "as Administrator" of "[t]he Estate of Uri Marcus, plaintiff" and electronically signed the FAC on the estate's behalf, although no documentation to that effect has been presented to this Court).

**4.** As the FAC identifies the administrator of Mr. Marcus's estate as Ms. Marcus—and she is a party—it is necessary to serve this statement only on the parties pursuant to Federal Rule of Civil Procedure 5. Thus, on November 20, 2023, undersigned counsel for Defendant Carrigan served this statement on all *pro se* Plaintiffs—including Ms. Marcus—and on all defense counsel of record through

the Court's CM/ECF system.  Neither Defendant Carrigan nor her counsel is aware of any "nonparties" who might be "the decedent's successor or representative" and, as such, entitled to service under Federal Rule of Civil Procedure 4.  Fed. R. Civ. P. 25(a)(1) & (a)(3).

**5.**  In an abundance of caution, Defendant Carrigan's counsel also sent this statement to Ms. Marcus, on November 20, 2023, (1) by email to a second email address that she listed in her signature block in the FAC; and (2) by regular United States mail to the Post Office Box in California that is listed in the FAC in the signature blocks for Mr. and Ms. Marcus and Mr. Marcus's estate.

**6.**  If a motion to substitute Mr. Marcus's estate as plaintiff to his claims "is not made within 90 days after service" of this statement, "the action" as to him "must be dismissed" on that basis alone.  Fed. R. Civ. P. 25(a)(1).

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/ Jeremy Scott Brumbelow
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch

U.S. Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044-7146
Tel. (202) 616-4330; Fax. (202) 616-4314
Email:  jeremy.brumbelow@usdoj.gov

*Counsel for Defendant Julie Carrigan in Her Individual Capacity*

DATED:  November 20, 2023

2

# CERTIFICATE OF SERVICE

I hereby certify that on this day, November 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

In addition, on this day, November 20, 2023, I emailed the foregoing document to a second email address for Plaintiff Yvonne Marcus that she included in her signature block in the First Amended Complaint (adi@ntcf.org), and I also sent the document by regular United States mail to the following address listed for Plaintiffs Uri and Yvonne Marcus (and for Mr. Marcus's estate) in the First Amended Complaint:  P.O. Box 126, Ojai, CA  93024.

/s/ Jeremy Scott Brumbelow
JEREMY SCOTT BRUMBELOW
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division

*Counsel for Defendant Julie Carrigan in Her Individual Capacity*