| | |
|---|---|
| **From:** | Adi (Yvonne) |
| **To:** | Pezzi, Stephen (CIV) |
| **Subject:** | Re: [EXTERNAL] Marcus et al v. CDC et al. C.D. Cal. 2:22-cv-02383-SSS-ASx -- Joint Status Report |
| **Date:** | Tuesday, August 15, 2023 6:31:27 PM |

Mr Pezzi,

Mr Marcus passed away on August 6th.

Respectfully,

Yvonne Marcus

> On 26 Jun 2023, at 18:02, Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov> wrote:
>
> Mr. Marcus,
>
> Thank you for your email. We do not yet have a deadline for a joint status report, because the mandate in *Health Freedom* has not yet been issued. *See* Federal Rule of Appellate Procedure 41 (explaining the timing of issuance of the mandate).
>
> Thanks,
>
> **Stephen M. Pezzi** | Senior Trial Counsel
> United States Department of Justice
> Civil Division - Federal Programs Branch
> (202) 305-8576 | stephen.pezzi@usdoj.gov
>
> ---
>
> **From:** Uriel ben-Mordechai <uri@ntcf.org>
> **Sent:** Sunday, June 25, 2023 12:33 AM
> **To:** Walker, Johnny H. (CIV) <Johnny.H.Walker@usdoj.gov>
> **Cc:** devorahlgordon@gmail.com; gordon.avrohom@gmail.com; cjrz123@gmail.com; Adi Marcus <adi@ntcf.org>; Michael Cutler <mcutler@victorrane.com>; Richard Lazenby <rlazenby@victorrane.com>; Brian T. Maye <bmaye@amm-law.com>; Pezzi, Stephen (CIV) <Stephen.Pezzi@usdoj.gov>; Ettinger, Steven <settinger@dmclaw.com>; Conti, John <JConti@dmclaw.com>; Wetzel, Jeffrey <JWetzel@dmclaw.com>; Kiser, Hazel <HKiser@dmclaw.com>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Wesley Harden <wharden@victorrane.com>; Brumbelow, Jeremy (CIV) <Jeremy.Brumbelow@usdoj.gov>; Barry Alexander <balexander@victorrane.com>; Freidah, Andrew F. (CIV) <Andrew.F.Freidah@usdoj.gov>; Roy <roy.goldberg@stinson.com>; bwakim@victorrane.com
> **Subject:** [EXTERNAL] Marcus et al v. CDC et al. C.D. Cal. 2:22-cv-02383-SSS-ASx -- Joint Status Report
>
> Shalom Lawyers,

As you are aware, on March 7, we were directed by the Court to file a Joint Status Report within 7 days after a mandate was issued in *Health Freedom Defense Fund* [on Friday, June 22] and to request a status conference within 14 days of the filing of that status report, after which time the Court will be able set a new deadline for Plaintiffs in this case to file our amended complaint, following the stay being lifted. DKT. 181.

It looks like our deadline for the JSR is Thur, June 29.

A request for the Status Conference should be made NLT Thur, July 13.

We would respectfully request that when asking the Court to calendar the Status Conference, that, just like last year, we would be unable to attend owing to "The Three Weeks" from the evening of Thur, July 6, until after sundown on Sun, July 30 [which should also exclude ALL Fridays as well]. All times PDT. Thank you in advance.

I am prepared to draft some portion(s) of the JSR, as you wish, or wait for your lead.

Please advise on your preferences.

Shavu'ah Tov [Have a great week ahead],


Uri Marcus
Lead Plaintiff, *Pro Se*
Jerusalem

Tel: 909-833-0065, +972-522-811-774
Email: uri@ntcf.org


————————————