VICTOR RANE

Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com)
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

DICKIE, McCAMEY & CHILCOTE, P.C.

John C. Conti
Jeffrey J. Wetzel (admitted *pro hac vice*)
Steven L. Ettinger (admitted *pro hac vice*)
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (414) 392-5617

*Attorneys for Defendant*
STAT-MD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**PROOF OF SERVICE** |

1    I am a resident of the State of California, over the age of eighteen years, and
2 not a party to the within action. My business address is 9350 Wilshire Blvd., Suite
3 308, Beverly Hills, CA 90212. On November 22, 2023, I served the within
4 document as follows:

5
6    **STAT-MD'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO
     DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [DOCKET
7    ITEM NO. 198]**

8
9    ☒   **(Notice of Electronic Filing)**: I caused the above-referenced document(s)
         to be emailed to the person(s) at the address(es) set forth below via the
10        Court's Electronic Filing System.

11    I declare under penalty of perjury under the laws of the United States of
12 America that the foregoing is true and correct.
13    Executed on November 22, 2023, at Beverly Hills, California.
14
15                                    _Tiffany Wolfe Gren_
16                                    Tiffany Wolfe Gren
17 / /
18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

*Victor Rane*
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John C. Conti
Email: jconti@dmclaw.com
Jeffrey J. Wetzel
(admitted *pro hac vice*)
Email: jwetzel@dmclaw.com
Steven L. Ettinger
(admitted *pro hac vice*)
Email: settinger@dmclaw.com
DICKIE, McCAMEY &
CHILCOTE, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
Tel. (414) 392-5617
*Attorneys for Defendant*
STAT-MD

Brian M. Boynton
Principal Deputy Assistant Attorney
General
C. Salvatore D'Alessio, Jr.
Acting Director, Torts Branch
Mary Hampton Mason
Senior Trial Counsel, Torts Branch
Jeremy Scott Brumbelow
Senior Trial Attorney, Torts Branch
U.S. Department of Justice, Civil
Division P.O. Box 7146,
Ben Franklin Station
Washington, D.C. 20044-7146
Tel. (202) 616-4330;
Fax. (202) 616-4314
jeremy.brumbelow@usdoj.gov

*Attorneys for Defendant*
Julie Carrigan

Avrohom Gordon, plaintiff, *Pro-Se*
2251 State Route 222
New Richmond, OH  45157
Tel. (513) 734-1770
gordon.avrohom@gmail.com

Devorah Gordon, plaintiff, *Pro Se*
2251 State Route 222
New Richmond, OH  45157
Tel. (513) 734-1770
devorahlgordon@gmail.com

M. Roy Goldberg
(Admitted Pro Hac Vice)
STINSON LLP
1775 Pennsylvania Avenue, N.W.,
Suite 800
Washington, D.C. 20006
Tel. (202) 728-3005
Email: roy.goldberg@stinson.com

*Attorneys for Defendants*
Alaska Airlines, Inc.,
American Airlines, Inc.,
Delta Airlines, Inc.,
Hawaiian Airlines, Inc.,
Southwest Airlines Co., and
United Airlines, Inc.

Brian T. Maye
(Admitted Pro Hac Vice)
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Tel. (312) 422-5713
Email: bmaye@hinshawlaw.com

*Attorneys for Defendants*
Frontier Airlines, Inc.; and
Allegiant Air, LLC

Barry S. Alexander
(Admitted Pro Hac Vice)
Victor Rane
1650 Market Street
Suite 3600
Philadelphia, PA 19103
Tel. (267) 297-3332
Email: balexander@victorrane.com

Brittany C. Wakim
(Admitted Pro Hac Vice)
Victor Rane
1650 Market Street
Suite 3600
Philadelphia, PA 19103
Tel. (267) 297-3332
Email: bwakim@victorrane.com

Attorneys for Defendant
*MEDAIRE, INC.*

Victor Rane
9350 Wilshire Blvd., Suite 308
everly Hills, CA 90212
Telephone: (310) 388-4849

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Yvonne Marcus, plaintiff, Pro-Se
P.O. Box 126
Ojai, CA 93024
Tel. (909) 833-0065
E-Mail: adi@ntcf.org

Cindy Russo, plaintiff, Pro-Se
22485 Breakwater Way
Santa Clarita, CA  91350
Tel. (908) 797-8066
cjrz123@gmail.com

Andrew Freidah
U.S. Department of Justice
Civil Division
1101 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-0879
Email: Andrew.f.freidah@usdoj.gov

Michael J. Gerardi
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 616-0680
Email: michael.j.gerardi@usdoj.gov

Stephen M. Pezzi
U.S. Department of Justice
Civil Division
Federal Programs Branch
1101 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 305-8576
Email: stephen.pezzi@usdoj.gov
*Attorneys for Federal Defendants*
(Via e-service)

PROOF OF SERVICE
CASE NO.: 2:22-CV-02383-SSS-AS