Cindy Russo (Pro Se)
cjrz123@gmail.com
22485 Breakwater Way
Santa Clarita, CA 91350
Telephone: 908-797-8066
Lead Plaintiff



# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **URI MARCUS** et al, <br> Plaintiffs <br><br> v. <br><br> **CENTERS FOR DISEASE CONTROL & PREVENTION**, et al <br> Defendants. | Case No.: 22-cv-02383-SSS-AS <br><br> **PLAINTIFFS' LETTER TO THE COURT REQUESTING TO RESCHEDULE THE MOTIONS TO DISMISS** <br><br> *Current* Hearing Date: December 8, 2023 <br> Judge: Hon. Sunshine S. Sykes <br> Ct. Room: 2 |

The Estate of Uri Marcus, plaintiff
E-Mail: adi@ntcf.org
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065

Yvonne Marcus, plaintiff
E-Mail: adi@ntcf.org
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065

Avrohom Gordon, plaintiff
E-Mail - gordon.avrohom@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770

Devorah Gordon, plaintiff
Email: devorahlgordon@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770

1 Plaintiffs hereby request from this Court to reschedule the motions to
2 Dismiss. The current scheduled date and time is Friday, December 8, 2023 at
3 2PM.
4 Plaintiffs Devorah & Avrohom Gordon are religious observant Jews, and
5 currently reside in Ohio. A 2PM court appearance on zoom in California, would be
6 at 5PM in Ohio. The Shabbat begins right around that time, and these two
7 Plaintiffs would not be able to participate.
8 Plaintiffs reached out to all the opposing counsel and they agreed to have
9 this rescheduled two hours or so earlier, or for a different day and/or time after the
10 8th. One attorney was unavailable on the 15th.
11 Plaintiffs ask this Court if it can please reschedule this court date to at least
12 two hours earlier on Dec 8th or another Friday, or any other day of the week.
13 Thank you for understanding,
14 Respectfully submitted this 24th day of November, 2023.

*s/ Cindy Russo*

Cindy Russo, lead plaintiff
22485 Breakwater Way
Santa Clarita, CA 91350
Telephone: 908-797-8066 Email: cjrz123@gmail.com

*s/Yvonne Marcus*

(Signed by his wife, Yvonne Marcus as Administrator)
The Estate of Uri Marcus, plaintiff
P.O. Box 126
Ojai, CA 93024

Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*s/Yvonne Marcus*

Yvonne Marcus, plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*s/Avrohom Gordon*

Avrohom Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
E-Mail gordon.avrohom@gmail.com

*s/Devorah Gordon*

Devorah Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
Email: devorahlgordon@gmail.com