Cindy Russo (Pro Se)
cjrz123@gmail.com
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
Lead Plaintiff



FILED
CLERK, U.S. DISTRICT COURT

11/30/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eee___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **URI MARCUS** et al,<br>Plaintiffs<br><br>v.<br><br>**CENTERS FOR DISEASE CONTROL & PREVENTION**, et al<br>Defendants. | Case No.: 22-cv-02383-SSS-AS<br><br>**PLAINTIFFS' LETTER TO THE COURT REQUESTING TO DENY AND/OR RESCHEDULE THE MOTION TO DISMISS BY JULIE CARRIGAN**<br><br>*Current* Hearing Date: January 5, 2024<br>Judge: Hon. Sunshine S. Sykes |

The Estate of Uri Marcus, plaintiff
E-Mail: adi@ntcf.org
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065

Yvonne Marcus, plaintiff
E-Mail: adi@ntcf.org
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065

Avrohom Gordon, plaintiff
E-Mail - gordon.avrohom@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770

Devorah Gordon, plaintiff
Email: devorahlgordon@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770

Plaintiffs hereby request from this Court to deny and/or reschedule the motion to Dismiss by Defendant Julie Carrigan (in her personal capacity).  The current scheduled date and time is Friday, January 5 at 2PM.

Plaintiffs Devorah & Avrohom Gordon are religious observant Jews, and currently reside in Ohio.  A 2PM court appearance on zoom in California, would be at 5PM in Ohio.  The Shabbat begins right around that time, and these two Plaintiffs would not be able to participate.

Additionally, since Defendant Carrigan filed a Statement of the death of Plaintiff Uri Marcus on November 20, 2023 (Doc. 213), and assuming as presented by Defendant, that the ninety days to file a motion for substitution starts then, that would mean that the motion for substitution would be due by Monday February 19, 2024.  In that case, Plaintiffs ask this court to reschedule the court date for this motion to a time earlier on a Friday by at least two hours, or on any other day of the week.  We ask this Court to schedule it for after the February 19, 2024 date, so as to give sufficient time for the filing of the motion for substitution.

Plaintiffs reached out to opposing counsel with regards to the timing on the Friday afternoon issue and they agreed to have this rescheduled two hours or so earlier, or for a different day and/or time.

However, there is still another major issue pending.  This Court ordered (Doc 189) any answers or motions to dismiss to be submitted within 21 days of the

1  filing of the Amended Complaint. The Amended Complaint (Doc. 190) was filed
2  on October 10, 2023. This means all answers and/or motions to dismiss should
3  have been filed by October 31, 2023.  On November 4, 2023, Defendant Carrigan
4  filed a motion to extend the deadline for responding, and then went ahead and filed
5  their motion to dismiss on November 20, 2023 (Doc. 214). This should not be
6  accepted, as it was already beyond the deadline.  The Court did not grant that
7  motion to extend the deadline, as it is currently on the calendar for December 8,
8  2023.  Plaintiffs filed a response in opposition to that motion to extend deadline
9  (Doc 211), and asked the Court to deny it.
10      Plaintiffs ask this Court to deny that motion to extend the deadline, and to
11  not permit Defendant Carrigan to file another dispositive motion until after there is
12  sufficient discovery exchanged.
13      If the Court chooses to allow Defendant to file a motion to dismiss, or if the
14  Court allows the motion that was filed to remain as filed, or if the Court prefers to
15  address these issues later, Plaintiffs ask this Court if it can please reschedule this
16  court date to at least two hours earlier on a Friday, or any other day of the week,
17  and for after the due date for the Motion for Substitution (Feb. 19, 2024).
18
19      Thank you for understanding,
20
21

1   Respectfully submitted this 30th day of November, 2023.

*s/Cindy Russo*

Cindy Russo, lead plaintiff
22485 Breakwater Way
Santa Clarita, CA 91350
Telephone: 908-797-8066 Email: cjrz123@gmail.com

*s/Yvonne Marcus*

(Signed by his wife, Yvonne Marcus as Administrator)
The Estate of Uri Marcus, plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*s/Yvonne Marcus*

Yvonne Marcus, plaintiff
P.O. Box 126
Ojai, CA 93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

*s/Avrohom Gordon*

Avrohom Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
E-Mail gordon.avrohom@gmail.com

*s/Devorah Gordon*

Devorah Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
Email: devorahlgordon@gmail.com