UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02383-SSS-ASx | Date | December 5, 2023 |
| Title | Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING UNOPPOSED LETTER TO THE COURT REQUESTING TO RESCHEDULE THE MOTIONS TO DISMISS [DKT. 219].**

Before the Court is the unopposed Request to Reschedule the Motions to Dismiss. [Dkt. 219]. Plaintiffs Devorah Gordon and Avrohom Gordon are religious observant Jews and live in Ohio. [*Id.*]. They request that the hearings on the motions to dismiss set for hearing on December 8, 2023, at 2:00 p.m. be advanced two hours or rescheduled for another date and time. [*Id.*]. This request is unopposed. [*Id.*].

This Court's docket reflects there are six pending motions to dismiss. [Dkt. 193, 195-96, 198-99, 214]. Five of those motions are set for hearing on December 8, 2023. [Dkt. 195-96, 198-99]. Finding good cause exists, the Court continues the hearing for those five motions from **December 8, 2023, to Thursday, January 25, 2024, at 10:00 a.m. via Zoom videoconference**. [Dkt. 193, 195-96]. The Court also continues the motions currently scheduled for **January 5, 2024, to Thursday, January 25, 2024, at 10:00 a.m. via Zoom videoconference.** [Dkt. 214].

**IT IS SO ORDERED.**