BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 598-1226
Email: clayton.l.bailey@usdoj.gov

*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>          *Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing:<br>Date: January 25, 2024<br>Time: 10:00 AM<br>Courtroom 2<br><br>Honorable Sunshine S. Sykes<br>**United States District Judge** |

Federal Defendants respectfully submit three supplemental authorities in support of their Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 199): *Payne v. Biden*, No. 22-1225, 2023 WL 8531836, at *1 (U.S. Dec. 11, 2023); *Biden v. Feds for Med. Freedom*, No. 23-60, 2023 WL 8531839, at *1 (U.S. Dec. 11, 2023); and *Kendall v. Doster*, No. 23-154, 2023 WL 8531840, at *1 (U.S. Dec. 11, 2023). In these cases, concerning now-rescinded COVID-19 vaccine requirements for federal employees or military servicemembers, the Supreme Court summarily vacated decisions by the Fifth, Sixth, and D.C. Circuit Courts of Appeals and remanded with instructions either to vacate as moot lower court injunctions (*Feds for Med. Freedom*, 2023 WL 8531839, at *1; *Kendall*, 2023 WL 8531840, at *1) or to dismiss the case as moot (*Payne*, 2023 WL 8531836, at *1). A true and correct copy of the Supreme Court's published order list is attached as Exhibit 1.

The Supreme Court's summary dispositions confirm that Plaintiffs' challenges to the now-expired COVID-19 Mask and Testing Orders should be dismissed as moot. *See* Fed. Defs.' Mem. Supp. Mot. Dismiss at 6–10, ECF No. 199-1.

Dated: December 14, 2023

Respectfully submitted,
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

By: */s/ Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
STEPHEN M. PEZZI
ANDREW F. FREIDAH
MICHAEL J. GERARDI
  Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 598-1226
Email: clayton.l.bailey@usdoj.gov

*Counsel for the Federal Defendants*

2