BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
   Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 598-1226
Email:  clayton.l.bailey@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>        *Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date: January 25, 2024<br>Time: 10:00 AM<br>Courtroom 2<br><br>Honorable Sunshine S. Sykes<br>**United States District Judge** |

Federal Defendants respectfully inform the Court of supplemental authority in support of their Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 199). In *Wall v. Centers for Disease Control & Prevention*, No. 22-11532, 2023 WL 8667778, at *1 (11th Cir. Dec. 15, 2023), the Eleventh Circuit concluded that challenges to the same two COVID-prevention orders at issue here—the transportation mask order and the international testing order—were moot because the orders "expired at the end of the public health emergency." *Id*. The court relied on its earlier precedential decision in *Health Freedom Defense Fund v. President of the United States*, 71 F.4th 888 (11th Cir. 2023), which held that "a challenge to the federal transportation mask mandate was moot following a declaration that the public health emergency was over" and that no "mootness exceptions apply." *Wall*, 2023 WL 8667778, at *1. In *Wall*, the court explained that the challenge to the international testing order was also moot under "the reasoning of that decision." *Id*. A true and correct copy of the Eleventh Circuit's decision is attached as Exhibit 1.

In this case, Plaintiffs challenged the masking and testing orders that were at issue in *Wall* and that are no longer in effect. There is no "evidence that the [Centers for Disease Control and Prevention (CDC)] has any plans to promulgate an identical [order]," particularly given that the public health emergency declaration expired over seven months ago on May 11, 2023. *Health Freedom*, 71 F.4th at 892. The rulings in *Health Freedom* and *Wall* confirm that Plaintiffs' challenges to the now-expired CDC orders should be dismissed as moot. *See* Fed. Defs.' Mem. Supp. Mot. Dismiss at 6–10, ECF No. 199-1.

| | | |
|---|---|---|
| Dated: December 21, 2023 | | Respectfully submitted, |
| | | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | | TRACY WILKISON<br>United States Attorney |
| | | ERIC B. BECKENHAUER<br>Assistant Branch Director |
| | By: | */s/ Clayton L. Bailey*<br>CLAYTON L. BAILEY (D.C. Bar No. 1644867)<br>STEPHEN M. PEZZI<br>ANDREW F. FREIDAH<br>MICHAEL J. GERARDI<br>  Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel.: (202) 598-1226<br>Email: clayton.l.bailey@usdoj.gov<br><br>*Counsel for the Federal Defendants* |

2