BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TRACY WILKISON
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 598-1226
Email: clayton.l.bailey@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>        *Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date: January 25, 2024<br>Time: 10:00 AM<br>Courtroom 2<br><br>Honorable Sunshine S. Sykes<br>**United States District Judge** |

Federal Defendants respectfully inform the Court of supplemental authority in support of their Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 199). In *Carlin v. Centers for Disease Control & Prevention*, No. 22-CV-800 (CRC), 2023 WL 8880336 (D.D.C. Dec. 22, 2023), the court adopted the Eleventh Circuit's reasoning in *Health Freedom Defense Fund v. President of the United States*, 71 F.4th 888 (11th Cir. 2023), and dismissed challenges to the same masking order at issue here because "the expiration of the challenged mandate has mooted this case." *Carlin*, 2023 WL 8880336, at *2. A true and correct copy of the D.D.C. decision is attached as Exhibit 1.

The court reasoned that "[b]ecause the mandate has already expired on its own terms, finding it lawful would not reinstate it and finding it unlawful would not enable the Court to vacate it." *Id.* The court further held that neither the "voluntary cessation" nor the "capable of repetition yet evading review" exceptions to mootness applied, as plaintiffs failed to show "a reasonable expectation that the mask mandate will be reinstated." *Id.* at *2–3. The plaintiffs' "assertion that they themselves will be subject to the same mask mandate in the future is entirely theoretical." *Id.* at *3. Finally, the court rejected plaintiffs' reliance on the D.C. Circuit's decision in *Wall v. TSA*, No. 21-1220, 2023 WL 1830810 (D.C. Cir. Feb. 9, 2023), because that case was decided before "the end of the public health emergency." *Id.* at *4.

This ruling therefore further supports dismissal of Plaintiffs' challenges to the now-expired CDC orders as moot. *See* Fed. Defs.' Mem. Supp. Mot. Dismiss at 6–10, ECF No. 199-1.

| | | |
|---|---|---|
| 1 | Dated: January 8, 2024 | Respectfully submitted, |
| 2 | | BRIAN M. BOYNTON |
| 3 | | Principal Deputy Assistant Attorney General |
| 4 | | TRACY WILKISON |
| 5 | | United States Attorney |
| 6 | | ERIC B. BECKENHAUER |
| 7 | | Assistant Branch Director |

By: */s/ Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
STEPHEN M. PEZZI
ANDREW F. FREIDAH
MICHAEL J. GERARDI
  Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 598-1226
Email: clayton.l.bailey@usdoj.gov

*Counsel for the Federal Defendants*