Cindy Russo (Pro Se)
cjrz123@gmail.com
22485 Breakwater Way
Santa Clarita, CA  91350
Telephone: 908-797-8066
Lead Plaintiff



# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **URI MARCUS** et al,<br>                Plaintiffs<br><br>v.<br><br>**CENTERS FOR DISEASE CONTROL & PREVENTION**, et al<br>                Defendants. | Case No.: 22-cv-02383-SSS-AS<br><br>**PLAINTIFFS' MOTION TO STRIKE FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY/SURREPLY** |

Avrohom Gordon, plaintiff
E-Mail -gordon.avrohom@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770


Devorah Gordon, plaintiff
Email: devorahlgordon@gmail.com
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770

On April 12, 2024, the Airline Defendants submitted a Notice of Supplemental Authority (Doc. 229). In this filing, they presented a court decision granting motions to dismiss for some of the airline Defendants in the case of Aaron Abadi v. American Airlines, Inc. et al, in the Southern District of New York Case No. 23-cv-4033 (LJL). Additionally, the Defendants used this opportunity to submit a nine-page document advancing arguments to support their initial motion to dismiss.

The Airline Defendants attempted to draw a parallel between the two cases by insinuating that in both instances, the plaintiffs strongly opposed mask mandates. However, this comparison overlooks the core issues at hand. These cases primarily center around allegations of disability discrimination, with the defendants seemingly indifferent to their infringement upon the human rights of disabled individuals, as evidenced by their admission to violating ACAA laws. It appears that the defendants are banking on a technicality to absolve themselves of responsibility. Disregarding the central issue of disability discrimination and instead highlighting our stance on mask mandates is not only misguided but also offensive.

The plaintiffs argue that the referenced case is pending appeal and thus should not be used as an example until the appeal's outcome is known. Moreover, they highlight that decisions from other district judges are not binding on this court.

Although the Federal Rules of Civil Procedure and the Local Rules of this Court do not expressly authorize the filing of supplemental authorities, the plaintiffs acknowledge that such notices are often accepted in practice, though with restrictions on their length and content. They reference a common procedure in Circuit Courts of Appeal, where letters notifying of supplemental authority must adhere to a concise limit of 350 words, as outlined in FRAP Rule 28j. This stands in stark contrast to the Airline Defendants' extensive submission of 2,299 words.

The plaintiffs assert that the Airline Defendants' filing exceeds the bounds of a mere notice of supplemental authority, resembling an unauthorized Surreply. This Court should STRIKE this Surreply and deny its filing. Plaintiffs also argue that if the court were to entertain this filing, they should be granted 30 days to respond fully to all the arguments presented.

WHEREFORE, the plaintiffs request the Court to DENY and STRIKE the Airline Defendants' filing and to direct them to seek leave from the Court before submitting any surreply in the future.

Respectfully submitted this 21st day of April, 2024.

*s/Cindy Russo*
Cindy Russo, lead plaintiff
22485 Breakwater Way
Santa Clarita, CA 91350
Telephone: 908-797-8066
Email: cjrz123@gmail.com

*s/Devorah Gordon*
Devorah Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
Email: devorahlgordon@gmail.com

*s/Avrohom Gordon*
Avrohom Gordon, plaintiff
2251 State Route 222
New Richmond, OH 45157
Telephone: 513-734-1770
E-Mail gordon.avrohom@gmail.com