```
                    LODGED
              CLERK, U.S. DISTRICT COURT

                     4/21/24

              CENTRAL DISTRICT OF CALIFORNIA
              BY:        eee        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS et al,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, et al,<br><br>        Defendants. | Case No. 2:22-cv-02383-SSS-AS<br><br>**(PROPOSED) ORDER STRIKING AIRLINE DEFENDANTS' SURREPLY (Doc. # 229)** |

    On April 12, 2024, the Airline Defendants submitted a NOTICE OF SUPPLEMENTAL AUTHORITY (Doc. # 229), presenting a Court decision granting motions to dismiss for some of the airline Defendants in the case of Aaron Abadi v. American Airlines, Inc. et al, at the Southern District of New York Case No. 23-cv-4033 (LJL).

After reviewing Defendants' submission and Plaintiff's Motion to Strike in Response, the court, finding good cause, hereby STRIKES the Defendant's Notice of

Supplemental Authority. The Parties are instructed to refrain from filing Surreplies without prior authorization.

IT IS SO ORDERED.

Dated: _____

_____
SUNSHINE S. SYKES
United States District Judge

2