Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for All Non-Government Defendants

AND ALL THE PARTIES LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-AS<br><br>**AIRLINE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE AIRLINE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY [ECF No. 230]** |

## AIRLINE DEFENDANTS' RESPONSE

Defendants Alaska Airlines, Inc., Allegiant Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Frontier Airlines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., and United Air Lines, Inc. (the "Airline Defendants"), by counsel, respectfully provide this short response to Plaintiffs' Motion to Strike Airline Defendants' Notice of Supplemental Authority (erroneously titled "Plaintiffs' Motion to Strike *Federal Defendants*' Notice of Supplemental Authority/Surreply"). (*See* ECF Nos. 229, 230.)

Contrary to Plaintiffs' argument, Airline Defendants did not file an unauthorized sur-reply in support of their Motion to Dismiss the First Amended Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. (ECF Nos. 193-1 and 215), but merely provided a notice of a relevant supplemental authority, *Aaron Abadi v. American Airlines, Inc., et al.,* Case No. 23-cv-4033 (LJL), a new ruling that was not available at the time of the briefing of the motion, which Airline Defendants summarized for the convenience of the Court and the parties.

Respectfully, the decision to review this supplemental authority is well within the discretion of this Court. Airline Defendants assert that Plaintiffs have already provided a substantive response to the Notice of Supplemental Authority in their Motion to Strike, however, to the extent they need additional 30 days to review it and respond to it further, as they request in their Motion to Strike, Airline Defendants do not oppose Plaintiffs' request for a time extension.

/ /

/ /

/ /

/ /

/ /

/ /

AIRLINE DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO STRIKE AIRLINE DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY [ECF NO. 230]
CASE NO.: 2:22-CV-02383-SSS-AS

| | |
|---|---|
| Dated: April 23, 2024 | Respectfully submitted,<br><br>By: _M Cutler_ (signature)<br>Richard A. Lazenby<br>Michael Cutler<br>VICTOR RANE<br>*Attorneys for All Non-Government Defendants*<br><br>-and-<br><br>M. Roy Goldberg<br>roy.goldberg@stinson.com<br>(Admitted *Pro Hac Vice*)<br>STINSON LLP<br>1775 Pennsylvania Avenue NW, Ste 800<br>Washington, DC 20006-4605<br>Tel: (202) 728-3005<br>*Attorneys for Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Airlines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc.*<br><br>-and-<br><br>Brian T. Maye<br>bmaye@amm-law.com<br>(Admitted *Pro Hac Vice*)<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Telephone: (312) 422-5713<br>*Attorneys for Defendants Frontier Airlines, Inc. and Allegiant Air, LLC.* |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

AIRLINE DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO STRIKE AIRLINE DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY [ECF NO. 230]
CASE NO.: 2:22-CV-02383-SSS-AS