# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22-cv-02383-SSS-AS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __4/21/2024__

Document No.:   __230__

Title of Document:   __PLAINTIFFS MOTION TO STRIKE FEDERAL DEFENDANTS NOTICE OF SUPPLEMENTAL AUTHORITY/SURREPLY__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  April 24, 2024    By:   /s/ *Irene Vazquez  Irene_Vazquez@cacd.uscourts.gov*
                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**