BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

E. MARTIN ESTRADA
United States Attorney

ERIC B. BECKENHAUER
Assistant Branch Director

STEPHEN M. PEZZI
MICHAEL J. GERARDI
ANDREW F. FREIDAH
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 598-1226
Email:  clayton.l.bailey@usdoj.gov

*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>    *Defendants*. | CASE NO. 2:22-CV-2383-SSS-AS<br><br>**FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Honorable Sunshine S. Sykes<br>**United States District Judge** |

Federal Defendants respectfully inform the Court of supplemental authority in support of their Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 199). In *Carlin v. Centers for Disease Control & Prevention*, No. 24-5037, 2024 WL 2280991 (D.C. Cir. May 20, 2024), the D.C. Circuit granted summary affirmance of the district court's dismissal for mootness, holding that "[t]he merits of the parties' positions are so clear as to warrant summary action." A true and correct copy of the D.C. Circuit's decision is attached as Exhibit 1.

*Carlin* considered a challenge to the same masking order at issue in this case. Citing *Health Freedom Defense Fund v. President of the United States*, 71 F.4th 888, 891–92 (11th Cir. 2023), the D.C. Circuit determined that the "district court correctly held that this case is moot because the relevant Covid-19 public health emergency declaration and the challenged mask mandate have ended, and it is therefore impossible to grant appellants effective relief." *Carlin*, 2024 WL 2280991 at *1. The court further reasoned that because "there is no reasonable expectation that the mask mandate will be reinstated or that appellants will be subjected to the same mandate in the future . . . the case does not satisfy the requirements of the voluntary cessation doctrine or the rule allowing review of otherwise-moot cases that are capable of repetition yet evade review." *Id.*

The D.C. Circuit also addressed its earlier decision in *Wall v. TSA*, 2023 WL 1830810 (D.C. Cir. 2023) (per curiam), which Plaintiffs in this case have repeatedly cited in support of their argument that their claims against the federal government are not moot. The D.C. Circuit held that *Wall* was distinguishable because "the public health emergency had not ended when *Wall* was decided, and the government had 'told this court directly that "there [was] a more-than-speculative chance that TSA [would] invoke the same authorities" to readopt another masking directive in the future.'" *Carlin*, 2024 WL 2280991 at *1 (quoting *Wall*, 2023 WL 1830810 at *2). *Wall* is distinguishable from this case for all the same reasons.

1

1 | The D.C. Circuit's decision therefore further supports dismissal of Plaintiffs'
2 | challenges to the now-expired CDC orders as moot.  *See* Fed. Defs.' Mem. Supp.
3 | Mot. Dismiss at 6–10, ECF No. 199-1.

| | | |
|---|---|---|
| Dated: May 24, 2024 | | Respectfully submitted, |
| | | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | | E. MARTIN ESTRADA<br>United States Attorney |
| | | ERIC B. BECKENHAUER<br>Assistant Branch Director |
| | By: | /s/ Clayton L. Bailey<br>CLAYTON L. BAILEY (D.C. Bar No. 1644867)<br>STEPHEN M. PEZZI<br>ANDREW F. FREIDAH<br>MICHAEL J. GERARDI<br>  Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel.: (202) 598-1226<br>Email: clayton.l.bailey@usdoj.gov<br><br>*Counsel for the Federal Defendants* |