UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-02383-SSS-ASx | Date | June 5, 2024 |
|---|---|---|---|
| Title | Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al. | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, [Dkt. 195], AND SETTING A BRIEFING SCHEDULE REGARDING DEFENDANT JULIA CARRIGAN'S MOTION TO DISMISS IN HER INDIVIDUAL CAPACITY [Dkt. 214].**

Before the Court is Defendant Julie Carrigan's, in her individual capacity, motion to extend the deadline to respond to Plaintiffs' FAC (the "Motion"). [Dkt. 195]. Plaintiffs oppose the extension. [Dkt. 220]. Having read and reviewed the Motion, the Court **GRANTS** the Motion and deems Carrigan's motion to dismiss, [Dkt. 214], **TIMELY**. [Dkt. 195].

Given the above, the Court orders as follows. Plaintiffs shall file an opposition to the motion to dismiss, [Dkt. 214], **by June 21, 2024**. Carrigan shall file a reply to the opposition by **June 28, 2024**.

Should Plaintiffs file a second amended complaint before the completion of the briefing schedule, the Court notes the pending motion to dismiss, [Dkt. 214], may be mooted.

**IT IS SO ORDERED.**