Brian T. Maye (*pro hac vice admission*)
Fitzpatrick, Hunt & Pagano, LLP
10 S. LaSalle Street, Suite 3400
Chicago, IL 60603
312-728-4905
brian.maye@fitzhunt.com

*Attorney for Defendant*
*Frontier Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, ET AL., <br><br> Defendants. | Case No.: 2:22-cv-02383-SB-AS |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to the U.S. District Court for the Central District of California Local Rule 83-2.3.2, attorney Brian T. Maye moves this Court for an order permitting him to withdraw as counsel for Defendant Allegiant Air, LLC ("Allegiant"), and in support thereof states as follows:

1.  Attorney Brian T. Maye recently resigned from the law firm Hinshaw & Culbertson and accepted a position at the law firm Fitzpatrick, Hunt & Pagano, LLP. Good cause exists for the withdrawal of Mr. Maye as counsel for Allegiant, as he no longer represents Allegiant in this matter.

2. Allegiant will continue to be represented by attorneys from the law firm Hinshaw & Culbertson in this matter.

3. Allegiant consents to this withdrawal of counsel.

4. Notice of Mr. Maye's withdrawal has been provided to Allegiant and all other parties.

5. Mr. Maye will continue to represent Frontier Airlines, Inc. in this matter.

WHEREFORE, attorney Brian T. Maye respectfully requests that this Court grant his motion for Leave to Withdraw as Counsel for Allegiant Air, LLC in the above-captioned matter.

Dated: June 11, 2024

Respectfully submitted,

FITZPATRICK, HUNT & PAGANO, LLP

/s/ Brian T. Maye

Brian T. Maye
10 S. LaSalle Street
Suite 3400
Chicago, IL 60603
312-728-4905
brian.maye@fitzhunt.com

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on June 11, 2024, I caused a true and accurate copy of the |
| 3 | foregoing to be filed electronically with the Court using the ECF/CM system and |
| 4 | that all parties of record will receive electronic notification and the link |
| 5 | to download this filing from the Pacer website. |
| 6 | <u>/s/ Brian T. Maye</u> |