UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02383-SSS-ASx | Date | June 13, 2024 |
| Title | Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY [Dkt. 230]**

Before the Court is Plaintiffs' motion to strike the Federal Defendants' Notice of Supplemental Authority (the "Motion"). [Dkt. 230]. On June 12, 2024, the Court decided the Federal Defendants' motion to dismiss without consulting the Federal Defendants' supplemental authority. [Dkt. 229]. As such, the Court **DENIES** the Motion as **MOOT**. [Dkt. 230].

**IT IS SO ORDERED.**