UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>          Defendants. | Case No. 2:22-CV-2383-SSS-ASx<br><br>**JUDGMENT OF DISMISSAL OF FEDERAL DEFENDANTS**<br><br>**NOTE CHANGE MADE BY COURT** |

For the reasons stated in the Court's June 12, 2024, Order Granting Federal Defendants' Motion to Dismiss (ECF No. 242), judgment of dismissal is hereby entered against Plaintiffs and for Defendants the Centers for Disease Control and Prevention, the United States Department of Health and Human Services, the Transportation Security Administration ("TSA"), and Julie Carrigan in her official capacity as acting Division Director of TSA's National Transportation Vetting Center

1  (collectively "Federal Defendants") on Claims 1–14, 23, and 26 of Plaintiffs' First
2  Amended Complaint.[1]
3       As to Federal Defendants, this case is dismissed, and the Clerk shall dismiss the
4  Federal Defendants.  Plaintiffs and Federal Defendants will bear their own costs.
5       IT IS SO ORDERED.

7  Dated: June 20, 2024

                              SUNSHINE S. SYKES
                              United States District Judge

---

[1] Although the Court's June 12, 2024, Order indicated that Claims 1–14 and 26 would be dismissed with prejudice, because mootness and sovereign immunity are jurisdictional matters, dismissal of those claims shall be without prejudice. *See, e.g.*, *Barke v. Banks*, 25 F.4th 714, 716 (9th Cir. 2022) (per curiam).

2