| | |
|---|---|
| 1 | Richard A. Lazenby (State Bar No. 202105) |
| | Email: rlazenby@victorrane.com |
| 2 | Michael Cutler (State Bar No. 298875) |
| | Email: mcutler@victorrane.com |
| 3 | VICTOR RANE |
| | 9350 Wilshire Blvd., Suite 308 |
| 4 | Beverly Hills, California 90212 |
| | Telephone: (310) 388-4849 |
| 5 | Facsimile: (310) 388-4869 |
| 6 | Barry S. Alexander (*pro hac vice*) |
| | Email: balexander@victorrane.com |
| 7 | 14 Wall Street, 20th Floor |
| | New York, NY 10005 |
| 8 | Telephone: (646) 585-4322 |
| 9 | Brittany C. Wakim (*pro hac vice*) |
| | Email: bwakim@victorrane.com |
| 10 | 1650 Market Street, Suite 3600 |
| | Philadelphia, PA 19103 |
| 11 | Telephone: (267) 297-3356 |
| 12 | Attorneys for Defendant |
| | MEDAIRE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, | Case No.: 2:22-cv-02383-SSS-AS |
| Plaintiffs, | **DEFENDANT MEDAIRE, INC.'S NOTICE OF MOTION FOR RECONSIDERATION** |
| vs. | Hearing Date: July 26, 2024 |
| | Time: 2:00 PM |
| CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, | Courtroom: 2 |
| | Judge: The Hon. Sunshine S. Sykes |
| Defendants. | |

MEDAIRE, INC.'S NOTICE OF MOTION FOR
RECONSIDERATION
CASE NO.: 2:22-CV-02383-SSS-AS

# NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant MedAire, Inc. ("MedAire") will and hereby does move on July 26, 2024, at 2:00 PM, in Courtroom 2 of the above court, located at 3470 Twelfth Street, Riverside, California, for reconsideration pursuant to Federal Rule of Civil Procedures 60 of the Court's June 12, 2024 Order Granting its Motion to Plaintiffs' First Amended Complaint **without prejudice** for lack of personal jurisdiction (Dkt. 240).

MedAire's Motion to for Reconsideration is based upon this Notice, and the attached Memorandum of Points and Authorities filed concurrently herewith, the records, pleadings, and documents on file in this matter, and any such oral and/or documentary evidence as may be presented prior to, or at the time of, the hearing on this matter.

On June 18, 2024, counsel for MedAire sent an email to all Plaintiffs (who are *pro se*) and all defendants pursuant to L.R. 7-3 requesting a meet and confer on the substance of the (at the time contemplated) motion for reconsideration and potential resolution. Counsel detailed MedAire's intention to file the instant motion and the basis for it with a request that Plaintiffs advise when they would be available to meet and confer. Plaintiffs did not respond to the email correspondence. Counsel for MedAire sent follow up correspondence on June 20, 2024, again requesting a meet and confer. Plaintiffs again did not respond to the email correspondence and, as such, the parties were unable to come an agreement on dismissal of MedAire from this lawsuit with prejudice.

For the reasons detailed above and herein, MedAire's Motion for Reconsideration should be granted in its entirety.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

| | |
|---|---|
| Dated: June 24, 2024 | Respectfully submitted, |
| | By: /s/ Barry S. Alexander |
| | Barry S. Alexander, *pro hac vice* |
| | Brittany C. Wakim, *pro hac vice* |
| | VICTOR RANE |
| | -and- |
| | /s/ Michael Cutler |
| | Richard A. Lazenby |
| | Michael Cutler |
| | VICTOR RANE |
| | *Attorneys for Defendant* |
| | MEDAIRE, INC. |

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

MEDAIRE, INC.'S NOTICE OF MOTION FOR RECONSIDERATION
CASE NO.: 2:22-CV-02383-SSS-AS

- 3 -