UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br>      Plaintiffs<br>v.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YETTO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br>      Defendants. | CASE NO.: 2:22-CV-02383-SSS-AS<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT MEDAIRE, INC.'S MOTION FOR RECONSIDERATION** |

The Court, having considered MedAire, Inc.'s ("MedAire") Motion for Reconsideration, and finding good cause, hereby GRANTS the Motion for Reconsideration and ORDERS as follows:

1. Plaintiffs' Complaint is DISMISSED with prejudice as against MedAire, Inc. pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

IT IS SO ORDERED.

Dated:

_____
Hon. Sunshine S. Sykes
United States District Judge