UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-02383-SSS-ASx | Date | July 8, 2024 |
|---|---|---|---|
| Title | *Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING DEFENDANT JULIE CARRIGAN'S MOTION TO DISMISS [Dkt. 214]**

On November 20, 2023, Defendant Julie Carrigan ("Carrigan"), in her individual capacity, filed a motion to dismiss in this matter (the "Motion"). [Dkt. 214]. On June 5, 2024, the Court granted Carrigan's motion to extend the deadline to respond to Plaintiffs' FAC and ordered Plaintiffs to file an opposition to the Motion by June 21, 2024. [Dkt. 234]. Plaintiffs have failed to file an opposition to the Motion, and thus the Motion is unopposed. Because the Motion is unopposed, the Court **GRANTS** the Motion, [Dkt. 214], and **DISMISSES WITHOUT PREJUDICE** the FAC as to Carrigan in her individual capacity. *See* Local Rule 7-12 (stating failure to file a required document within the set deadline may be deemed consent to the granting or denial of the motion).

Should any amended complaint be necessary, Plaintiffs are hereby **ORDERED** to file their amended complaint no later than **July 19, 2024**. Any amended complaint **SHALL ONLY** address the deficiencies identified herein. Plaintiffs are further instructed to include as an exhibit a redlined version of the amended complaint reflecting all changes made.

**IT IS SO ORDERED.**