UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02383-SSS-ASx | Date | July 10, 2024 |
| Title | Uri Marcus, et al. v. Centers for Disease Control & Prevention, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL [DKT. 248]**

    Brian T. Maye moves to withdraw as counsel for Defendant Allegiant Air, LLC. [Dkt. 236]. Neither Allegiant Air nor any party has opposed. Having reviewed Maye's arguments, relevant legal authority, and record in this case, Maye's motion is **GRANTED**. Frederick J. Ufkes of Hinshaw and Culbertson LLP will remain as counsel for Allegiant Air. The hearing set for July 12, 2024, is **VACATED**.

    **IT IS SO ORDERED.**