UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-02383-SSS-ASX | Date | August 19, 2024 |
|---|---|---|---|
| Title | Uri Marcus, et al. v. Centers for Disease Control and Prevention, et al. | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' FAILURE TO PROSECUTE**

On July 8, 2024, the Court dismissed Plaintiffs' action against Defendant, Julie Carrigan, in her individual capacity, without prejudice. [Dkt. 249]. Further, the Court ordered Plaintiffs to file an amended complaint, if necessary, no later than July 19, 2024. *Id*. As of the date of this Order, Plaintiffs have not filed an amended complaint.

Accordingly, the Court **ORDERS** Plaintiffs to show cause as to why they did not file an amended complaint by the ordered date. Plaintiffs are required to respond in writing to this Order by no later than **August 26, 2024**.

Plaintiffs' failure to timely or adequately respond to this Order may, without further warning, result in the dismissal of Plaintiffs' action with prejudice.

**IT IS SO ORDERED.**