UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE,<br><br>Defendants. | Case No.: 2:22-cv-02383-SSS-ASx<br><br>**JUDGMENT** |

JUDGMENT
CASE NO.: 2:22-CV-02383-SSS-AS

1  The Court, having GRANTED Defendants Alaska Airlines, Inc., American Airlines, Inc., Delta Airlines, Inc., Hawaiian Airlines, Inc., Southwest Airlines Co., United Airlines, Inc., Frontier Airlines, Inc., and Allegiant Air, LLC's (the "Airline Defendants") motion to dismiss on June 12, 2024 (DKT. 243),

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in this action as follows:

1. Plaintiffs were ordered to file an amended complaint no later than June 29, 2024;
2. To date, plaintiffs have not filed an amended complaint;
3. Plaintiffs shall recover nothing from Airline Defendants;
4. Airline Defendants shall have judgment in their favor on Plaintiffs' entire action, which is hereby dismissed with prejudice; and
5. Airline Defendants shall recover from Plaintiffs their "prevailing party costs" in the sum that shall be determined.

IT IS SO ORDERED.

Dated: October 30, 2024

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE