## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URI MARCUS, YVONNE MARCUS, AVROHOM GORDON, DEVORAH GORDON & CINDY RUSSO, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTERS FOR DISEASE CONTROL & PREVENTION, DEPARTMENT OF HEALTH & HUMAN SERVICES, TRANSPORTATION SECURITY ADMINISTRATION, JULIE CARRIGAN, ALASKA AIRLINES, ALLEGIANT AIR, AMERICAN AIRLINES, DELTA AIR LINES, FRONTIER AIRLINES, HAWAIIAN AIRLINES, SOUTHWEST AIRLINES, UNITED AIRLINES, YET-TO-BE-NAMED EMPLOYEES OF THE 8 AIRLINES, STAT-MD, & MEDAIRE, <br><br> Defendants. | Case No.: 2:22-cv-02383-SSS-ASx <br><br> **JUDGMENT** |

JUDGMENT
CASE NO.: 2:22-CV-02383-SSS-AS

  The Court, having GRANTED Defendant MedAire, Inc.'s ("MedAire") motion to dismiss on June 12, 2024 (DKT. 240),

  IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in this action as follows:

1. Plaintiffs were ordered to file an amended complaint no later than June 29, 2024;
2. To date, plaintiffs have not filed an amended complaint;
3. Plaintiffs shall recover nothing from MedAire;
4. MedAire shall have judgment in its favor on Plaintiffs' entire action, which is hereby dismissed with prejudice; and
5. MedAire shall recover from Plaintiffs its "prevailing party costs" in the sum that shall be determined.

  IT IS SO ORDERED.

Dated: November 4, 2024

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE